# GLOUCESTER TOWNSHIP POLICE DEPARTMENT
## ARREST REPORT

| 1. Department | 2. Mun. Code | 3. Phone Number | 4. CAD Incident# | 5. Other Agency Case # | 6. Department Case Number: |
|---|---|---|---|---|---|
| GLOUCESTER TOWNSHIP POLICE | 0415 | 856-228-4500 | | | 2019-49185 |

| 7. Name (Last) | (First) | (Middle) | 8. Home Phone / Cellular | 8A. Alias | 8B. Immigration | 8C. ICE Notified |
|---|---|---|---|---|---|---|
| RAZA | SAJID | | / 609-560-0583 | | | ☐ |

| 9. Full Address(No. and Apt/Suite) | 9A.City | 9B. Municipality | 9C. County | 9D. State | 9E. Zip | 10. Place of Birth(City) | 10A.(State) |
|---|---|---|---|---|---|---|---|
| 51 CLEMENS LANE | BLACKWOOD | WASHINGTON TWP | GLOUCESTER | NJ | 08012 | INDIA | II |

| 11. Date of Birth | 12. Age | 13. Sex | 14A. Race | 14B.Ethnicity | 15. Height.(Ft/In) | 16. Weight | 17. Hair | 18. Eyes | 19. Complexion | 20. Marital Status |
|---|---|---|---|---|---|---|---|---|---|---|
| | 50 | MALE | UNKNOWN | NON HISPANIC | 509 | 121 - 140 | DK. BROWN | BROWN | LIGHT BROWN | UNKNOWN |

| 21. Other Descriptive Information - Marks - Scars - Tattoos | 22. Driver's License Number / DL State / Agency ID # / MNI# |
|---|---|
| NONE | |

| 23. Employer/School | 24. Occupation | 25. Social Security Number / SBI / FBI / BCI |
|---|---|---|
| NONE | | |

| 26. Employer's/School Address | 27. Work Phone | Active Military / Veteran |
|---|---|---|
| | 856-939-1900 | ☐ YES ☒ NO ☐ UNKNOWN |

### DETAILS OF ARREST

| 28. Arrest Date & 29. Time | 30. Loc. of Arrest (No. - Street) | 30A.City | 30B. Municipality | 30C. County | 30D. State | 30E. Zip | 31. Mun. Code |
|---|---|---|---|---|---|---|---|
| 10/31/2019 01:30 | 51 CLEMENS LN | BLACKWOOD | WASHINGTON TWP | GLOUCESTER | NJ | 08012 | 0818 |

32~34. Crime Information

| No. | Code | Description | Traffic/Non E-CDR Complaint Number | E-CDR Warrant/Summons Number |
|---|---|---|---|---|
| 1 | 2C:12-3B | THREAT TO KILL | | 0415-W-2019-001405 |

| 35. Complainant's Name and Address - Zip Code | 37. Phone/Cellular |
|---|---|
| VANNONI  DAVID  GLOUCESTER TOWNSHIP POLICE DEPARTMENT<br>PO BOX # 8, BLACKWOOD, NJ 08012 | |

| 37. Crime Date & 36. Time | 39. Loc. of Crime (No. - Street) | 39A.City | 39B. Municipality | 39C. County | 39D. State | 39E.Zip | 40. Mun. Code |
|---|---|---|---|---|---|---|---|
| | 1709 KINGSWOOD PL | CLEMENTON | GLOUCESTER TOWNSHIP | CAMDEN | NJ | 08021 | NJ00415 |

| 41. Arrest | 42. Code | 43. Constitutional Rights | 44. Constitutional Right - By Whom | 45. How Responded |
|---|---|---|---|---|
| WITH WARRANT | N/A | ☐ YES  ☒ NO | N/A | N/A |

| 46. Own | 47. Multiple | 48. Other | 49A. Fingerprinted | 49B CODIS | 50. Photographed | Was NCIC Checked? | ☒ | 52. Previous Record |
|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | YES | ☐ | ☒ | Was ATS/ACS Checked? | ☒ | ☐ |

| 53. Vehicle Information | Year | Make | Body Type | Color | Reg. Number and State | Other Description Information - V/N |
|---|---|---|---|---|---|---|
| | | | | | | |

### BAIL HEARING

| 54. Date | 55. Court | 56. Judges Name |
|---|---|---|
| | | |

| 57. Amount Bail | 58. Result of Hearing | 59. Code | 60. Place Committed/Detained |
|---|---|---|---|
| | | | |

### JUVENILE INFORMATION

| 70. Parent/Guardian/Probation - Contacted By | 71. Date Contacted | 72. Time Contacted | 73. Released to/Detained at |
|---|---|---|---|
| N/A | | | N/A |

| 74. Full Address - Number - Street - Municipality - State - Zip Code | 75. Phone Number (Area) | 76. Date | 77. Time |
|---|---|---|---|
| N/A | | | |

| 78. Parent/Guardian's Name (First) (Middle) (Last) | 79. Full Address - Number - Street - Municipality - State - Zip Code | 80. Home Phone / Cellular |
|---|---|---|
| N/A | N/A | |

| 81. Co-defendants | 82. | 83. | 84. | 85. | 86. Arrest # | 87. UCR - A.S.R. Reporting Mon. | Yr. |
|---|---|---|---|---|---|---|---|
| N/A | HS GRAD - YES | N/A | N/A | N/A | N/A | | |

Front | Side

8. Narrative/Additional Charges

On 10/31/2019 at approximately 0130 hours, the above listed subject was located at his residence and arrested for an outstanding warrant (0415-W-2019-001405) for Terroristic Threats. He was processed and ultimately remanded to the Camden County Correctional Facility.

| Print Rank/OFC Name | Badge No. | Page No | Report Date | Reviewed By |
|---|---|---|---|---|
| PATROLMAN MATTHEW JAMES KROL | 278 | 1 Of 1 | 10/31/2019 | SERGEANT GERARD ADAM BOBERICK |
| Signature | | | | Supervisor Signature |



← September 2019

# Pennsylvania and
# New Jersey

Sep 27 – Oct 1, 2019

Pennsylvania and New Jersey
Sep 27 – Oct 1, 2019

27  Friday
September 2019

**28** Saturday
September 2019

**29** Su
Se

https://timeline.google.com/maps/timeline?ved=0ENaiAggAKAA&pb=!1m2!1m1!1s2019-09-27&gid=115554408070423827402&pli=1&rapt=AEjHL4Mw ...    2/2

S Christopher Columbus Blvd, Philadelphia, PA 19147 USA

S Christopher Columbus Blvd, Philadelphia, PA 19148, USA



Your Earnings

# $3.77

| Duration | Distance |
|---|---|
| 6 min 30 sec | 1.3 mi |

| | |
|---|---|
| Vehicle Type | UberX |
| Time Requested | 2:51 PM |
| Date Requested | Friday, September 27, 2019 |
| Points Earned | 3 points |

## Paid to you

| | |
|---|---|
| Fare | $3.77 |
| Base | $1.10 |
| Distance | $1.00 |
| 2.1 mi · $0.45/mi (rounding applied) | |

**Download PDF**

# GLOUCESTER TOWNSHIP POLICE DEPARTMENT

## Incident Report

### INCIDENT INFORMATION

| Case No | Report Date / Time | Reported Method | Created By |
|---|---|---|---|
| 2019-36050 | 08/06/2019 13:24 | WALK-IN | CARAMIELLO, ANTHONY LOUIS |

| CAD Incident CFS Type | Agency Incident / Actual CFS Type | Incident: From Date / Time | Incident: To Date / Time |
|---|---|---|---|
| | DISORDERLY CONDUCT / HARASSMENT | 08/06/2019 13:24 | |

| Crime / Arrest Location | Area / Post | | |
|---|---|---|---|
| INCIDENT | 3E | | |

| Address | Common Place / POI | Bldg / Apt / Suite |
|---|---|---|
| 1709 KINGSWOOD PL | | |

| City | State | Zip |
|---|---|---|
| CLEMENTON | NJ | 08021 |

| County | Municipality |
|---|---|
| CAMDEN | GLOUCESTER TOWNSHIP |

| Disposition Date & Time | CAD Disposition |
|---|---|
| | |

### DISPATCH NOTES
No Record Found

### CALL INFORMATION

| Phone # | Call Date&Time | Caller | Location |
|---|---|---|---|
| | | | |

| Requested Action | Call Taker | Source Type |
|---|---|---|
| | | RMS |

Brief Synopsis of Incident

### DISPATCH INFORMATION
No Record Found

### SUBJECT INFORMATION
No Record Found

### VEHICLE INFORMATION
No Record Found

Incident Report  Case No: 2019-36050.

CCPO/1900783G/00000054

# GLOUCESTER TOWNSHIP POLICE DEPARTMENT

## INDIVIDUAL CONTACT INFORMATION

| Posted Date | Contact Name | Contact Type | Address | Phone # | Posted By |
|---|---|---|---|---|---|
| 08/06/2019 | PAYNE, YOLANDA D | CONTACT | HOME: 1709 KINGSWOOD PL, CLEMENTON, NJ 08021 EMPLOYER: 1233 HADDONFIELD BERLIN RD, Voorhees Township, NJ 08043 | BUSINESS: 800-943-1817 CELLULAR: 956-304-5459 | CARAMIELLO, ANTHONY LOUIS |
| 08/06/2019 | RAZA, SAJID | PERSONS INVOLVED | HOME: 51 CLEMENS LANE, BLACKWOOD, NJ 08012-5824 | BUSINESS: 356-939-1909 CELLULAR: 609-560-0583 | CARAMIELLO, ANTHONY LOUIS |

## PD CASE DISPOSITION INFORMATION

| Disposition | Closed Date | Closed By |
|---|---|---|
| CLOSED | 08/06/2019 | CARAMIELLO, ANTHONY LOUIS |

**Disposition**

MS. PAYNE ADVISED THAT HER LANDLORD HAS BEEN HARASSING HER. SPECIFICALLY BY BANGING ON HER DOOR AND YELLING RACIAL EPITAPHS AT HER.

## NOTES

No Record Found

CCPO/1900783&/00000055

# GLOUCESTER TOWNSHIP POLICE DEPARTMENT
## INVESTIGATION REPORT

| 1.Department GLOUCESTER TOWNSHIP POLICE DEPARTMENT | 2. Mun. Code 0415 | 3. Phone Number 856-228-4500 | 4. CAD Incident# 2019-49146 | 5. Other Agency Case # | | 6. Department Case Number 2019-49146 |
|---|---|---|---|---|---|---|
| 7. Crime / Incident STALKING | | 8. NJS 2C:12-10B | 9. Victim/s PAYNE, YOLANDA D | | | 10. SSN |
| | | | 11. Age 43 | 12 DOB | 13. Sex FEMALE | 14. Race BLACK OR AFRICAN AMERICAN / 15. Eth NON HISPANIC |

| DATE AND TIME | 16. Between ☐ | 17.Hour 17:29 | 18.Day WED | 19.Mo. 10 | 20.Date 30 | 21.Yr. 2019 | 22. Victim's Home Address 1709 KINGSWOOD PL, CLEMENTON, NJ 08021 | 23. Home Phone / Cellular / 856-304-5459 |
|---|---|---|---|---|---|---|---|---|

| 24. Crime/Incident Location 1709 KINGSWOOD PL, CLEMENTON, NJ 08021 | | 25. Victim's Employer 1233 HADDONFIELD BERLIN RD, VOORHEES TOWNSHIP, NJ 08043 | 26. Phone # |
|---|---|---|---|
| 27. Municipality GLOUCESTER TOWNSHIP | 28. County CAMDEN / 29. Code 0415 | 30. Person Reporting Crime/Incident PAYNE, YOLANDA D | 31. Date and Time 10/30/2019 17:29 |
| 32. Type of Premises RESIDENCE / HOUSE | 33. Weapons / Tools Other Action | 34. Address 1709 KINGSWOOD PL, CLEMENTON, NJ 08021 | 35. Home Phone / Cellular / 856-304-5459 |

36. Modus Operandi
Landlord has been stalking the victim and her children through a series of escalating harassing events after she filed a complaint against him with the Camden County Department of Health and a civil action through Camden County Superior Court.

| 37. Vehicle | | 38. Year | 39. Make | | 40. Model | 41. Body Type |
|---|---|---|---|---|---|---|
| 42. Color | | 43. Registered Number & State | | 44. Serial Number or Identification | 45. Towing Company | |
| Value of Stolen/Recovered Property | 46. Currency | 47. Jewelery | | 48. Furs | 49. Clothing | 50. Auto / 51. Misc. |
| 52. Total Value Stolen | 53. Total Value Recovered | | 54. Teletype Alarm | 55. Technical Services | 56. Technician-Agency | |
| 57. Weather CLEAR | | | 58. NIC | | 59. Assisting Agencies | |
| 60. No. of Accused 1 | 61. Adult 1 | 62. Juvenile 0 | 63. Status Crime Cleared by Arrest | 64. Status Case Court | 65. UCR Status Month Yr. | 66. Date Cleared 10/30/2019 |

| 67. Code | 68. Name 69. Address | 70.Age | 71.Sex | 72.Race | 73.Eth | 74 DOB | 75. HM | 76. WK | 77. C |
|---|---|---|---|---|---|---|---|---|---|

[VICTIM] PAYNE, JANASIA - 1709 KINGSWOOD PL, CLEMENTON, NJ 08021 - 16 - F - B - N - 06/16/2003 - - WK-856-227-4100 - C-856-304-5459 - -
[RESIDENT] WASHINGTON, JAZZMERE D - 1709 KINGSWOOD PL, CLEMENTON, NJ 08021 - 21 - F - B - N - 03/05/1998 - - - C-856-304-5459 - -
[JUVENILE] PAYNE, JAVION - 1709 KINGSWOOD PL, CLEMENTON, NJ 08021 - 13 - F - B - N - 02/10/2006 - - - -
[JUVENILE] PAYNE, TRINITY - 1709 KINGSWOOD PL, CLEMENTON, NJ 08021 - 11 - F - B - N - 05/01/2008 - - - -
[JUVENILE] PAYNE, TIZYAH - 1709 KINGSWOOD PL, CLEMENTON, NJ 08021 - 11 - - - - 05/01/2008 - - - -
[JUVENILE] PAYNE, TATIYANA - 1709 KINGSWOOD PL, CLEMENTON, NJ 08021 - 9 - F - B - - 05/02/2010 - - - -
[JUVENILE] GRAY, THOMAS JR. - 1709 KINGSWOOD PL, CLEMENTON, NJ 08021 - 5 - M - B - - 07/25/2014 - - - -
[CONTACT] GERMAN, SANDRA J - 4 ECHELON PLAZA, 201 LAUREL ROAD, 2ND FLOOR, VOORHEES, NJ 08043 - 51 - F - B - N - 03/11/1968 - - WK-856-772-0152 - C-856-649-4123 -
[DEFENDANT] RAZA, SAJID - 51 CLEMENS LANE, BLACKWOOD, NJ 08012-5824 - 50 - M - U - N - 08/15/1969 - - WK-856-939-1909 - C-609-560-0563 -

78. Narrative
On 10/30/2019 at approximately 17:29 hours, officers were dispatched to 1709 Kingswood Place for an ongoing dispute between a tenant and landlord.

Upon arrival, I spoke with Yolanda Payne who advised that after she filed a complaint against her landlord, Sajid Raza, through the Camden County Department of Health and Camden County Superior Court (Special Civil Part), he has continued to harass her by sitting across from her residence, calling the police on her, calling New Jersey Division of Child Protection and Permanency (DCP&P) on her, and harassing her children at the bus stop.

I spoke with Sandra German, of DCP&P Camden East Office, who was also on location. Ms. German advised that Mr. Raza has made multiple unsubstantiated complaints through her office of abuse. Today, Mr. Raza showed up at their office and alleged that Ms. Payne has offered sexual favors with her and her daughters in lieu of rent money. Ms. German also stated that Mr. Raza told her that he went to the children's school to make complaints as well. Ms. German confirmed that all allegations were unsubstantiated and there is no evidence of abuse or neglect.

| Print Rank/OFC Name Patrol Officer DAVID JOHN VANNONI | Badge No. 226 | Page No. 1 Of 3 | Report Date 11/01/2019 | Reviewed By: SERGEANT GERARD ADAM BOBERICK |
|---|---|---|---|---|
| Signature | | | | Supervisor Signature |

| Department GLOUCESTER TOWNSHIP POLICE DEPARTMENT | ORI NO. 0415 | Dept. Case No. 2019-49185 | Incident No. |
|---|---|---|---|

**During the statement, Ms. Payne outlined the ongoing harassment:**

In July 2019, Ms. Payne filed a complaint with the Camden County Health Department regarding the conditions of her residence which she rents from Mr. Raza. There have been ongoing legal actions between the two parties in regards to this complaint for which Ms. Payne feels that Mr. Raza is retaliating against her as a result of unfavorable judgments against him. After the complaint was filed in July, the harassment began in August.

On 08/06/2019 (documented under Case #2019-36050), Mr. Raza showed up to the residence banging on the front door shouting "all you niggers get out" and "all you kind are the same." Mr. Raza then reportedly got into a gray vehicle and left the scene.

On 08/14/2019, Mr. Raza sat across the street from the children's bus stop in a red minivan while Janasia Payne picked up her younger siblings around 15:00 hours. There was no direct interaction on this occasion.

On 09/04/2019, Mr. Raza mailed a fraudulent "Warrant of Removal" to Ms. Payne. Ms. Payne confirmed that this document was illegitimate through Terry Elston of Camden County Superior Court (Terry.Elston@njcourts.gov).

On 09/11/2019, Mr. Raza made a DCP&P referral claiming that Ms. Payne was illegally housing foster children to earn money, alleging that she had a criminal live-in boyfriend, and that Ms. Payne offered sexual favors from herself and her daughters in lieu of rent.

On 09/13/2019, Mr. Raza sat across the street from the children's bus stop in a red minivan while Janasia Payne picked up her younger siblings around 15:00 hours.

On 09/17/2019, Mr. Raza mailed a second fraudulent "Warrant of Removal" to Ms. Payne. Ms. Payne confirmed that this document was illegitimate through Terry Elston of Camden County Superior Court (Terry.Elston@njcourts.gov).

On 09/19/2019, Mr. Raza was seen sitting in his red minivan across the street from the residence at approximately 00:00 hours.

On 09/26/2019, the final court ruling was issued ordering Mr. Raza to pay reasonable living expenses to Ms. Payne for the next eight months, through May 2020.

On 09/27/2019, Mr. Raza was again seen sitting across from the children's bus stop in his red minivan. This time, he confronted Janasia Payne and said "tell your mother, 'you're gonna get out one way or another'" even if that meant he had to blow up the house.

On 09/28/2019, Mr. Raza begins sending emails to Ms. Payne threatening to evict her. Mr. Raza showed up at the residence and began banging on the door and ultimately broke a window.

On 10/03/2019, Mr. Raza was seen sitting in his red minivan across the street from the residence.

On 10/07/2019, Mr. Raza was seen sitting in his red minivan across the street from the residence.

On 10/14/2019, Mr. Raza was seen sitting in his red minivan across the street from the residence.

On 10/24/2019 at 22:06 hours (documented under Case #2019-48210), Mr. Raza called police reporting a male with a gun threatening him, which initiated a tactical police response. No weapons and no adult males were located inside the residence. Ms. Payne was at home with six of her children (one of them was working). Mr. Raza, who was on-scene, drunk, and had to be driven home by family.

On 10/30/2019 at 17:29 hours (documented under Case #2019-49146), Ms. Payne called police after DCP&P once again responded to her residence to investigate allegations made by Mr. Raza.

Ms. Payne had detailed records of her dealings with Mr. Raza and had incidents noted in her day planner and phone calendar. She advised that she is scared for her safety and the safety of her children. Because he knows her vehicle,

| Print Rank/OFC Name Patrol Officer DAVID JOHN VANNONI | Badge No. | Page No. | Report Date | Reviewed By: SERGEANT GERARD ADAM BOBERICK |
|---|---|---|---|---|
| Signature | 226 | 2 Of 3 | 11/01/2019 | Supervisor Signature |

CCPO/1900783600000057

| Department                              | ORI NO. | Dept. Case No. | Incident No. |
|-----------------------------------------|---------|----------------|--------------|
| GLOUCESTER TOWNSHIP POLICE DEPARTMENT    | 0415    | 2019-49185     |              |

he can tell when she is home or not; she greatly fears for the safety of her children when they are home alone.

After I obtained the statement, I spoke with Assistant Prosecutor Nancy Scharff of the Camden County Prosecutor's Office who was the on-call legal adviser. Ms. Scharff advised me to charge Mr. Raza on a criminal warrant with stalking and terroristic threats. She also advised me to provide the victim with contact information for the Office of Victim/Witness Advocacy to see what assistance could be offered.

Mr. Raza was charged with two counts of stalking each against Ms. Payne  (0415-W-2019-001407 and 0415-W-2019-001409) and her daughter, Janasia (0415-W-2019-001408 and 0415-W-2019-001410). He was also charged with terroristic threats against Ms. Payne (0415-W-2019-001405) and Janasia (0415-W-2019-001406).

Mr. Raza was arrested at his home in Washington Township. He was transported to police headquarters where he was processed and remanded to Camden County Correctional Facility.

CCPO/190078836/00000058

| Print Rank/OFC Name | Badge No. | Page  No. | Report Date | Reviewed By: SERGEANT GERARD ADAM BOBERICK |
|---------------------|-----------|-----------|-------------|---------------------------------------------|
| Patrol Officer DAVID JOHN VANNONI | | | | |
| Signature | 226 | 3 Of 3 | 11/01/2019 | Supervisor Signature |

# GLOUCESTER TOWNSHIP POLICE DEPARTMENT
## SUPPLEMENTARY INVESTIGATION REPORT

| 1. Department GLOUCESTER TOWNSHIP POLICE DEPARTMENT | 2. Mun. Code 0415 | 3. Phone Number 856-228-4500 | 4. CAD Incident# 2019-48210 | 5. Other Agency Case # | 6. Department Case Number 2019-48210 |
|---|---|---|---|---|---|

| 7. Crime/Incident STALKING | 8. New Crime/Incident If Changed ALARMING CONDUCT | 9. Victim(s) New Address if Changed 1709 KINGSWOOD PL, CLEMENTON, NJ 08021 |
|---|---|---|

| | | 10. Victim(s) Name PAYNE, YOLANDA D | 11. Home Phone / Cellular / 856-304-5459 |
|---|---|---|---|

| 12. New NJS 2C:33-4C | 13. Date of Crime 10/24/2019 22:06 | Value of Stolen/Recovered Property | 14. Currency | 15A. Jewelry | 16. Furs |
|---|---|---|---|---|---|
| | | 17. Clothing | 18. Auto | | 19. Miscellaneous |

| 20. S.C.I.C. | 21. Additional Technical Service-Agency | 22. Additional Stolen Property Value | 23. Add'l Recovered Property Value |
|---|---|---|---|

| 24. N.C.I.C. | | 25. | 26. | | 27. |
|---|---|---|---|---|---|

| 28. Vehicle | 29. Year | 30. Make | 31. Body Type | 32. Color | 33. Registered Number & State | 34. Serial Number or Identification |
|---|---|---|---|---|---|---|

List Name Only of Previous Accused. Complete Information on New Accused; Include Additional Perpetrators; Suspects; Record all Developments Since Last Report; Explain Any Crime Change; List Additional Interviews of Victims; Persons Contacted; Witnesses; Evidence; Technical Services, Stolen Property; Recovered Property; Court Action.

| 35. No. of Accused 0 | 36. New Accused 1 | 37. Adult 1 | 38. Juvenile | 39. Status Crime Cleared by Arrest | 40. Status Case Court | 41.UCR Status Month Yr. | 42. Date Cleared |
|---|---|---|---|---|---|---|---|

| 43. Code    44. Name | 45. Address | 46.Age | 47.Sex | 48.Race | 49.Eth | 50.DOB |
|---|---|---|---|---|---|---|
| [DEFENDANT] RAZA, SAJID - 51 CLEMENS LANE, BLACKWOOD, NJ 08012-5824 - 50 - M - U - N - 08/15/1969 - - WK-856-939-1909 - C-609-560-0583 - | | | | | | |

### 51. Narrative

**\*\*BWC\*\***

On 10/24/19 at 2206 hours, officers responded to 1709 Kingswood Place for the report of a man with a firearm making threats. Upon arrival I met with the caller, Sajid Raza, who stated that he arrived at his rental property, 1709 Kingswood Place, to perform repairs. When he knocked on the door he was confronted by a large black male who displayed a handgun. Mr. Raza stated that the man threatened him, then went inside. Officers established a perimeter around the residence and began to gear up in heavy duty tactical gear. Officers kept a tight perimeter on the residence, while other officers debriefed Mr. Raza about what had occurred. Officers were able to make contact via phone with the resident, Yolanda Payne, who exited with her children. She advised that there was no adult male with a firearm in the residence. Officers cleared the residence and confirmed that no one was inside. Ms. Payne explained that this is an ongoing issue that she has court for already, through criminal and civil court. Mr. Raza was found to be heavily intoxicated and was sent home with his family. Ms. Payne was advised to follow up with the court clerk to sign complaints for harassment after she explained that he is constantly annoying her and her family, causing her children to be scared for their safety.

| Print Rank/OFC Name PATROLMAN JOHN WILLIAM HARLAND | Badge No. 266 | Page No. 1 Of 1 | Report Date 11/03/2019 | Reviewed By DET. SERGEANT ANTHONY P MASSI |
|---|---|---|---|---|
| Signature | | | | Supervisor Signature |

CAMDEN COUNTY PROSUCTOR                    DATE- 2-19-20
NJ          SEE
I WANT TO VIDEO OF 9/27/19 THAT I AM THREATING YOLAND PAYNE
                    NEAR SCHOOL BUS

I want from prosucter to say clearly in from of judge what happened on ground like murder, **FRONT**
rape, robbery, theft, fighting, gun involved or just verbal accoucation as recorded in my first detaintion
hearing on front of respected judge shusted dated 11/06/19

I need copy of all communication between my defence attorney and CCP

I want to see the video of 10/24/19 to check if it is edited cut paste or only the little part you want to
use against me?

Any discovery or testimony given by you to defense attorney who was working for is false and fake **YOU**
without looking into it except the police video I want to see it most likely it is uncomplicated to fit what
you want to show. I WANT TO SEE VIDEO THAT I ENTERED IN SCHOOL ON
                                                    10/30/19

I want a handwritten copy of complaints or audio video to match wordings used in complaints. I have
doubts that the police and CCP change the wording.
WHO WILL BE RESPONSIBLE FOR MY NECK PAIN & BACK PAIN INJURY DUE TO AUTO
who will be held responsible for unlawful detention?                        ACCEDIENT ?
                    **held**

I want a copy of all documents related to my case. I have health problems due to a road accident
before my arrest. My attorney reported to you and it is getting worse.
        **MY**
I fired a defense attorney who was working for you. He transferred some of my information to you
and he most likely deleted some email and text from my phone when the phone was in his office.

who called police on 10/24/19? is the crime in this country to calling police for help? I want to see
police report of 10/24/19

Did the police take my interview before or after arrest? How many decades do you need to bring
false and fake discovery going to be used against me? I want to put a full stop right now.

Why did she file complaints on 10/30/19 why not earlier or letter? Why didn't she call the police at the
time of incidents she filled in complaints?

What are the eligibility for pretrial release? Why did the prosecutor hide the criminal arrest record of
Yolanda Payne from the judge? how many times has she evicted from previous home owners? How
many civil lawsuits filed against her in court?

what is the legal authority she has to use school district free of cost? why she want to die in my home
and CCP let him die in my home since home was declared inhabitable on 9/26/19 by respected
judge room #63 ?
HOW MANY CHILDREN WERE PRESENT ON 10/24/19 WHEN POLICE CHECK MY HOME?
How many children are living in my home right now?

What is the source of income of Yolanda Payne? I want solid proof like a paycheck with a bank
statement showing direct deposit? three currently and three January February 2019 any excuse will
be rejected as she is involved in illegal activity. why she is still in my home free of cost?
                                                                            **SEE**
I WANT TO SURVILLANCE VIDEO AS LYING MACHINE PROSUCTOR TOLD
ON 11/0/19 IN FRONT OF JUDGE.
FROM - SAJID RAZA   ARREST DATE - 10/30/19
NEXT COURT DATE - 3/2/20 IN OFFICE OF RESPECTED JUDGE CHASE

GET READY TO ANSWER IN NEXT COURT DATE - 2/2/20
WITHOUT ANY LIE OR DELAYING TATCIC.

CCPO/19007836/00000119



# GLOUCESTER TOWNSHIP
NEW JERSEY

### *Code Enforcement Unit*
### *1261 Chews Landing Road, Laurel Springs, NJ 08021*
### *Codeenforcement@glotwp.com*
### *856-374-3513*

**RECEIVED**

OCT  8 2024

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

May 17, 2023

Sajid Raza
1709 Kingswood Place
Clementon NJ 08021

**Summons Number: SC-018673**
**Scheduled Court Date: 6/6/2023**
**Time: 1:00pm**
**Re: 1709 Kingswood Place**

Dear Resident:

Please be advised that you are receiving the attached court summons from Code Enforcement. All first-time court appearances will be held virtually. Please contact the court to make the necessary arrangements. **When contacting the court office, please include the summons number, your name, address, current phone number and a valid email.** Below is the contact information.

- PATRICIA.CARROLL@NJCOURTS.GOV
- 856-228-4000 ext. 5717

If you have any questions about the issued summons concerning the violations, please feel free to contact our office at 856-374-3513 Monday through Thursday 8:00 AM TO 5:30PM or at codeenforcement@glotwp.com. Failure to comply can result in a bench warrant being issued.

Thank you for your cooperation,

# Kimberly McDevitt

Kimberly McDevitt
Code Enforcement Clerk

*DEDICATED TO SERVICE*          *COMMITTED TO EXCELLENCE*



LUNDYLAW LLP

1-800 LUNDY LAW
www.lundylaw.com

June 2, 2023

Mr. Sajid Raza
51 Clemens Lane
Blackwood, NJ 08012

Re:     Your Potential Case

Dear Mr. Raza:

Thank you for contacting our office regarding your potential legal matter.  We appreciate the opportunity to review the facts and legal issues surrounding your potential case.

After carefully reviewing your matter, we believe we would have very little chance, if any, of pursuing a successful claim on your behalf.  **At this time, please accept this letter as notification that we are unable to pursue this matter on your behalf, and as of the date of this letter, we will not assume any responsibility for your representation in this matter.** By declining to represent you, we make no representation as to the veracity or strength of this potential legal matter.  **Please be aware that there are time limits that could bar your claim if it is not filed within a certain time period.  Unless a lawsuit is filed on your behalf against the responsible parties prior to that date, your claim will be forever barred.** What this means is you will not be able to either present a claim or be paid for injuries that you may have suffered once the applicable statute of limitations expires.  Based on the information you provided to us, the statute of limitations for your claim expires **2 years** after the date of the accident.

We encourage you to speak with other attorneys for assistance.  The number to your local Bar Association is 732-249-5000, Press 4.     We are sorry that we could not be of assistance to you.

While we are unable to help you with this matter, we would also like to take this opportunity to let you know that our office specializes in the handling of all types of personal injury cases, including automobile and slip and fall accidents, medical malpractice, product liability, social security claims and workers' compensation.  We never charge a fee until we obtain a recovery for our client and consultations on any legal matter are always free.  Our goal is to provide the best possible service to our clients and to obtain the best possible results for them.  Please visit lundylaw.com to learn more about our services.

**PA AND ADMINISTRATIVE OFFICES:**
1818 MARKET STREET
SUITE 2400
PHILADELPHIA, PA 19103-2297
215-567-3000
L. LEONARD LUNDY
MANAGING PARTNER

**NEW JERSEY OFFICE:**
1040 NORTH KINGS HIGHWAY
SUITE 305
CHERRY HILL, NJ  08034
856-755-9000
PAUL A. SOCHANCHAK
MANAGING PARTNER

**DELAWARE OFFICE:**
1600 PENNSYLVANIA AVE
SUITE C
WILMINGTON, DE  19806
302-351-0300
MICHAEL J. SOSKA
MANAGING ATTORNEY

# ■LUNDYLAW LLP

1-800 LUNDY LAW
www.lundylaw.com

As the Delaware and Lehigh Valleys' preeminent personal injury law firm, we work hard to protect the rights of our clients.

Again, we are sorry we are unable to help you at this time.  We wish you the best.

Very truly yours,

Paul Sochanchak, Esquire

/pr

---

**PA AND ADMINISTRATIVE OFFICES:**
1818 MARKET STREET
SUITE 2400
PHILADELPHIA, PA 19103-2297
215-567-3000
L. LEONARD LUNDY
MANAGING PARTNER

**NEW JERSEY OFFICE:**
1040 NORTH KINGS HIGHWAY
SUITE 305
CHERRY HILL, NJ 08034
856-755-9000
PAUL A. SOCHANCHAK
MANAGING PARTNER

**DELAWARE OFFICE:**
1600 PENNSYLVANIA AVE
SUITE C
WILMINGTON, DE 19806
302-351-0300
MICHAEL J. SOSKA
MANAGING ATTORNEY

OFFICES IN:   PENNSYLVANIA  NEW JERSEY  DELAWARE



**FARMERS**
INSURANCE

Toll Free: (800) 435-7764
Fax: (877) 217-1389
Email: myclaim@farmersinsurance.com
Please include your claim # on any correspondence
National Document Center
P.O. Box 268994
Oklahoma City, OK 73126-8994

June 9, 2023

BUSINESS SIMON & SIMON
1818 MARKET ST STE 2000
PHILADELPHIA PA 19103-3647
Delivered by fax to: (267) 639-9006

RE:     Claim Number:         3011960393-1
        Insured:              Rasier LLC
        Policy Number:        0606715803
        Loss Date:            11/20/2018
        Subject:              Important Claim Information

Dear Simon and Simon:

Please contact your client to address his concerns. As previously advised, our benefits are exhausted.

I can be reached at myclaim@farmersinsurance.com (please include your claim number in the subject line) or (813) 868-8334. Please contact me if you have any questions or concerns.

Thank you.

Dawn Walker
Med/PIP Claims Representative
(813) 868-8334
Farmers Insurance Exchange

Email communications are preferred and should be sent to myclaim@farmersinsurance.com. If hard copies of communications are required, they should be sent to our National Document Center at P.O. Box 268994, Oklahoma City, OK 73126-8994.

        CC: SAJID RAZA
        Enclosure(s):
            Correspondence -



**FARMERS**
INSURANCE

Toll Free: (800) 435-7764
Email: myclaim@farmersinsurance.com
National Document Center
P.O. Box 268994
Oklahoma City, OK 73126-8994
Fax: (877) 217-1389

November 29, 2018

SAJID RAZA
2250 KNIGHTS RD 132-D1
BENSALEM PA 19020

RE:     Insured:                    Patricia Lamoreux
        Claim Unit Number:          3011943469-1-3
        Policy Number:              0196923508
        Loss Date:                  11/20/2018
        Subject:                    Offer of Repairs

Dear Sajid :

We have completed our investigation based on the information provided.

We've determined our insured's policy will pay for the reasonable damages to your vehicle sustained in this accident up to the property damage policy limits. Our next step is to evaluate your damages. You have the right to choose any repair shop to complete your repairs.

If you're able to safely drive your vehicle, we offer these settlement options:

- Our Guaranteed Repair Program provides several benefits. You can view program information and search for a participating facility in your area at www.farmers.com. This program works well for customers who plan to complete repairs within the next two weeks.

- Download our fast and convenient Photo Estimating App to send us photos of your vehicle damages via your smart phone. An experienced auto claims representative will view the photos and write a repair estimate that you can take to the shop of your choice. No appointment or inspection is necessary to receive the repair estimate.

The Pennsylvania statute of limitations is two years from the date of loss for bodily injury claims and two years from the loss date for property damage claims. If a minor is involved, it's two years from the minor's 18th birthday. You must settle any claims or file a lawsuit within that time or you may be barred from recovery.

Please call me at (616) 977-5857 to let us know how you would like to proceed. My scheduled office hours are Monday through Friday from 8:00 a.m. to 5:00 p.m. Eastern Time.

Thank you.

HJVFSKVR

Mid-Century Insurance Company

Joie Vanholstyn
Claims Representative
joie.vanholstyn@farmersinsurance.com
(616) 977-5857

Payment Log



FARMERS
INSURANCE

| Insured Name: | Rasier Llc | Insuring Company Name: | Farmers Insurance Exchange |
| Claimant Name: | | Claim Rep Name: | Dawn Walker |
| Claim Number: | 3011960393-1 | Claim Rep Phone Number: | (813)868-8334 |
| Current Date: | 06/09/23 | Claim Rep Address: | PO Box 268993 Oklahoma City, OK 73126-8993 |
| Date of Loss: | 11/20/18 | Total Benefits Paid: | $9,849.44 |

| Benefit Type : | | Medical | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ln No | Date Received | Date Paid | Check Number | Payee | Description of Services | Service Date From - To | Amount Billed | Amount Allowed | Ded. Applied | Co-Pay Applied | Int. Paid | Amount Paid |
| 1. | 01/03/19 | 01/23/19 | 1622744625 | Aquahab Physical Therapy | 97161 97140 97112 97110 | 11/29/18 - 12/27/18 | $1,381.00 | $788.48 | $0.00 | $0.00 | $0.00 | $788.48 |
| 2. | 01/03/19 | 01/09/19 | 1622612093 | Mayfair Pain Therapy Center Pc | 98943-LT 97110-GP 97140-59 98941 G0283 99204-25 | 12/13/18 - 12/26/18 | $860.00 | $568.50 | $0.00 | $0.00 | $0.00 | $568.50 |



FARMERS
INSURANCE

Payment Log



FARMERS
INSURANCE

| Benefit Type : | | | Medical | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ln No | Date Received | Date Paid | Check Number | Payee | Description of Services | Service Date From - To | Amount Billed | Amount Allowed | Ded. Applied | Co-Pay Applied | Int. Paid | Amount Paid |
| 8. | 01/25/19 | 01/30/19 | 1622809072 | Aquahab Physical Therapy | 97140 97164-59 97112 97110 | 01/16/19 - 01/16/19 | $369.00 | $205.17 | $0.00 | $0.00 | $0.00 | $205.17 |
| 9. | 01/29/19 | 01/30/19 | 1622809085 | Aria Health | 0450-99283 0250 | 11/20/18 - 11/20/18 | $1,022.65 | $239.77 | $0.00 | $0.00 | $0.00 | $239.77 |
| 10. | 01/30/19 | 02/05/19 | 1622860236 | Neshaminy Pain Management | 99204 | 01/03/19 - 01/03/19 | $250.00 | $194.66 | $0.00 | $0.00 | $0.00 | $194.66 |
| 11. | 02/08/19 | 02/19/19 | 1622998033 | Advanced Diagnostics City Line. | 72148 | 01/09/19 - 01/09/19 | $2,000.00 | $263.41 | $0.00 | $0.00 | $0.00 | $263.41 |
| 12. | 02/13/19 | 02/19/19 | 1622998036 | Mayfair Pain Therapy Center Pc | 98943-LT 97110-GP 97140-59 G0283 98940 | 02/07/19 - 02/07/19 | $295.00 | $171.44 | $0.00 | $0.00 | $0.00 | $171.44 |
| 13. | 02/15/19 | 03/01/19 | 1623094456 | Neshaminy Pain Management | 98943 97140-59 98941 S8948-52 | 01/23/19 - 01/23/19 | $320.00 | $145.04 | $0.00 | $0.00 | $0.00 | $145.04 |
| 14. | 02/20/19 | 03/14/19 | 1623206647 | Mayfair Pain Therapy Center Pc | 98943-LT 97110-GP 97140-59 98940 G0283 99213-25 | 02/13/19 - 02/13/19 | $387.00 | $259.28 | $0.00 | $0.00 | $0.00 | $259.28 |



FARMERS

Payment Log



FARMERS
INSURANCE

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Benefit Type : | | | Medical | | | | | | | | |
| Ln No | Date Received | Date Paid | Check Number | Payee | Description of Services | Service Date From - To | Amount Billed | Amount Allowed | Ded. Applied | Co-Pay Applied | Int. Paid | Amount Paid |
| 22. | 03/27/19 | 04/10/19 | 1623461754 | Mayfair Pain Therapy Center Pc | 98943-LT 97110-GP 97140-59 98940 G0283 | 03/20/19 - 03/20/19 | $295.00 | $171.44 | $0.00 | $0.00 | $0.00 | $171.44 |
| 23. | 03/27/19 | 04/10/19 | 1623461756 | Aquahab Physical Therapy | 97140 97110 | 03/20/19 - 03/20/19 | $162.00 | $105.59 | $0.00 | $0.00 | $0.00 | $105.59 |
| 24. | 04/17/19 | 05/11/19 | 1623744161 | Physicians Rehab Associates | 95911 95886 99202-25 | 03/20/19 - 03/20/19 | $1,700.00 | $594.50 | $0.00 | $0.00 | $0.00 | $594.50 |
| 25. | 04/17/19 | 05/11/19 | 1623745490 | Neshaminy Pain Management | 98943 97140-59 98941 S8948-52 | 03/18/19 - 03/18/19 | $320.00 | $145.04 | $0.00 | $0.00 | $0.00 | $145.04 |
| 26. | 05/16/19 | 05/22/19 | 1623847835 | Neshaminy Pain Management | 98943 97039-52 98941 | 03/05/19 - 03/05/19 | $280.00 | $17.69 | $0.00 | $0.00 | $0.00 | $17.69 |
| 27. | 05/17/19 | 05/22/19 | 1623847531 | Mayfair Pain Therapy Center Pc | 99214-25 | 05/08/19 - 05/08/19 | $145.00 | $128.40 | $0.00 | $0.00 | $0.00 | $128.40 |
| 28. | 05/22/19 | 05/28/19 | 1623884026 | Neshaminy Pain Management | 98943 98941 S8948-52 | 04/17/19 - 04/25/19 | $560.00 | $128.00 | $0.00 | $0.00 | $0.00 | $128.00 |
| 29. | 05/23/19 | 05/29/19 | 1623898658 | Aquahab Physical Therapy | 97140 97164-59 97112 97110 | 03/13/19 - 03/13/19 | $369.00 | $99.58 | $0.00 | $0.00 | $0.00 | $99.58 |



FARMERS



FARMERS
INSURANCE

| | Benefit Type : | | | Medical | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ln No | Date Received | Date Paid | Check Number | Payee | Description of Services | Service Date From - To | Amount Billed | Amount Allowed | Ded. Applied | Co-Pay Applied | Int. Paid | Amount Paid |
| 37. | 06/25/19 | 06/27/19 | 1624179701 | Neshaminy Pain Management | 98943 97039-52 98940 | 04/17/19 - 04/25/19 | $560.00 | $102.08 | $0.00 | $0.00 | $0.00 | $102.08 |
| 38. | 06/25/19 | 06/27/19 | 1624179694 | Neshaminy Pain Management | 98943 97039-52 98941 | 05/06/19 - 05/15/19 | $560.00 | $35.38 | $0.00 | $0.00 | $0.00 | $35.38 |
| 39. | 06/25/19 | 07/01/19 | 1624197841 | Neshaminy Pain Management | 98943 97039-52 98940 | 04/29/19 - 04/29/19 | $280.00 | $51.04 | $0.00 | $0.00 | $0.00 | $51.04 |
| 40. | 07/02/19 | 07/05/19 | 1624240622 | John Krisciunas | 98941 97010-59 G0283 | 07/01/19 - 07/01/19 | $110.00 | $110.00 | $0.00 | $0.00 | $0.00 | $110.00 |
| 41. | 07/16/19 | 09/03/19 | 1624789177 | Neshaminy Pain Management | S8948 98943 97799 98941 | 06/05/19 - 06/05/19 | $455.00 | $252.17 | $0.00 | $0.00 | $0.30 | $48.47 |
| 42. | 07/17/19 | 07/19/19 | 1624379304 | Neshaminy Pain Management | 97799 98943 98941 S8948-52 | 06/05/19 - 06/05/19 | $455.00 | $204.00 | $0.00 | $0.00 | $0.00 | $204.00 |
| 43. | 07/17/19 | 07/19/19 | 1624379307 | John Krisciunas | 98941 97010-59 G0283 | 07/15/19 - 07/15/19 | $110.00 | $110.00 | $0.00 | $0.00 | $0.00 | $110.00 |



FARMERS
INSURANCE

FARMERS
INSURANCE

| Benefit Type : | | | Medical | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ln No | Date Received | Date Paid | Check Number | Payee | Description of Services | Service Date From - To | Amount Billed | Amount Allowed | Ded. Applied | Co-Pay Applied | Int. Paid | Amount Paid |
| 51. | 09/13/19 | 09/16/19 | 1624901506 | John D Krisciunas Dcpc | 98941 G0283 97010 | 09/10/19 - 09/10/19 | $110.00 | $110.00 | $0.00 | $0.00 | $0.00 | $110.00 |
| 52. | 10/08/19 | 10/11/19 | 1625154740 | John D Krisciunas Dcpc | 98941(2) G0283(2) 97010(2) | 10/01/19 - 10/04/19 | $220.00 | $220.00 | $0.00 | $0.00 | $0.00 | $220.00 |
| 53. | 10/09/19 | 10/15/19 | 1625171752 | Neshaminy Pain Management | S8948 97140 98941 99212 | 01/09/19 - 01/09/19 | $330.00 | $3.19 | $0.00 | $0.00 | $0.00 | $3.19 |
| 54. | 10/16/19 | | | John D Krisciunas Dcpc | 98941 G0283 97010 | 10/09/19 - 10/09/19 | $110.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | Total: | $26,094.65 | $10,125.11 | $0.00 | $0.00 | $0.92 | $9,850.36 |

| Proc Code | Proc Description |
|---|---|
| 97010-59 | Application of a modality to 1 or more areas; hot or cold packs |
| 98941 | Chiropractic manipulative treatment (CMT); spinal, 3-4 regions |
| G0283 | Electrical stimulation, (unattended), to one or more areas for indication(s) other than wound care, as part of a therapy plan of care |





Payment Log

**FARMERS**
INSURANCE

| 97140-59 | Manual therapy techniques (eg, mobilization/ manipulation, manual lymphatic drainage, manual traction), 1 or more regions, each 15 minutes |
|---|---|
| 98943-LT | Chiropractic manipulative treatment (CMT); extraspinal, 1 or more regions |
| 98943 | Chiropractic manipulative treatment (CMT); extraspinal, 1 or more regions |
| S8948-52 | Application of a modality (requiring constant provider attendance) to one or more areas; low-level laser; each 15 minutes |
| 97039-52 | Unlisted modality (specify type and time if constant attendance) |
| 98940 | Chiropractic manipulative treatment (CMT); spinal, 1-2 regions |
| 72148 | Magnetic resonance (eg, proton) imaging, spinal canal and contents, lumbar; without contrast material |
| 99284 | Emergency department visit for the evaluation and management of a patient, which requires these 3 key components: A detailed history; A detailed examination; and Medical decision making of moderate complexity. Counseling and/or coordination of care with other physicians, other qualified health care professionals, or agencies are provided consistent with the nature of the problem(s) and the patient&apos;s and/or family&apos;s needs. Usually, the presenting problem(s) are of high severity, and require urgent evaluation by the physician, or other qualified health care professionals but do not pose an immediate significant threat to life or physiologic function. |
| 97039 | Unlisted modality (specify type and time if constant attendance) |
| 97799 | Unlisted physical medicine/rehabilitation service or procedure |
| 99204 | Office or other outpatient visit for the evaluation and management of a new patient, which requires these 3 key components: A comprehensive history; A comprehensive examination; Medical decision making of moderate complexity. Counseling and/or coordination of care with other physicians, other qualified health care professionals, or agencies are provided consistent with the nature of the problem(s) and the patient&apos;s and/or family&apos;s needs. Usually, the presenting problem(s) are of moderate to high severity. Typically, 45 minutes are spent face-to-face with the patient and/or family. |
| S8948 | Application of a modality (requiring constant provider attendance) to one or more areas; low-level laser; each 15 minutes |
| 99212 | Office or other outpatient visit for the evaluation and management of an established patient, which requires at least 2 of these 3 key components: A problem focused history; A problem focused examination; Straightforward medical decision making. Counseling and/or coordination of care with other physicians, other qualified health care professionals, or agencies are provided consistent with the nature of the problem(s) and the patient's and/or family's needs. Usually, the presenting problem(s) are self limited or minor. Typically, 10 minutes are spent face-to-face with the patient and/or family. |



Payment Log



FARMERS
INSURANCE

| 99203-25 | Office or other outpatient visit for the evaluation and management of a new patient, which requires these 3 key components: A detailed history; A detailed examination; Medical decision making of low complexity. Counseling and/or coordination of care with other physicians, other qualified health care professionals, or agencies are provided consistent with the nature of the problem(s) and the patient&apos;s and/or family&apos;s needs. Usually, the presenting problem(s) are of moderate severity. Typically, 30 minutes are spent face-to-face with the patient and/or family. |
|---|---|
| E0745-NU | Neuromuscular stimulator, electronic shock unit |
| E1399 | Durable medical equipment, miscellaneous |
| 72141 | Magnetic resonance (eg, proton) imaging, spinal canal and contents, cervical; without contrast material |
| 99212-25 | Office or other outpatient visit for the evaluation and management of an established patient, which requires at least 2 of these 3 key components: A problem focused history; A problem focused examination; Straightforward medical decision making. Counseling and/or coordination of care with other physicians, other qualified health care professionals, or agencies are provided consistent with the nature of the problem(s) and the patient&apos;s and/ or family&apos;s needs. Usually, the presenting problem(s) are self limited or minor. Typically, 10 minutes are spent face-to-face with the patient and/or family. |
| 99204-25 | Office or other outpatient visit for the evaluation and management of a new patient, which requires these 3 key components: A comprehensive history; A comprehensive examination; Medical decision making of moderate complexity. Counseling and/or coordination of care with other physicians, other qualified health care professionals, or agencies are provided consistent with the nature of the problem(s) and the patient&apos;s and/or family&apos;s needs. Usually, the presenting problem(s) are of moderate to high severity. Typically, 45 minutes are spent face-to-face with the patient and/or family. |
| 99213-25 | Office or other outpatient visit for the evaluation and management of an established patient, which requires at least 2 of these 3 key components: An expanded problem focused history; An expanded problem focused examination; Medical decision making of low complexity. Counseling and coordination of care with other physicians, other qualified health care professionals, or agencies are provided consistent with the nature of the problem(s) and the patient&apos;s and/or family&apos;s needs. Usually, the presenting problem(s) are of low to moderate severity. Typically, 15 minutes are spent face-to-face with the patient and/or family. |
| 97161 | Physical therapy evaluation: low complexity, requiring these components: A history with no personal factors and/or comorbidities that impact the plan of care; An examination of body system(s) using standardized tests and measures addressing 1-2 elements from any of the following: body structures and functions, activity limitations, and/or participation restrictions; A clinical presentation with stable and/or uncomplicated characteristics; and Clinical decision making of low complexity using standardized patient assessment instrument and/or measurable assessment of functional outcome. Typically, 20 minutes are spent face-to-face with the patient and/or family. |



# Payment Log

**FARMERS** INSURANCE

| 99214-25 | Office or other outpatient visit for the evaluation and management of an established patient, which requires at least 2 of these 3 key components: A detailed history; A detailed examination; Medical decision making of moderate complexity. Counseling and/or coordination of care with other physicians, other qualified health care professionals, or agencies are provided consistent with the nature of the problem(s) and the patient&apos;s and/or family&apos;s needs. Usually, the presenting problem(s) are of moderate to high severity. Typically, 25 minutes are spent face-to-face with the patient and/or family. |
|---|---|
| 0450-99283 | Emergency Room - General |
| 0250 | Pharmacy - General |
| 97140 | Manual therapy techniques (eg, mobilization/ manipulation, manual lymphatic drainage, manual traction), 1 or more regions, each 15 minutes |
| 97164-59 | Re-evaluation of physical therapy established plan of care, requiring these components: An examination including a review of history and use of standardized tests and measures is required; and Revised plan of care using a standardized patient assessment instrument and/or measurable assessment of functional outcome Typically, 20 minutes are spent face-to-face with the patient and/or family. |
| 97110 | Therapeutic procedure, 1 or more areas, each 15 minutes; therapeutic exercises to develop strength and endurance, range of motion and flexibility |
| 97112 | Therapeutic procedure, 1 or more areas, each 15 minutes; neuromuscular reeducation of movement, balance, coordination, kinesthetic sense, posture, and/or proprioception for sitting and/or standing activities |
| 99202-25 | Office or other outpatient visit for the evaluation and management of a new patient, which requires these 3 key components: An expanded problem focused history; An expanded problem focused examination; Straightforward medical decision making. Counseling and/or coordination of care with other physicians, other qualified health care professionals, or agencies are provided consistent with the nature of the problem(s) and the patient&apos;s and/or family&apos;s needs. Usually, the presenting problem(s) are of low to moderate severity. Typically, 20 minutes are spent face-to-face with the patient and/or family. |
| 95911 | Nerve conduction studies; 9-10 studies |
| 95886 | Needle electromyography, each extremity, with related paraspinal areas, when performed, done with nerve conduction, amplitude and latency/velocity study; complete, five or more muscles studied, innervated by three or more nerves or four or more spinal levels (List separately in addition to code for primary procedure) |
| 97010 | Application of a modality to 1 or more areas; hot or cold packs |
| 97110-GP | Therapeutic procedure, 1 or more areas, each 15 minutes; therapeutic exercises to develop strength and endurance, range of motion and flexibility |



Payment Log



FARMERS
INSURANCE

| Benefit Type : | | | | Medical | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ln No | Date Received | Date Paid | Check Number | Payee | Description of Services | Service Date From - To | Amount Billed | Amount Allowed | Ded. Applied | Co-Pay Applied | Int. Paid | Amount Paid |
| 44. | 07/30/19 | 08/01/19 | 1624500173 | John D Krisciunas Dcpc | 98941 G0283 97010 | 07/22/19 - 07/22/19 | $110.00 | $110.00 | $0.00 | $0.00 | $0.00 | $110.00 |
| 45. | 08/02/19 | 08/05/19 | 1624525983 | John D Krisciunas Dcpc | 98941 G0283 97010 | 07/30/19 - 07/30/19 | $110.00 | $110.00 | $0.00 | $0.00 | $0.00 | $110.00 |
| 46. | 08/02/19 | | | John D Krisciunas Dcpc | 98941 G0283 97010 | 07/30/19 - 07/30/19 | $110.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47. | 08/12/19 | 08/23/19 | 1624701373 | Neshaminy Pain Management | 97140 98943(2) 97039(2) 97799 98941(2) | 02/05/19 - 06/05/19 | $775.00 | $17.69 | $0.00 | $0.00 | $0.00 | $17.69 |
| 48. | 08/27/19 | 08/30/19 | 1624779988 | John D Krisciunas Dcpc | 98941 G0283 97010 | 08/19/19 - 08/19/19 | $110.00 | $71.67 | $0.00 | $0.00 | $0.00 | $71.67 |
| 49. | 08/27/19 | 09/03/19 | 1624789059 | John D Krisciunas Dcpc | 98941 G0283 97010 | 08/19/19 - 08/19/19 | $110.00 | $110.00 | $0.00 | $0.00 | $0.00 | $38.33 |
| 50. | 09/06/19 | 09/11/19 | 1624863560 | John D Krisciunas Dcpc | 98941 G0283 97010 | 09/03/19 - 09/03/19 | $110.00 | $110.00 | $0.00 | $0.00 | $0.00 | $110.00 |



Payment Log



| Benefit Type : | | Medical | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ln No | Date Received | Date Paid | Check Number | Payee | Description of Services | Service Date From - To | Amount Billed | Amount Allowed | Ded. Applied | Co-Pay Applied | Int. Paid | Amount Paid |
| 30. | 05/23/19 | 07/10/19 | 1624276308 | Aquahab Physical Therapy | 97140 97112 97164-59 97110 | 03/13/19 - 03/13/19 | $369.00 | $105.59 | $0.00 | $0.00 | $0.62 | $106.21 |
| 31. | 05/28/19 | 06/03/19 | 1623942074 | Jeannes Radiology Associates Llc | 72148 72141 | 05/22/19 - 05/22/19 | $2,359.00 | $434.63 | $0.00 | $0.00 | $0.00 | $434.63 |
| 32. | 05/29/19 | 05/31/19 | 1623927070 | Neshaminy Pain Management | 98943 97140-59 97031-52 98941 | 03/18/19 - 03/18/19 | $320.00 | $17.69 | $0.00 | $0.00 | $0.00 | $17.69 |
| 33. | 05/29/19 | 06/03/19 | 1623942079 | Neshaminy Pain Management | 98943 98941 S8948-52 | 04/29/19 - 04/29/19 | $280.00 | $64.00 | $0.00 | $0.00 | $0.00 | $64.00 |
| 34. | 06/07/19 | 06/10/19 | 1623999488 | Neshaminy Pain Management | 98943 98941 S8948-52 | 05/06/19 - 05/15/19 | $560.00 | $224.34 | $0.00 | $0.00 | $0.00 | $224.34 |
| 35. | 06/18/19 | 06/21/19 | 1624123075 | Neshaminy Pain Management | 97799 98943 98941 S8948-52 99212-25 | 05/29/19 - 05/29/19 | $545.00 | $305.74 | $0.00 | $0.00 | $0.00 | $305.74 |
| 36. | 06/25/19 | 06/27/19 | 1624179688 | John Krisciunas | 99202-25 98941 97010-59 G0283 | 06/18/19 - 06/24/19 | $314.00 | $314.00 | $0.00 | $0.00 | $0.00 | $314.00 |



Payment Log



**FARMERS**
INSURANCE

| | Benefit Type : | | Medical | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ln No | Date Received | Date Paid | Check Number | Payee | Description of Services | Service Date From - To | Amount Billed | Amount Allowed | Ded. Applied | Co-Pay Applied | Int. Paid | Amount Paid |
| 15. | 02/23/19 | 03/14/19 | 1623206650 | Aquahab Physical Therapy | 97140 97112 97110 | 02/13/19 - 02/13/19 | $224.00 | $146.95 | $0.00 | $0.00 | $0.00 | $146.95 |
| 16. | 03/05/19 | 03/14/19 | 1623206655 | Aria Health Physician Service | 99214 | 11/20/18 - 11/20/18 | $545.00 | $138.71 | $0.00 | $0.00 | $0.00 | $138.71 |
| 17. | 03/15/19 | | | Aria Health Physician Service | 99214 | 11/20/18 - 11/20/18 | $545.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18. | 03/16/19 | 03/27/19 | 1623331362 | Neshaminy Pain Management | 98943 98941 S8948-52 99212-25 | 02/20/19 - 02/20/19 | $370.00 | $165.74 | $0.00 | $0.00 | $0.00 | $165.74 |
| 19. | 03/16/19 | 03/27/19 | 1623331327 | Neshaminy Pain Management | 98943 97140-59 97030-52 98941 | 01/23/19 - 01/23/19 | $320.00 | $17.69 | $0.00 | $0.00 | $0.00 | $17.69 |
| 20. | 03/20/19 | 04/02/19 | 1623387363 | Mayfair Pain Therapy Center Pc | 98941-LT 97110-GP 97140-59 98940 G0283 | 03/13/19 - 03/13/19 | $295.00 | $171.44 | $0.00 | $0.00 | $0.00 | $171.44 |
| 21. | 03/26/19 | 04/13/19 | 1623488331 | Neshaminy Pain Management | 98943 98941 S8948-52 | 03/05/19 - 03/05/19 | $280.00 | $112.17 | $0.00 | $0.00 | $0.00 | $112.17 |



Payment Log



FARMERS
INSURANCE

| | Benefit Type : | | | Medical | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ln No | Date Received | Date Paid | Check Number | Payee | Description of Services | Service Date From - To | Amount Billed | Amount Allowed | Ded. Applied | Co-Pay Applied | Int. Paid | Amount Paid |
| 3. | 01/09/19 | 01/18/19 | 1622703913 | Mayfair Pain Therapy Center Pc | 97110-GP 98943-LT 97140-59 98941 G0283 | 12/28/18 - 12/28/18 | $305.00 | $186.54 | $0.00 | $0.00 | $0.00 | $186.54 |
| 4. | 01/15/19 | 01/28/19 | 1622787826 | Neshaminy Pain Management | 98943 E1399 97140-59 98941 E0745-NU G0283 S8940-52 99203-25 | 12/06/18 - 12/28/18 | $2,189.00 | $1,262.02 | $0.00 | $0.00 | $0.00 | $1,262.02 |
| 5. | 01/18/19 | 01/30/19 | 1622809058 | Mayfair Pain Therapy Center Pc | 97110-GP 98943-LT 97140-59 98940 G0283 | 01/09/19 - 01/09/19 | $295.00 | $171.44 | $0.00 | $0.00 | $0.00 | $171.44 |
| 6. | 01/23/19 | 01/30/19 | 1622809062 | Mayfair Pain Therapy Center Pc | 97110-GP 98943-LT 97140-59 98941 G0283 | 01/16/19 - 01/16/19 | $305.00 | $186.26 | $0.00 | $0.00 | $0.00 | $186.26 |
| 7. | 01/23/19 | 01/30/19 | 1622809067 | Aquahab Physical Therapy | 97140 97112 97110 | 01/09/19 - 01/09/19 | $224.00 | $146.95 | $0.00 | $0.00 | $0.00 | $146.95 |



 Gmail

**SAJID RAZA <sajid.india.usa@gmail.com>**

## Your Case Simon & Simon

6 messages

**Aidan Passannante** <AidanPassannante@gosimon.com>
To: "sajid.india.usa@gmail.com" <sajid.india.usa@gmail.com>

Thu, Jun 6, 2019 at 2:21 PM

Good Afternoon,

Thank you for informing me about your change in residence. Can you give me the exact date and time of your MRI?

Thanks,

**Aidan Passannante**

Medical Coordinator|Paralegal

Simon & Simon, PC

1818 Market Street, Suite 2000 - Philadelphia, PA 19103

Phone: 215-Go-Simon (215-467-4666)

Fax: 267-639-9006

aidanpassannante@gosimon.com - www.gosimon.com

*NOTE: The information contained in this e-mail and any attachments are strictly confidential. If you are not the intended recipient, please notify the sender immediately and do not disclose copy or store or use the e-mail and/or attachments for any purpose. **Please think before you print. Save the earth!***

**SAJID RAZA** <sajid.india.usa@gmail.com>
To: Aidan Passannante <AidanPassannante@gosimon.com>

Thu, Jun 6, 2019 at 7:14 PM

MRI done on 5.22.19 at. AKUMIN langhorne pa phone 215 750 1760
Thanks
Sajid raza
[Quoted text hidden]

**Aidan Passannante** <AidanPassannante@gosimon.com>
To: SAJID RAZA <sajid.india.usa@gmail.com>

Fri, Jun 7, 2019 at 7:54 AM

Great! I'll go ahead and request that report today.

[Quoted text hidden]

**SAJID RAZA** <sajid.india.usa@gmail.com>                                    Sun, Apr 23, 2023 at 6:33 AM
To: Andrew Duclair <Duclairlawoffice@gmail.com>

[Quoted text hidden]

**SAJID RAZA** <sajid.india.usa@gmail.com>                                    Fri, May 26, 2023 at 1:42 PM
To: Aidan Passannante <AidanPassannante@gosimon.com>

Dear sir,
I came out of jail on pretrial release on level 3+.i want to settle this case ASAP.IF YOU WANT I CAN MEET YOU
WITH APPOINTMENT.My back pain and neck pain gone worse due to without medical help in jail.waiting for your
reply.
thanks
sajid raza
[Quoted text hidden]

**Mail Delivery System** <mailer-daemon@ppe-hosted.com>                       Fri, May 26, 2023 at 1:43 PM
To: sajid.india.usa@gmail.com

This is the PPE Hosted Dispatch mail system.

PPE Hosted tried to deliver your email message,
but was unable to do so for reasons outside our control.

We recommend contacting the person or service responsible for
looking after the recipient domain's email server directly.

The last error message we have available from the recipient's
server is included right below, along with an extract of your
email:

<AidanPassannante@gosimon.com>: host
   gosimon-com.mail.protection.outlook.com[104.47.66.10] said: 550 5.4.1
   Recipient address rejected: Access denied. AS(201806281)
   [MW2NAM12FT113.eop-nam12.prod.protection.outlook.com
   2023-05-26T17:43:02.822Z 08DB5DB837F0396A] (in reply to RCPT TO command)

Final-Recipient: rfc822; AidanPassannante@gosimon.com
Original-Recipient: rfc822;AidanPassannante@gosimon.com
Action: failed
Status: 5.4.1
Remote-MTA: dns; gosimon-com.mail.protection.outlook.com
Diagnostic-Code: smtp; 550 5.4.1 Recipient address rejected: Access denied.
   AS(201806281) [MW2NAM12FT113.eop-nam12.prod.protection.outlook.com
   2023-05-26T17:43:02.822Z 08DB5DB837F0396A]


**noname**
5K

M Gmail                                              SAJID RAZA <sajid.india.usa@gmail.com>

## Your Case Simon & Simon

6 messages

**Aidan Passannante** <AidanPassannante@gosimon.com>                Thu, Jun 6, 2019 at 2:21 PM
To: "sajid.india.usa@gmail.com" <sajid.india.usa@gmail.com>

Good Afternoon,

Thank you for informing me about your change in residence. Can you give me the exact date and time of your MRI?

Thanks,

**Aidan Passannante**

Medical Coordinator|Paralegal

Simon & Simon, PC

1818 Market Street, Suite 2000 - Philadelphia, PA 19103

Phone: 215-Go-Simon (215-467-4666)

Fax: 267-639-9006

aidanpassannante@gosimon.com · www.gosimon.com

*NOTE: The information contained in this e-mail and any attachments are strictly confidential. If you are not the intended recipient, please notify the sender immediately and do not disclose copy or store or use the e-mail and/or attachments for any purpose.* **Please think before you print. Save the earth!**

**SAJID RAZA** <sajid.india.usa@gmail.com>                          Thu, Jun 6, 2019 at 7:14 PM
To: Aidan Passannante <AidanPassannante@gosimon.com>

MRI done on 5.22.19 at. AKUMIN langhorne pa phone 215 750 1760
Thanks
Sajid raza
[Quoted text hidden]

**Aidan Passannante** <AidanPassannante@gosimon.com>                Fri, Jun 7, 2019 at 7:54 AM
To: SAJID RAZA <sajid.india.usa@gmail.com>

Great! I'll go ahead and request that report today.

[Quoted text hidden]

**SAJID RAZA** <sajid.india.usa@gmail.com>                                Sun, Apr 23, 2023 at 6:33 AM
To: Andrew Duclair <Duclairlawoffice@gmail.com>

[Quoted text hidden]

**SAJID RAZA** <sajid.india.usa@gmail.com>                                Fri, May 26, 2023 at 1:42 PM
To: Aidan Passannante <AidanPassannante@gosimon.com>

Dear sir,
I came out of jail on pretrial release on level 3+.i want to settle this case ASAP.IF YOU WANT I CAN MEET YOU
WITH APPOINTMENT.My back pain and neck pain gone worse due to without medical help in jail.waiting for your
reply.
thanks
sajid raza
[Quoted text hidden]

**Mail Delivery System** <mailer-daemon@ppe-hosted.com>                   Fri, May 26, 2023 at 1:43 PM
To: sajid.india.usa@gmail.com

This is the PPE Hosted Dispatch mail system.

PPE Hosted tried to deliver your email message,
but was unable to do so for reasons outside our control.

We recommend contacting the person or service responsible for
looking after the recipient domain's email server directly.

The last error message we have available from the recipient's
server is included right below, along with an extract of your
email:

<AidanPassannante@gosimon.com>: host
    gosimon-com.mail.protection.outlook.com[104.47.66.10] said: 550 5.4.1
    Recipient address rejected: Access denied. AS(201806281)
    [MW2NAM12FT113.eop-nam12.prod.protection.outlook.com
    2023-05-26T17:43:02.822Z 08DB5DB837F0396A] (in reply to RCPT TO command)

Final-Recipient: rfc822; AidanPassannante@gosimon.com
Original-Recipient: rfc822;AidanPassannante@gosimon.com
Action: failed
Status: 5.4.1
Remote-MTA: dns; gosimon-com.mail.protection.outlook.com
Diagnostic-Code: smtp; 550 5.4.1 Recipient address rejected: Access denied.
    AS(201806281) [MW2NAM12FT113.eop-nam12.prod.protection.outlook.com
    2023-05-26T17:43:02.822Z 08DB5DB837F0396A]

📄 **noname**
   5K

# Uber

**RECEIVED**

OCT  8 2024

# SAJID RAZA

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

Code: mwhq8

## Tax Summary for 2018

Thanks for doing driving with Uber in 2018. Below is a breakdown of your earnings over the year that may help you file your taxes.

### Driving Totals

| 8,465 | 65,437 |
|---|---|
| COMPLETED TRIPS | ONLINE MILES |

Online Miles shows all of the miles you drove while online, including off trip miles.





### Your Gross Payment

Total Trip Earnings from Uber plus any other additional earnings

### Expenses, Fees and Tax

Expenses, Fees and Tax is a complete breakdown, please refer to table 1 on page 2.

### Your Net Payout

Not for tax filing purposes. This amount represents what was paid in your current account

| Reportable Payments | | Expenses, Fees and Tax | +$31,060.69 | Net Earnings | +$84,697.99 |
|---|---|---|---|---|---|
| Gross Trip Earnings | +$108,764.02 | | | Reimbursements: Tolls, Airport fees and Surcharges | +$1,601.17 |
| Total Additional Earnings | +$8,795.83 | | | | |

| $117,359.85 | $31,060.69 | $86,299.16 |
|---|---|---|

INCOME - 2018

This is not an official tax document. Uber does not offer any tax advice.

Check with a tax professional or go to tuber.com/taxes-faq for more information



1455 3rd street

San Francisco, CA 94158

Uber Tax ID number 45-2647441

# SAJID RAZA

**Code: mwhq8**

## Tax Summary for 2018

**Table 3 – Completed trips and online miles per month**

| Driving total per month | Completed trips | Online miles |
|---|---|---|
| January | 0 | 0 |
| February | 0 | 0 |
| March | 0 | 0 |
| April | 0 | 0 |
| May | 0 | 0 |
| June | 0 | 0 |
| July | 0 | 0 |
| August | 0 | 0 |
| September | 0 | 0 |
| October | 0 | 0 |
| November | 0 | 0 |
| December | 0 | 0 |
| **Driving Totals** | **8.465** | **65,437** |

This is not an official tax document. Uber does not offer any tax advice.

Check with a tax professional or go to t.uber.com/taxes-faq for more information.



1515 3rd Street

San Francisco, CA 94158

Uber.com/taxinformation-us-2647441

# SAJID RAZA

**Code: mwhq8**

## Tax Summary for 2018

### Table 1 - Expenses, Fees, Tax and Reimbursement

All items marked with a * may be tax deductible. Your online mileage may also be deductible. Need help filing? Get help from the tax experts. Visit t.uber.com/turbotax or consult a tax professional for more information.

| Expenses, Fees and Tax | |
|---|---|
| Uber service fee/other adjustment* | $12,321.00 |
| Booking fee* | $16,067.45 |
| Split fare fee* | $31.75 |
| Airport and/or city fee paid by Uber or subsidiaries* | $2,630.59 |
| **Reimbursements** | |
| Tolls, airport fees and surcharges* | $1,591.07 |
| **TOTAL EXPENSES, FEES, TAX AND REIMBURSEMENTS** | **$32,641.86** |

"Uber Service Fee / Other Adjustments" includes both the Uber Service Fee and certain other items such as: 1) pricing adjustments due to Uber-provided rider promotions, or 2) differences between the rider's upfront price and your earnings.

### Table – 2 Additional Payments from Uber or Subsidiaries

| | |
|---|---|
| Incentives | $8,775.83 |
| Partner loyalty programme | $20.00 |
| **TOTAL ADDITIONAL EARNINGS** | **$8,795.83** |

This is not an official tax document. Uber does not offer any tax advice.

Check with a tax professional or go to t.uber.com/taxes-faq for more information.

☐ CORRECTED (if checked)

| FILER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | FILER'S federal identification no. | OMB No. 1545-2205 | |
|---|---|---|---|
| UBER TECHNOLOGIES | PAYEE'S taxpayer identification no. XXXXXXX92 | **2019** | **Payment Card and Third Party Network Transactions** |
| 1455 MARKET ST., SUITE 400 | | | |
| SAN FRANCISCO, CA 94103 | 1a Gross amount of payment card/third party network transactions $86,555.01 | Form **1099-K** | |

| | | 1b Card not present transactions | 2 Merchant category code 0000 | **Copy B For Payee** |
|---|---|---|---|---|
| Check to indicate if FILER is a (an): | Check to indicate transactions reported are: | | | |
| Payment settlement entity (PSE) [X] | Payment card ☐ | 3 Number of payment transactions 5994 | 4 Federal income tax withheld $0.00 | |
| Electronic Payment Facilitator (EPF)/Other third party ☐ | Third party network [X] | | | |

| PAYEE'S name SAJID RAZA | 5a January $7,784.38 | 5b February $7,950.37 | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |
|---|---|---|---|
| | 5c March $9,869.60 | 5d April $11,325.17 | |
| Street address (including apt. no.) 1709 KINGSWOOD PLACE | 5e May $9,813.42 | 5f June $7,637.51 | |
| | 5g July $8,401.80 | 5h August $6,577.25 | |
| City or town, state or province, country, and ZIP or foreign postal code CLEMENTON, NJ 08021 | 5i September $9,103.15 | 5j October $7,459.62 | |
| PSE'S name and telephone number | 5k November $632.74 | 5l December $0.00 | |
| Account number (see instructions) ZDKIGMYFAYQUNOVQOMKF | 6 State NJ | 7 State identification no. | 8 State income withheld |

Form **1099-K**    (keep for your records)    www.irs.gov/form1099K    Department of the Treasury - Internal Revenue Service

IO MONTHS INCOME

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country. ZIP or foreign postal code, and telephone no. | | 1 Rents | OMB No. 1545-0115 | |
|---|---|---|---|---|
| UBER TECHNOLOGIES<br>1455 MARKET ST., SUITE 400<br>SAN FRANCISCO, CA 94103 | | 2 Royalties | **2019**<br><br>Form **1099-MISC** | **Miscellaneous Income** |
| | | 3 Other income | 4 Federal income tax withheld | Copy B<br>**For Recipient** |
| PAYER'S federal identification number | RECIPIENT'S identification number<br>XXXXXXX92 | 5 Fishing boat proceeds | 6 Medical and health care payments | |
| RECIPIENT'S name<br>SAJID RAZA | | 7 Nonemployee compensation<br>$15,330.80 | 8 Substitute payments in lieu of dividends or interest | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| Street address (including apt. no.)<br>1709 KINGSWOOD PLACE | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ☐ | 10 Crop insurance proceeds | |
| City or town, state or province, country, and ZIP or foreign postal code<br>CLEMENTON, NJ 08021 | | 11 | 12 | |
| Account number (see instructions)<br>ZDKIGMYFAYQUNOVQOMKF | FATCA filing requirement<br>☐ | 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney | |
| 15a Section 409A deferrals | 15b Section 409A income | 16 State tax withheld | 17 State/Payer's state no.<br>NJ | 18 State income |

Form **1099-MISC**    (keep for your records)    www.irs.gov/form1099misc    Department of the Treasury - Internal Revenue Service

10 MONTHS INCOME



3 bd   2 ba   1,796 sqft

1709 Kingswood Pl, Clementon, NJ 08021

**Sold**
: **$157,000**   Sold on 06/09/23   Zestimate®:
**$176,200**

**Est. refi payment:** $1,191/mo

Ⓢ Refinance your loan

Home value    Owner tools    Home details    F

≋ Zillow HomeLoans

**Get pre-qualified for a loan**
At Zillow Home Loans, we can pre-qualify you in as little as 3 minutes with no impact to your credit score.

**Start now**

An equal housing lender. NMLS #10287.

RECEIVED

OCT  8 2024

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

## Home value

^

MY DESTROYED HOME SOLD



3 bd   3 ba   1,796 sqft

408 Winding Way, Clementon, NJ 08021

**Sold**

: **$260,000**   Sold on 12/09/22   Zestimate®:

**$307,400**

**Est. refi payment:** $2,021/mo

Ⓢ **Refinance your loan**

---

Home value   Owner tools   Home details

 Zillow HomeLoans

🏠 **Get pre-qualified for a loan**
At Zillow Home Loans, we can
pre-qualify you in as little as 3
minutes with no impact to your
credit score.

**Start now**
An equal housing lender. NMLS #10287.

# Home value

COMPARABLE  HOME  SOLD



3 bd   3 ba   1,562 sqft

1710 Manor Pl, Clementon, NJ 08021

**Sold**
: **$265,000**   Sold on 10/04/23   Zestimate®: **$285,800**

**Est. refi payment:** $2,060/mo

 **Refinance your loan**

Home value   Owner tools   Home details

 Zillow HomeLoans

**Get pre-qualified for a loan**

At Zillow Home Loans, we can pre-qualify you in as little as 3 minutes with no impact to your credit score.

**Start now**

An equal housing lender. NMLS #10287.

# Home value

COMPARABLE HOME SOLD

RECEIVED

NOTICE OF TORT CLAIM FOR DAMAGES AGAINST
THE COUNTY OF CAMDEN

OCT  8 2024

AT 8:30_____ M
CLERK, U.S. DISTRICT COURT - DNJ

1._____
2._____
3._____
4._____

**NOTICE:**   This form must be completed in its entirety and returned to and forwarded as instructed below, within ninety (90) days from the date of accrual of the cause of action as set forth in N.J.S.A. 59:8-8.  (The date of accrual of most accident cases is the date of the accident.)  Under the Tort Claims Act, the County of Camden then has at least six (6) months to review and settle meritorious claims.  A failure to comply fully with these requirements, as well as with all other aspects of the New Jersey Tort Claims Act (N.J.S.A. 59:1-1, et seq.), will subject your claim to denial and any Complaint filed in Court thereafter, to dismissal.

Forward to:   **AmeriHealth Casualty Services   AND**
**ATTN: CLAIMS**
PO Box 58579
**Philadelphia, PA 19102**

**Division of Insurance, County of Camden**
**ATTN: Joshua A. Friedman, Esquire**
**520 Market St., 6th Floor**
**Camden, NJ 08102**

or e-mail completed forms to liability@ahcasualty.com

1.

RAZA, SAJID
Last Name, First   Middle

_____
Date of Birth

51 CLEMENS LN
Street Address

BLACKWOOD - NJ-08012
City, State  Zip Code

609-560-0583
Area Code/Phone Number

SAJID-INDIA-USA@GMAIL.COM
Email Address

_____
Mailing address if other than street address

_____
Social Security Number

If notices or correspondence in connection with this claim are to be sent to a person other than the claimant, complete item #2.

2.

_____
Name

_____
Mailing Address

_____
City, State  Zip Code

_____
Email Address

Relationship to claimant:  Attorney At Law ( ) or _____
                                                  Explain Relationship

The occurrence or accident which gave rise to this claim:

3a.   10-30-2019
         Date

MID NIGHT
Time

1

b.    Describe the location or place of the accident or occurrence.

1

TWP OF GLOUCESTER
Municipality

POLICE SENT ME JAIL FROM MY
Exact location of the occurrence    HOME

c.    Describe how the accident or occurrence happened:  If a diagram will assist your explanation, please use the reverse side of this form.

POLICE SENT ME JAIL ON 100% FALSE CHARGES

d.    State the name and address of the Public Entity, or entities, that you claim caused your damage.

CAMDEN COUNTY, CAMDEN COUNTY BOARD OF HEALTH, TWP OF

GLOUCESTER, C.C. PROSECUTOR OFFICE, DEPARTMENT OF CHILD

PROTECTION AND PERMANANCY, OFFICE OF PUBLIC DEFENDER

State the names of the employees whom you claim were at fault, including any information that will assist in identifying and locating them.

SANDRA J. GERMAN OF DCPC, CHARLES NIVEAS OF C.C. BOARD OF HEALTH

DAVID J. VANNONI AND BUNCH OF POLICE OFFICERS FROM GLOUCESTER TWP
POLICE DEPT., FORMER CCP JILLS. MAYER AND BUNCH ASST. PROSECUTOR

e.    State, in detail, the negligence or wrongful acts of the Public Entity and public employees which caused your damages. CHARLES NIVEAS CONSPIRED WITH CRIMINALS
HE TRIED TO EXTORT MONEY, WITHOUT HOME OWNER PERMISSION
INSPECTED MY HOME DAMAGED BY CRIMINALS TOO MANY TIMES

POLICE OFFICERS CONSPIRED WITH CRIMINALS AND SENT ME TO JAIL
CAMDEN COUNTY PROSECUTOR HELD ME IN JAIL WITHOUT TRIAL TO
FORCE ME PLEAD GUILTY THROUGH ABUSIVE PROCESS

f.    State the name and address of all witnesses to the accident, occurrence or event.

SAJIA RAZA, ALTAF RAZA

2

g.    State the names of all police officers and police departments who investigated the accident.

DAVID J. VANNONI, GERARD A. ROBERICK, JOHN W. HARLAND, ANTHONY P. MASSI TODD V. BARTON, OFFICER GARNEY FROM GLOUCESTER TWP POLICE DEPT.

_____

4a.    Claim for Damages (Check appropriate block.)

( ✓ )    Personal Injury                ( ✓ )    Property Damage

( )    Other - Explain in detail _____

b.    If you claim personal injury:

(1) Describe your injuries resulting from this accident or occurrence.

STATE SPONCERED ASSUALT IN JAIL PERMANANT INJURY IN RIGHT TORSEC PERMANANT NECK PAIN AND BACK PAIN DUE TO ROAD ACCIDENT PRIOR TO MY ARREST.

(2)    Do you claim permanent disability resulting from this injury?

( ✓ ) Yes        ( ) No

If yes, describe the injuries believed to be permanent.

NECK PAIN, BACK PAIN, PAIN IN RIGHT TORSEC DUE TO ASSUALT IN JAIL

(3)    For each hospital, doctor, or other practitioner rendering treatment, examination or diagnostic services, state:

| Name of hospital, doctor of other facility address | Dates of treatment or service | Amt. of charges to date | Amount paid or payable by other sources such as insurance |
|---|---|---|---|
| CAMDEN COUNTY JAIL, ANCORA HOSPITAL, PERFORMANCE CHIROPRATIC AND WELLNESS CENTER- 856-401-9550 | | | |

3

(4)    If you claim loss of wages or income as a result of the injury, state:

UBER
Name of Employer

_____
Address of Employer

DRIVER
Your Occupation

2016
Date Your Became Employed

$90000.00 PER YEAR
Rate of Pay

10-31-2019
Dates of Absence From Work

$40 5000.00
Total Lost Wages To Date

UNKNOW DUE TO INJURY
If still out of work, expected date of return

NOTE:  If your claimed loss of income arises from self-employment or other than wages, attach a calculation showing the basis of your calculation of lost income.

c.    If you claim personal injury:

(1)    Describe whether the injuries resulting from the accident or occurrence have aggravated or exacerbated an existing or previous injury.

I HAD A ROAD ACCIDENT INJURY PRIOR TO MY ARREST-I DENIED

TREATMENT IN JAIL ON ADVICE OF CAMDEN COUNTY PROSECUTOR TO

FORCE ME PLEAD GUILTY

(2)    State the date and time when such existing or previous injury occurred and location and circumstances giving rise to the injury.

NOVEMBER 2018 ROAD ACCIDENT, SOUTHAMPTON TWP, PA

(3)  Regarding any existing or previous injury, give the name and address of each doctor who treated you for the condition as follows:

| Name of hospital, doctor of other facility   address | Dates of treatment or service | Amt. of charges to date | Amount paid or payable by other sources such as insurance |
|---|---|---|---|

BENSALEM CHIROPRATIC CENTER, 215-639-6099, 4 MONTHS

CHIROPRATIC & WELLNESS CENTER, 856-401-9550. 4 MONTHS

BILL PAID BY FARMER'S INSURANCE

d.    Set forth any and all other losses or damages claimed by you.  54 MONTHS IN JAIL
(2 MONTHS HOUSE ARREST)

4

_____

_____

_____

_____

e.    If you claim property damage:

(1)    Describe the property damage.

MY HOME DAMAGED BY CRIMINALS WITH THE HELP OF

STATE EMPLOYEES

(2)    The present location and time when the property may be inspected.

HOME SOLD AT VERY LOW PRICE

(3)    Date property acquired. 09-01-2011

(4)    Cost of property. $ 250000.00

(5)    Value of property at time of accident. $ 250000.00

(6)    Description of damage. ENTIRE HOME IS DESTROYED BY CRIMINALS

WITH THE HELP OF POLICE AND OTHER STATE EMPLOYEE.

I HAVE PHOTO OF DESTROYED HOME

(7)    Has the damage been repaired? NO _____ If so, by whom, when and cost of repairs.

SOLD OUT AS IT IS

(8)    Attach each estimate of repair costs to this form.

(9)    Set forth, in detail, the loss claimed by you for property damage.

I SOLD HOME FOR $157000.00 LESS THAN $100000.00

COMPARE TO ANOTHER HOME SOLD IN SAME NIGHOUHOOD

_____

f.    Set forth, in detail, all other items of loss or damages claimed by you and the method by which you made the calculation.

RENT LOSS $60000.00

5.    The amount of the claim. $2000000.00

6.    Have you made a claim against anyone else for any of the losses or expenses claimed in this notice?

No

If yes, set forth the name and address of all persons and insurance companies against whom you have made such claims.

7.    Are any of the losses or expenses claimed herein covered by any policy of insurance? _____
For each such policy, state the name and address of the insurance company, policy number and benefits paid or payable.

NO

8a.   If this claim involves an automobile, please state:
      (1)    The name of the insurance company covering the automobile.

No

      (2)    The name of your local agent:

      (3)    Your policy number and dates of coverage (if other than automobile).

6

b.    If the claim involves property or other damage:

    (1)    State the name of your Homeowner's, rental, or property insurance company.

_____

    (2)    The name of your local insurance agent.

_____

    (3)    Your policy number. _____

c.    If you have any other form or kind of liability insurance, please state:

    (1)    The name or names of the insurance company. _____

    (2)    Type of liability coverage. _____

    (3)    The name of your local agent. _____

    (4)    The policy number of numbers._____

9.    Have you received, or agreed to receive, any money from anyone for the damages claimed herein?  If so, set forth the details of such agreement.

    No_____

_____

10.    **The following items must be submitted with this notice:**

    (1)    Copies of itemized bills for each medical expense and other losses and expenses claimed.

    (2)    Full copies of all appraisals and estimates of property damage claimed by you.

    (3)    Copies of all written reports of all expert witnesses and treating physicians.

    (4)    A letter from your employer verifying your lost wage.  If self-employed, a statement showing the calculation of your claimed lost income.

11.    Please specify, if known, whether the claim arises out of any of the following activities of:

    (1)    Any construction project. _____

    (2)    Any demolition project. _____

    (3)    Any road or bridge project. _____

    (4)    Other. _____

**AUTHORIZATION FOR DISCLOSURE OF PROTECTED HEALTH INFORMATION**

**I hereby authorize the disclosure of my individually-identifiable health information as described below.** I understand that this authorization is voluntary, and that if the organization authorized to receive this information is not a health plan or healthcare provider, the release of such information may no longer be protected by federal privacy regulations. I also understand that once this information is disclosed pursuant to this authorization, it may be subject to re-disclosure by the recipient(s), and no longer be protected by federal privacy regulations.

<div align="center">

**ALL ITEMS MUST BE COMPLETED**

</div>

**Patient Information:**
**Name:**  SAJID RAZA
**Address:**  51 CLEMENS LN
BLACKWOOD, NJ, 08012

**Persons(s) or class of persons authorized to disclose the information:**
**AmeriHealth Casualty Services,** PO Box 58579 Philadelphia, PA 19103 **and/or the County of Camden**

**Description of the information that may be disclosed (*please state clearly*):**

All Medical and psychiatric information and records

**The information will be disclosed for the following purposes(s):**
**Litigation and Discovery**

**The patient must read and initial the following:**
(1)  I understand that this authorization will expire on 01/01/2024 or upon resolution of this litigation;
(2)  I understand that I may revoke this authorization at any time in writing except to the extent that action has been taken in reliance on this authorization.

I understand that my refusal to sign this information form will <u>not</u> affect my ability to receive treatment or eligibility for benefits.

SAJID RAZA                                          07-01-2024
**Signature of Patient or Patient's Personal**                    **Date**
**Representative (as applicable)**

_____                    _____
**Name of Patient's Personal Representative**          **Relationship to Patient or Statement**
**(If applicable)**                                  **of Authority to Act on Patient's Behalf**
                                                 **(e.g. spouse, parent, legal guardian acting**
                                                 *in loco parentis, etc.)*
                                                 **Please Note – Attorneys cannot serve as**
                                                 **"personal representative" without attaching a**
                                                 **copy of a fully executed Power of Attorney**

9

## AUTHORIZATION FOR RELEASE OF EMPLOYMENT RECORDS

I hereby authorize my present and previous employers to release to:

**AmeriHealth Casualty Services**
PO Box 58579
**Philadelphia, PA 19103**

or a representative of the County of Camden any and all of my employment records.  A copy of this release form bearing a photocopy of my signature, shall constitute my authorization for the release of the information in accordance with the request made to you.

Date: *07-01-2024*
      *07-01-2024*

*SAJID RAZA*
Signature

(This form must be signed by claimant or the parents of claimants who are minors.)

10

12.   State whether the incident has occurred on a sidewalk, street or bridge and location. If incident occurred on a sidewalk, street or bridge, you must attach a diagram depicting same.

_____

_____

_____

_____

I hereby certify that the foregoing statements made by me are true, that the attached statements, bills, reports and documents are the only ones known to me to be in existence at this time. I am aware that if any statement made by me is willfully false, I am subject to punishment.

Dated: _07-01-2024_          _SAJID  RAZA_____

CLAIMANT OR AUTHORIZED PERSON FILING ON BEHALF OF CLAIMANT

**NOTICE**:  This form must be completed in its entirety and returned to our office and that of our Administrators, AmeriHealth Casualty Services within ninety (90) days from the date of accrual of the cause of action as set forth in N.J.S.A. 59:8-8. (The date of accrual of most accident cases is the date of the accident.). Under the Tort Claims Act, the County of Camden has six (6) months to review and settle meritorious claims. A failure to comply fully with these requirements, as well as with all other aspects of the New Jersey Tort Claims Act, will subject your claim to denial, and any Complaint filed in Court thereafter, will be subject to dismissal

8

# INITIAL NOTICE OF CLAIM FOR DAMAGES AGAINST THE STATE OF NEW JERSEY

**FORWARD TO:** TORT AND CONTRACT UNIT
DEPARTMENT OF THE TREASURY, BUREAU OF RISK MGMT.
PO BOX 620
TRENTON, NEW JERSEY 08625
PHONE: (609) 292-4347

### FORM **MUST** BE FILED WITHIN **90** DAYS OF THE ACCIDENT OR YOU MAY FORFEIT YOUR RIGHT

**1. CLAIMANT:**

| RAZA | SAJID | | |
|------|-------|---|---|
| **LAST NAME** | **FIRST** | **MIDDLE** | **DATE OF BIRTH** |

| 51 CLEMENS LN | | |
|---|---|---|
| **STREET ADDRESS** | | **MAILING ADDRESS IF OTHER THAN STREET ADDRESS** |

| BLACKWOOD | NJ | 08012 | |
|-----------|-----|-------|---|
| **CITY** | **STATE** | **ZIP CODE** | **SOCIAL SECURITY NUMBER** |

**2. IF NOTICES AND CORRESPONDENCE IN CONNECTION WITH THIS CLAIM ARE TO BE SENT TO A PERSON OTHER THAN CLAIMANT, COMPLETE ITEM #2.**

| | |
|---|---|
| **NAME** | **MAILING ADDRESS** |
| | 0 |

| | | |
|---|---|---|
| **CITY** | **STATE** | **ZIP CODE** |

**RELATIONSHIP TO CLAIMANT:**   ATTORNEY AT LAW ☐   **OR** _____
**EXPLAIN RELATIONSHIP**

### THE OCCURRENCE OR ACCIDENT WHICH GAVE RISE TO THIS CLAIM:

**3a.**

| 10/30/2019 | MIDNIGHT |
|------------|----------|
| **DATE** | **TIME** |

**b. DESCRIBE THE LOCATION OR PLACE OF THE ACCIDENT OR OCCURENCE.**

| TWP OF GLOUCESTER | ARRESTED IN MY HOME |
|-------------------|---------------------|
| **MUNICIPALITY** | **EXACT LOCATION OF THE OCCURRENCE** |

**c. DESCRIBE HOW THE ACCIDENT OR OCCURENCE HAPPENED: IF A DIAGRAM WILL ASSIST YOUR EXPLANATION, PLEASE USE THE REVERSE SIDE OF THIS FORM.**

PLOICE ARRESTED ME AND SENT TO JAIL ON FALSE CHARGES

**d. STATE THE NAME AND ADDRESS OF THE STATE AGENCY OR AGENCIES THAT YOU CLAIM CAUSED YOUR DAMAGE.**

STATE OF NEW JERSEY,CAMDEN COUNTY BOARD OF HEALTH,TWP OF GLOUCESTER,CAMDEN COUNTY,GLOCES TPW POLICE DEPARTMENT,CAMDEN COUNTY PROSECUTOR OFFICE,CAMDEN PUBLIC DEFENDER OFFICE,NJ DEPARTMENT OF CHILD PROTECTION AND PERMANCY

**STATE THE NAMES OF STATE EMPLOYEES WHOM YOU CLAIM WERE AT FAULT, INCLUDING ANY INFORMATION THAT WILL ASSIST IN INDENTIFYING AND LOCATING THEM.**

CHARLES NIEVAS OF CAMDEN COUNTY BOARD OF HEALTH,SANDRA J GERMAN OF DCPC,DAVID J VANNONI AND BUNCH OF MORE POLICE OFFICER FROM GLOUCESTER TPW POLICE DEPT.FORMER CCP AND BUNCH OF AP'S FROM CAMDEN PROSECUTOR OFFICE , FOUR EMPLOYEES FROM CAMDEN PUBLIC DEFENDER OFFICE

**e. STATE THE NEGLIGENCE OR WRONGFUL ACTS OF THE STATE AGENCY AND STATE EMPLOYEES WHICH CAUSED YOUR DAMAGES.**

ARRESTED ON FALSE CHARGES ALL STATE EMPLOYEES CONSPIRED WITH CRIMINALS TO SEND ME IN JAIL AND HIJACKED MY HOME.

**f. STATE THE NAME AND ADDRESS OF ALL WITNESSES TO THE ACCIDENT OR OCCURRENCE.**

ALTAF RAZA,SAJIA RAZA

**g. STATE THE NAMES OF ALL POLICE OFFICERS AND POLICE DEPARTMENTS WHO INVESTIGATED THIS ACCIDENT.**

DAVID J VANNONI,GERARD A. BOBERICK,JOHN W. HARLAND,ANTHONY P MASSI,TODD V. BARTON OFFICER GARNEY,ETC FROM GLOUCESTER TWP POLICE DEPT.

**4a. CLAIM FOR DAMAGES (CHECK APPROPRIATE BLOCK):**

[X] PERSONAL INJURY      [X] PROPERTY DAMAGE

[X] OTHER - EXPLAIN IN DETAIL  FINANCIAL LOSS

**b. IF YOU CLAIM PERSONAL INJURY:**

**(1) DESCRIBE YOUR INJURIES RESULTING FROM THIS ACCIDENT OR OCCURRENCE.**

COUNTLESS ATTACKS AND ASSUALTS IN JAIL THROUGH STATE SPONSORED CRIMINALS TO PLEAD GUILTY,SERIOUS ATTACK RECORDED IN CAMERA DATED 2-1-2021 X-RAY DONE IN JAIL. PERMANENT INJURY ON RIGHT TORSO. PERMANENT NECK AND BACK PAIN PRIOR TO MY ARREST DUE TO A ROAD ACCIDENT. TREATMENT WAS DENIED IN JAIL DUE TO CAMDEN COUNTY PROSECUTOR.

**(2) DO YOU CLAIM PERMANENT DISABILITY RESULTING FROM THIS INJURY:**

☒ YES ☐ NO

**IF YES, DESCRIBE THE INJURIES BELIEVED TO BE PERMANENT.**

NECK PAIN, BACK PAIN AND PAIN IN THE RIGHT TORSO DUE TO AN ATTACK IN JAIL.

**(3) FOR EACH HOSPITAL, DOCTOR OR OTHER PRACTITIONER RENDERING TREATMENT, EXAMINATION OR DIAGNQSTIC SERVICES, STATE:**

| NAME OF HOSPITAL, DOCTOR OR OTHER FACILITY | ADDRESS | DATES OF TREATMENT OR SERVICE | AMOUNT OF CHARGE TO DATE | AMT. PAID OR PAYABLE BY OTHER SOURCE SUCH AS INSURANCE |
|---|---|---|---|---|
| ANCORA | | 02/02/2023 | | |
| ANCORA | | 03/13/2024 | | |
| CHIROPRACTIC & WELLNES | BLACKWOOD, NJ | 4 MONTHS | | |
| NESHAMINY PAIN MANAG | BENSALEM, PA | 4 MONTHS | | |
| | | | | |

**(4) IF YOU CLAIM LOSS OF WAGE OR INCOME AS A RESULT OF THE INJURY STATE:**

| UBER | 1455 MARKET ST, SUITE 400 SAN FRANCISCO, CA 94103 |
|---|---|
| **NAME OF EMPLOYER** | **ADDRESS OF EMPLOYER** |
| DRIVER | 2016 |
| **YOUR OCCUPATION** | **DATE YOU BECAME EMPLOYED** |
| $90000.00 PER YEAR | 10/31/2019 |
| **RATE OF PAY** | **DATE OF ABSENCE FROM WORK** |
| $405000.00 | UNKNOWN DUE TO INJURY |
| **TOTAL LOSS WAGES TO DATE** | **IF STILL OUT, EXPECTED DATE OF RETURN** |

**NOTE: IF YOUR CLAIMED LOSS OF INCOME ARISES FROM SELF-EMPLOYMENT OR OTHER THAN WAGE, ATTACH A CALCULATION SHOWING THE BASIS OF YOUR CALCULATION OF LOST INCOME.**

**(5) SET FORTH ANY AND ALL OTHER LOSSES OR DAMAGE CLAIMED BY YOU.**

$2,000,000.00

**C.  IF YOU CLAIM PROPERTY DAMAGE:**

**(1) DESCRIBE THE PROPERTY DAMAGED.**

ENTIRE HOME HAS BEEN DAMAGED BY CRIMINALS FROM POLICE ADVICE

**(2) THE PRESENT LOCATION AND TIME WHEN THE PROPERTY MAY BE INSPECTED.**
HOME WAS SOLD OUT AT A LOWER PRICE

**(3) DATE PROPERTY ACQUIRED.**        09/01/2011

**(4) COST OF PROPERTY**        $ 90,000

**(5) VALUE OF PROPERTY AT TIME OF ACCIDENT:**  $ 245,000.00

**(6) DESCRIPTION OF DAMAGE.**

ENTIRE HOME WAS BADLY DAMAGED FROM THE INSIDE

**(7) HAS THE DAMAGE BEEN REPAIRED?** NO            **IF SO, BY WHOM, WHEN AND COST OF REPAIRS.**

**(8) ATTACH EACH ESTIMATE OF REPAIR COSTS TO THIS FORM.**

**(9) SET FORTH IN DETAIL THE LOSS CLAIMED BY YOU FOR PROPERTY DAMAGE.**

WE SOLD THE HOME FOR LESS THAN $100,000.00 COMPARED TO SIMILAR HOMES IN THE NEIGHBORHOOD

**d.  SET FORTH IN DETAIL ALL OTHER ITEMS OF LOSS OR DAMAGES CLAIMED BY YOU AND THE METHOD BY WHICH YOU MADE THE CALCULATION.**

STOCK MARKET LOSS

5. **THE AMOUNT OF THE CLAIM.**  $2,000,000.00

6. **HAVE YOU MADE A CLAIM AGAINST ANYONE ELSE FOR ANY OF THE LOSSES OR EXPENSES CLAIMED IN THIS NOTICE?**

   CAMDEN COUNTY AND TOWNSHIP OF GLOUCESTER

   **IF YES, SET FORTH THE NAME AND ADDRESS OF ALL PERSONS AND INSURANCE COMPANIES AGAINST WHOM YOU HAVE MADE SUCH CLAIMS:**

7. **ARE ANY OF THE LOSSES OR EXPENSES CLAIMED HEREIN COVERED BY ANY POLICY OF INSURANCE?**

   NO

   **FOR EACH SUCH POLICY, STATE THE NAME AND ADDRESS OF THE INSURANCE COMPANY, POLICY NUMBER AND BENEFITS PAID OR PAYABLE**

8. **HAVE YOU RECEIVED OR AGREED TO RECEIVE ANY MONEY FROM ANYONE FOR THE DAMAGES CLAIMED HEREIN?**

   ☐ YES    ☒ NO

   **IF YES, SET FORTH THE DETAIL OF SUCH AGREEMENT.**

9. **THE FOLLOWING ITEMS MUST BE SUBMITTED WITH THIS NOTICE:**

   (1) **COPIES OF ITEMIZED BILLS FOR EACH MEDICAL EXPENSE AND OTHER LOSSES AND EXPENSES CLAIMED.**

   (2) **FULL COPIES OF ALL APPRAISALS AND ESTIMATES OF PROPERTY DAMAGE CLAIMED BY YOU.**

   (3) **COPIES OF ALL WRITTEN REPORTS OF ALL EXPERT WITNESSES AND TREATING PHYSICIANS.**

   (4) **A LETTER FROM YOUR EMPLOYER VERIFYING YOUR LOST WAGES. IF SELF-EMPLOYED, A STATEMENT SHOWING THE CALCULATION OF YOUR CLAIMED LOST INCOME.**

I HEREBY CERTIFY THAT THE FOREGOING STATEMENTS MADE BY ME ARE TRUE. THAT THE ATTACHED STATEMENTS, BILLS, REPORTS AND DOCUMENTS ARE THE ONLY ONES KNOWN TO ME TO BE IN EXISTENCE AT THIS TIME. I AM AWARE THAT IF ANY STATEMENT MADE HEREIN IS WILLFULLY FALSE OR FRAUDULENT, THAT I AM SUBJECT TO PUNISHMENT PROVIDED BY LAW.

07-3-24
**DATE**

SAJAD  RAZA
**CLAIMANT OR PERSON FILING ON BEHALF OF CLAIMANT**

# INITIAL NOTICE OF CLAIM FOR DAMAGES AGAINST THE STATE OF NEW JERSEY

**FORWARD TO:** TORT AND CONTRACT UNIT
DEPARTMENT OF THE TREASURY, BUREAU OF RISK MGMT.
PO BOX 620
TRENTON, NEW JERSEY 08625
PHONE: (609) 292-4347

### FORM __MUST__ BE FILED WITHIN __90__ DAYS OF THE ACCIDENT OR YOU MAY FORFEIT YOUR RIGHT

1. **CLAIMANT:**

| RAZA | SAJID | | |
|---|---|---|---|
| **LAST NAME** | **FIRST** | **MIDDLE** | **DATE OF BIRTH** |
| 51 CLEMENS LN | | | |
| **STREET ADDRESS** | | | **MAILING ADDRESS IF OTHER THAN STREET ADDRESS** |
| BLACKWOOD | NJ | 08012 | |
| **CITY** | **STATE** | **ZIP CODE** | **SOCIAL SECURITY NUMBER** |

2. **IF NOTICES AND CORRESPONDENCE IN CONNECTION WITH THIS CLAIM ARE TO BE SENT TO A PERSON OTHER THAN CLAIMANT, COMPLETE ITEM #2.**

| **NAME** | **MAILING ADDRESS** |
|---|---|
| | |
| **CITY** | **STATE** | **ZIP CODE** | |

**RELATIONSHIP TO CLAIMANT:** ATTORNEY AT LAW ☐ **OR** _____
**EXPLAIN RELATIONSHIP**

**THE OCCURRENCE OR ACCIDENT WHICH GAVE RISE TO THIS CLAIM:**

3a.

| 10/30/2019 | MIDNIGHT |
|---|---|
| **DATE** | **TIME** |

b. **DESCRIBE THE LOCATION OR PLACE OF THE ACCIDENT OR OCCURENCE.**

| TWP OF GLOUCESTER | ARRESTED IN MY HOME |
|---|---|
| **MUNICIPALITY** | **EXACT LOCATION OF THE OCCURRENCE** |

c. **DESCRIBE HOW THE ACCIDENT OR OCCURENCE HAPPENED: IF A DIAGRAM WILL ASSIST YOUR EXPLANATION, PLEASE USE THE REVERSE SIDE OF THIS FORM.**

PLOICE ARRESTED ME AND SENT TO JAIL ON FALSE CHARGES

d. **STATE THE NAME AND ADDRESS OF THE STATE AGENCY OR AGENCIES THAT YOU CLAIM CAUSED YOUR DAMAGE.**

STATE OF NEW JERSEY,CAMDEN COUNTY BOARD OF HEALTH,TWP OF GLOUCESTER,CAMDEN COUNTY,GLOCES TPW POLICE DEPARTMENT,CAMDEN COUNTY PROSECUTOR OFFICE,CAMDEN PUBLIC DEFENDER OFFICE,NJ DEPARTMENT OF CHILD PROTECTION AND PERMANCY

**STATE THE NAMES OF STATE EMPLOYEES WHOM YOU CLAIM WERE AT FAULT, INCLUDING ANY INFORMATION THAT WILL ASSIST IN INDENTIFYING AND LOCATING THEM.**

CHARLES NIEVAS OF CAMDEN COUNTY BOARD OF HEALTH,SANDRA J GERMAN OF DCPC,DAVID J VANNONI AND BUNCH OF MORE POLICE OFFICER FROM GLOUCESTER TPW POLICE DEPT.FORMER CCP AND BUNCH OF AP'S FROM CAMDEN PROSECUTOR OFFICE , FOUR EMPLOYEES FROM CAMDEN PUBLIC DEFENDER OFFICE

e. **STATE THE NEGLIGENCE OR WRONGFUL ACTS OF THE STATE AGENCY AND STATE EMPLOYEES WHICH CAUSED YOUR DAMAGES.**

ARRESTED ON FALSE CHARGES ALL STATE EMPLOYEES CONSPIRED WITH CRIMINALS TO SEND ME IN JAIL AND HIJACKED MY HOME.

f. **STATE THE NAME AND ADDRESS OF ALL WITNESSES TO THE ACCIDENT OR OCCURRENCE.**

ALTAF RAZA,SAJIA RAZA

g. **STATE THE NAMES OF ALL POLICE OFFICERS AND POLICE DEPARTMENTS WHO INVESTIGATED THIS ACCIDENT.**

DAVID J VANNONI,GERARD A BOBERICK,JOHN W HARLAND,ANTHONY P MASSI,TODD V BARTON OFFICER GARNEY,ETC FROM GLOUCESTER TWP POLICE DEPT.

**4a. CLAIM FOR DAMAGES (CHECK APPROPRIATE BLOCK):**

☒ PERSONAL INJURY    ☒ PROPERTY DAMAGE

☒ OTHER - EXPLAIN IN DETAIL  FINANCIAL LOSS

**b.  IF YOU CLAIM PERSONAL INJURY:**

**(1)  DESCRIBE YOUR INJURIES RESULTING FROM THIS ACCIDENT OR OCCURRENCE.**

COUNTLESS ATTACKS AND ASSUALTS IN JAIL THROUGH STATE SPONSORED CRIMINALS TO PLEAD GUILTY, SERIOUS ATTACK RECORDED IN CAMERA DATED 2-1-2021 X-RAY DONE IN JAIL. PERMANENT INJURY ON RIGHT TORSO. PERMANENT NECK AND BACK PAIN PRIOR TO MY ARREST DUE TO A ROAD ACCIDENT. TREATMENT WAS DENIED IN JAIL DUE TO CAMDEN COUNTY PROSECUTOR.

**(2)  DO YOU CLAIM PERMANENT DISABILITY RESULTING FROM THIS INJURY:**

☒   YES    ☐   NO

**IF YES, DESCRIBE THE INJURIES BELIEVED TO BE PERMANENT.**

NECK PAIN, BACK PAIN AND PAIN IN THE RIGHT TORSO DUE TO AN ATTACK IN JAIL

**(3)  FOR EACH HOSPITAL, DOCTOR OR OTHER PRACTITIONER RENDERING TREATMENT, EXAMINATION OR DIAGNOSTIC SERVICES, STATE:**

| NAME OF HOSPITAL, DOCTOR OR OTHER FACILITY | ADDRESS | DATES OF TREATMENT OR SERVICE | AMOUNT OF CHARGE TO DATE | AMT. PAID OR PAYABLE BY OTHER SOURCE SUCH AS INSURANCE |
|---|---|---|---|---|
| ANCORA | | 02/02/2023 | | |
| ANCORA | | 03/13/2024 | | |
| CHIROPRACTIC & WELLNES | BLACKWOOD, NJ | 4 MONTHS | | |
| NESHAMINY PAIN MANAG | BENSALEM, PA | 4 MONTHS | | |
| | | | | |

**(4)  IF YOU CLAIM LOSS OF WAGE OR INCOME AS A RESULT OF THE INJURY STATE:**

| UBER | 1455 MARKET ST, SUITE 400 SAN FRANCISCO, CA 94103 |
|---|---|
| **NAME OF EMPLOYER** | **ADDRESS OF EMPLOYER** |
| DRIVER | 2016 |
| **YOUR OCCUPATION** | **DATE YOU BECAME EMPLOYED** |
| $90000.00 PER YEAR | 10/31/2019 |
| **RATE OF PAY** | **DATE OF ABSENCE FROM WORK** |
| $405000.00 | UNKNOWN DUE TO INJURY |
| **TOTAL LOSS WAGES TO DATE** | **IF STILL OUT, EXPECTED DATE OF RETURN** |

**NOTE: IF YOUR CLAIMED LOSS OF INCOME ARISES FROM SELF-EMPLOYMENT OR OTHER THAN WAGE, ATTACH A CALCULATION SHOWING THE BASIS OF YOUR CALCULATION OF LOST INCOME.**

**(5)  SET FORTH ANY AND ALL OTHER LOSSES OR DAMAGE CLAIMED BY YOU.**

$2,000,000.00

**C.  IF YOU CLAIM PROPERTY DAMAGE:**

**(1)  DESCRIBE THE PROPERTY DAMAGED.**

ENTIRE HOME HAS BEEN DAMAGED BY CRIMINALS FROM POLICE ADVICE.

**(2)  THE PRESENT LOCATION AND TIME WHEN THE PROPERTY MAY BE INSPECTED.**

HOME WAS SOLD OUT AT A LOWER PRICE

**(3)  DATE PROPERTY ACQUIRED.**    09/01/2011

**(4)  COST OF PROPERTY**    $ 90,000

**(5)  VALUE OF PROPERTY AT TIME OF ACCIDENT:**    $ 245,000.00

**(6)  DESCRIPTION OF DAMAGE.**

ENTIRE HOME WAS BADLY DAMAGED FROM THE INSIDE.

**(7)  HAS THE DAMAGE BEEN REPAIRED?** NO          **IF SO, BY WHOM, WHEN AND COST OF REPAIRS.**

**(8)  ATTACH EACH ESTIMATE OF REPAIR COSTS TO THIS FORM.**

**(9)  SET FORTH IN DETAIL THE LOSS CLAIMED BY YOU FOR PROPERTY DAMAGE.**

WE SOLD THE HOME FOR LESS THAN $100,000.00 COMPARED TO SIMILAR HOMES IN THE NEIGHBORHOOD.

**d.  SET FORTH IN DETAIL ALL OTHER ITEMS OF LOSS OR DAMAGES CLAIMED BY YOU AND THE METHOD BY WHICH YOU MADE THE CALCULATION.**

STOCK MARKET LOSS

5. **THE AMOUNT OF THE CLAIM.** $2,000,000.00

6. **HAVE YOU MADE A CLAIM AGAINST ANYONE ELSE FOR ANY OF THE LOSSES OR EXPENSES CLAIMED IN THIS NOTICE?**

   CAMDEN COUNTY AND TOWNSHIP OF GLOUCESTER

   **IF YES, SET FORTH THE NAME AND ADDRESS OF ALL PERSONS AND INSURANCE COMPANIES AGAINST WHOM YOU HAVE MADE SUCH CLAIMS:**

7. **ARE ANY OF THE LOSSES OR EXPENSES CLAIMED HEREIN COVERED BY ANY POLICY OF INSURANCE?**

   NO

   **FOR EACH SUCH POLICY, STATE THE NAME AND ADDRESS OF THE INSURANCE COMPANY, POLICY NUMBER AND BENEFITS PAID OR PAYABLE**

8. **HAVE YOU RECEIVED OR AGREED TO RECEIVE ANY MONEY FROM ANYONE FOR THE DAMAGES CLAIMED HEREIN?**

   ☐ YES    ☒ NO

   **IF YES, SET FORTH THE DETAIL OF SUCH AGREEMENT.**

9. **THE FOLLOWING ITEMS MUST BE SUBMITTED WITH THIS NOTICE:**

   (1) **COPIES OF ITEMIZED BILLS FOR EACH MEDICAL EXPENSE AND OTHER LOSSES AND EXPENSES CLAIMED.**

   (2) **FULL COPIES OF ALL APPRAISALS AND ESTIMATES OF PROPERTY DAMAGE CLAIMED BY YOU.**

   (3) **COPIES OF ALL WRITTEN REPORTS OF ALL EXPERT WITNESSES AND TREATING PHYSICIANS.**

   (4) **A LETTER FROM YOUR EMPLOYER VERIFYING YOUR LOST WAGES.  IF SELF-EMPLOYED, A STATEMENT SHOWING THE CALCULATION OF YOUR CLAIMED LOST INCOME.**

I HEREBY CERTIFY THAT THE FOREGOING STATEMENTS MADE BY ME ARE TRUE. THAT THE ATTACHED STATEMENTS, BILLS, REPORTS AND DOCUMENTS ARE THE ONLY ONES KNOWN TO ME TO BE IN EXISTENCE AT THIS TIME.  I AM AWARE THAT IF ANY STATEMENT MADE HEREIN IS WILLFULLY FALSE OR FRAUDULENT, THAT I AM SUBJECT TO PUNISHMENT PROVIDED BY LAW.

07-3-24
**DATE**

SAJID RAZA
**CLAIMANT OR PERSON FILING ON BEHALF OF CLAIMANT**

# Ancora Psychiatric Hospital
### Discipline of Nursing
## Discharge/Transfer/Release Form



Patient Name:   RAZA, SAJID                                Building/Unit:   HOLA

Discharge Date:   4/26/2024          Time: 5:21 /            /          a.m. / p.m.

Destination address(Not PO address):

| 51 Clemens Lane | | Blackwood | NJ | 08012 |
|---|---|---|---|---|
| Street Number | Street Name | City | State | Zip Code |

Phone Number:   (856) 383-7490

### COMPLETE IF PATIENT PICKED UP AT APH BY FAMILY/SIGNIFICANT OTHER:

Name: Altaf Raza                            Relationship: Son

I ACKNOWLEDGE THAT PATIENT WAS RELEASED TO ME.

Signature of responsible party: _Altaf Raza_

Date:____/____/____   Time:____:____a.m./p.m.

### COMPLETE IF PATIENT IS TRANSPORTED TO FAMILY/SIGNIFICANT OTHER, BOARDING HOME/RHCF/NURSING HOME/LONG TERM CARE FACILITY/JAIL, ETC:

Name of individual/facility: _____

**Escorting Employees:**

I ACKNOWLEDGE THAT PATIENT WAS RELEASED TO ME.

Name/Title:_____ Signature:_____

Date:____/____/____   Time:____:____a.m./p.m.

Name/Title:_____ Signature:_____

Date:____/____/____   Time:____:____a.m./p.m.

Above noted information reviewed by SNS/PCM for accuracy and faxed to Census Unit:

Name/Title: M N                                    Signature: _____

Date: 4/26/24   Time: 6:28 a.m./p.m.

# Ancora Psychiatric Hospital
# Discharge and Aftercare Plan

**Building/Ward:** HOLA
**Admission Date:** 3/13/2024
**Date of Birth:**

**Patient Name:** RAZA,SAJID

**Hospital Number:** 108363

**R E G I S T E R E D   N U R S E** 

1. Date of Last PPD: 1st Step:              2nd Step:                    X   Patient Refused

2. Current Influenza Vaccine Information:

   Yes, Flu Vaccine given at Ancora Psychiatric Hospital:      Date of Vaccin

X  No, Flu Vaccine not given at Ancora Psychiatric hosptial, check reason below:

     Flu Vaccine Received prior to admission at Ancora Psychiatric Hospital

     Patient / Caregiver refused

     Patient has allergy / sensitivity to Influenza Vaccine

     Patient has an organ transplant

     Influenza Vaccine ordered not given due to vaccine production.

   X  Influenza Vaccine not given for other reasons, explain:
     NotFluSeason

3. Medications (Include Dose/Route/Frequency/Duration)

 X  **RX Given**   X  **Prescribed**                          **Indication**

**Discard any medications you have at home and take no other medications (prescription or over the counter) than those listed below without consultation from your next provider**

| Medication | Indication |
|---|---|
| Vitamin D 50MCG ( 2000 UT ) By mouth 8am For 30 days | Vitamin D Deficiency |
| Lipitor 40 MG By mouth 8am For 30 days | High Cholesterol |
| Metformin 1000 MG By mouth 8am 8pm For 30 days | Type 2 Diabetes Mellitus |
| Narcan Nasal Liquid 4 mg/0.1 ml spray into one nostril at a time. Use in one nostril at a time every 2 -3 minutes as Repeat the dose in alternate nostril every 2-3 minutes as needed | Opioid Overdose |
| Zoloft 50 MG By mouth 8am For 30 days | Depression |
| Lisinopril 5 MG By mouth 8am Hold if SBP less than 100. For 30 days | High Blood Pressure |
| Vitamin D 50000 UNIT By mouth 1 capsule weekly on Tuesdays For 30 days | Vitamin Deficiency |

4. Date of Last Depot Anti-Psychotic Injection(e.g. Haldol, Prolixin):          ☑ N / A

**R E G I S T E R E D**

5.   **INSTRUCTIONS**

   X  Dietary
     No Pork; Constency(Regular Consistency),

   X  Medication - Patient and families are reminded to discard old lists and to update any records with all
     medication providers and retail pharmacies.
     Patient instructed to take medications as ordered. And report any changes to the health provider

   X  Other Health Teaching
     Patient verbalized understanding of information.

6. Patient / Significant Other Understanding of Instructions :          X   Yes          No          Questionable

**R E G I S T E R E D   N U R S E**

**Discharge medications reviewed and reconciled.**

**RN Signature**    Electronic Signature for Yaa Yeboah  on  4/26/2024  at  11:26:42 AM

ORIGINAL-Medical Record
cc: Patient, Nursing Supervisor (for Census Unit), Intake Unit, Social
Worker Supervisor
Revisions 09/2022

RAZA,SAJID
RN Section 4
Page 1 of 4

**Ancora Psychiatric Hospital**
**Discharge and Aftercare Plan**

**Patient Name:**    RAZA,SAJID

<table>
<tr><td rowspan="2">S<br>E</td><td>RN Signature<br>Date / Time:</td><td></td></tr>
<tr><td>**Print Name:**    Yaa Yeboah</td><td>**Phone: 609-561-170() ext#    7717**</td></tr>
</table>

**R**
**E**  IF YOU ARE IN CRISIS, CALL THE LOCAL SCREENING CENTER AT 856-428-4357 or 856-541-2222 OR THE NJ
**G**  HOPELINE FOR PEER SUPPORT AT 1-856-654-6735 AND NATIONAL SUICIDE PREVENTION LIFELINE AT
**I**  988 OR 1-800-273-8255.
**S**
**T**  IF YOU NEED HELP WITH A DRUG OR ALCOHOL PROBLEM, CALL 1-844-276-2777.
**E**
**R**  IF YOU NEED HELP WITH TOBACCO CESSATION, CALL THE NEW JERSEY QUITLINE AT 1-866-657-8677.
**E**
**D**  IF ADDITIONAL INFORMATION FOR HOSPITALIZATION IS REQUIRED MONDAY - FRIDAY BETWEEN 8:30
A.M. - 4:30 P.PM. PLEASE CALL 609-561-1700 EXT. 7429.

**N**  IF ADDITIONAL INFORMATION FOR HOSPITALIZATION IS REQUIRED DURING OFF HOURS, WEEKENDS
**U**  FOR HOLIDAYS, PLEASE CALL THE NURSING CARE COORDINATOR'S OFFICE AT 609-561-7105.
**R**
**S**  All sections of the Discharge and Aftercare Plan reviewed and were given to
**E**
    A. R.     Patient and/or caregiver     OR     Receiving Inpatient Medical or Psychiatric Hospital
**\**        No, If No reason why:                    Given, but not reviewed
**S**                                                 Not given or reviewed
**U**
**P**  Patient and/or caregiver received discharge medications:
**E**        Yes     No, If No reason why:_____
**R**
**V**  **Patient Signature:** _S Rao_____     **Print Name:**_SAJID RAZA_
**I**  **Date and Time:** _O 4  26 /24____ a.m/p.m.  **Phone#** _609-560-0458_
**S**
**O**        **Patient Refused**     **Patient unable to sign**
**R**
     **SNS Signature:** _____     **Print Nmae:** _Akosia A_
     **Date and Time:** _4/18/24  9:33_a.m./p.m.  **Phone#**_____

                    **SIGNED ORIGINAL FILED IN PATIENT'S CHART**

**ORIGINAL**-Medical Record
cc: Patient, Nursing Supervisor (for Census Unit), Intake Unit, Social
Worker Supervisor
Revisions 09/2022

**RAZA,SAJID**
RN Section 4
Page 2 of 4

# Ancora Psychiatric Hospital
# Discharge and Aftercare Plan

**Building/Ward:**   HOLA
**Admission Date:**   3/13/2024
**Date of Birth:**

**Patient Name:**   RAZA,SAJID
**Hospital Number:**   108363

## MEDICAL TRANSITION RECORD

1. Does the patient has an advance directive for health care or surrogate decision maker:   Yes   X   No

If no, reason:   X   Patient did not wish or was not able to name a surrogate decision maker or provide an advance care plan.
Patient cultural and/or spiritual beliefs preclude a decision of advance care planning.

2. Procedures / Tests / Studies performed during stay and results:   Yes   X   No

| Date | Name of Procedures/Tests/Studies | Results | Comments |
|---|---|---|---|
| | | | |

3. Studies/ Test Results Pending at time of discharge:   Yes   X   No

4. Appointment(s) scheduled or need to be scheduled and follup-up recommended :   Yes   X   No

5. Patient is being discharged on antibiotics:   Yes   X   No

6. Free Form Communicable Disease Statement (To be completed within 72 hours of admission to Group Home, Supervised Apartment, etc): On 4/26/2024
I examined Raza,Sajid and found him/her to be free from communicable diseases.

**For results of studies of pending at discharge, contact the HEALTH INFORMATION MANAGEMENT DEPARTMENT at 609-561-1700 ext. 7429. An Authorization for Release of Protected Health Information (PHI) can be faxed to 609-567-8309.**

**Medical Prescriber Signature Date / Time:**   Electronic Signature for April Munson  on  4/26/2024  at  4:16.46 PM

**Print Name:**   April Munson APN

**Phone# :**   609-567-7281 / 7302

ORIGINAL-Medical Record
cc: Patient, Nursing Supervisor (for Census Unit), Intake Unit, Social Worker Supervisor
Revisions 07/2022

RAZA,SAJID
Medical Section 3
1 of 1

# Ancora Psychiatric Hospital
# Discharge and Aftercare Plan

**Building/Ward:** HOLA

**Admission Date:** 3/13/2024

**Patient Name:** RAZA,SAJID

**Date of Birth:**

**Hospital Number:** 108363

1. Last Blood Level (e.q. Lithium, Dilantin, etc.) and Date:  X  NA

2. Known Allergies:       Food Allergy(NKFA-Reaction: - NKFA. Note: - ); Drug Allergy(NKDA-Reaction: -        NKA
                          NKDA. Note: - );

3. Final Psychiatric Diagnosis(es):

Psychiatric:      F29-Unspecified psychosis not due to a substance or known physiological condition;

Medical:          E785-Hyperlipidemia, unspecified; E118-Type 2 diabetes mellitus with unspecified complications; I10-
                  Essential (primary) hypertension; E559-Vitamin D deficiency, unspecified;

Other:

4. Suicide Discharge Screener: COLUMBIA SUICIDE SEVERITY RATING SCALE - PSYCHIATRIC
DISCHARGE SETTING - SCREENER

ASK QUESTIONS THAT ARE BOLD AND UNDERLINED

**Ask Questions 1 and 2**

1) **While you were in the hospital, have you wished you were dead or wished you could go to         No
   sleep and not wake up?**

2) **While you were in the hospital, have you actually had thoughts about killing yourself?**          No

If YES to 2, ask questions 3,4,5, and 6. If NO to 2, go directly to 6

3)  **Have you been thinking about killing yourself?**                                                  No

    *E.g. "I thought about taking an overdose but I never made a specific plan as to when where or how I
    would actually do it. and I would never go through with it."*

4)  **Have you had these thoughts and had some intention of acting on them or do you have             No
    some intention of acting on them after you leave the hospital?**

    *As opposed to "I have the thoughts but will not do anything about them."*

5)  **Have you started to work out or worked out the details of how to kill yourself either           No
    for while you were in the hospital or for after you leave the hospital? Do you intend
    to carry out this plan?**

6)  **While you were here in the hospital, have you done anything, started to do anything, or          No
    prepared to do anything to end your life?**

    *Example: Took pills, cut yourself, tried to hang yourself, took out pills but didn't swallow any because you
    changed your mind or someone took them from you, collected pills, secured a means of obtaining a gun, gave
    away valuables, wrote a will or suicide note, etc.*

7)   Patient       Unable or       Unwilling to respond.     Please Explain:

     Patient has been stable on the unit. Patient remains complaint with his medications and ward routine. Has no intention or plan
     to hurt himself or others.

## 8) SUMMARY OF FINDINGS, RISK MANAGEMENT AND TREATMENT:

Patient denied suicidal or homicidal ideations. Patient denied audio visual hallucinations.

## 9) Estimated Current Risk Status:        Low

## 10) If High, Comment required:

ORIGINAL-Medical Record
cc: Patient, Nursing Supervisor (for Census Unit), Intake Unit, Social Worker
Supervisor                Revisions 4/2023

RAZA,SAJID
Psychiatrist Section 2
Page 1 of 2

**Ancora Psychiatric Hospital**
**Discharge and Aftercare Plan**

**Patient Name:**   RAZA,SAJID

<div style="sidebar">P S Y C H I A T R I S T</div>

5. Recommended Lab Monitoring:   X   **N/A**
   Drug Blood Levels for _____ (drug) every _____ days
   Weekly WBC   Other Test(specify) _____ every _____ days
   Other Abnormal Findings Needing Follow-up:

6. Antipsychotic Medication Information:
   Patient discharged on   1   (insert number) antipsychotic medication.
   Check appropriate justification for 2 or more prescribed antipsychotic drugs:
      01 - History of minimum 3 or more failed trials of monotherapy.
      02 - Recommended plan to taper to monotherapy or tapering in process (cross tapering)
      03 - Augmentation of Clozapine

7. FDA approved tobacco cessation medication prescribed at discharge:
   X   Not a tobacco user in the 30 days prior to admission (Please check Initial Psychiatric Assessment).
   Yes, prescription given   Patient Refused   Patient does not live in the USA
   Prescription not offered ( If checked, select one of the following:)
      Allergy to all cessation medications
      Drug interaction
      Other reasons, specify:

9. FDA approved medication for drug disorder was prescribed at discharge:
   Does not have a drug use disorder   Yes, prescription was given   Patient Refused
   Patient does not live in the USA   X   Prescription was not offered

10. FDA approved medication for alcohol disorder was prescribed at discharge:
   X   Does not have an alcohol disorder   Yes, prescription was given   Patient Refused
   Patient does not live in the USA   Prescription was not offered

11. Patient has a Mental Health Advance Directive or surrogate decision maker:   Yes   X   No
   If no,   X   Patient did not wish or was not able to name a surrogate decision maker or provide an advance care plan.
   reason:   Patient cultural and/or spiritual beliefs preclude a decision of advance care planning.

14. Functional Assessment:
   Is the patient able to perform Activities of Daily Living, including simple and repetitive tasks?   X   Yes   No
      If no, specify reasons for inability:

   Is the patient able to comprehend and follow instructions?   X   Yes   No
      If no, specify reasons for inability:   0

   Is the patient able to maintain an appropriate workplace?   X   Yes   No
      If no, specify reasons for inability:

   Is the patient able to relate appropriately to others beyond giving and receiving instructions?   X   Yes   No
      If no, specify reasons for inability:

**Discharged Medication reviewed and appropriate for discharge.**

**Psychiatrist or APN**   Electronic Signature for Nkongho Bakia on 4/26/2024 at 11:55:08 AM
**Signature Date / Time:**
**Print Name:**   Nkongho Bakia   **Phone# :**   609-561-1700

**Psychiatrist or APN Comments:**
Use in one nostril at a time. Repeat the dose in alternate nostril every 2-3 minutes as needed

ORIGINAL-Medical Record
cc: Patient, Nursing Supervisor (for Census Unit), Intake Unit, Social Worker
Supervisor   Revisions 4/2023

RAZA,SAJID
Psychiatrist Section 2
Page 2 of 2

CAM-19-007836   04/25/2024   Pg 1 of 1   Trans ID: CRM2024449653

GRACE C. MACAULAY
CAMDEN COUNTY PROSECUTOR
200 FEDERAL STREET
CAMDEN, NEW JERSEY 08103
(856) 225-8400

| | | |
|---|---|---|
| **STATE OF NEW JERSEY,** | : | SUPERIOR COURT OF NEW JERSEY |
| | : | LAW DIVISION – CAMDEN COUNTY |
| Plaintiff. | : | (CRIMINAL) |
| | : | |
| v. | : | INDICTMENT NUMBER 20-01-117 |
| | : | |
| **SAJID RAZA,** | : | PROMISGAVEL NUMBER 19007836 |
| | : | |
| Defendant. | : | **ORDER FOR DISMISSAL OF INDICTMENT** |
| | : | **DUE TO LACK OF FITNESS TO PROCEED** |
| | : | **PURSUANT TO N.J.S.A. 2C:4-6c** |

**THIS MATTER HAVING BEEN** opened by counsel for the defendant, Jeffrey Zucker Esq., appearing on behalf of defendant, Sajid Raza, and without objection from Assistant Prosecutor Lee Brownstein, appearing on behalf of the State, and the Court having reviewed the briefs submitted by counsel and considered the Competency Evaluation Reports prepared by Dr. Sahni, Dr. Young, Dr. Papa, and Dr. Voskanian, and Dr. Masry, and the Court having found that the defendant has not regained his fitness to proceed to trial; that it is substantially probable that the defendant will not regain his fitness to proceed to trial within the foreseeable future; that continuing the criminal prosecution under the particular circumstances of the case would constitute a constitutionally significant injury to the defendant attributable to undue delay in being brought to trial; and that the defendant is not dangerous to self, others or property, as a result of mental illness, pursuant to N.J.S.A. 2C:4-6;

**IT IS** on this 25TH day of April, 2024, hereby

**ORDERED** that the charges against defendant under Indictment 20-01-117 are hereby dismissed and that defendant be released from custody.

_____
**HONORABLE GEWNDOLYN BLUE, J.S.C.**

```
                                SUPERIOR COURT OF NEW JERSEY
                                LAW DIVISION, CRIMINAL PART
                                CAMDEN COUNTY
                                INDICTMENT NO. 19-007836-I

STATE OF NEW JERSEY,          )
                             )          TRANSCRIPT
                             )              OF
     vs.                     )       MOTION TO DISMISS
                             )
SAJID RAZA,                  )
                             )
          Defendant.         )

                   Place:   Camden County Hall of Justice
                            101 S. Fifth St.
                            Camden, New Jersey    08103

                   Date:  April 25, 2024
```

BEFORE:

    HONORABLE GWENDOLYN BLUE, J.S.C.

TRANSCRIPT ORDERED BY:

    SAJID RAZA, PRO SE
    51 Clemons Ln.
    Blackwood, NJ    08012

APPEARANCES:

    LEE S. BROWNSTEIN, ESQ. (Asst. Camden County
    Prosecutor)
    Attorney for the State

    JEFFREY ZUCKER, ESQ. (Zucker, Steinberg & Wixted)
    Attorney for the Defendant

        Transcriber Teresa Ann Iannaco
        PAT'S TRANSCRIPTION SERVICE
        504 Forest Court
        Williamstown, NJ    08094

        Phone:  (856) 728-3151
        E-mail:  patstranscriptionservice@gmail.com

        Sound Recorded
        Recording Operator:  Joanne Gartland

1
2
3          I N D E X
4
5          PROCEEDING                                        PAGE
6
7          Motion to dismiss                                    3
8
9
10
11         DECISION OF THE COURT
12         Motion granted                                       7
13
14
15
16
17
18
19
20
21
22
23
24

                                Colloquy                          3

1              THE COURT:  All right, we're going on the
2         record in the matter of Sajid Raza, R-A-Z-A.
3              Mr. Raza is before the Court under 20-01-
4         00117.  I note that the Court is covering this matter
5         for Judge Rodriguez today.
6              It is my understanding that Mr. Raza is in
7         Ancora State Hospital.  He has a long history of mental
8         health.  It is my understanding that he has been deemed
9         not competent to proceed.
10             The state, your appearance, please.
11             MR. BROWNSTEIN:  Good morning, Your Honor,
12        Assistant Prosecutor Lee Brownstein, on behalf of the
13        state.
14             MR. ZUCKER:  Good morning, Your Honor,
15        Jeffrey Zucker, on behalf of Mr. Raza.
16             THE COURT:  Now, counsel, the Court, am I
17        correct that he is right now deemed not competent to
18        proceed?
19             MR. BROWNSTEIN:  That is correct, Your Honor,
20        according to the competency, the last competency
21        evaluation that was conducted on August 25, 2023, at
22        Ann Klein, determination was ultimately that Mr. Raza
23        remains incompetent to stand trial, and the
24        recommendation was for inpatient psychiatric
25        hospitalization pursuant to that.

Colloquy                                          4

```
 1              The defendant was subsequently referred for a
 2   civil commitment evaluation, which, unfortunately, it's
 3   a significant amount of time to arrange, that was just
 4   returned recently, and the determination was made by
 5   the director of -- the medical director at Ancora that
 6   the defendant does not meet the standard for civil
 7   commitment --
 8              THE COURT:  Civil commitment.
 9              MR. BROWNSTEIN:  -- evaluation, he's not
10   injured himself and not injured others, although the
11   underlying charges involve direct threats, as well as
12   direct threats that were in his letter submissions to
13   the Court and to prior defense counsel.
14              THE COURT:  But what I'm trying to
15   understand, because Mr. Raza is in Ancora, that's where
16   he's housed, his attorney is present.  Mr. Zucker, in
17   the interest of fairness, justice, based on your
18   conversations with this prosecutor, do you wish to
19   waive his appearance today?
20              MR. ZUCKER:  I do, Your Honor, I don't think
21   he would really understand what's going on anyway.
22              THE COURT:  Okay.  Well, in that interest, I
23   am going to grant that request to waive his appearance.
24              The state, you're seeking to move --
25              MR. BROWNSTEIN:  Your Honor, prior defense
```

Colloquy                                          5

```
 1   counsel, Mr. Duclair, had filed a motion to dismiss
 2   based on the last competency evaluation that the
 3   defendant was incompetent.  The state is ultimately not
 4   objecting to that motion to dismiss by the former
 5   defense counsel.
 6              THE COURT:  And that's based on the number of
 7   evaluations and the length of time he's been in
 8   custody, is that correct?
 9              MR. BROWNSTEIN:  That is correct, Your Honor,
10   and I believe it was about over four years in which the
11   case was initiated until today.
12              THE COURT:  On a third-degree charge,
13   correct?  Is it terroristic threats?
14              MR. BROWNSTEIN:  Yes, Your Honor, it was
15   several charges.  I believe -- I thought there was a
16   second-degree -- there was a second-degree, false
17   public alarm, however, the majority of then were third-
18   and fourth-degree offenses of the 11 counts of the
19   indictment.
20              THE COURT:  Now, Mr. Zucker, you're adopting
21   that original motion that was filed by Mr. Duclair for
22   the matter to be dismissed, correct?
23              MR. ZUCKER:  Yes, I am, Your Honor.
24              THE COURT:  Okay.  And the state, you're not
25   objecting to it based on the history that you've now
```

Colloquy                                                    6

```
1    placed on the record, correct?
2              MR. BROWNSTEIN:  That is correct, Your Honor.
3              THE COURT:  Okay.  So you're moving to
4    dismiss on the motion of the prosecutor?
5              MR. BROWNSTEIN:  Essentially.
6              THE COURT:  Okay.  Do we have an order that
7    you have ready for the Court to sign?
8              MR. BROWNSTEIN:  Your Honor, I believe it was
9    submitted by prior defense counsel.  I didn't -- I was
10   hoping to rely on that order, but I can obviously
11   prepare an order for the Court to sign, I didn't come
12   here today with one.
13             THE COURT:  Joanne, what will we need, one
14   for the state on this situation, they're moving to
15   dismiss?  We need one from you, Mr.  --
16             MR. BROWNSTEIN:  Sure.
17             THE COURT:  You can submit it, but you need
18   to submit it, and I will grant your request, and I'll
19   make a note that you need to provide the Court with an
20   order, for which both sides consent to in your order,
21   that both sides consent to this, and I will sign an
22   official order to be uploaded.
23             Okay.  The next step is to make sure that if
24   Mr. Raza can be released, that he's no longer being
25   held on this charge.  So someone needs to let the
```

RECEIVED

OCT  8 2024

Colloquy    AT 8:30_____M                        7
CLERK, U.S. DISTRICT COURT - DNJ

```
1    hospital know that the matter's being -- it has been
2    dismissed on the motion of the prosecutor. So the staff
3    needs to follow through on that, okay?
4              MR. BROWNSTEIN:  Yes, Your Honor.
5              THE COURT:  All right.  So ordered, the
6    matter is dismissed on the motion of the prosecutor,
7    and I'm making a note, Lee, that you'll provide the
8    Court with an order to sign.  Okay?
9              MR. BROWNSTEIN:  Thanks, Your Honor.
10             THE COURT:  Counsel good?
11             MR. ZUCKER:  Thank you, judge.
12             THE COURT:  Okay.  Thank you.
13             (Audio paused 9:50:02)
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1
 2                          CERTIFICATION
 3      I, TERESA IANNACO, the assigned transcriber, do hereby
 4      certify the foregoing transcript of proceedings dated
 5      4-25-24, index number from 9:45:30 to 9:50:02 is
 6      prepared to the best of my ability and in full
 7      compliance with the current Transcript Format for
 8      Judicial Proceedings and is a true and accurate
 9      compressed transcript of the proceedings as recorded.
10
11
12      ___ /S/ Teresa Iannaco _____
13              Teresa Iannaco
14
15
16      ___ /S/ Patricia A. Hallman ____         AD/T 312
17              Patricia A. Hallman               AOC Number
18
19      Pat's Transcription Service               8-27-24
20              Agency Name                        Date
```



FILED

SEP 26 2019

CAMDEN COUNTY SUPERIOR COURT

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION, SPECIAL CIVIL PART
CAMDEN COUNTY

Sajid Raza
**Plaintiff(s)**

DOCKET # LT-5827-19

Vs

**CIVIL ACTION**
**ORDER**

Yolanda Payne
**Defendant(s)**

This matter being opened to the Camden County Special Civil Part by
on         and for good cause shown;

It is hereby on this 26th day of September, 20 19,

Ordered that The plaintiff, Sajid Raza, is ordered
to pay the reasonable living expenses for the
defendant, Yolanda Payne, for the next eight
months, through May 2020.

Richard F. Wells, J.S.C., Ret./Rec.

**Judiciary eCourts System - Criminal**

---

## CASE JACKET

User: Ralph.Cuthbert

This case has been dismissed.
No Archive Documents found.

## Case Number: CAM-19-007836

Back

Create Summary Report

**Case Caption:** STATE OF NJ VS SAJID RAZA

**Case Initiation Date:** 10/30/2019

**Crime Type:** ASSAULT

**Assigned To:** Judge YOLANDA RODRIGUEZ

**Case Status:** COMPLETE

### Case Detail

**Prosecutor:** LEE S BROWNSTEIN

**Phone:** (856) 225-8400

**Address:** 200 FEDERAL STREET, CAMDEN, NJ 08103

**Email:** LBROWNSTEIN@CCPROSECUTOR.ORG

Defendant: (001) SAJID RAZA    SBI #:200863H

### Case Actions

| Filed Date | Defendant Name | Filings | Docket Text | Transaction ID | Entry Date | Entered By |
|---|---|---|---|---|---|---|
| 10/30/2019 | RAZA, SAJIC | 🔗 | Municipal Complaint -2019-001405-0415 first signature(s) completed | MCS2019692377 | 10/30/2019 | PDBENT7 |
| 10/30/2019 | RAZA, SAJIC | 🔗 | Municipal Complaint -2019-001406-0415 first signature(s) completed | MCS2019692400 | 10/30/2019 | PDBENT7 |
| 10/30/2019 | RAZA, SAJIC | 🔗 | Municipal Complaint -2019-001407-0415 first signature(s) completed | MCS2019692421 | 10/30/2019 | PDBENT7 |
| 10/30/2019 | RAZA, SAJIC | 🔗 | Municipal Complaint -2019-001408-0415 first signature(s) completed | MCS2019692437 | 10/30/2019 | PDBENT7 |
| 10/31/2019 | RAZA, SAJIC | 🔗 | Municipal Complaint W-2019-001405-0415 Probable Cause Found | MCS2019692482 | 10/31/2019 | patricia.carroll |
| 10/31/2019 | RAZA, SAJID | 🔗 | Municipal Complaint W-2019-001405-0415 Livescan Associated | MCS2019692598 | 10/31/2019 | PDBENT7 |
| 10/31/2019 | RAZA, SAJID | ✉ | First Appearance Hearing/Central Judicial Processing (CJP) scheduled for 1:30 PM on 10/31/2019 with Judge Carol Fabietti, CHERRY HILL re: MUNICIPAL COMPLAINT W-2019-001405-0415 [MCS2019692482] | PSP2019568216 | 10/31/2019 | Lisa.Bean |
| 10/31/2019 | RAZA, SAJID | 🔗 ✉ | CONFIDENTIAL PUBLIC SAFETY ASSESSMENT generated re: MUNICIPAL COMPLAINT W-2019-001410-0415 [MCS2019692484] is also applied to MUNICIPAL COMPLAINT W-2019-001405-0415 - Related Filings | PSP2019568240 | 10/31/2019 | Lisa.Bean |
| 10/31/2019 | RAZA, SAJID | 🔗 ✉ | CONFIDENTIAL Uniform Defendant Intake Form Complete and Public Defender requested (5A form completed) re: MUNICIPAL COMPLAINT W-2019-001405-0415 [MCS2019692482] | PSP2019568713 | 10/31/2019 | angelo.rivera |
| 10/31/2019 | RAZA, SAJID | 🔗 ✉ | Motion - PRETRIAL DETENTION submitted by JORDAN LEIGH MCARDLE of CAMDEN COUNTY PROSECUTORS OFFICE on behalf of the State of NJ - Related Filings | CRM2019995703 | 10/31/2019 | 269032019 |
| 10/31/2019 | RAZA, SAJID | ✉ | First Appearance Hearing/Central Judicial Processing (CJP) scheduled for 9:00 AM on 11/06/2019 with Judge Thomas J Shustedjr, Camden - Hall of Justice re: MUNICIPAL COMPLAINT W-2019-001405-0415 [MCS2019692482] | PSP2019569243 | 10/31/2019 | monique.ubarry |
| 10/31/2019 | RAZA, SAJIC | 🔗 | Municipal Complaint W-2019-001406-0415 Probable Cause Found | MCS2019692481 | 10/31/2019 | patricia.carroll |
| 10/31/2019 | RAZA, SAJID | 🔗 | Municipal Complaint W-2019-001406-0415 Livescan Associated | MCS2019692597 | 10/31/2019 | PDBENT7 |
| 10/31/2019 | RAZA, SAJID | ✉ | First Appearance Hearing/Central Judicial Processing (CJP) scheduled for 1:30 PM on 10/31/2019 with Judge Carol Fabietti, CHERRY HILL re: MUNICIPAL COMPLAINT W-2019-001406-0415 [MCS2019692481] | PSP2019568217 | 10/31/2019 | Lisa.Bean |
| 10/31/2019 | RAZA, SAJID | 🔗 ✉ | CONFIDENTIAL PUBLIC SAFETY ASSESSMENT generated re: MUNICIPAL COMPLAINT W-2019-001410-0415 [MCS2019692484] is also applied to MUNICIPAL COMPLAINT W-2019-001406-0415 - Related Filings | PSP2019568241 | 10/31/2019 | Lisa.Bean |

| 10/31/2019 | RAZA, SAJID | 📎 ✉ | CONFIDENTIAL Uniform Defendant Intake Form Complete and Public Defender requested (5A form completed) re: MUNICIPAL COMPLAINT W-2019-001406-0415 [MCS2019692481] | PSP2019568714 | 10/31/2019 | angelo.rivera |
| 10/31/2019 | RAZA, SAJID | 📎 ✉ | Motion - PRETRIAL DETENTION submitted by JORDAN LEIGH MCARDLE of CAMDEN COUNTY PROSECUTORS OFFICE on behalf of the State of NJ - Related Filings | CRM2019995708 | 10/31/2019 | 269032019 |
| 10/31/2019 | RAZA, SAJID | ✉ | First Appearance Hearing/Central Judicial Processing (CJP) scheduled for 9:00 AM on 11/06/2019 with Judge Thomas J Shustedjr, Camden - Hall of Justice re: MUNICIPAL COMPLAINT W-2019-001406-0415 [MCS2019692481] | PSP2019569244 | 10/31/2019 | monique.ubarry |
| 10/31/2019 | RAZA, SAJIC | 📎 | Municipal Complaint W-2019-001407-0415 Probable Cause Found | MCS2019692506 | 10/31/2019 | patricia.carroll |
| 10/31/2019 | RAZA, SAJID | 📎 | Municipal Complaint W-2019-001407-0415 Livescan Associated | MCS2019692594 | 10/31/2019 | PDBENT7 |
| 10/31/2019 | RAZA, SAJID | ✉ | First Appearance Hearing/Central Judicial Processing (CJP) scheduled for 1:30 PM on 10/31/2019 with Judge Carol Fabietti, CHERRY HILL re: MUNICIPAL COMPLAINT W-2019-001407-0415 [MCS2019692594] | PSP2019568218 | 10/31/2019 | Lisa.Bean |
| 10/31/2019 | RAZA, SAJID | 📎 ✉ | CONFIDENTIAL PUBLIC SAFETY ASSESSMENT generated re: MUNICIPAL COMPLAINT W-2019-001410-0415 [MCS2019692484] is also applied to MUNICIPAL COMPLAINT W-2019-001407-0415 - Related Filings | PSP2019568238 | 10/31/2019 | Lisa.Bean |
| 10/31/2019 | RAZA, SAJID | 📎 ✉ | CONFIDENTIAL Uniform Defendant Intake Form Complete and Public Defender requested (5A form completed) re: MUNICIPAL COMPLAINT W-2019-001407-0415 [MCS2019692594] | PSP2019568715 | 10/31/2019 | angelo.rivera |
| 10/31/2019 | RAZA, SAJID | 📎 ✉ | Motion - PRETRIAL DETENTION submitted by JORDAN LEIGH MCARDLE of CAMDEN COUNTY PROSECUTORS OFFICE on behalf of the State of NJ - Related Filings | CRM2019995706 | 10/31/2019 | 269032019 |
| 10/31/2019 | RAZA, SAJID | ✉ | First Appearance Hearing/Central Judicial Processing (CJP) scheduled for 9:00 AM on 11/06/2019 with Judge Thomas J Shustedjr, Camden - Hall of Justice re: MUNICIPAL COMPLAINT W-2019-001407-0415 [MCS2019692594] | PSP2019569245 | 10/31/2019 | monique.ubarry |
| 10/31/2019 | RAZA, SAJIC | 📎 | Municipal Complaint W-2019-001408-0415 Probable Cause Found | MCS2019692489 | 10/31/2019 | patricia.carroll |
| 10/31/2019 | RAZA, SAJID | 📎 | Municipal Complaint W-2019-001408-0415 Livescan Associated | MCS2019692593 | 10/31/2019 | PDBENT7 |
| 10/31/2019 | RAZA, SAJID | ✉ | First Appearance Hearing/Central Judicial Processing (CJP) scheduled for 1:30 PM on 10/31/2019 with Judge Carol Fabietti, CHERRY HILL re: MUNICIPAL COMPLAINT W-2019-001408-0415 [MCS2019692489] | PSP2019568219 | 10/31/2019 | Lisa.Bean |
| 10/31/2019 | RAZA, SAJID | 📎 ✉ | CONFIDENTIAL PUBLIC SAFETY ASSESSMENT generated re: MUNICIPAL COMPLAINT W-2019-001410-0415 [MCS2019692484] is also applied to MUNICIPAL COMPLAINT W-2019-001408-0415 - Related Filings | PSP2019568239 | 10/31/2019 | Lisa.Bean |
| 10/31/2019 | RAZA, SAJID | 📎 ✉ | CONFIDENTIAL Uniform Defendant Intake Form Complete and Public Defender requested (5A form completed) re: MUNICIPAL COMPLAINT W-2019-001408-0415 [MCS2019692489] | PSP2019568716 | 10/31/2019 | angelo.rivera |
| 10/31/2019 | RAZA, SAJID | 📎 ✉ | Motion - PRETRIAL DETENTION submitted by JORDAN LEIGH MCARDLE of CAMDEN COUNTY PROSECUTORS OFFICE on behalf of the State of NJ - Related Filings | CRM2019995707 | 10/31/2019 | 269032019 |
| 10/31/2019 | RAZA, SAJID | ✉ | First Appearance Hearing/Central Judicial Processing (CJP) scheduled for 9:00 AM on 11/06/2019 with Judge Thomas J Shustedjr, Camden - Hall of Justice re: MUNICIPAL COMPLAINT W-2019-001408-0415 [MCS2019692489] | PSP2019569246 | 10/31/2019 | monique.ubarry |
| 10/31/2019 | RAZA, SAJIC | 📎 | Municipal Complaint - 2019-001409-0415 first signature(s) completed | MCS2019692464 | 10/31/2019 | PDBENT7 |
| 10/31/2019 | RAZA, SAJIC | 📎 | Municipal Complaint W-2019-001409-0415 Probable Cause Found | MCS2019692487 | 10/31/2019 | patricia.carroll |
| 10/31/2019 | RAZA, SAJID | 📎 | Municipal Complaint W-2019-001409-0415 Livescan Associated | MCS2019692592 | 10/31/2019 | PDBENT7 |
| 10/31/2019 | RAZA, SAJID | ✉ | First Appearance Hearing/Central Judicial Processing (CJP) scheduled for 1:30 PM on 10/31/2019 with Judge Carol Fabietti, CHERRY HILL re: MUNICIPAL COMPLAINT W-2019-001409-0415 [MCS2019692487] | PSP2019568220 | 10/31/2019 | Lisa.Bean |

| 10/31/2019 | RAZA, SAJID | 📎 ✉ | CONFIDENTIAL PUBLIC SAFETY ASSESSMENT generated re: MUNICIPAL COMPLAINT W-2019-001410-0415 [MCS2019692484] is also applied to MUNICIPAL COMPLAINT W-2019-001409-0415 - Related Filings | PSP2019568243 | 10/31/2019 | Lisa.Bean |
| 10/31/2019 | RAZA, SAJID | 📎 ✉ | CONFIDENTIAL Uniform Defendant Intake Form Complete and Public Defender requested (5A form completed) re: MUNICIPAL COMPLAINT W-2019-001409-0415 [MCS2019692487] | PSP2019568717 | 10/31/2019 | angelo.rivera |
| 10/31/2019 | RAZA, SAJID | 📎 ✉ | Motion - PRETRIAL DETENTION submitted by JORDAN LEIGH MCARDLE of CAMDEN COUNTY PROSECUTORS OFFICE on behalf of the State of NJ - Related Filings | CRM2019995704 | 10/31/2019 | 269032019 |
| 10/31/2019 | RAZA, SAJID | ✉ | First Appearance Hearing/Central Judicial Processing (CJP) scheduled for 9:00 AM on 11/06/2019 with Judge Thomas J Shustedjr, Camden - Hall of Justice re: MUNICIPAL COMPLAINT W-2019-001409-0415 [MCS2019692487] | PSP2019569247 | 10/31/2019 | monique.ubarry |
| 10/31/2019 | RAZA, SAJIC | 📎 | Municipal Complaint -2019-001410-0415 first signature(s) completed | MCS2019692473 | 10/31/2019 | PDBENT7 |
| 10/31/2019 | RAZA, SAJIC | 📎 | Municipal Complaint W-2019-001410-0415 Probable Cause Found | MCS2019692484 | 10/31/2019 | patricia.carroll |
| 10/31/2019 | RAZA, SAJID | 📎 | Municipal Complaint W-2019-001410-0415 Livescan Associated | MCS2019692590 | 10/31/2019 | PDBENT7 |
| 10/31/2019 | RAZA, SAJID | ✉ | First Appearance Hearing/Central Judicial Processing (CJP) scheduled for 1:30 PM on 10/31/2019 with Judge Carol Fabietti, CHERRY HILL re: MUNICIPAL COMPLAINT W-2019-001410-0415 [MCS2019692484] | PSP2019568215 | 10/31/2019 | Lisa.Bean |
| 10/31/2019 | RAZA, SAJID | 📎 ✉ | CONFIDENTIAL PUBLIC SAFETY ASSESSMENT generated re: MUNICIPAL COMPLAINT W-2019-001410-0415 [MCS2019692484] - Related Filings | PSP2019568237 | 10/31/2019 | Lisa.Bean |
| 10/31/2019 | RAZA, SAJID | 📎 ✉ | CONFIDENTIAL Uniform Defendant Intake Form Complete and Public Defender requested (5A form completed) re: MUNICIPAL COMPLAINT W-2019-001410-0415 [MCS2019692484] | PSP2019568718 | 10/31/2019 | angelo.rivera |
| 10/31/2019 | RAZA, SAJID | 📎 ✉ | Motion - PRETRIAL DETENTION submitted by JORDAN LEIGH MCARDLE of CAMDEN COUNTY PROSECUTORS OFFICE on behalf of the State of NJ - Related Filings | CRM2019995705 | 10/31/2019 | 269032019 |
| 10/31/2019 | RAZA, SAJID | ✉ | First Appearance Hearing/Central Judicial Processing (CJP) scheduled for 9:00 AM on 11/06/2019 with Judge Thomas J Shustedjr, Camden - Hall of Justice re: MUNICIPAL COMPLAINT W-2019-001410-0415 [MCS2019692484] | PSP2019569242 | 10/31/2019 | monique.ubarry |
| 11/04/2019 | RAZA, SAJID | ✉ | Hearing is scheduled for 09:00 AM on 11/06/2019 with Judge Thomas J Shustedjr, Court Room 45. re: PRETRIAL DETENTION [CRM2019995703] | CRM20191006993 | 11/04/2019 | maria.ayala |
| 11/04/2019 | RAZA, SAJID | ✉ | Hearing is scheduled for 09:00 AM on 11/06/2019 with Judge Thomas J Shustedjr, Court Room 45. re: PRETRIAL DETENTION [CRM2019995708] ,PRETRIAL DETENTION [CRM2019995703] | CRM20191007003 | 11/04/2019 | maria.ayala |
| 11/04/2019 | RAZA, SAJID | ✉ | Hearing is scheduled for 09:00 AM on 11/06/2019 with Judge Thomas J Shustedjr, Court Room 45. re: PRETRIAL DETENTION [CRM2019995703] ,PRETRIAL DETENTION [CRM2019995706] ,PRETRIAL DETENTION [CRM2019995708] | CRM20191007011 | 11/04/2019 | maria.ayala |
| 11/04/2019 | RAZA, SAJID | ✉ | Hearing is scheduled for 09:00 AM on 11/06/2019 with Judge Thomas J Shustedjr, Court Room 45. re: PRETRIAL DETENTION [CRM2019995707] ,PRETRIAL DETENTION [CRM2019995703] ,PRETRIAL DETENTION [CRM2019995708] ,PRETRIAL DETENTION [CRM2019995706] | CRM20191007051 | 11/04/2019 | maria.ayala |
| 11/04/2019 | RAZA, SAJID | ✉ | Hearing is scheduled for 09:00 AM on 11/06/2019 with Judge Thomas J Shustedjr, Court Room 45. re: PRETRIAL DETENTION [CRM2019995704] ,PRETRIAL DETENTION [CRM2019995703] ,PRETRIAL DETENTION [CRM2019995708] ,PRETRIAL DETENTION [CRM2019995706] ,PRETRIAL DETENTION [CRM2019995707] | CRM20191007061 | 11/04/2019 | maria.ayala |
| 11/04/2019 | RAZA, SAJID | ✉ | Hearing is scheduled for 09:00 AM on 11/06/2019 with Judge Thomas J Shustedjr, Court Room 45. re: PRETRIAL DETENTION [CRM2019995705] ,PRETRIAL DETENTION [CRM2019995708] ,PRETRIAL DETENTION [CRM2019995703] ,PRETRIAL DETENTION [CRM2019995706] ,PRETRIAL DETENTION [CRM2019995707] ,PRETRIAL DETENTION [CRM2019995704] | CRM20191007067 | 11/04/2019 | maria.ayala |
| 11/06/2019 | RAZA, SAJID | | Motion Result: GRANTED on 11/06/2019 re: MOTION - PRETRIAL DETENTION [ RM2019995703] | CRM20191015983 | 11/07/2019 | julianna.koster |

| 11/06/2019 | RAZA, SAJID | 📎 ✉ | ORDER by Judge Thomas J Shustedjr GRANTING DETENTION re: MOTION - PRETRIAL DETENTION [CRM2019995703] | CRM20191015984 | 11/07/2019 | julianna.koster |
| 11/06/2019 | RAZA, SAJID | | Motion Result: GRANTED on 11/06/2019 re: MOTION - PRETRIAL DETENTION [CRM2019995706] | CRM20191015985 | 11/07/2019 | julianna.koster |
| 11/06/2019 | RAZA, SAJID | 📎 ✉ | ORDER by Judge Thomas J Shustedjr GRANTING DETENTION re: MOTION - PRETRIAL DETENTION [CRM2019995706] | CRM20191015986 | 11/07/2019 | julianna.koster |
| 11/06/2019 | RAZA, SAJID | | Motion Result: GRANTED on 11/06/2019 re: MOTION - PRETRIAL DETENTION [CRM2019995708] | CRM20191015987 | 11/07/2019 | julianna.koster |
| 11/06/2019 | RAZA, SAJID | 📎 ✉ | ORDER by Judge Thomas J Shustedjr GRANTING DETENTION re: MOTION - PRETRIAL DETENTION [CRM2019995708] | CRM20191015988 | 11/07/2019 | julianna.koster |
| 11/06/2019 | RAZA, SAJID | | Motion Result: GRANTED on 11/06/2019 re: MOTION - PRETRIAL DETENTION [CRM2019995707] | CRM20191015989 | 11/07/2019 | julianna.koster |
| 11/06/2019 | RAZA, SAJID | 📎 ✉ | ORDER by Judge Thomas J Shustedjr GRANTING DETENTION re: MOTION - PRETRIAL DETENTION [CRM2019995707] | CRM20191015990 | 11/07/2019 | julianna.koster |
| 11/06/2019 | RAZA, SAJID | | Motion Result: GRANTED on 11/06/2019 re: MOTION - PRETRIAL DETENTION [CRM2019995704] | CRM20191015991 | 11/07/2019 | julianna.koster |
| 11/06/2019 | RAZA, SAJID | 📎 ✉ | ORDER by Judge Thomas J Shustedjr GRANTING DETENTION re: MOTION - PRETRIAL DETENTION [CRM2019995704] | CRM20191015992 | 11/07/2019 | julianna.koster |
| 11/06/2019 | RAZA, SAJID | | Motion Result: GRANTED on 11/06/2019 re: MOTION - PRETRIAL DETENTION [CRM2019995705] | CRM20191015993 | 11/07/2019 | julianna.koster |
| 11/06/2019 | RAZA, SAJID | 📎 ✉ | ORDER by Judge Thomas J Shustedjr GRANTING DETENTION re: MOTION - PRETRIAL DETENTION [CRM2019995705] | CRM20191015994 | 11/07/2019 | julianna.koster |
| 11/08/2019 | RAZA, SAJID | ✉ | NOTICE OF APPEARANCE submitted by MICHAEL BRENDAN MCCROSSEN of CAMDEN COUNTY OFFICE OF THE PUBLIC DEFENDER - Attorney of record MICHAEL BRENDAN MCCROSSEN has been successfully updated. | CRM20191023076 | 11/08/2019 | 165992015 |
| 12/06/2019 | RAZA, SAJID | 📎 ✉ | SUBSTITUTION OF ATTORNEY submitted by BRENDAN D MOLES of MATTLEMAN WEINROTH & MILLER, PC | CRM20191129022 | 12/06/2019 | 080022013 |
| 12/10/2019 | RAZA, SAJID | ✉ | Filing Result: APPROVED re: SUBSTITUTION OF ATTORNEY [CRM20191129022] submitted by BRENDAN D MOLES of MATTLEMAN WEINROTH & MILLER, PC | CRM20191137907 | 12/10/2019 | raven.relova |
| 12/18/2019 | RAZA, SAJID | ✉ | REQUEST FOR DISCOVERY submitted by BRENDAN D MOLES of MATTLEMAN WEINROTH & MILLER, PC | CRM20191171493 | 12/18/2019 | 080022013 |
| 12/19/2019 | RAZA, SAJID | 📎 ✉ | Motion - REOPEN DETENTION ORDER submitted by BRENDAN D MOLES of MATTLEMAN WEINROTH & MILLER, PC | CRM20191174988 | 12/19/2019 | 080022013 |
| 12/20/2019 | RAZA, SAJID | ✉ | NOTICE OF APPEARANCE submitted by BRENDAN D MOLES of MATTLEMAN WEINROTH & MILLER, PC - Attorney of record BRENDAN D MOLES has been successfully updated. | CRM20191178834 | 12/20/2019 | 080022013 |
| 12/20/2019 | RAZA, SAJID | 📎 ✉ | ENTRY OF APPEARANCE submitted by BRENDAN D MOLES of MATTLEMAN WEINROTH & MILLER, PC | CRM20191178839 | 12/20/2019 | 080022013 |
| 12/30/2019 | RAZA, SAJID | ✉ | Defendant is within 30 days of pre-indictment release date. If no action is taken by 01/28/2020, defendant shall be released. | CRM20191197236 | 12/30/2019 | SPTUser |
| 12/30/2019 | RAZA, SAJID | ✉ | Hearing is scheduled for 09:00 AM on 01/03/2020 with Judge Edward J Mcbride Jr, Court Room 56. re: REOPEN DETENTION ORDER [CRM20191174988] | CRM20191197256 | 12/30/2019 | julianna.koster |
| 01/03/2020 | RAZA, SAJID | ✉ | Hearing is rescheduled for 09:00 AM on 01/03/2020 with Judge Thomas J Shustedjr, Court Room 45. re: REOPEN DETENTION ORDER [CRM20191174988] | CRM20191204437 | 01/03/2020 | julianna.koster |
| 01/03/2020 | RAZA, SAJID | ✉ | Hearing is rescheduled for 09:00 AM on 01/10/2020 with Judge Thomas J Shustedjr, Court Room 45. re: REOPEN DETENTION ORDER [CRM20191174988] | CRM20191204707 | 01/03/2020 | julianna.koster |
| 01/10/2020 | RAZA, SAJID | ✉ | Motion Result: DENIED on 01/10/2020 re: MOTION - REOPEN DETENTION ORDER [CRM20191174988] | CRM20191207987 | 01/10/2020 | julianna.koster |
| 01/10/2020 | RAZA, SAJID | 📎 ✉ | ORDER by Judge Thomas J Shustedjr re: MOTION - REOPEN DETENTION ORDER [CRM20191174988] | CRM20191207988 | 01/10/2020 | julianna.koster |
| 01/23/2020 | RAZA, SAJID | 📎 ✉ | COURT NOTICE submitted by COURT | CRM202074254 | 01/23/2020 | taylor.cream |
| 01/23/2020 | RAZA, SAJID | 📎 | CONFIDENTIAL INDICTMENT SUBMITTED BY COURT | CRM202074608 | 01/23/2020 | taylor.cream |
| 01/23/2020 | RAZA, SAJID | 📎 | CONFIDENTIAL MANDATORY DRUG COURT SCREENING TOOL submitted by COURT | CRM2020102846 | 01/31/2020 | Jennifer.Behm |

| 02/21/2020 | RAZA, SAJID | 🔗 ✉ | Motion - RELIEVE COUNSEL submitted by BRENDAN D MOLES of MATTLEMAN WEINROTH & MILLER, PC | CRM2020178364 | 02/21/2020 | 080022013 |
|---|---|---|---|---|---|---|
| 02/24/2020 | RAZA, SAJID | ✉ | Hearing is scheduled for 09:00 AM on 03/02/2020 with Judge Mark K Chase, Court Room 41 re: RELIEVE COUNSEL [CRM2020178364] | CRM2020180034 | 02/24/2020 | cara.solina |
| 03/02/2020 | RAZA, SAJID | ✉ | Motion Result: GRANTED on 03/02/2020 re: MOTION - RELIEVE COUNSEL [CRM2020178364] | CRM2020213050 | 03/03/2020 | cara.solina |
| 03/03/2020 | RAZA, SAJID | 🔗 ✉ | ORDER by Judge Mark K Chase re: MOTION - RELIEVE COUNSEL [CRM2020178364] | CRM2020213051 | 03/03/2020 | cara.solina |
| 03/04/2020 | RAZA, SAJID | 🔗 ✉ | ORDER by Judge Mark K Chase for EXCLUDABLE TIME | CRM2020219671 | 03/04/2020 | lynnette.martinez |
| 03/23/2020 | RAZA, SAJID | 🔗 ✉ | ORDER by Judge Deborah Silverman Katz for EXCLUDABLE TIME | CRM2020277788 | 03/23/2020 | SPTUser |
| 03/25/2020 | RAZA, SAJID | 🔗 ✉ | ORDER by Judge Mark K Chase for EXCLUDABLE TIME | CRM2020285435 | 03/25/2020 | lynnette.martinez |
| 03/30/2020 | RAZA, SAJID | 🔗 ✉ | ORDER by Judge Deborah Silverman Katz for EXCLUDABLE TIME | CRM2020293375 | 03/30/2020 | SPTUser |
| 04/14/2020 | RAZA, SAJID | 🔗 ✉ | ORDER by Judge Mark K Chase for EXCLUDABLE TIME | CRM2020321290 | 04/14/2020 | lynnette.martinez |
| 04/17/2020 | RAZA, SAJID | 🔗 ✉ | Response to Motion - BRIEF - submitted by BARRY K SULLIVAN of CAMDEN COUNTY PROSECUTORS OFFICE on behalf of the State of NJ re: REOPEN DETENTION ORDER | CRM2020330775 | 04/17/2020 | 026372011 |
| 04/20/2020 | RAZA, SAJID | 🔗 ✉ | SUBSTITUTION OF ATTORNEY submitted by MARY CLAIRE WOLF of CAMDEN COUNTY OFFICE OF THE PUBLIC DEFENDER | CRM2020332071 | 04/20/2020 | 034762009 |
| 04/20/2020 | RAZA, SAJID | ✉ | SUBSTITUTION OF ATTORNEY submitted by MARY CLAIRE WOLF of CAMDEN COUNTY OFFICE OF THE PUBLIC DEFENDER [CRM2020332071] | CRM2020333544 | 04/20/2020 | cara.solina |
| 04/27/2020 | RAZA, SAJID | 🔗 | CONFIDENTIAL Motion for Leave to Appeal filed with Appellate Division AM-000443-19 | APC20202093 | 04/27/2020 | 034762009 |
| 04/27/2020 | RAZA, SAJID | 🔗 ✉ | ORDER by Judge Deborah Silverman Katz for EXCLUDABLE TIME | CRM2020348637 | 04/27/2020 | SPTUser |
| 04/27/2020 | RAZA, SAJID | | CORRECTION - Re: Motion for Leave to Appeal [APC20202093] submitted on 04/27/2020 by Appellate was reclassified as Restricted as requested by Appellate | APC20202096 | 04/27/2020 | KENNETT, JENNA |
| 04/27/2020 | RAZA, SAJID | 🔗 ✉ | Motion - REOPEN DETENTION ORDER submitted by MARY CLAIRE WOLF of CAMDEN COUNTY OFFICE OF THE PUBLIC DEFENDER | CRM2020350312 | 04/27/2020 | 034762009 |
| 04/27/2020 | RAZA, SAJID | ✉ | Hearing is scheduled for 09:00 AM on 04/27/2020 with Judge Mark K Chase. re: REOPEN DETENTION ORDER [CRM2020350312] | CRM2020352365 | 04/27/2020 | cara.solina |
| 04/27/2020 | RAZA, SAJID | ✉ | Motion Result: DENIED on 04/27/2020 re: MOTION - REOPEN DETENTION ORDER [CRM2020350312] | CRM2020352425 | 04/27/2020 | cara.solina |
| 04/27/2020 | RAZA, SAJID | 🔗 ✉ | ORDER by Judge Mark K Chase re: MOTION - REOPEN DETENTION ORDER [CRM2020350312] | CRM2020352426 | 04/27/2020 | cara.solina |
| 04/28/2020 | RAZA, SAJID | 🔗 | CONFIDENTIAL Appellate decision filed A-003342-19 (AM-000443-19) re: MOTION FOR LEAVE TO APPEAL [APC20202093]: GRANTED AND OTHER | APC20202110 | 04/28/2020 | KENNETT, JENNA |
| 06/01/2020 | RAZA, SAJID | 🔗 ✉ | ORDER by Judge Deborah Silverman Katz for EXCLUDABLE TIME | CRM2020431217 | 06/01/2020 | SPTUser |
| 06/15/2020 | RAZA, SAJID | 🔗 ✉ | ORDER by Judge Deborah Silverman Katz for EXCLUDABLE TIME | CRM2020464515 | 06/15/2020 | SPTUser |
| 06/29/2020 | RAZA, SAJID | 🔗 ✉ | ORDER by Judge Deborah Silverman Katz for EXCLUDABLE TIME | CRM2020506009 | 06/29/2020 | SPTUser |
| 07/14/2020 | RAZA, SAJID | 🔗 ✉ | ORDER by Judge Deborah Silverman Katz for EXCLUDABLE TIME | CRM2020547986 | 07/13/2020 | SPTUser |
| 07/27/2020 | RAZA, SAJID | 🔗 ✉ | ORDER by Judge Deborah Silverman Katz for EXCLUDABLE TIME | CRM2020588724 | 07/27/2020 | SPTUser |
| 09/21/2020 | RAZA, SAJID | 🔗 ✉ | ORDER by Judge Deborah Silverman Katz for EXCLUDABLE TIME | CRM2020758249 | 09/21/2020 | SPTUser |
| 10/13/2020 | RAZA, SAJID | 🔗 ✉ | ORDER by Judge Deborah Silverman Katz for EXCLUDABLE TIME | CRM2020834660 | 10/13/2020 | SPTUser |

| 11/10/2020 | RAZA, SAJID | 📎 | | PRETRIAL MEMORANDUM has been filed by Court | CRM2020931977 | 11/12/2020 | jennifer.nunez |
|---|---|---|---|---|---|---|---|
| 12/11/2020 | RAZA, SAJID | 📎 ✉ | | ORDER by Judge Deborah Silverman Katz for EXCLUDABLE TIME | CRM20201027891 | 12/11/2020 | SPTUser |
| 02/24/2021 | RAZA, SAJID | 📎 ✉ | | ORDER by Judge Deborah Silverman Katz for EXCLUDABLE TIME | CRM2021155681 | 02/24/2021 | SPTUser |
| 03/29/2021 | RAZA, SAJID | 📎 ✉ | | ORDER by Judge Deborah Silverman Katz for EXCLUDABLE TIME | CRM2021255404 | 03/29/2021 | SPTUser |
| 04/26/2021 | RAZA, SAJID | 📎 ✉ | | ORDER by Judge Deborah Silverman Katz for EXCLUDABLE TIME | CRM2021341090 | 04/26/2021 | SPTUser |
| 09/14/2021 | RAZA, SAJID | 📎 ✉ | | ORDER by Judge Yolanda Rodriguez for EXCLUDABLE TIME | CRM2021782142 | 09/14/2021 | anthony.verzill i |
| 10/04/2021 | RAZA, SAJID | 📎 ✉ | | Motion - PHYSICAL/PSYCH EXAM has been filed by Claudia Nathaly Eiden, Camden County Prosecutors Office on behalf of the State of NJ | CRM2021855265 | 10/04/2021 | 052842013 |
| 10/05/2021 | RAZA, SAJID | | ✉ | PHYSICAL/PSYCH EXAM [CRM2021855265] is scheduled for 09:30 AM on 11/30/2021 with Judge Yolanda Rodriguez. Please contact the court for details on whether the proceeding will be held by video or phone Court Room REMOTE. | CRM2021856640 | 10/05/2021 | alexis.walker |
| 10/15/2021 | RAZA, SAJID | | ✉ | Motion Result: GRANTED re: MOTION - PHYSICAL/PSYCH EXAM [CRM2021855265] entered on 10/15/2021 | CRM2021891580 | 10/15/2021 | alexis.walker |
| 10/15/2021 | RAZA, SAJID | 📎 ✉ | | ORDER re: MOTION - PHYSICAL/PSYCH EXAM [CRM2021855265] signed by Judge Yolanda Rodriguez | CRM2021891582 | 10/15/2021 | alexis.walker |
| 10/30/2021 | RAZA, SAJID | | ✉ | Defendant is within 30 days of the 2 Year/Max Term release date. If no action is taken by 11/28/2021, defendant shall be released. | CRM2021948115 | 10/30/2021 | SPTUser |
| 11/19/2021 | RAZA, SAJID | 📎 ✉ | | ORDER by Judge Yolanda Rodriguez for EXCLUDABLE TIME | CRM20211017017 | 11/19/2021 | lynnette.marti nez |
| 12/16/2021 | RAZA, SAJID | 📎 ✉ | | ADJOURNMENT REQUEST has been filed by Andrew M Duclair, Andrew M. Duclair, Pc on behalf of Sajid Raza | CRM20211095777 | 12/16/2021 | 024802002 |
| 12/16/2021 | RAZA, SAJID | 📎 ✉ | | ORDER by Judge Yolanda Rodriguez for EXCLUDABLE TIME | CRM20211097357 | 12/16/2021 | lynnette.marti nez |
| 01/24/2022 | RAZA, SAJID | 📎 ✉ | | ORDER by Judge Yolanda Rodriguez for EXCLUDABLE TIME | CRM202258442 | 01/24/2022 | ariel.palacios |
| 02/01/2022 | RAZA, SAJID | 📎 ✉ | | ORDER by Judge Mark K Chase for EXCLUDABLE TIME | CRM202284447 | 02/01/2022 | lynnette.marti nez |
| 02/01/2022 | RAZA, SAJID | 📎 ✉ | | ORDER by Judge Yolanda Rodriguez for EXCLUDABLE TIME | CRM202284465 | 02/01/2022 | lynnette.marti nez |
| 02/03/2022 | RAZA, SAJID | | ✉ | Defendant is within 30 days of the 2 Year/Max Term release date. If no action is taken by 03/04/2022, defendant shall be released. | CRM202291925 | 02/03/2022 | SPTUser |
| 02/07/2022 | RAZA, SAJID | 📎 ✉ | | AMENDED ORDER by Judge Yolanda Rodriguez re: EXCLUDABLE TIME [CRM202258442] | CRM2022104959 | 02/07/2022 | lynnette.marti nez |
| 03/08/2022 | RAZA, SAJID | 📎 ✉ | | ORDER by Judge Yolanda Rodriguez for EXCLUDABLE TIME | CRM2022204875 | 03/08/2022 | lynnette.marti nez |
| 05/02/2022 | RAZA, SAJID | 📎 ✉ | | ORDER by Judge Yolanda Rodriguez for EXCLUDABLE TIME | CRM2022386620 | 05/02/2022 | lynnette.marti nez |
| 05/17/2022 | RAZA, SAJID | 📎 ✉ | | ORDER by Judge Yolanda Rodriguez for EXCLUDABLE TIME | CRM2022439363 | 05/17/2022 | lynnette.marti nez |
| 07/06/2022 | RAZA, SAJID | 📎 ✉ | | ORDER by Judge Yolanda Rodriguez for EXCLUDABLE TIME | CRM2022601848 | 07/06/2022 | lynnette.marti nez |
| 07/14/2022 | RAZA, SAJID | | ✉ | VACATED ORDER by Judge Yolanda Rodriguez re: EXCLUDABLE TIME [CRM2022439363] | CRM2022628354 | 07/14/2022 | lynnette.marti nez |
| 07/14/2022 | RAZA, SAJID | 📎 ✉ | | ORDER by Judge Yolanda Rodriguez for EXCLUDABLE TIME | CRM2022628361 | 07/14/2022 | lynnette.marti nez |
| 07/29/2022 | RAZA, SAJID | 📎 ✉ | | ORDER by Judge Yolanda Rodriguez for EXCLUDABLE TIME | CRM2022681849 | 07/29/2022 | lynnette.marti nez |
| 07/29/2022 | RAZA, SAJID | 📎 | | ORDER has been filed by Court | CRM2022682390 | 07/29/2022 | elissa.martino |
| 08/05/2022 | RAZA, SAJID | 📎 | | CONFIDENTIAL COMPETENCY REPORT has been filed by | CRM2022705914 | 08/05/2022 | elissa.martino |

| 09/07/2022 | RAZA, SAJID | 🔗 ✉ | ORDER by Judge Yolanda Rodriguez for EXCLUDABLE TIME | CRM2022805942 | 09/07/2022 | lynnette.marti nez |
|---|---|---|---|---|---|---|
| 09/26/2022 | RAZA, SAJID | ✉ | Defendant is within 30 days of the 2 Year/Max Term release date. If no action is taken by 10/25/2022, defendant shall be released. | CRM2022869816 | 09/26/2022 | SPTUser |
| 09/26/2022 | RAZA, SAJID | 🔗 ✉ | ORDER by Judge Yolanda Rodriguez for EXCLUDABLE TIME | CRM2022873597 | 09/26/2022 | lynnette.marti nez |
| 10/25/2022 | RAZA, SAJID | 🔗 ✉ | ORDER by Judge Yolanda Rodriguez for EXCLUDABLE TIME | CRM2022975758 | 10/25/2022 | kathleen.cusic k |
| 11/18/2022 | RAZA, SAJID | 🔗 ✉ | ORDER by Judge Yolanda Rodriguez for EXCLUDABLE TIME | CRM20221056213 | 11/18/2022 | lynnette.marti nez |
| 01/13/2023 | RAZA, SAJID | 🔗 ✉ | ORDER by Judge Yolanda Rodriguez for EXCLUDABLE TIME | CRM202342473 | 01/13/2023 | lynnette.marti nez |
| 01/13/2023 | RAZA, SAJID | 🔗 | ORDER - Order Committing Defendant pursuant to NJSA 2C45 has been filed by Court | CRM202355030 | 01/18/2023 | elissa.martino |
| 02/22/2023 | RAZA, SAJID | 🔗 ✉ | ORDER by Judge Yolanda Rodriguez for EXCLUDABLE TIME | CRM2023180648 | 02/22/2023 | jennifer.nunez |
| 03/09/2023 | RAZA, SAJID | 🔗 | CONFIDENTIAL ORDER - Comp Eval Results has been filed by Court | CRM2023242043 | 03/09/2023 | taneesha.mars hall |
| 03/10/2023 | RAZA, SAJID | 🔗 | ORDER - Trial Order has been filed by Court | CRM2023258482 | 03/13/2023 | cesar.hernande z |
| 04/03/2023 | RAZA, SAJID | 🔗 ✉ | STATUS UPDATE has been filed by Andrew M Duclair, Andrew M. Duclair, Pc on behalf of Sajid Raza | CRM2023339606 | 04/03/2023 | 024802002 |
| 04/06/2023 | RAZA, SAJID | 🔗 ✉ | ORDER by Judge Yolanda Rodriguez RELEASE SUBJECT TO NON-MONETARY CONDITIONS re: MUNICIPAL COMPLAINT W-2019-001405-0415 [MCS2019692598] | CRM2023355712 | 04/08/2023 | daniel.harvey |
| 04/06/2023 | RAZA, SAJID | 🔗 ✉ | ORDER by Judge Yolanda Rodriguez RELEASE SUBJECT TO NON-MONETARY CONDITIONS re: MUNICIPAL COMPLAINT W-2019-001406-0415 [MCS2019692598] | CRM2023355714 | 04/08/2023 | daniel.harvey |
| 04/06/2023 | RAZA, SAJID | 🔗 ✉ | ORDER by Judge Yolanda Rodriguez RELEASE SUBJECT TO NON-MONETARY CONDITIONS re: MUNICIPAL COMPLAINT W-2019-001407-0415 [MCS2019692598] | CRM2023355713 | 04/08/2023 | daniel.harvey |
| 04/06/2023 | RAZA, SAJID | 🔗 ✉ | ORDER by Judge Yolanda Rodriguez RELEASE SUBJECT TO NON-MONETARY CONDITIONS re: MUNICIPAL COMPLAINT W-2019-001408-0415 [MCS2019692598] | CRM2023355715 | 04/08/2023 | daniel.harvey |
| 04/06/2023 | RAZA, SAJID | 🔗 ✉ | ORDER by Judge Yolanda Rodriguez RELEASE SUBJECT TO NON-MONETARY CONDITIONS re: MUNICIPAL COMPLAINT W-2019-001409-0415 [MCS2019692598] | CRM2023355716 | 04/08/2023 | daniel.harvey |
| 04/06/2023 | RAZA, SAJID | 🔗 ✉ | ORDER by Judge Yolanda Rodriguez RELEASE SUBJECT TO NON-MONETARY CONDITIONS re: MUNICIPAL COMPLAINT W-2019-001410-0415 [MCS2019692590] | CRM2023355718 | 04/08/2023 | daniel.harvey |
| 05/24/2023 | RAZA, SAJID | 🔗 ✉ | CONFIDENTIAL VIOLATION OF MONITORING submitted by COURT | CRM2023521367 | 05/24/2023 | chelsea.clark |
| 05/24/2023 | RAZA, SAJID | 🔗 ✉ | CONFIDENTIAL VIOLATION OF MONITORING submitted by COURT | CRM2023521365 | 05/24/2023 | chelsea.clark |
| 05/24/2023 | RAZA, SAJID | 🔗 ✉ | CONFIDENTIAL VIOLATION OF MONITORING submitted by COURT | CRM2023521366 | 05/24/2023 | chelsea.clark |
| 05/24/2023 | RAZA, SAJID | 🔗 ✉ | CONFIDENTIAL VIOLATION OF MONITORING submitted by COURT | CRM2023521369 | 05/24/2023 | chelsea.clark |
| 05/24/2023 | RAZA, SAJID | 🔗 ✉ | CONFIDENTIAL VIOLATION OF MONITORING submitted by COURT | CRM2023521370 | 05/24/2023 | chelsea.clark |
| 05/24/2023 | RAZA, SAJID | 🔗 ✉ | CONFIDENTIAL VIOLATION OF MONITORING submitted by COURT | CRM2023521371 | 05/24/2023 | chelsea.clark |
| 06/12/2023 | RAZA, SAJID | ✉ | Motion Result: DISMISSED re: VIOLATION OF MONITORING [CRM2023521365] entered on 06/12/2023 | CRM2023582383 | 06/12/2023 | taneesha.mars hall |
| 06/13/2023 | RAZA, SAJID | 🔗 ✉ | CONFIDENTIAL VIOLATION OF MONITORING submitted by COURT | CRM2023586835 | 06/13/2023 | chelsea.clark |
| 06/13/2023 | RAZA, SAJID | 🔗 ✉ | CONFIDENTIAL VIOLATION OF MONITORING submitted by COURT | CRM2023586836 | 06/13/2023 | chelsea.clark |

| 06/13/2023 | RAZA, SAJID | 📎 ✉ | CONFIDENTIAL VIOLATION OF MONITORING submitted by COURT | CRM2023586837 | 06/13/2023 | chelsea.clark |
|---|---|---|---|---|---|---|
| 06/13/2023 | RAZA, SAJID | 📎 ✉ | CONFIDENTIAL VIOLATION OF MONITORING submitted by COURT | CRM2023586838 | 06/13/2023 | chelsea.clark |
| 06/13/2023 | RAZA, SAJID | 📎 ✉ | CONFIDENTIAL VIOLATION OF MONITORING submitted by COURT | CRM2023586839 | 06/13/2023 | chelsea.clark |
| 06/13/2023 | RAZA, SAJID | 📎 ✉ | CONFIDENTIAL VIOLATION OF MONITORING submitted by COURT | CRM2023586840 | 06/13/2023 | chelsea.clark |
| 06/13/2023 | RAZA, SAJID | 📎 ✉ | BENCH WARRANT ISSUED by Judge Yolanda Rodriguez for FAILURE TO COMPLY WITH PRETRIAL ELECTRONIC MONITORING CONDITION(S) re: ORDER - RELEASED SUBJECT TO NON-MONETARY CONDITIONS [CRM2023355716] | CRM2023588504 | 06/13/2023 | chelsea.clark |
| 06/15/2023 | RAZA, SAJID | 📎 ✉ | Motion - MODIFY PRETRIAL RELEASE CONDITIONS has been filed by Court | CRM2023599354 | 06/15/2023 | cesar.hernande z |
| 06/15/2023 | RAZA, SAJID | ✉ | MDFY PRETRL RLS COND [CRM2023599354] is scheduled for 01:30 PM on 06/19/2023 with Judge Yolanda Rodriguez at Court Room 42. | CRM2023599389 | 06/15/2023 | cesar.hernande z |
| 06/15/2023 | RAZA, SAJID | ✉ | Motion Result: GRANTED re: VIOLATION OF MONITORING [CRM2023586840] entered on 06/15/2023 | CRM2023599494 | 06/15/2023 | monique.ubarr y |
| 06/15/2023 | RAZA, SAJID | ✉ | Motion Result: GRANTED re: VIOLATION OF MONITORING [CRM2023586839] entered on 06/15/2023 | CRM2023599498 | 06/15/2023 | monique.ubarr y |
| 06/15/2023 | RAZA, SAJID | ✉ | Motion Result: GRANTED re: VIOLATION OF MONITORING [CRM2023586838] entered on 06/15/2023 | CRM2023599500 | 06/15/2023 | monique.ubarr y |
| 06/15/2023 | RAZA, SAJID | ✉ | Motion Result: GRANTED re: VIOLATION OF MONITORING [CRM2023586837] entered on 06/15/2023 | CRM2023599511 | 06/15/2023 | monique.ubarr y |
| 06/15/2023 | RAZA, SAJID | ✉ | Motion Result: GRANTED re: VIOLATION OF MONITORING [CRM2023586836] entered on 06/15/2023 | CRM2023599524 | 06/15/2023 | monique.ubarr y |
| 06/15/2023 | RAZA, SAJID | ✉ | Motion Result: GRANTED re: VIOLATION OF MONITORING [CRM2023586835] entered on 06/15/2023 | CRM2023599529 | 06/15/2023 | monique.ubarr y |
| 06/15/2023 | RAZA, SAJID | 📎 ✉ | BENCH WARRANT EXECUTED for FAILURE TO COMPLY WITH PRETRIAL ELECTRONIC MONITORING CONDITION(S) re: BENCH WARRANT [CRM2023588504] | CRM2023599600 | 06/15/2023 | monique.ubarr y |
| 06/19/2023 | RAZA, SAJID | 📎 ✉ | Motion - REVOKE RELEASE has been filed by Brandon J Almeida, Camden County Prosecutors Office on behalf of the State of NJ - Related Filings | CRM2023605862 | 06/19/2023 | 243522017 |
| 06/19/2023 | RAZA, SAJID | 📎 ✉ | Motion - REVOKE RELEASE has been filed by Brandon J Almeida, Camden County Prosecutors Office on behalf of the State of NJ - Related Filings | CRM2023605863 | 06/19/2023 | 243522017 |
| 06/19/2023 | RAZA, SAJID | 📎 ✉ | Motion - REVOKE RELEASE has been filed by Brandon J Almeida, Camden County Prosecutors Office on behalf of the State of NJ - Related Filings | CRM2023605864 | 06/19/2023 | 243522017 |
| 06/19/2023 | RAZA, SAJID | 📎 ✉ | Motion - REVOKE RELEASE has been filed by Brandon J Almeida, Camden County Prosecutors Office on behalf of the State of NJ - Related Filings | CRM2023605865 | 06/19/2023 | 243522017 |
| 06/19/2023 | RAZA, SAJID | 📎 ✉ | Motion - REVOKE RELEASE has been filed by Brandon J Almeida, Camden County Prosecutors Office on behalf of the State of NJ - Related Filings | CRM2023605866 | 06/19/2023 | 243522017 |
| 06/19/2023 | RAZA, SAJID | 📎 ✉ | Motion - REVOKE RELEASE has been filed by Brandon J Almeida, Camden County Prosecutors Office on behalf of the State of NJ - Related Filings | CRM2023605867 | 06/19/2023 | 243522017 |
| 06/19/2023 | RAZA, SAJID | ✉ | Motion Result: GRANTED re: VIOLATION OF MONITORING [CRM2023521366] entered on 06/19/2023 | CRM2023607071 | 06/20/2023 | taneesha.mars hall |
| 06/19/2023 | RAZA, SAJID | ✉ | Motion Result: GRANTED re: VIOLATION OF MONITORING [CRM2023521367] entered on 06/19/2023 | CRM2023607079 | 06/20/2023 | taneesha.mars hall |
| 06/19/2023 | RAZA, SAJID | ✉ | Motion Result: GRANTED re: VIOLATION OF MONITORING [CRM2023521369] entered on 06/19/2023 | CRM2023607082 | 06/20/2023 | taneesha.mars hall |
| 06/19/2023 | RAZA, SAJID | ✉ | Motion Result: GRANTED re: VIOLATION OF MONITORING [CRM2023521370] entered on 06/19/2023 | CRM2023607083 | 06/20/2023 | taneesha.mars hall |
| 06/19/2023 | RAZA, SAJID | ✉ | Motion Result: GRANTED re: VIOLATION OF MONITORING [CRM2023521371] entered on 06/19/2023 | CRM2023607086 | 06/20/2023 | taneesha.mars hall |
| 06/19/2023 | Raza, Sajid | | Motion Result: GRANTED on 06/19/2023 re: MOTION - REVOKE RELEASE [CRM2023605865] | CRM2023608866 | 06/20/2023 | cesar.hernande z |

| 06/19/2023 | Raza, Sajid | 🔗 ✉ | ORDER by Judge Yolanda Rodriguez GRANTING RELEASE REVOCATION re: MOTION - REVOKE RELEASE [CRM2023605865] | CRM2023608867 | 06/20/2023 | cesar.hernandez |
| 06/19/2023 | Raza, Sajid | | Motion Result: GRANTED on 06/19/2023 re: MOTION - REVOKE RELEASE [CRM2023605866] | CRM2023608868 | 06/20/2023 | cesar.hernandez |
| 06/19/2023 | Raza, Sajid | 🔗 ✉ | ORDER by Judge Yolanda Rodriguez GRANTING RELEASE REVOCATION re: MOTION - REVOKE RELEASE [CRM2023605866] | CRM2023608869 | 06/20/2023 | cesar.hernandez |
| 06/19/2023 | Raza, Sajid | | Motion Result: GRANTED on 06/19/2023 re: MOTION - REVOKE RELEASE [CRM2023605867] | CRM2023608873 | 06/20/2023 | cesar.hernandez |
| 06/19/2023 | Raza, Sajid | 🔗 ✉ | ORDER by Judge Yolanda Rodriguez GRANTING RELEASE REVOCATION re: MOTION - REVOKE RELEASE [CRM2023605867] | CRM2023608874 | 06/20/2023 | cesar.hernandez |
| 06/19/2023 | Raza, Sajid | | Motion Result: GRANTED on 06/19/2023 re: MOTION - REVOKE RELEASE [CRM2023605864] | CRM2023608871 | 06/20/2023 | cesar.hernandez |
| 06/19/2023 | Raza, Sajid | 🔗 ✉ | ORDER by Judge Yolanda Rodriguez GRANTING RELEASE REVOCATION re: MOTION - REVOKE RELEASE [CRM2023605864] | CRM2023608872 | 06/20/2023 | cesar.hernandez |
| 06/19/2023 | Raza, Sajid | | Motion Result: GRANTED on 06/19/2023 re: MOTION - REVOKE RELEASE [CRM2023605862] | CRM2023608876 | 06/20/2023 | cesar.hernandez |
| 06/19/2023 | Raza, Sajid | 🔗 ✉ | ORDER by Judge Yolanda Rodriguez GRANTING RELEASE REVOCATION re: MOTION - REVOKE RELEASE [CRM2023605862] | CRM2023608877 | 06/20/2023 | cesar.hernandez |
| 06/19/2023 | RAZA, SAJID | | Motion Result: GRANTED on 06/19/2023 re: MOTION - REVOKE RELEASE [CRM2023605863] | CRM2023608888 | 06/20/2023 | cesar.hernandez |
| 06/19/2023 | RAZA, SAJID | 🔗 ✉ | ORDER by Judge Yolanda Rodriguez GRANTING RELEASE REVOCATION re: MOTION - REVOKE RELEASE [CRM2023605863] | CRM2023608889 | 06/20/2023 | cesar.hernandez |
| 06/19/2023 | RAZA, SAJID | ✉ | Motion Result: WITHDRAWN re: MOTION - MODIFY PRETRIAL RELEASE CONDITIONS [CRM2023599354] entered on 06/19/2023 | CRM2023628298 | 06/26/2023 | cesar.hernandez |
| 06/19/2023 | RAZA, SAJID | 🔗 ✉ | ORDER re: MOTION - MODIFY PRETRIAL RELEASE CONDITIONS [CRM2023599354] signed by Judge Yolanda Rodriguez | CRM2023628296 | 06/26/2023 | cesar.hernandez |
| 06/20/2023 | RAZA, SAJID | 🔗 ✉ | ORDER by Judge Yolanda Rodriguez for EXCLUDABLE TIME | CRM2023607975 | 06/20/2023 | lynnette.martinez |
| 06/20/2023 | RAZA, SAJID | 🔗 | CONFIDENTIAL ORDER - Comp Eval Order has been filed by Court | CRM2023718265 | 07/19/2023 | cesar.hernandez |
| 07/18/2023 | RAZA, SAJID | 🔗 ✉ | ORDER by Judge Yolanda Rodriguez for EXCLUDABLE TIME | CRM2023710916 | 07/18/2023 | lynnette.martinez |
| 08/10/2023 | RAZA, SAJID | 🔗 ✉ | ORDER by Judge Yolanda Rodriguez for EXCLUDABLE TIME | CRM2023802248 | 08/10/2023 | kathleen.cusick |
| 08/21/2023 | RAZA, SAJID | | TRIAL is rescheduled for 09:00 AM on 09/21/2023 with Judge Yolanda Rodriguez at Court Room 42. | CRM2023836316 | 08/21/2023 | francine.davisbrowne |
| 08/30/2023 | RAZA, SAJID | 🔗 | CONFIDENTIAL COMPETENCY EVALUATION has been filed by Court | CRM2023873031 | 08/30/2023 | carmen.russ |
| 09/26/2023 | RAZA, SAJID | 🔗 ✉ | ORDER by Judge Yolanda Rodriguez for EXCLUDABLE TIME | CRM2023968674 | 09/26/2023 | francine.davisbrowne |
| 10/16/2023 | RAZA, SAJID | 🔗 ✉ | Motion - DISMISS INDICTMENT has been filed by Andrew M Duclair, Andrew M. Duclair, Pc on behalf of Sajid Raza | CRM20231040438 | 10/16/2023 | 024802002 |
| 10/24/2023 | RAZA, SAJID | ✉ | DISMISS INDICTMENT [CRM20231040438] is scheduled for 01:30 PM on 10/24/2023 with Judge Yolanda Rodriguez at Court Room 42. | CRM20231072381 | 10/24/2023 | kenneth.schusterjr |
| 10/24/2023 | RAZA, SAJID | 🔗 ✉ | ORDER by Judge Yolanda Rodriguez for EXCLUDABLE TIME | CRM20231074400 | 10/24/2023 | francine.davisbrowne |
| 10/24/2023 | RAZA, SAJID | ✉ | DISMISS INDICTMENT [CRM20231040438] is rescheduled for 02:00 PM on 11/03/2023 with Judge Yolanda Rodriguez at Court Room 42. | CRM20231075110 | 10/24/2023 | kenneth.schusterjr |
| 11/03/2023 | RAZA, SAJID | 🔗 ✉ | ORDER by Judge Yolanda Rodriguez for EXCLUDABLE TIME | CRM20231116041 | 11/03/2023 | leta.walton |
| 11/06/2023 | RAZA, SAJID | ✉ | DISMISS INDICTMENT [CRM20231040438] is rescheduled for 09:00 AM on 12/08/2023 with Judge Yolanda Rodriguez at Court Room 42. | CRM20231119429 | 11/06/2023 | kenneth.schusterjr |

| 12/08/2023 | RAZA, SAJID | ⊠ | DISMISS INDICTMENT [CRM20231040438] is rescheduled for 09:00 AM on 12/13/2023 with Judge Yolanda Rodriguez at Court Room 42 | CRM20231227753 | 12/08/2023 | francine.davis browne |
| 12/08/2023 | RAZA, SAJID | ⊠ | DISMISS INDICTMENT [CRM20231040438] is rescheduled for 01:30 PM on 12/13/2023 with Judge Yolanda Rodriguez at Court Room 42. | CRM20231227789 | 12/08/2023 | francine.davis browne |
| 12/08/2023 | RAZA, SAJID | 📎 ⊠ | ORDER by Judge Yolanda Rodriguez for EXCLUDABLE TIME | CRM20231227813 | 12/08/2023 | francine.davis browne |
| 12/13/2023 | RAZA, SAJID | 📎 ⊠ | ORDER by Judge Yolanda Rodriguez for EXCLUDABLE TIME | CRM20231244494 | 12/13/2023 | francine.davis browne |
| 12/13/2023 | RAZA, SAJID | 📎 ⊠ | AMENDED ORDER by Judge Yolanda Rodriguez re: EXCLUDABLE TIME [CRM20231244494] | CRM20231244516 | 12/13/2023 | francine.davis browne |
| 01/22/2024 | RAZA, SAJID | 📎 | ORDER - ORDER MANDATING THE PERIODIC REVIEW OF DEFENDANT has been filed by Court | CRM202473837 | 01/22/2024 | jenny.zavala |
| 02/02/2024 | RAZA, SAJID | 📎 ⊠ | ORDER by Judge Yolanda Rodriguez for EXCLUDABLE TIME | CRM2024124852 | 02/02/2024 | francine.davis browne |
| 02/05/2024 | RAZA, SAJID | 📎 ⊠ | ORDER - COMPETENCY EVALUATION ORDER has been filed by Court | CRM2024130216 | 02/05/2024 | kenneth.schust erjr |
| 02/16/2024 | RAZA, SAJID | | TRIAL is rescheduled for 09:00 AM on 03/28/2024 with Judge Yolanda Rodriguez at Court Room 42. | CRM2024174904 | 02/16/2024 | jenny.zavala |
| 03/07/2024 | RAZA, SAJID | 📎 ⊠ | SUBSTITUTION OF ATTORNEY has been filed by Jeffrey C Zucker, Zucker Steinberg & Wixted Pa on behalf of Sajid Raza | CRM2024255847 | 03/07/2024 | 279411972 |
| 03/08/2024 | RAZA, SAJID | ⊠ | SUBSTITUTION OF ATTORNEY has been filed by Jeffrey C Zucker, Zucker Steinberg & Wixted Pa on behalf of Sajid Raza CRM2024255847 | CRM2024257385 | 03/08/2024 | elissa.martino |
| 03/28/2024 | RAZA, SAJID | 📎 ⊠ | ORDER by Judge Yolanda Rodriguez for EXCLUDABLE TIME | CRM2024342498 | 03/28/2024 | francine.davis browne |
| 04/08/2024 | RAZA, SAJID | 📎 | CONFIDENTIAL CIVIL COMMITMENT DECISION has been filed by Court | CRM2024371305 | 04/08/2024 | tatiana.clayto n |
| 04/12/2024 | RAZA, SAJID | ⊠ | DISMISS INDICTMENT [CRM20231040438] is scheduled for 09:00 AM on 04/17/2024 with Judge Yolanda Rodriguez at Court Room 42. | CRM2024396040 | 04/12/2024 | kenneth.schust erjr |
| 04/17/2024 | RAZA, SAJID | ⊠ | DISMISS INDICTMENT [CRM20231040438] is rescheduled for 09:00 AM on 04/25/2024 with Judge Yolanda Rodriguez at Court Room 42. | CRM2024411331 | 04/17/2024 | kenneth.schust erjr |
| 04/25/2024 | RAZA, SAJID | 📎 | ORDER - Order for Dismissal of Indictment - Sajid Raza has been filed by Court | CRM2024449653 | 04/25/2024 | andrew.rossi |
| 04/25/2024 | RAZA, SAJID | ⊠ | Motion Result: GRANTED re: MOTION - DISMISS INDICTMENT [CRM20231040438] entered on 04/25/2024 | CRM20231304326 | 05/16/2024 | tatiana.clayto n |

Back

BUILD CASE JACKET: 2024.1.1.0.001


# SJRA
## SOUTH JERSEY RADIOLOGY

SJRA - Turnersville
901 Rte 168, Suite 204 & 301
Turnersville, NJ 08012-3217
(888) 909-7572

June 13, 2023

| RE: | Sajid Raza | PAT: | 1596450 |
| | 51 Clemens Lane | TEL: | (609) 560-0583 |
| | | DOB: | |
| | Blackwood, NJ 08012 | AGE: | 53 |

XR Ribs RT :- 2 views 71100: 06/13/23

Ordered by: **Douglas F. Carey, APN**
Fax: (856) 536-1980

HISTORY: Right ribs: Right-sided rib pain

COMPARISON: There are no prior relevant studies available.

TECHNIQUE:: Digital radiographs of the right ribs were obtained.

FINDINGS: There is no acute right-sided rib fracture. There is slight contour irregularity of the right posterior lateral seventh rib suggestive of a chronic healed fracture. There is no suspicious osseous lesion.

The lungs are clear. There is no pneumothorax or pleural effusion.

The heart is normal in size. The mediastinum and hila are unremarkable.

CONCLUSION:
1. No acute right-sided rib fracture.
2. Chronic healed fracture of the right posterior lateral seventh rib.
3. No active disease in the chest.



DIAGNOSTIC IMAGING
CENTER of EXCELLENCE

06/13/23                          **Sajid Raza**                          Page 2 of 2

Very truly yours,

Andrew Gordon, M.D.

AG


Electronically signed by Andrew Gordon, M.D.  on 6/13/2023 1:14:26 PM



DIAGNOSTIC IMAGING
CENTER of EXCELLENCE™



**SJRA**
**SOUTH JERSEY RADIOLOGY**

SJRA - Turnersville
901 Rte 168, Suite 204 & 301
Turnersville, NJ 08012-3217
(888) 909-7572

June 13, 2023

RE:  Sajid Raza
     51 Clemens Lane

     Blackwood, NJ 08012

PAT:   1596450
TEL:   (609) 560-0583
DOB:
AGE:   53

XR Thoracic Spine :- 2 Views  72070: 06/13/23

Ordered by: **Douglas F. Carey, APN**
Fax: (856) 536-1980

HISTORY:  Thoracic facet arthropathy. Back pain.

COMPARISON:  There are no prior relevant studies available.

TECHNIQUE:  Digital radiographs were obtained.

FINDINGS:  There is a minimal dextrocurvature of the thoracic spine. This may be positional. There is no spondylolisthesis.

There is no fracture. Vertebral body heights are maintained.

There is slight thoracic spondylosis with minimal endplate osteophyte formation.

No abnormal paraspinal densities.

CONCLUSION:  Slight thoracic spondylosis



ACR
DIAGNOSTIC IMAGING
CENTER of EXCELLENCE™

06/13/23                         **Sajid Raza**                         Page 2 of 2

Very truly yours,

Andrew Gordon, M.D.

AG

Electronically signed by Andrew Gordon, M.D. on 6/13/2023 1:09:45 PM





**SOUTH JERSEY RADIOLOGY**

SJRA - Turnersville
901 Rte 168, Suite 204 & 301
Turnersville, NJ 08012-3217
(888) 909-7572

June 13, 2023

RE:  Sajid Raza
     51 Clemens Lane

     Blackwood, NJ 08012

PAT:   1596450
TEL:   (609) 560-0583
DOB:
AGE:   53

XR Cervical Spine  - 2 or 3 views 72040: 06/13/23

Ordered by: **Douglas F. Carey, APN**
Fax: (856) 536-1980

HISTORY:  Cervical facet arthropathy. Pain.

COMPARISON:  Report of MRI of the cervical spine April 29, 2015

TECHNIQUE:  Digital radiographs were obtained. (2 or 3 views)

FINDINGS:  There is satisfactory alignment.

There is no fracture or prevertebral soft tissue swelling. Vertebral body heights are maintained.

There is spondylosis with endplate osteophyte formation at C5-6 and C6-7. There is moderate loss of disc space height at C5-C6 and mild loss of disc space height at C6-7. There is uncovertebral joint arthropathy at C5-6 and C6-7. The facet joints are unremarkable.

CONCLUSION:  Degenerative change at C5-6 and C6-C7, as described.



DIAGNOSTIC IMAGING
CENTER of EXCELLENCE

06/13/23 **Sajid Raza** Page 2 of 2

Very truly yours,

Andrew Gordon, M.D.

AG

Electronically signed by Andrew Gordon, M.D. on 6/13/2023 1:07:55 PM



DIAGNOSTIC IMAGING
CENTER of EXCELLENCE



SJRA - Turnersville
901 Rte 168, Suite 204 & 301
Turnersville, NJ 08012-3217
(888) 909-7572

June 13, 2023

| RE: Sajid Raza | PAT: | 1596450 |
| 51 Clemens Lane | TEL: | (609) 560-0583 |
| | DOB: | |
| Blackwood, NJ 08012 | AGE: | 53 |

XR Lumbar Spine- 2 or 3 Views (Bending only) 72120: 06/13/23

Ordered by: **Douglas F. Carey, APN**
Fax: (856) 536-1980

HISTORY: Lumbar arthropathy

COMPARISON: Report of MRI of the lumbar spine April 29, 2015.

TECHNIQUE: Digital radiographs were obtained including flexion and extension lateral images.

FINDINGS: Lateral views in neutral positioning and with voluntary flexion were obtained. AP view was not obtained, which limits evaluation.

There is no spondylolisthesis. There is no abnormal motion with voluntary flexion and extension.

Vertebral body heights are maintained. There is no fracture.

There is spondylosis with endplate osteophyte formation at L4-5 and mildly at L3-4. Intervertebral disc space heights are preserved. The facet joints are unremarkable.

CONCLUSION:
1. Lumbar spondylosis at L4-5 and mildly at L3-4.



DIAGNOSTIC IMAGING
CENTER of EXCELLENCE

06/13/23                          **Sajid Raza**                          Page 2 of 2

2. No spondylolisthesis. No abnormal motion with voluntary flexion and extension.


Very truly yours,

Andrew Gordon, M.D.

AG


Electronically signed by Andrew Gordon, M.D. on 6/13/2023 1:05:48 PM



/10/2021 5:26 PM          -> TX 56346 Final Report                    Page 1 of 1



56346-CAMDEN COUNTY CORRECTIONAL FACILITY

MIDATLANTIC REGION
101 Rock Road
Horsham PA 19044
(800) 821-5236

330 FEDERAL STREET
CAMDEN, NJ 081031121

Claim Number :        34232860
Date of Service :     02/10/2021
Patient Name :        RAZA, SAJID

                                            DOB :              Gender   M
                                            Room ::

Ordering Provider:        ROBIN CLEMONS, MD - (NPI: 1710915750)
Interpreting Physician:   JEFFREY B BERNFIELD, MD - (NPI: 1144207416)
Report Date:              2/10/2021 5:21:30 PM

## *RADIOLOGY REPORT*

REASON FOR EXAM: PAIN

RIBS UNI-LAT 2V, RIGHT

Results: No comparison studies available.

No acute displaced rib fractures.

No acute lobar consolidations or pleural effusions or pneumothorax.

Conclusion: 1. No acute displaced rib fractures.

2. No acute cardiopulmonary process.

Electronically signed by JEFFREY B BERNFIELD, M.D. 2/10/2021 5:21:30 PM EST.

CONFIDENTIALITY NOTICE: This report (including any accompanying files or documents) is intended for the use of TridentCare or the intended recipient, and may contain information that is privileged or otherwise confidential. If you are not the intended recipient, or person responsible for delivering this report to the intend recipient, be advised that any review, dissemination, distribution, printing or copying of this report (including any accompanying files or documents) is strictly prohibited. If you received this report in error, please immediately notify the TridentCare Privacy Office toll free at 866.686.3737, and providing your name, telephone number and the date and destroy this report (including any accompanying files or documents)

*If you have questions regarding these results or would like to consult with a Rely Radiologist please call 972-463-3590*        Page  1   of  1



REILLY McDEVITT HENRICH

Firm Overview     Practice Areas     Attorneys     Offices     24 Hour Call

Cyber Security Hot Line     Contact     🔍

# Sheera G. French

Home / Attorney / Sheera G. French



## Sheera French

### Associate

3 Executive Campus
Suite 310
Cherry Hill, NJ 08002
T: 856.317.7180
F: 856.317.7188
Email: SFrench@rmh-law.com

Sheera is an associate at Reilly, McDevitt & Henrich's New Jers
from Towson University in 2004. Sheera went on to obtain he
in May of 2009.

Prior to joining Reilly, McDevitt & Henrich, Sheera specialized
for 6 years and prior to that, handled mortgage foreclosure ca

Sheera currently focuses her practice in the areas of general li
toxic tort litigation.

Back to Attorney Listing



**REILLY McDEVITT HENRICH**

Firm Overview    Practice Areas    Attorneys    Offices    24 Hour Call

Cyber Security Hot Line    Contact    🔍

# Sheera G. French

Home / Attorney / Sheera G. French



# Sheera French

## Associate

3 Executive Campus
Suite 310
Cherry Hill, NJ 08002
T: 856.317.7180
F: 856.317.7188
Email: SFrench@rmh-law.com

Sheera is an associate at Reilly, McDevitt & Henrich's New Jers
from Towson University in 2004. Sheera went on to obtain he
in May of 2009.

Prior to joining Reilly, McDevitt & Henrich, Sheera specialized
for 6 years and prior to that, handled mortgage foreclosure ca

Sheera currently focuses her practice in the areas of general li
toxic tort litigation.

Back to Attorney Listing

| | |
|---|---|
| **DEPARTMENT OF HEALTH**<br>**DIVISION OF BEHAVIORAL HEALTH SERVICES**<br>**ANCORA PSYCHIATRIC HOSPITAL**<br><br>**ALCOHOL USE**<br>**BRIEF INTERVENTION** | Patient Name: Sajid Raza<br>Admission: 3/13/2024<br>DOB<br>Hospital ID: 108363 |

**_SIGNATURE: This Document was Electronically Signed By LOETELL, CARLETON on Wednesday, March 13, 2024 at 11:33:54 AM_**

| | |
|---|---|
| **DEPARTMENT OF HEALTH**<br>**DIVISION OF BEHAVIORAL HEALTH SERVICES**<br>**ANCORA PSYCHIATRIC HOSPITAL**<br><br>**SOCIAL WORK**<br>**REASSESSMENT** | Patient Name: Sajid Raza<br>Admission: 3/13/2024<br>DOB:<br>Hospital ID: 108363 |

➤ Social worker's role in discharge planning for Mr. Raza will be to proactively assess the level of care he would need in anticipation of his detainer being dropped.

- Indicate the community resources and support systems to be utilized in discharge planning, which shall include the Social Work tasks which will need to be completed in order for discharge to occur.

The community resources and support systems that the social worker will be utilized in discharge planning will be as follows:
  ➤ Coordinate Sajid's discharge back to Camden County Jail once competency is restored.
  ➤ Provide clinical updates to Camden County Jail or other court identified placements to facilitate smooth discharge.
  ➤ Explore possible community support options for Sajid such as ICMS and PACT should his detainer be dropped while at APH.
  ➤ Schedule a family meeting to discuss community support options should his detainer be dropped.

MedRec/Chart Forms/Social Service/ SW Assessment

### *SIGNATURE: This Document was Electronically Signed By UKA, JOHN, MSW, LLM, social worker 1. on Friday, March 22, 2024 at 9:23:08 AM*

**DEPARTMENT OF HEALTH**
**DIVISION OF BEHAVIORAL HEALTH SERVICES**
**ANCORA PSYCHIATRIC HOSPITAL**

**PSYCHIATRIC**
**PROGRESS NOTE**

Patient Name: Sajid Raza

Admission: 3/13/2024

DOB:

Hospital ID: 108363

---

Comments, including dates patient seen: Continues to need psychoeducation for improved mood and stabilization. Patient needs education on benefits and adverse effects of mood stabilizers post discharge to the community.

Problem #2:_____

Comments, including dates patient seen:_____

Problem #3:_____

Comments, including dates patient seen:_____

Problem #4:_____

Comments, including dates patient seen:_____

Problem #5:_____

Comments, including dates patient seen:_____

Problem #6:_____

Comments, including dates patient seen:_____

If Note was completed by a Resident, the Supervising Physician's signature below attest to the following:

I saw and evaluated the patient. I reviewed the Resident's notes and agreed with findings and plan as documented.

mo      MedRec/Chart Forms/Psychiatric PN

## SIGNATURE: This Document was Electronically Signed By BAKIA, NKONGHO on Tuesday, April 23, 2024 at 12:04:15 PM

**DEPARTMENT OF HEALTH**
**DIVISION OF BEHAVIORAL HEALTH SERVICES**
**ANCORA PSYCHIATRIC HOSPITAL.**

## PSYCHIATRIC
## PROGRESS NOTE

Patient Name: Sajid Raza

Admission: 3/13/2024

DOB:

Hospital ID: 108363

Problem #1: Unspecified psychosis not due to a substance or known physiological condition

Comments, including dates patient seen: Patient remains adherent with his medications, and denies side effects. Continues to need psychoeducation for improved mood and behaviors for stabilization. Needs education on benefits and adverse effects of mood stabilizers post discharge to the community.

Problem #2:_____

Comments, including dates patient seen:_____

Problem #3:_____

Comments, including dates patient seen:_____

Problem #4:_____

Comments, including dates patient seen:_____

Problem #5:_____

Comments, including dates patient seen:_____

Problem #6:_____

Comments, including dates patient seen:_____

If Note was completed by a Resident, the Supervising Physician's signature below attest to the following:

I saw and evaluated the patient. I reviewed the Resident's notes and agreed with findings and plan as documented.

mo          MedRec/Chart Forms/Psychiatric PN

## _SIGNATURE: This Document was Electronically Signed By BAKIA, NKONGHO on Tuesday, April 16, 2024 at 3:26:27 PM_

DEPARTMENT OF HEALTH
DIVISION OF BEHAVIORAL HEALTH SERVICES
ANCORA PSYCHIATRIC HOSPITAL

**PSYCHIATRIC
PROGRESS NOTE**

Patient Name: Sajid Raza

Admission: 3/13/2024

DOB:

Hospital ID: 108363

Problem #2:_____

Comments, including dates patient seen:_____

Problem #3:_____

Comments, including dates patient seen:_____

Problem #4:_____

Comments, including dates patient seen:_____

Problem #5:_____

Comments, including dates patient seen:_____

Problem #6:_____

Comments, including dates patient seen:_____

If Note was completed by a Resident, the Supervising Physician's signature below attest to the following:

I saw and evaluated the patient. I reviewed the Resident's notes and agreed with findings and plan as documented.

mo        MedRec/Chart Forms/Psychiatric PN

**_SIGNATURE: This Document was Electronically Signed By BAKIA, NKONGHO on Monday, April 08, 2024 at 4:26:13 PM_**

**DEPARTMENT OF HEALTH**
**DIVISION OF BEHAVIORAL HEALTH SERVICES**
**ANCORA PSYCHIATRIC HOSPITAL**

**PSYCHIATRIC**
**PROGRESS NOTE**

Patient Name: Sajid Raza
Admission: 3/13/2024
DOB:
Hospital ID: 108363

Problem #1: Unspecified psychosis not due to a substance or known physiological condition

Comments, including dates patient seen:_____

Problem #2:_____

Comments, including dates patient seen:_____

Problem #3:_____

Comments, including dates patient seen:_____

Problem #4:_____

Comments, including dates patient seen:_____

Problem #5:_____

Comments, including dates patient seen:_____

Problem #6:_____

Comments, including dates patient seen:_____

If Note was completed by a Resident, the Supervising Physician's signature below attest to the following:

I saw and evaluated the patient. I reviewed the Resident's notes and agreed with findings and plan as documented.

mo          MedRec/Chart Forms/Psychiatric PN

## SIGNATURE: This Document was Electronically Signed By BAKIA, NKONGHO on Tuesday, April 02, 2024 at 12:06:46 PM

**DEPARTMENT OF HEALTH**
**DIVISION OF BEHAVIORAL HEALTH SERVICES**
**ANCORA PSYCHIATRIC HOSPITAL**

## PSYCHIATRIC
## PROGRESS NOTE

Patient Name: Sajid Raza

Admission: 3/13/2024

DOB:

Hospital ID: 108363

---

Problem #1: <u>Unspecified psychosis not due to a substance or known physiological condition</u>

Comments, including dates patient seen:_____

Problem #2:_____

Comments, including dates patient seen:_____

Problem #3:_____

Comments, including dates patient seen:_____

Problem #4:_____

Comments, including dates patient seen:_____

Problem #5:_____

Comments, including dates patient seen:_____

Problem #6:_____

Comments, including dates patient seen:_____

If Note was completed by a Resident, the Supervising Physician's signature below attest to the following:

I saw and evaluated the patient. I reviewed the Resident's notes and agreed with findings and plan as documented.

mo      MedRec/Chart Forms/Psychiatric PN

## SIGNATURE: This Document was Electronically Signed By BAKIA, NKONGHO on Tuesday, March 26, 2024 at 2:05:24 PM

**DEPARTMENT OF HEALTH**
**DIVISION OF BEHAVIORAL HEALTH SERVICES**
**ANCORA PSYCHIATRIC HOSPITAL**

**PSYCHIATRIC**
**PROGRESS NOTE**

Patient Name: Sajid Raza

Admission: 3/13/2024

DOB:

Hospital ID: 108363

---

Problem #1: Unspecified psychosis not due to a substance or known physiological condition

Comments, including dates patient seen:_____

Problem #2:_____

Comments, including dates patient seen:_____

Problem #3:_____

Comments, including dates patient seen:_____

Problem #4:_____

Comments, including dates patient seen:_____

Problem #5:_____

Comments, including dates patient seen:_____

Problem #6:_____

Comments, including dates patient seen:_____

If Note was completed by a Resident, the Supervising Physician's signature below attest to the following:

I saw and evaluated the patient. I reviewed the Resident's notes and agreed with findings and plan as documented.

mo      MedRec/Chart Forms/Psychiatric PN

## *SIGNATURE: This Document was Electronically Signed By BAKIA, NKONGHO on Tuesday, March 19, 2024 at 2:49:01 PM*

**DEPARTMENT OF HEALTH**
**DIVISION OF BEHAVIORAL HEALTH SERVICES**
**ANCORA PSYCHIATRIC HOSPITAL**

### PSYCHIATRIC
### PROGRESS NOTE

Patient Name: Sajid Raza

Admission: 3/13/2024

DOB:

Hospital ID: 108363

☐ Other:_____

Comments:_____

THERAPEUTIC PLAN:

Problem #1: Unspecified psychosis not due to a substance or known physiological condition

Comments, including dates patient seen:_____

Problem #2:_____

Comments, including dates patient seen:_____

Problem #3:_____

Comments, including dates patient seen:_____

Problem #4:_____

Comments, including dates patient seen:_____

Problem #5:_____

Comments, including dates patient seen:_____

Problem #6:_____

Comments, including dates patient seen:_____

If Note was completed by a Resident, the Supervising Physician's signature below attest to the following:

I saw and evaluated the patient. I reviewed the Resident's notes and agreed with findings and plan as documented.

mn    MedRec/Chart Forms/Psychiatric PN

## SIGNATURE: This Document was Electronically Signed By BAKIA, NKONGHO on Thursday, March 14, 2024 at 12:51:54 PM

**DEPARTMENT OF HEALTH**
**DIVISION OF BEHAVIORAL HEALTH SERVICES**
**ANCORA PSYCHIATRIC HOSPITAL**

Patient Name: Sajid Raza
Admission: 3/13/2024
DOB:
Hospital ID: 108363
Discharge Date: 4/26/2024

**DISCHARGE SUMMARY**

and he was court ordered to be released from custody to his private residence at 51 Clemens Lane, Blackwood NJ 08012. As per discussions with the Medical Director, Mr. Raza was deemed fit to be administratively discharged to Community with his family.

MENTAL STATUS:
Appearance- Healthy and well groomed
Behavior- Calm, cooperative
Speech- Normal with Indian accent
Mood- Described as "good"
Affect- Euthymic, congruent
Thought Process- Linear, goal directed
Thought Content- No AVH, Denies SI/HI
Insight- Fair
Judgement- Fair

FINAL DIAGNOSES:
**Psychiatric:** Unspecified psychosis not due to a substance or known physiological condition
**Medical:** Vitamin D deficiency, unspecified, Essential (primary) hypertension, Type 2 diabetes mellitus with unspecified complications, Hyperlipidemia, unspecified.

AFTERCARE PLAN:  Patient will be receiving aftercare from ICMS-Oaks Integrated Care, 1409 Kings Highway Cherryhill, New Jersey 08034.

MEDICATIONS:
1. Lipitor Oral Tablet 40 MG, 1 tablet orally daily at 8am for Hyperlipidemia.
2. Lisinopril Oral Tablet 5 MG, 1 tablet orally daily at 8am for Hypertension.
3. metFORMIN HCl Oral Tablet 1000 MG, 1 Tablet Oral b.i.d- at 8am and 8pm.
4. Vitamin D Oral Capsule 50000 UNIT, take 1 capsule every week on Tuesday at 8am.
5. Vitamin D Oral Tablet 50 MCG (2000 UT), - take 1 tablet daily at 8am.
6. Zoloft Oral Tablet 50 MG, take 1 tablet daily at 8am.
7. Narcan Nasal Liquid 4 MG/0.1ML -Use in one nostril at a time. Repeat the dose in alternate nostril every 2-3 minutes as needed for opioid overdose (USE AS NEEDED).

***SIGNATURE: This Document was Electronically Signed By BAKIA, NKONGHO on Monday, April 29, 2024 at 3:59:19 PM***

**DISCHARGE SUMMARY**
**Revised 12/19/19**
**Page 3 of 3**

Ancora Psychiatric Hospital Master Summary Sheet    **Report Date:** ♦3-Jul-24

**Patient** Raza.Sajid         **Oracle Client#**    208533    **Gender** M
**Date of Birth**                                              **Race:** ASIAN
**AKA:**

| Hospid | Admit Date | Discharge Date | Status Start Date | Status End Date | Status Code | Status Meaning |
|--------|-----------|----------------|-------------------|-----------------|-------------|----------------|
| 108131 | 2/22/2023 | 3/28/2023 | 2/22/2023 | 3/27/2023 | ADD | Court Order |
|        |           |           | 2/22/2023 |           | Ward | HOLA |
|        |           |           | 3/28/2023 |           | REL | Discharge |
| 108363 | 3/13/2024 | 4/26/2024 | 3/13/2024 | 4/25/2024 | ADD | Court Order |
|        |           |           | 3/13/2024 |           | Ward | HOLA |
|        |           |           | 4/26/2024 |           | REL | Discharge |



**PHILIP D. MURPHY**
*Governor*

**SHEILA Y. OLIVER**
*Lt. Governor*

07/03/24

## State of New Jersey

**Department of Health**
**DIVISION OF BEHAVIOR HEALTH SERVICES**
*Ancora Psychiatric Hospital*
**Health Information Management Department**
**301 Spring Garden Road**
**Hammonton, NJ 08037-9699**
*(609) 561-1700 Ext 7427*

**JUDITH M. PERSICHILI**
*Acting Commissioner*

**DEBORAH HARTEL**
*Deputy Commissioner*

**ANN MARIE FLORY**
*Assistant Commisioner*

**CHRISTOPHER J. MORRISON**
*Chief Excutive Officer*

**Sajid Raza**           108363
**Patient Name**       **Hospital No.**      **Birth Date**          **SSN #**

To Whom It May Concern,

Enclosed is the information and/or copies of parts of Medical Records requested for the purposes

This information has been disclosed to you from Medical Records of patients whose confidentiality is protected by the HIPAA Privacy Rule and laws of the State of New Jersey. The information released is for the sole use of the intended recipient and is confidential, privileged and protected health information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. Violators of the HIPAA Privacy Rule, and any other confidentiality law, may be subject to civil and criminal penalties, and will be subject to disciplinary actions. You are hereby prohibited from making further disclosure of said information without the express written consent of the person whom the information pertains, his/her guardian or power-of-attorney, or in case of a deceased person, the administrator (trix) or executor (trix), or if neither exist, the next of kin. (DM

This information has been disclosed to you from records protected by Federal Confidentiality Rules. The Federal rules prohibit you from making further disclosure of this information unless further disclosure of said information is expressly permitted by the written consent of the person to whom it pertains or his/her legal guardian or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is not sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient (42 CFR Part 2).

# of Pages:              Total Cost:

Sincerely,

Ancora Psychiatric Hospital

☒ Discharge Summary
✓ Medical Assessment
✓ Social Service Assessment
✓ Addiction Services Assessment
☑ Lab Results
☐ Psychiatric Progress Notes

☐ Discharge Aftercare Plan
☑ Psychiatric Assessment
☐ Psychology Assessment
☐ Rehab Services Assessment
☐ Consultations
☐ Medial Progress Notes

☐ Other: _____

 

**Quest** Diagnostics

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **RAZA, SAJID**<br><br>**DOI**   **AGE: 54**<br>Gender:   M<br>Patient ID: 108363<br>Health ID: 8573031911761745 | Specimen:   NE239137W<br>Collected:   03/15/2024<br>Received:   03/15/2024 / 13:28 EDT<br>Reported:   03/16/2024 / 08:59 EDT | Client #: 08037018<br>REDDY, SRIHARSHAN |

Test Name | Result | Reference Range | Lab

**PERFORMING SITE:**
P89   QUEST DIAGNOSTICS PHILADELPHIA, 400 EGYPT ROAD CLINICAL LAB, NORRISTOWN, PA 19403-3406 Laboratory Director  ANDREW EDELMAN,MD,PHD, CLIA: 39D0704404
Z99   QUEST DIAGNOSTICS CLIFTON, 1 INSIGHTS DRIVE, CLIFTON, NJ 07012-2355 Laboratory Director  PETER E FISHER,MD, CLIA: 31D0698246

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

 **Quest**
Diagnostics



| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **RAZA, SAJID**<br><br>**DOB:**    **AGE: 54**<br>Gender:   M<br>Patient ID: 108363<br>Health ID: 8573031911761745 | Specimen:   **NE239137W**<br>Collected:   03/15/2024<br>Received:    03/15/2024 / 13:28 EDT<br>Reported:   03/16/2024 / 08:59 EDT | Client #: **08037018**<br>REDDY, SRIHARSHAN |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| ALKALINE PHOSPHATASE | 56 | | 35-144 U/L | |
| AST | 10 | | 10-35 U/L | |
| ALT | 10 | | 9-46 U/L | |
| **HEMOGLOBIN A1c** | | 6.3 H | <5.7 % of total Hgb | Z99 |

For someone without known diabetes, a hemoglobin
A1c value between 5.7% and 6.4% is consistent with
prediabetes and should be confirmed with a
follow-up test.

For someone with known diabetes, a value <7%
indicates that their diabetes is well controlled. A1c
targets should be individualized based on duration of
diabetes, age, comorbid conditions, and other
considerations.

This assay result is consistent with an increased risk
of diabetes.

Currently, no consensus exists regarding use of
hemoglobin A1c for diagnosis of diabetes for children.

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| TSH | 0.45 | | 0.40-4.50 mIU/L | P89 |
| CBC (H/H, RBC, INDICES,<br>WBC, PLT) | | | | P89 |
| WHITE BLOOD CELL COUNT | 7.3 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.56 | | 4.20-5.80 Million/uL | |
| **HEMOGLOBIN** | | 11.7 L | 13.2-17.1 g/dL | |
| **HEMATOCRIT** | | 36.5 L | 38.5-50.0 % | |
| MCV | 80.0 | | 80.0-100.0 fL | |
| **MCH** | | 25.7 L | 27.0-33.0 pg | |
| MCHC | 32.1 | | 32.0-36.0 g/dL | |
| RDW | 13.9 | | 11.0-15.0 % | |
| PLATELET COUNT | 247 | | 140-400 Thousand/uL | |
| MPV | 10.1 | | 7.5-12.5 fL | |
| HEPATITIS B SURFACE<br>ANTIBODY QL | NON-REACTIVE | | NON-REACTIVE | Z99 |

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

**DEPARTMENT OF HEALTH**
**DIVISION OF BEHAVIORAL HEALTH SERVICES**
**ANCORA PSYCHIATRIC HOSPITAL**

### ALCOHOL USE
### BRIEF INTERVENTION

Patient Name: Sajid Raza
Admission: 3/13/2024
DOB:
Hospital ID: 108363

---

Language Line/Interpreter utilized to complete the Assessment:  ☐ (Check if applicable)

If checked, Name of Language Interpreter:

Scoring: • The columns are scored from left to right.

• Questions 1 to 8 are scored on a 5 point scale from 0, 1, 2, 3 and 4.

• Questions 9 & 10 are scored on a 3 point scale from 0, 2 and 4.

• Record the score for each question in the "score" column on the right, including a zero for questions 2 to 8 if "skipped."

• Record a total score in the "total" box at the bottom of the column. The maximum score is 40.

| | QUESTIONS | Never | Monthly or less | 2-4 times a month | 2-3 times a week | 4 or more times a week | Score | Sub Totals |
|---|---|---|---|---|---|---|---|---|
| 1. | How often do you have a drink containing alcohol? | ☐ | ☐ | ☐ | ☒ | ☐ | 3 | |
| | | 1 or 2 | 3 or 4 | 5 or 6 | 7 or 9 | 10 or more | | |
| 2. | How many standard drinks do you have on a typical day when you are drinking? | ☐ | ☒ | ☐ | ☐ | ☐ | 1 | |
| | | Never | Less than monthly | Monthly | Weekly | Daily of almost daily | | |
| 3. | How often do you have six or more standard drinks on one occasion? | ☒ | ☐ | ☐ | ☐ | ☐ | 0 | 4 |
| 4. | How often during the last year have you found that you were not able to stop drinking once you had started? | ☒ | ☐ | ☐ | ☐ | ☐ | 0 | |
| 5. | How often during the last year have you failed to do what was normally expected of you because of drinking? | ☒ | ☐ | ☐ | ☐ | ☐ | 0 | |
| 6. | How often during the last year have you needed a first drink in the morning to get yourself going after a heavy drinking session? | ☒ | ☐ | ☐ | ☐ | ☐ | 0 | 0 |
| 7. | How often during the last year have you had a feeling or guilt or remorse after drinking? | ☒ | ☐ | ☐ | ☐ | ☐ | 0 | |
| 8. | How often during the last year have you been unable to remember what happen the night before because you had been drinking? | ☒ | ☐ | ☐ | ☐ | ☐ | 0 | |

| | | No | Yes, but not in the last year | | Yes, during the last year | | Score | Sub Totals |
|---|---|---|---|---|---|---|---|---|
| 9. | Have you or someone else been injured because of your drinking? | ☒ | ☐ | | ☐ | | 0 | |
| 10. | Has a relative, friend, doctor or other health care worker been concerned about your drinking or suggested you cut down. | ☒ | ☐ | | ☐ | | 0 | |

**TOTAL: 4**

DEPARTMENT OF HEALTH
DIVISION OF BEHAVIORAL HEALTH SERVICES
ANCORA PSYCHIATRIC HOSPITAL

**DRUG USE
BRIEF INTERVENTION**

Patient Name: Sajid Raza

Admission: 3/13/2024

DOE

Hospital ID: 108363

Language Line/Interpreter utilized to complete the Assessment: ☐ (Check if applicable)

If checked, Name of Language Interpreter:

| | These questions refer to the past 12 monthly only. | YES | NO |
|---|---|---|---|
| 1. | Have you used drugs other than those required for medical reason? | ☐ | ☒ |
| 2. | Do you abuse more than one drug at a time? | ☐ | ☒ |
| 3. | Are you always able to stop using drugs when you want to? | ☒ | ☐ |
| 4. | Have you had "blackouts" or "flashbacks" as a result of drug use? | ☐ | ☒ |
| 5. | Do you ever feel bad or guilty about your drug use? | ☐ | ☒ |
| 6. | Does your spouse (or parent) ever complain about your involvement? | ☐ | ☒ |
| 7. | Have you neglected your family because of your use of drugs? | ☐ | ☒ |
| 8. | Have you engaged in illegal activities in order to obtain drugs? | ☐ | ☒ |
| 9. | Have you ever experienced withdrawal symptoms (felt sick) when you stopped taking drugs? | ☐ | ☒ |
| 10. | Have you had medical problems as a result of your drug use (i.e., memory loss, hepatitis, convulsions, bleeding, etc.)? | ☐ | ☒ |

| | **DAST Score:** | 0 | |
|---|---|---|---|
| **SCORING INSTRUCTIONS:**<br>For every "YES" answer to Question 1, 2, 4, 5, 6, 7, 8, 9 and 10, score 1 point.<br>For a "NO" answer to Question 3, score 1 point. | | | |

| TOTAL SCORE | DEGREE OF PROBLEM RELATED TO DRUG ABUSE | SUGGESTED ACTION |
|---|---|---|
| 0 | No problems reported | None at this time. |
| 1 – 2 | Low level | Monitor, reassess at a later date. |
| 3 – 5 | Moderate level | Further investigation is required. |
| 6 – 8 | Substantial level | Assessment required. |
| 9 - 10 | Severe level | Assessment required. |

**CLINICAL IMPRESSIONS:** Mr. Raza reports no use history of any illicit substances including tobacco. His current available records report no illicit substance us history. As a result, illicit substances do not appear to have exacerbated his current cognitive conditions and complications requiring admission to APH.

TG:mo
MedRec/Chart Forms/Addiction Services/ Drug Use Brief Intervention

| DEPARTMENT OF HEALTH<br>DIVISION OF BEHAVIORAL HEALTH SERVICES<br>ANCORA PSYCHIATRIC HOSPITAL<br><br>**ADDICTION SERVICES ASAM<br>DIMENSION ASSESSMENT** | Patient Name: Sajid Raza<br>Admission: 3/13/2024<br>DOB:<br>Hospital ID: 108363 |
|---|---|

## Dimension VI: Recovery/Living Environment

Risk Rating:   ☒ None    ☐ Slight    ☐ Moderate    ☐ Considerable    ☐ Severe

Clinical Justification:

Mr. Raza is currently living in a controlled environment where he has access to staff that can support and help him understand the need to take his medications and attend Addiction Services programs to help him develop a relapse prevention plan. He appears have positive family support and will benefit from a living environment once discharged that will help him understand the negative impact continued alcohol use can have on his life.

Based on your Risk Rating and Clinical Justification for each of the Dimensions, select the Level of Care in which you would recommend this patient be referred.

**Level of Care:** ☐ 0.5 early intervention    ☒ 1.0 standard outpatient    ☐ 2.1 intensive outpatient

☐ 2.5 partial hospitalization                ☐ 3.1 clinically managed (low intensity) residential treatment

☐ 3.3 clinically managed population specific (high intensity) residential treatment

☐ 3.5 clinically managed (high intensity) residential treatment

☐ 3.7 medically monitored intensive inpatient (1-28 day inpatient program)

☐ 4.0 medically managed intensive inpatient (inpatient medical detoxification)

## Level of Care Recommendation:

1.0 Standard Outpatient in a Cooccurring Enhanced Setting

Mr. Raza will benefit from participating in Addiction Education, Smart Recovery, and the AA meetings held Thursday nights in Holly Hall.

.

## Clinical Justification for the Level of Care Recommended:

Mr. Raza currently has no biomedical conditions and complications that would prevent him from participating in Addiction Services programs. His chances of acute intoxication and withdrawal are minimal as evidenced by him being in a controlled environment since 06/14/2023. He should be able to display active participation in programs provided by Addiction Services if he becomes willing to attend. He is currently in the precontemplation stage of change as evidenced by his saying he "drinks to relax" and does not feel his alcohol use has caused him any negative consequences. Mr. Raza should be encouraged to gain insight into how his past use has caused negative consequences (calling in a false police report while

| | |
|---|---|
| **DEPARTMENT OF HEALTH**<br>**DIVISION OF BEHAVIORAL HEALTH SERVICES**<br>**ANCORA PSYCHIATRIC HOSPITAL**<br><br>**ADDICTION SERVICES ASAM**<br>**DIMENSION ASSESSMENT** | Patient Name: Sajid Raza<br>Admission: 3/13/2024<br>DOB:<br>Hospital ID: 108363 |

Camden County jail for a competency evaluation on an IST-90 detainer. He is currently charged with Stalking, Endangering the Welfare of a Child, Terroristic Threats and False Public Alarm. Records report he was evaluated on 08/25/2023 where he presented with great distrust of the legal system, feeling his arrest was "false". While being interviewed, he became guarded with pressured speech requiring redirection. During his incarceration he appeared to be agitated, frustrated and paranoid per/reports. This is Mr. Raza's second admission to a SPH with the first from 02/22/2023-03/28/2023. Mr. Raza reported he was allowed to go home with an ankle bracelet for about 2 months after he was discharged from APH. Illicit substance use including alcohol does not appear to have exacerbated his current cognitive conditions and complications as evidenced by Mr. Raza displaying these behaviors while incarcerated and admitted to APH since 06/14/2023. Since his admission to APH Mr. Raza has displayed no significant behavioral problems and should be able to display active participation in recommended Addiction Services programs.

## Dimension IV: Readiness to Change

Risk Rating:  ☐ None    ☐ Slight    ☒ Moderate    ☐ Considerable    ☐ Severe

Clinical Justification:

Mr. Raza reports alcohol use since age 25 and was drinking 2-3 times per/week, 3-4 drinks per episode. He said his last use of alcohol was on 10/29/2019 and he was not under the influence when he was arrested and incarcerated. He says he "drinks to relax" and does not feel alcohol has had any negative impact on his life. His available records report an incident where he called in a false report saying that "a man with a gun" was in the victim's residence as he sat across the street in his vehicle and watched the police show up. Mr. Raza was intoxicated at the time and had to be driven home by a family member as/per records. As a result, it appears that any use of alcohol can potentially cause severe negative consequences to Mr. Raza and/or others. He currently seems to be in the precontemplation stage of change.

## Dimension V: Relapse, Continued Use, or Continued Problem Potential

Risk Rating:  ☐ None    ☐ Slight    ☐ Moderate    ☒ Considerable    ☐ Severe

Clinical Justification:

Mr. Raza reports he drinks to "relax" and does not feel his past alcohol use history has caused any negative consequences. His chances of experiencing continued legal and behavioral problems are considerable as a result. His past legal history including making a false police report while intoxicated in his vehicle sitting across the street from the victim displays an inability to control his impulses that will be exacerbated by continued alcohol use. Mr. Raza will need to understand the importance of abstaining or developing a harm reduction plan at minimum from alcohol once discharged. He will benefit from beginning to learn the tools and skills needed while he is admitted to APH through programs such as Addiction Education and SMART Recovery.

| DEPARTMENT OF HEALTH<br>DIVISION OF BEHAVIORAL HEALTH SERVICES<br>ANCORA PSYCHIATRIC HOSPITAL<br><br>**SOCIAL WORK**<br>**REASSESSMENT** | Patient Name: Sajid Raza<br>Admission: 3/13/2024<br>DOB:<br>Hospital ID: 108363 |
|---|---|

Mr. Raza does not currently have any medical or physical conditions which could affect his functioning in the community or discharge planning. His high blood pressure does not currently impact discharge. He is on medication for high blood pressure and complies with his medication.

### 7.    Legal Status:
- State patient's current legal status, including Krol or detainer charges and authority involved, probation/parole, restraining order, etc., as well as legal guardianship or power of attorney (include guardianship type, i.e., general, limited (person or estate), medical).
- Describe influence of legal status on hospitalization and impact on discharge planning.

Mr. Raza is on a detainer out of Camden County with the same legal charges he came in with during the last admission. This stems from an incident on 10/30/2019 in Gloucester Township wherein he is accused of stalking (two counts), Endangering the Welfare of a Child (six counts) by engaging in a course of conduct and a series of behaviors that put the welfare of the victim's child at risk; Terroristic Threats (two counts) by threatening to blow up the victim's home and False Public Alarm by going to the school of the victim's child and making fraudulent reports thereby triggering the school to call the Division of Child Protection and Permanency for an investigation as well as calling the police to report that there was a man in the victim's home who brandished a handgun at him. The litany of behaviors perpetrated occurred between August 14, 2019, and October 30, 2019. The victim in questions is one of his tenants and her child. Mr. Raza has a private attorney named Andrew M. Duclair. Andrew's telephone number is 856-428-4020. During the last admission, Sajid reported that he was given a public defender, but he fired him when he realized the public defender did not have his interest at heart and hired a private attorney (for five thousand dollars). He is also paranoid about his attorney whom he believes is 'working for the judge and the prosecutor instead of working for him' because he advised him to take a plea agreement. Sajid has no prior criminal convictions. Besides current charges and detainer, Mr. Raza reported that he does not have any outstanding legal charges or warrants, has no history of being on KROL, parole or probation, has no active restraining order against him and has no legal guardian or power of attorney. Mr. Raza's detainer status precludes him from being discharged into the community without court approval.

### 8.    Financial Status, Employment / Military History, Identification Status:
- Income source, location and payee contact information if applicable
- How funds are received (check, direct deposit, Direct Express card)
- Information about checking or savings account
- Employment – types, dates, duration, problems
- Vocational skills, training, interests
- Military history including type of discharge, if service-connected
- List the forms of identification the patient possesses (social security card, birth certificate, photo ID card) and where they are currently located.

Consistent with previous admission records, Mr. Raza reported a lengthy work history. He reported that he was working as a driver with Uber prior to his incarceration and had been on the job for three years. He reported that he has worked with Seven Eleven (five years), Madeplast (two years) and worked with a small business at the mall in Deptford and in Detroit Michigan. Mr. Raza has skills in driving and small business and has interest in small business management. He reported that his home (where his victim was

| DEPARTMENT OF HEALTH<br>DIVISION OF BEHAVIORAL HEALTH SERVICES<br>ANCORA PSYCHIATRIC HOSPITAL<br><br>**SOCIAL WORK**<br><br>**REASSESSMENT** | Patient Name: Sajid Raza<br>Admission: 3/13/2024<br>DOB:<br>Hospital ID: 108363 |
|---|---|

Source of Information: ☐ Patient ☐ Family ☐ Significant Other ☐ Records
Language Line utilized to complete the Assessment: ☐ (Check if applicable)
If checked, Name of Language Line Interpreter: N/A.

Date of Assessment: 3/22/2024.

1. **Source of Information:** The following are <u>required</u> informants as applicable: ICMS/PACT/DDD case manager, residential provider with consent (GH, SH, NH, RIST, BH, RHCF), Primary Contact with consent. State name, relationship, address, and telephone number of informants; comment on reliability of each source. If contacts listed above are not used, provide reason.

☒ Patient: Information from Mr. Raza was treated as unreliable.
☒ Information from Mr. Raza's chart was treated as reliable.
☒ Mr. Raza's medical records were reviewed and treated as reliable.
☒ Family, Information from Mr. Raza's son, Altaf Raza (856-383-7490, 51 Clements Lane Blackwood NJ 08012) was treated as reliable.
☒ Records, Mr. Raza's previous admission records were reviewed and treated as reliable.
☒ Information from Camden County ICMS (856-482-8747) was treated as reliable.

2. **Description of Patient:**
   - General appearance
   - Distinguishing characteristics
   - Behaviors
   - Pertinent cultural information

Mr. Sajid Raza is a 54-year-old, married Indian American male involuntarily committed to Ancora Psychiatric hospital on 3/13/2024 on a detainer from Camden County Jail. His admitting diagnosis is schizophrenia unspecified. He stands 5'10 feet tall, has brown eyes, salt/peeper hair, is slim build and weighs approximately 144 pounds. His speech is mildly delayed (since childhood) and he is well groomed for the weather. His history of incarceration was characterized by verbal aggression, agitation, frustration, paranoid delusions, and hostile behaviors. Sajid continues to spread the belief that his incarceration is unconstitutional, and his detention was false. He criticizes and perseverates on the legal system as being corrupt and deliberately 'slow walking' his right to a trial by initiating competency evaluations instead of moving forward with trial given that he was competent last year by APH. He is lawsuit focused. He has reportedly filed lawsuits with the Federal Court for undue incarceration which has violated his First, Fifth, Eighth and 14th amendments rights. He has been spending his time in the dayroom or sitting on the hallway. He is polite and engages with staff when and where appropriate.

3. **Reasons for Hospitalizations:**
   - List precipitating events and stressors
   - Note injurious or dangerous behavior to self, others or property
   - Identify patient and/or family's efforts to seek assistance

DEPARTMENT OF HEALTH
DIVISION OF BEHAVIORAL HEALTH SERVICES
**ANCORA PSYCHIATRIC HOSPITAL**

**INITIAL MHPEHA AND
TREATMENT/STABILIZATION PLAN**

Patient: Raza, Sajid
Hosp ID#: 108363
Date of Birth:
Date of Admission: 03 13 2024

**M.    NEUROLOGICAL EXAMINATION: Cranial Nerves Assessment**

| | | |
|---|---|---|
| (CN-1) – Smell: Able to smell alcohol pad | ☑ Yes | ☐ No |
| (CN-2) – Vision adequate to read print | ☑ Yes | ☐ No |
| (CN-3) – Pupils equal and reactive to light and accommodation | ☑ Yes | ☐ No |
| (CN-3, 4 & 6) – Extra ocular movements intact | ☑ Yes | ☐ No |
| (CN-5) – Sensory: Light touch tested on face | ☑ Yes | ☐ No |
| Motor: Chewing symmetrical | ☑ Yes | ☐ No |
| (CN-7) – Forward frowning | ☑ Yes | ☐ No |
| (CN-8) – Hearing adequate | ☑ Yes | ☐ No |
| (CN-9 & 10) – Gag reflex present | ☑ Yes | ☐ No |
| Patient can say "La" | ☑ Yes | ☐ No |
| (CN-11) – Shoulder shrugs: Brisk | ☑ Yes | ☐ No |
| (CN-12) – Tongue protruding in midline | ☑ Yes | ☐ No |
| Tremor/fasciculations of tongue | ☐ Yes | ☑ No |
| Atrophy | ☐ Yes | ☑ No |

Abnormal Findings:_____
_____

**N.    SENSORY EXAMINATION**

Light touch tested on the trunk & extremities:    present: ☑ Yes   ☐ No         symmetrical: ☑ Yes   ☐ No

**O.    MOTOR FUNCTION EXAMINATION**

Muscle tone:    Spasticity:   ☐ Yes  ☑ No    Rigidity:   ☐ Yes  ☑ No

Evidence of drifting of arms when stretched out:   ☐ Yes  ☑ No

Coordination adequate to undo and do up:    buttons:  ☑ Yes  ☐ No    zip:  ☐ Yes ☐ No   laces:  ☐ Yes ☐ No

Stance normal:    ☑ Yes   ☐ No

Romberg sign:    ☐ Positive   ☑ Negative

Gait: Evidence of abnormality such as: diminishing of arms swing    ☐ Yes  ☑ No

Ataxia:   ☐ Yes  ☑ No    Waddling:   ☐ Yes  ☑ No

Reflexes:    Babinski sign:  ☐ Positive   ☑ Negative

Abnormal    _____
Findings:   _____

Medical Physician/MOD Print Name:____Snhabhan (Reddy____

Medical Physician/MOD Signature:____Reddy_____

Date:____/____/____  Time:____:____ a.m./p.m.

**DEPARTMENT OF HEALTH**
**DIVISION OF BEHAVIORAL HEALTH SERVICES**
**ANCORA PSYCHIATRIC HOSPITAL**

**INITIAL MHPEHA AND**
**TREATMENT/STABILIZATION PLAN**

Patient: Raza, Sajid
Hosp ID#: 108363
Date of Birth:
Date of Admission: 03 13 2024

# INITIAL MEDICAL TREATMENT/STABILIZATION PLAN

Initial Fall Risk Assessment has been reviewed in POES:    ☑ YES    ☐ NO
Is the patient age 65 years old or older:    ☐ YES    ☑ NO
  If Yes, a referral was generated and sent to Physical Therapy for gait assessment: ☐ YES  ☑ NO

| Diagnosis | Interventions |
|---|---|
| | 2gm Sodium |
| Hypertension | Continue Lisinopril 5mg only |
| | monitor vitals sign |
| | HbA1c 6.7, ev 02/2024 |
| Hyper Lipidemia. | Continue Atorvastatin 10mg, |
| | low fat / low cholesterol ; |
| | LDL 63 a) |
| Type 2 DM. | ff up with HbA1C, HbA1c 6.7 3 02/2024 |
| | Continue metformin; |
| | monitor Fyer sheet; |
| Chronic BACK + NECK PAIN | Reports Chronic neck + lower BACK PAIN |
| | Due to MVA in 2019 & 2 + 2018 |
| | orderd Tylenol / Tizanidine for PAN |
| | |
| Preventive CARE | flores GLD vaccination, |
| | offered flu vaccination |
| | |
| | |
| | |
| | |

Medical Physician/MOD Print Name: Sulaikha An Raby

Medical Physician/MOD Signature: Raby

Date: 3/13/24  Time  : 30  a.m./p.m.

Initial N-5
mo    Revised 12/13/2023
MedRec/Initial Chart Documents/initial mhpeha

**INITIAL MHPEHA AND**
**TREATMENT/STABILIZATION PLAN**
**Page 10 of 10**

| **DEPARTMENT OF HEALTH**<br>**DIVISION OF BEHAVIORAL HEALTH SERVICES**<br>**ANCORA PSYCHIATRIC HOSPITAL.**<br><br>**SOCIAL WORK**<br>**REASSESSMENT** | Patient Name: Sajid Raza<br>Admission: 3/13/2024<br>DOB:<br>Hospital ID: 108363 |

- List involved agencies, approximate dates of treatment, interventions utilized and whether they were successful
- Previous Hospital admission(s)
- Substance Abuse/Relapse
- Pertinent cultural information

Mr. Raza was court transferred to APH for a competency evaluation (IST90) on the order of Honorable Judge Yolanda Rodriguez J.S.C of Camden County Superior Court. Unlike the last admission which was precipitated by Sajid's failure to attend competency evaluation meeting with clinical psychologist Dr. Dena Young of AKFC on 10/18/2022 and 1/5/2023, this admission was triggered by continuous paranoid delusions about the legal system. According to records, he characterized his charges as false and was displaying agitation and frustration at the jail. Mr. Raza had no prior history of psychiatric hospitalization in state and in community facilities prior to his first APH admission from 2/22/2023 through 3/28/2023. This is his second APH admission. According to previous admission records, he refused all mental health treatment at the jail and wrote a letter to the judge accusing her of 'trying to kill him' by not releasing him from jail. He was noncompliant with treatment at the jail and does not endorse the need for psychotropic medication because he does not believe he is mentally ill. Sajid had no prior history of mental illness, and the family had no need to seek assistance. He continues to be paranoid about the legal system and displays strong resentment towards it. His paranoia about the legal system does not appear to impact his thought process on other aspects of his life. Sajid has a history of using alcohol but trivializes it. Records indicate a history of alcohol using but he denies using substances. No pertinent cultural information was noted.

### 4.  Living Arrangements Prior to Admission:

- Describe type of housing, level of supervision, supports if any, agency affiliation
- Name of Facility, whether patient can return
- If private residence include relationship to home/lease owner if not patient, number in household, whether patient can return

Mr. Raza was at Camden County Jail where he was discharged to from APH on 3/28/2023. Prior to his incarceration, he was residing at his home in Blackwood NJ and can be discharged back to his home once his legal situation is resolved.

### 5.  Changes in Family/Support System:

- Childcare/protection issues
- Marriage, separation, divorce
- Births, deaths
- Family stresses/losses

There are no changes to Mr. Raza's family situation. Mr. Raza is married but separated from the wife due to being incarcerated. There are no childcare or protection issues, no births or deaths and no family losses. Sajid continues to see his incarceration and lack of progress with securing a speedy trial as a stressor.

### 6.  Medical Status:

- Any medical or physical conditions which could affect functioning in the community or discharge planning

| **DEPARTMENT OF HEALTH**<br>**DIVISION OF BEHAVIORAL HEALTH SERVICES**<br>**ANCORA PSYCHIATRIC HOSPITAL**<br><br>**SOCIAL WORK**<br>**REASSESSMENT** | Patient Name: Sajid Raza<br>Admission: 3/13/2024<br>DOB:<br>Hospital ID: 108363 |
|---|---|

renting) was foreclosed due to nonpayment of mortgage and taxes. Sajid does not have any military experience and has no history of collecting social security benefits. Sajid has discharge documents at his home.

## 9. Significant Findings:

- Patient Strengths:

➢ Mr. Raza has a very supportive family system and can be discharged back to his home once his legal situation is resolved.
➢ Sajid is a high school graduate and has relevant work experience.
➢ Mr. Raza has legal representation-Andrew M. Duclair.
➢ Sajid has insight into his legal situation and wants to be found competent so that his case can proceed.
➢ Sajid is a strong advocate for himself and articulates his needs without any problems or difficulties.

- Patient Problems/Needs:

➢ Mr. Raza is on a detainer out of Camden County and would need court approval to be discharged.
➢ Mr. Raza's paranoid delusions about the legal system continues to impact the progress of his case.
➢ Mr. Raza lacks insight into his mental illness and does not endorse the need for psychotropic medications.

- High risk psychosocial issues requiring early treatment planning and intervention, if applicable:

None currently.

## 10. Conclusions and Recommendation:
- Indicate the steps the Social Worker will take to address and resolve any high risk psychological issues(s) from #9 above. If there are no high risk issues indicate "None at this time" below.

None currently.

- Indicate the anticipated Social Work role(s) in treatment and discharge planning, which shall include the steps the Social Worker will take to address and resolve any identified problems(s)/needs from #9 above.

The anticipated social work roles in treatment and discharge planning shall include the following:

➢ Assist Mr. Raza with gaining insight into his detainer by encouraging him to attend the Social Services Competency restoration Group weekly to aid competency and discharge.
➢ Meet with Mr. Raza biweekly to provide supportive counseling on the need to comply with treatment and competency evaluation.
➢ Assist Sajid with developing appropriate coping skills to comply with treatment, deal with his anger and frustration to manage aggressive behaviors and promote discharge.

| DEPARTMENT OF HEALTH<br>DIVISION OF BEHAVIORAL HEALTH SERVICES<br>ANCORA PSYCHIATRIC HOSPITAL<br><br>**ADDICTION SERVICES ASAM<br>DIMENSION ASSESSMENT** | Patient Name: Sajid Raza<br>Admission: 3/13/2024<br>DOB:<br>Hospital ID: 108363 |
|---|---|

Patient Name: Raza, Sajid          Hospital #: 108363     Unit: Holly A

Language Line/Interpreter utilized to complete the Assessment:    ☐ (Check if applicable)

If checked, Name of Language Interpreter:

☒ Initial      ☐ Annual          Date of Assessment: 04/08/2024

**Substance- Related and Addictive Disorder Diagnosis:**

Alcohol Use Disorder mild in sustained remission a controlled environment

Based on the assessment information documented in the completed Addiction Services Index, choose a risk rating for each of the American Society Addiction Medicine's dimensions and write a clinical justification for each rating.

**Dimension I: Acute Intoxication and/or Withdrawal Potential**

Risk Rating:   ☒ None       ☐ Slight      ☐ Moderate        ☐ Considerable      ☐ Severe

Clinical Justification:

Mr. Raza currently poses no risk for Acute Intoxication, nor does he display any signs or symptoms of withdrawal currently as a result of living in a controlled environment since 06/14/2023 (APH and Camden County Jail). Mr. Raza's status in Dimension 1 should not interfere with his ability to participate in treatment programs provided by Addiction Services.

**Dimension II: Biomedical Conditions and Complications**

Risk Rating:   ☐ None      ☒ Slight      ☐ Moderate        ☐ Considerable      ☐ Severe

Clinical Justification:

Mr. Raza is currently diagnosed with Type 2 diabetes mellitus without complications, Vitamin D deficiency, unspecified, Hyperlipidemia, unspecified, Essential (primary) hypertension, and Vitamin D deficiency, unspecified. While these conditions may need some monitoring, his status in this Dimension will not interfere with his ability to participate in programs provided by Addiction Services.

**Dimension III: Emotional, Behavioral, or Cognitive Conditions and Complications**

Risk Rating:   ☐ None      ☐ Slight      ☐ Moderate        ☒ Considerable      ☐ Severe

Clinical Justification:

Mr. Raza is currently diagnosed with an unspecified psychosis not due to a substance or known physiological condition that is being medically monitored and treated at APH. He was admitted from

| | |
|---|---|
| **DEPARTMENT OF HEALTH**<br>**DIVISION OF BEHAVIORAL HEALTH SERVICES**<br>**ANCORA PSYCHIATRIC HOSPITAL**<br><br>**ADDICTION SERVICES ASAM**<br>**DIMENSION ASSESSMENT** | Patient Name: Sajid Raza<br>Admission: 3/13/2024<br>DOB:<br>Hospital ID: 108363 |

parked in a car intoxicated) and understand the need to develop a harm reduction plan for continued alcohol use at minimum.


TG:mo
MedRec/Chart Forms/Addiction Services/Addiction Services Assessment


**_SIGNATURE: This Document was Electronically Signed By LOETELL, CARLETON on Monday, April 08, 2024 at 1:13:08 PM_**


**_SUPERVISOR SIGNATURE: This Document was Electronically Signed By PALMER, JENNIFER on Monday, April 08, 2024 at 2:25:24 PM_**

**DEPARTMENT OF HEALTH**
**DIVISION OF BEHAVIORAL HEALTH SERVICES**
**ANCORA PSYCHIATRIC HOSPITAL**

**DRUG USE**
**BRIEF INTERVENTION**

Patient Name: Sajid Raza
Admission: 3/13/2024
DOB:
Hospital ID: 108363

**_SIGNATURE: This Document was Electronically Signed By LOETELL, CARLETON on_**
**_Thursday, March 21, 2024 at 8:43:56 AM_**

| DEPARTMENT OF HEALTH<br>DIVISION OF BEHAVIORAL HEALTH SERVICES<br>ANCORA PSYCHIATRIC HOSPITAL<br><br>**ALCOHOL USE<br>BRIEF INTERVENTION** | Patient Name: Sajid Raza<br>Admission: 3/13/2024<br>DOB:<br>Hospital ID: 108363 |
|---|---|

| SUPPLEMENTARY QUESTIONS | | | | | |
|---|---|---|---|---|---|
| | No | Probably Not | Unsure | Possibly | Definitely |
| Do you think you presently have a problem with drinking? | ☒ | ☐ | ☐ | ☐ | ☐ |
| Has your drinking resulted in any alcohol related problems? | ☒ | ☐ | ☐ | ☐ | ☐ |
| Do you think your health problems are linked to your alcohol use? | ☒ | ☐ | ☐ | ☐ | ☐ |
| Do you think you are able to abstain or drink below recommended limits? | ☒ | ☐ | ☐ | ☐ | ☐ |
| | Very easy | Fairly easy | Neither difficult not easy | Fairly difficult | Very difficult |
| In the next 3 months, how difficult would you find it to Cut down or stop drinking? | ☒ | ☐ | ☐ | ☐ | ☐ |

| TOTAL SCORE | DEPENDENCE SCORE | RISK LEVEL | POSSIBLE INTERVENTIONS |
|---|---|---|---|
| 0 – 7 | Below 4 | Low risk | • Use 'Right Mix" materials to reinforce low-risk drinking, particularly for those who previously had alcohol problems or whose circumstances may change.<br>• Harm reduction advice may be appropriate for those in susceptible groups (see Consumption Score above). |
| 8 – 15 | Below 4<br><br><br><br><br>4 or more | Risky or hazardous level.<br>Moderate risk of harm. May include some patients currently experiencing harm (especially those who have minimized their reported intake and problems).<br><br>Assess for dependency. | • Brief Intervention<br> ➤ Feedback of AUDIT and harm reduction advice may be sufficient<br> ➤ Ideally also:<br>  • Setting goals and limits<br>  • A motivational interview<br>  • Self-monitoring of drinking<br>  • Use of "The Right-Mix" self-help guide<br>• Counseling may be required |
| 16 -19 | Below 4<br><br><br>4 or more | High-risk or harmful level.<br>Drinking, that will eventually result in harm, if not already doing so. May be dependence.<br><br>Assess for dependency. | • Brief Intervention (all components) is a minimum requirement.<br>• Assessment for more intensive intervention.<br>• Counseling using CBT principles and motivational interviewing in individual sessions and/or groups.<br>• Follow-up and referral where necessary. |
| 20 or more | Below 4<br><br><br><br>4 or more | High-risk<br>Definite harm, also likely to be alcohol dependent. Assess for dependence<br><br>Almost certainly dependent.<br>Assess for dependency. | • Further assessment preferably including family and significant others.<br>• More intensive counseling and/or group program.<br>• Consider referral to medical or specialist services for withdrawal management.<br>• Pharmacotherapy to manage cravings.<br>• Relapse prevention, longer-term follow-up and support. |

**CLINICAL IMPRESSIONS:** Mr. Raza reports weekly alcohol use beginning at age 25  He reports his last use was 10/29/19 and he was not drinking at time of his arrest. He reports he drinks to "relax" and feels alcohol use has not had a negative impact on his life. He reports being on an ankle bracelet for two months after his last discharge from APH and did not drink alcohol as a result (he was incarcerated at Camden County Jail the rest of the time. ASAM will be completed to determine if treatment is necessary.

mo
MedRec/Chart Forms/Addiction Services/ Alcohol Use Brief Intervention

 **Quest** Diagnostics          

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| RAZA, SAJID<br><br>DOB:              **AGE: 54**<br>Gender:    M<br>Phone:     609.567.7216<br>Patient ID: 108363<br>Health ID: 8573031911761745 | Specimen:   NE239137W<br>Requisition: 0104413<br><br>Collected:   03/15/2024<br>Received:    03/15/2024 / 13:28 EDT<br>Reported:    03/16/2024 / 08:59 EDT | Client #: 08037018      ML120000<br>REDDY, SRIHARSHAN<br>ANCORA PYSCH FACILITY<br>Attn: SHANIQUE HARPER<br>301 SPRING GARDEN RD<br>HAMMONTON, NJ 08037-2516 |

Room:      HA-HOLLY

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| LIPID PANEL, STANDARD | | | | |
| CHOLESTEROL, TOTAL | 124 | | <200 mg/dL | P89 |
| HDL CHOLESTEROL | 57 | | > OR = 40 mg/dL | P89 |
| TRIGLYCERIDES | 62 | | <150 mg/dL | P89 |
| LDL-CHOLESTEROL | 53 | | mg/dL (calc) | P89 |

Reference range: <100

Desirable range <100 mg/dL for primary prevention;
<70 mg/dL for patients with CHD or diabetic patients
with > or = 2 CHD risk factors.

LDL-C is now calculated using the Martin-Hopkins
calculation, which is a validated novel method providing
better accuracy than the Friedewald equation in the
estimation of LDL-C.
Martin SS et al. JAMA. 2013;310(19): 2061-2068
(http://education.QuestDiagnostics.com/faq/FAQ164)

| | | | | |
|---|---|---|---|---|
| CHOL/HDLC RATIO | 2.2 | | <5.0 (calc) | P89 |
| NON HDL CHOLESTEROL | 67 | | <130 mg/dL (calc) | P89 |

For patients with diabetes plus 1 major ASCVD risk
factor, treating to a non-HDL-C goal of <100 mg/dL
(LDL-C of <70 mg/dL) is considered a therapeutic
option.

COMPREHENSIVE METABOLIC                                                           P89
PANEL
**GLUCOSE**                        **140 H**        65-99 mg/dL

Fasting reference interval

For someone without known diabetes, a glucose
value >125 mg/dL indicates that they may have
diabetes and this should be confirmed with a
follow-up test.

| | | | |
|---|---|---|---|
| UREA NITROGEN (BUN) | 13 | 7-25 mg/dL | |
| CREATININE | 0.97 | 0.70-1.30 mg/dL | |
| EGFR | 93 | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | SEE NOTE: | 6-22 (calc) | |

Not Reported: BUN and Creatinine are within
reference range.

| | | | |
|---|---|---|---|
| SODIUM | 136 | 135-146 mmol/L | |
| POTASSIUM | 4.3 | 3.5-5.3 mmol/L | |
| CHLORIDE | 102 | 98-110 mmol/L | |
| CARBON DIOXIDE | 26 | 20-32 mmol/L | |
| CALCIUM | 8.9 | 8.6-10.3 mg/dL | |
| PROTEIN, TOTAL | 6.7 | 6.1-8.1 g/dL | |
| ALBUMIN | 4.1 | 3.6-5.1 g/dL | |
| GLOBULIN | 2.6 | 1.9-3.7 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.6 | 1.0-2.5 (calc) | |
| BILIRUBIN, TOTAL | 0.6 | 0.2-1.2 mg/dL | |

Quest Diagnostics and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics

 Quest
Diagnostics



**Report Status: Final**

**RAZA, SAJID**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **RAZA, SAJID**<br><br>**DOB:**      **AGE: 54**<br>Gender:    M<br>Patient ID: 108363<br>Health ID: 8573031911761745 | Specimen:   NE239137W<br>Collected:    03/15/2024<br>Received:     03/15/2024 / 13:28 EDT<br>Reported:     03/16/2024 / 08:59 EDT | Client *h:* 08037018<br>REDDY, SRIHARSHAN |

### Endocrinology

| Test Name | | Result | Reference Range | Lab |
|---|---|---|---|---|
| **VITAMIN D,25-OH,TOTAL,IA** | | 15  L | 30-100 ng/mL | Z99 |
| Vitamin D Status | 25-OH Vitamin D: | | | |

Deficiency:         <20 ng/mL
Insufficiency:      20 - 29 ng/mL
Optimal:            > or = 30 ng/mL

For 25-OH Vitamin D testing on patients on D2-supplementation and patients for whom quantitation of D2 and D3 fractions is required, the QuestAssureD(TM) 25-OH VIT D, (D2,D3), LC/MS/MS is recommended: order code 92888 (patients >2yrs).

For additional information, please refer to http://education.QuestDiagnostics.com/faq/FAQ199 (This link is being provided for informational/ educational purposes only.)

Physician Comments:

### Infectious Diseases

| Test Name | Result | Reference Range | Lab |
|---|---|---|---|
| **HIV 1/2 ANTIGEN/ANTIBODY, FOURTH GENERATION W/RFL** | | | Z99 |
| HIV AG/AB, 4TH GEN | NON-REACTIVE | NON-REACTIVE | |

HIV-1 antigen and HIV-1/HIV-2 antibodies were not detected. There is no laboratory evidence of HIV infection.

PLEASE NOTE: This information has been disclosed to you from records whose confidentiality may be protected by state law. If your state requires such protection, then the state law prohibits you from making any further disclosure of the information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law. A general authorization for the release of medical or other information is NOT sufficient for this purpose.

For additional information please refer to http://education.questdiagnostics.com/faq/FAQ106 (This link is being provided for informational/ educational purposes only.)

The performance of this assay has not been clinically validated in patients less than 2 years old.

Physician Comments:

### Infectious Diseases

| Test Name | Result | Reference Range | Lab |
|---|---|---|---|
| **HEPATITIS B SURFACE ANTIGEN W/REFL CONFIRM** | | | Z99 |
| HEPATITIS B SURFACE ANTIGEN | NON-REACTIVE | NON-REACTIVE | |

For additional information, please refer to http://education.questdiagnostics.com/faq/FAQ202 (This link is being provided for informational/ educational purposes only.)

| | | | |
|---|---|---|---|
| **HEPATITIS C AB W/REFL TO HCV RNA, QN, PCR** | | | Z99 |
| HEPATITIS C ANTIBODY | NON-REACTIVE | NON-REACTIVE | |

HCV antibody was non-reactive. There is no laboratory evidence of HCV infection.

In most cases, no further action is required. However, if recent HCV exposure is suspected, a test for HCV RNA (test code 35645) is suggested.

For additional information please refer to http://education.questdiagnostics.com/faq/FAQ22v1 (This link is being provided for informational/ educational purposes only.)

Physician Comments:

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

DEPARTMENT OF HEALTH
DIVISION OF BEHAVIORAL HEALTH SERVICES
**ANCORA PSYCHIATRIC HOSPITAL**

**INITIAL MHPEHA AND
TREATMENT/STABILIZATION PLAN**

Patient: Raza, Sajid
Hosp ID#: 108363
Date of Birth:
Date of Admission: 03 13 2024

## PHYSICAL EXAMINATION   5'10

Vital Signs: Blood Pressure: 115/22   (Check one) ☑ Sitting or ☐ Standing   ☐ Supine

Pulse 6|   Respiratory Rate: 6   Temperature: 97.6

General Appearance: Alert   oriented   not in Acute pitiey

**(Check Yes or No for A. through L.)**

### A.   SKIN:

warm ☑ Yes ☐ No   elastic ☑ Yes ☑ No   dryness ☑ Yes ☐ No

normal ☑ Yes ☐ No   scars ☐ Yes ☑ No   rashes ☑ Yes ☐ No

tattoos ☐ Yes ☑ No   decubitus ulcer ☐ Yes ☑ No

Describe Abnormal Findings: Oulcergo

### B.   HEAD & NECK:

normocephalic ☑ Yes ☐ No   neck stiffness ☐ Yes ☑ No   supple ☑ Yes ☐ No

carotid bruit ☐ Yes ☑ No   trachea in midline ☑ Yes ☐ No   enlarged ☐ Yes ☑ No

jugular venous distension ☐ Yes ☑ No

Describe Abnormal Findings:

### C.   EYES:

exophthalmos ☐ Yes ☑ No   ptosis ☐ Yes ☑ No   sclera white ☑ Yes ☐ No

Pupils: regular shape ☑ Yes ☐ No   equal ☑ Yes ☐ No   reactive to light ☑ Yes ☐ No

Describe Abnormal Findings: @wearing glasses

### D.   ENT:

ear canals open ☑ Yes ☐ No   nose congested ☐ Yes ☑ No   Tongue: swelling ☐ Yes ☑ No

Mouth, throat, mucosa: lesions ☐ Yes ☑ No

Teeth: evident caries ☐ Yes ☑ No   dentures ☐ Yes ☑ No

Describe Abnormal Findings: Teeth · Miscloxahous

### E.   CHEST:

symmetrical ☑ Yes ☐ No   equal expansion ☑ Yes ☐ No   lungs clear to auscultation ☑ Yes ☐ No

Describe Abnormal Findings:

### F.   BREAST:

symmetrical ☑ Yes ☐ No   equal size ☑ Yes ☐ No   flat ☑ Yes ☐ No

pendulous ☐ Yes ☑ No   masses ☐ Yes ☑ No   nipple discharge ☐ Yes ☑ No

refused ☐ Yes ☑ No

Describe Abnormal Findings:

DEPARTMENT OF HEALTH
DIVISION OF BEHAVIORAL HEALTH SERVICES
**ANCORA PSYCHIATRIC HOSPITAL**

**INITIAL MHPEHA AND
TREATMENT/STABILIZATION PLAN**

Patient: Raza, Sajid
Hosp ID#: 108363
Date of Birth:
Date of Admission: 03/13 2024

## L.   Pain Identification Screening

Does the patient have the cognitive/verbal ability to express their pain? (Check clearly)

☑ Yes ☐ No  If Yes, complete section **1.** to assess patient's current pain level.
If No, complete section **2.** to assess patient's current pain level.

1. Enter the numeric pain level expressed by patient:___



2. For each indicator, mark score that best describes observation of patient and write in the score of either 0,1, or 2 in each column. Once all indicators are completed, total up the score and write in the total score column clearly.

| Indicator | 0 | 1 | 2 | Score |
|---|---|---|---|---|
| **Facial expression** | • No muscular tension observed<br>• Relaxed and neutral | • Presence of frowning, brow lowering, orbit tightening, and levator contraction<br>• Tense | • All of the above facial movements plus eyelid tightly closed<br>• Grimacing | |
| **Body Movement** | • Does not move at all (NOTE: does not necessarily mean absence of pain)<br>• Absence of movements | • Slow, cautious movements, touching or rubbing the pain site, seeking attention through movements<br>• Protection | • Pulling tube, attempting to sit up, moving limbs/thrashing, not following commands, striking at staff, trying to climb out of bed<br>• Restlessness | |
| **Muscle tension Evaluation by passive flexion and extension of upper extremities** | • No resistance to passive movements<br>• Relaxed | • Resistance to passive movements<br>• Tense, rigid | • Strong resistance to passive movements, inability to complete them<br>• Very tense or rigid | |
| **Vocalization** | • Talking in normal tone or no sound | • Sighing, moaning | • Crying out, sobbing | |
| | | | **TOTAL SCORE:**<br>NO PAIN = 0   **WORST PAIN = 8** | |

*Stiex, M. (2013) Observation pain scales in critically ill adults. Critical Care Nurse. 33, 68-78*

Location:_____ BACK AND p new PA IV_____

Pain Character:_____ PAIN_____

Frequency:_____ ON movement_____

Duration:_____ 12 mmk1_____

Pain Modifiers:_____

If Yes, explain:_____

DEPARTMENT OF HEALTH
DIVISION OF BEHAVIORAL HEALTH SERVICES
ANCORA PSYCHIATRIC HOSPITAL

### INITIAL MHPEHA AND
### TREATMENT/STABILIZATION PLAN

Patient: Raza, Sajid
Hosp ID#: 108363
Date of Birth:
Date of Admission: 03/13 2024

---

**F.    Pertinent Past Medical History:**    (Check all that apply)

| | | | |
|---|---|---|---|
| ☑ Hypertension | ☐ MI | ☐ Rheumatic fever | ☐ Thyroid Disease |
| ☑ Hyperlipidemia | ☐ Gout | ☐ Allergies/Hay fever | ☐ Pneumonia |
| ☐ Palpitation | ☐ Endocrine disease | ☐ Stroke/TIAs | ☐ CAD |
| ☐ COPD | ☐ Ulcer | ☐ GI disorder | ☐ Valvular Heart Disease |
| ☐ Shortness of breath | ☐ Liver disease | ☐ Venereal disease | ☐ Congenital Heart Disease |
| ☐ Claudication | ☐ Osteoporosis | ☐ Chest pain/Angina | ☐ HIV, Hepatitis A, B & C |
| ☐ Anemia | ☐ Asthma | ☑ Diabetes | ☐ STD |
| ☐ Head trauma | ☑ Arthritis | ☐ Obesity | ☐ Metabolic Syndrome |
| ☐ Epilepsy | ☐ Arrhythmia | ☐ Menstrual Dysfunction | ☐ Congestive heart failure |

☐ PICA        ☐ MDRO

☐ Exposure to toxins or infectious disease        ☑ Other___Vitiligo / chronic Back pain  125 /mU___

If any checked above, explain: _____

☐ No Pertinent Past Medical History

**G.    Hospitalizations or Surgeries (Multiple abdominal surgeries/procedures, follow-up with an abdominal x-ray to screen for PICA/Foreign Body Ingestion if clinically indicated):**

| Reason | Date | Reason | Date |
|---|---|---|---|
| Mor Mora hospital | | | |
| | | | |
| | | | |
| | | | |

**H.    Previous PPD or Chest X-Ray:** ☑ Yes  ☐ No  ☐ Unknown Result: ___  Date: 06/2023

**I.    Family Medical History: (Check if positive)**

☐ Hypertension  ☐ Diabetes Mellitus    ☐ Cardiovascular    ☑ Cancer (sister)    ☐ Others        ☐ NONE

---

| | | | |
|---|---|---|---|
| **GENDER IDENTITY:** | ☐ Trans-Female | ☐ Trans-Male | ☑ Not applicable |

**☐ FEMALE ☐ ASSIGNED/DESIGNATED FEMALE AT BIRTH**

First Day of Last Menstrual Period:___/___/___
Is there any chance, the patient might be pregnant?        ☐ Yes  ☐ No
Results of urine pregnancy test:_____    ☐ Unable to give
Is Patient using birth control?   ☐ Yes   ☐ No        If Yes what type:_____

**☑ MALE ☐ ASSIGNED/DESIGNATED MALE AT BIRTH**

Last Prostate Exam:____unknown____        Results:_____
PSA Test:____not available____        Results:_____

DEPARTMENT OF HEALTH
DIVISION OF BEHAVIORAL HEALTH SERVICES
ANCORA PSYCHIATRIC HOSPITAL

**INITIAL MHPEHA AND
TREATMENT/STABILIZATION PLAN**

Patient: Raza, Sajid
Hosp ID#: 108363
Date of Birth:
Date of Admission: 03 13 2024

## REFUSAL DOCUMENTATION

| ATTEMPTS | HISTORY & REASON FOR REFUSAL | PHYSICAL EXAM & REASON FOR REFUSAL | MEDICAL PHYSICIAN/MOD NAME, SIGNATURE DATE & TIME |
|---|---|---|---|
| • 8 hours (Intake) | | | |
| • 72 hours | | | |
| • 2 weeks | | | |
| • 4 weeks | | | |

## ADDITIONAL REFUSAL DOCUMENTATION MUST BE NOTED ON THE COMPREHENSIVE MEDICAL PROGRESS NOTE

| DEPARTMENT OF HEALTH<br>DIVISION OF BEHAVIORAL HEALTH SERVICES<br>ANCORA PSYCHIATRIC HOSPITAL<br><br>**PSYCHIATRIC<br>PROGRESS NOTE** | Patient Name: Sajid Raza<br>Admission: 3/13/2024<br>DOB:<br>Hospital ID: 108363 |
|---|---|

☒ Week: #6    ☐ Month: _____ (Requires Therapeutic Plan to be completed)

**Patient's Subjective Report/Clinical Observations:** Patient was seen in team for about 20mins for his weekly review, and to evaluate his mood and behaviors. Patient was notified of his up coming court hearing scheduled for 4/25/24. Patient stated he was looking forward to his hearing and possible discharge home. Patient reported his mood was "good", and had no concerns on the unit. Patient continues to be calm and cooperative on the unit, and has not engaged in any aggressive behaviors. Patient remains adherent with his medications, and denies side effects. Patient understands the competency evaluation process, and has been found competent to stand trial. Patient denied SI/HI/AVH.

**Legal Status:** ☐ Involuntary ☐ Voluntary ☐ CEPP ☐ NGRI/Krol ☒ IST ☒ Detainer ☐ Megan's Registrant ☐ Other:

**Supervision Level:** ☒ I ☐ II ☐ III **Precautions (Explain if applicable):**

**Mental Status Exam (Check all that apply):**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Appearance:** | ☒ Healthy<br>☐ Younger than Stated Age | ☐ Sick | ☐ Childlike | ☐ Bizarre | ☐ Older than Stated Age | ☐ Disheveled |

Describe:

| | | | |
|---|---|---|---|
| **Grooming:** | ☒ Good | ☐ Fair | ☐ Poor |
| **Eye contact:** | ☒ Good | ☐ Fair | ☐ Poor |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Behavior:** | ☒ Appropriate<br>☐ Restlessness | ☐ Tremor<br>☐ Psychomotor Slowing | ☐ Tics | ☐ Agitation | ☐ Pacing | ☐ Hyperactive | ☐ Combative |

Describe:

| | | | | | |
|---|---|---|---|---|---|
| **Attitude:** | ☐ Cooperative | ☐ Friendly | ☐ Hostile | ☒ Guarded | ☐ Suspicious |

Describe:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Speech:** | ☒ Normal<br>☐ Monotone | ☐ Rapid<br>☐ Whispered | ☐ Pressured<br>☐ Mute | ☐ Slow<br>☐ Mumbled | ☐ Paucity<br>☐ Spontaneous | ☐ Loud<br>☐ Long Latency | ☐ Soft |

Describe:

| | | | | | | |
|---|---|---|---|---|---|---|
| **Mood:** | ☒ Euthymic | ☐ Anxious | ☐ Depressed | ☐ Irritated | ☐ Angry | ☐ Elated/ Euphoric |

Describe:

| | | | | | | |
|---|---|---|---|---|---|---|
| **Affect:** | ☐ Full-range<br>☐ Euphoric | ☒ Congruent<br>☐ Frightened | ☐ Incongruent<br>☐ Silly | ☐ Anxious<br>☐ Labile | ☐ Flat<br>☐ Blunted | ☐ Constricted<br>☐ Irritable/Angry | ☐ Sad/ Depresse... |

Describe:

| | | | | | | |
|---|---|---|---|---|---|---|
| **Perception:** | Hallucinations: | ☐ Auditory | ☐ Visual | ☐ Tactile | ☐ Olfactory | ☒ None |

Describe:

| | | |
|---|---|---|
| **Thought Content:** | Suicidal Ideation/Intent/Plan:  ☒ No  ☐ Yes<br>Homicidal Ideation/ Intent/ Plan:  ☒ No  ☐ Yes | |
| | ☐ Compulsions  ☐ Obsessions  ☐ Phobias | ☐ Delusions |

Describe:

| | | | | | |
|---|---|---|---|---|---|
| **Thought Process:** | ☐ Goal Directed<br>☐ Tangential<br>☐ Perseverative | ☒ Logical<br>☐ Word Salad<br>☐ Neologism | ☐ Poverty of Ideas<br>☐ Thought Blocking<br>☐ Clang Association | ☐ Flight of Ideas<br>☐ Loose Associations | ☐ Rambling<br>☐ Circumstantial |

Describe: .

| | | |
|---|---|---|
| **Cognitive Impairment:** | ☐ Yes | ☒ No |

Describe:

**Insight:** fair                                    **Judgment:** fair

**DEPARTMENT OF HEALTH**
**DIVISION OF BEHAVIORAL HEALTH SERVICES**
**ANCORA PSYCHIATRIC HOSPITAL**

## PSYCHIATRIC
## PROGRESS NOTE

Patient Name: Sajid Raza

Admission: 3/13/2024

DOB:

Hospital ID: 108363

☒ Week: **#5**    ☐ Month: _____ (Requires Therapeutic Plan to be completed)

**Patient's Subjective Report/Clinical Observations:** Patient was seen in team twice this month for about 20-25mins each time for his weekly review, and to evaluate his mood and behaviors. Patient appeared upset and frustrated with the fact that there was no progress made to his case. Patient stated he felt like the legal system was just playing around with his case because he was not a psychiatric patient, and there was no reason for his current hospitalization. Patient verbalized his fears regarding the fact that the unit was unstable and he could get hurt for no reason. Patient was advised that the legal specialist was handling his situation, and would be returning back to the Camden County Jail once that is completed. Patient stated that he had written several letters to the local and federal courts demanding to have a trial but was still waiting to be given a trial date. Patient remains calm and cooperative with the treatment team, denied any concerns on the unit, and stated he just wanted to go back to the jail. Patient remains adherent with his medications, and denies side effects. Patient understands the competency evaluation process. Patient denied SI/HI/AVH.

**Legal Status:** ☐ Involuntary ☐ Voluntary ☐ CEPP ☐ NGRI/Krol ☒ IST ☒ Detainer ☐ Megan's Registrant ☐ Other:

**Supervision Level:** ☒ I ☐ II ☐ III **Precautions (Explain if applicable):**

**Mental Status Exam (Check all that apply):**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Appearance:** | ☒ Healthy | ☐ Sick | ☐ Childlike | ☐ Bizarre | ☐ Older than Stated Age | ☐ Disheveled |
| | ☐ Younger than Stated Age | | | | | |
| | Describe: | | | | | |
| **Grooming:** | ☒ Good | ☐ Fair | ☐ Poor | | | |
| **Eye contact:** | ☒ Good | ☐ Fair | ☐ Poor | | | |
| **Behavior:** | ☒ Appropriate | ☐ Tremor | ☐ Tics | ☐ Agitation | ☐ Pacing | ☐ Hyperactive ☐ Combative |
| | ☐ Restlessness | ☐ Psychomotor Slowing | | | | |
| | Describe: | | | | | |
| **Attitude:** | ☐ Cooperative | ☐ Friendly | ☐ Hostile | ☒ Guarded | ☐ Suspicious | |
| | Describe: | | | | | |
| **Speech:** | ☐ Normal | ☐ Rapid | ☒ Pressured | ☐ Slow | ☐ Paucity | ☐ Loud ☐ Soft |
| | ☐ Monotone | ☐ Whispered | ☐ Mute | ☐ Mumbled | ☐ Spontaneous | ☐ Long Latency |
| | Describe: | | | | | |
| **Mood:** | ☐ Euthymic | ☒ Anxious | ☐ Depressed | ☐ Irritated | ☐ Angry | ☐ Elated/ Euphoric |
| | Describe: | | | | | |
| **Affect:** | ☐ Full-range | ☒ Congruent | ☐ Incongruent | ☐ Anxious | ☐ Flat | ☐ Constricted ☐ Sad/ Depresse |
| | ☐ Euphoric | ☐ Frightened | ☐ Silly | ☐ Labile | ☐ Blunted | ☐ Irritable/Angry |
| | Describe: | | | | | |
| **Perception:** | Hallucinations: | ☐ Auditory | ☐ Visual | ☐ Tactile | ☐ Olfactory | ☒ None |
| | Describe: | | | | | |

| **Thought Content:** | Suicidal Ideation/Intent/Plan: ☒ No ☐ Yes | | |
|---|---|---|---|
| | Homicidal Ideation/ Intent/ Plan: ☒ No ☐ Yes | | |
| | ☐ Compulsions ☐ Obsessions ☐ Phobias ☐ Delusions | | |
| | Describe: | | |

| **Thought Process:** | ☐ Goal Directed | ☒ Logical | ☐ Poverty of Ideas | ☐ Flight of Ideas | ☐ Rambling |
|---|---|---|---|---|---|
| | ☐ Tangential | ☐ Word Salad | ☐ Thought Blocking | ☐ Loose Associations | ☐ Circumstantial |
| | ☐ Perseverative | ☐ Neologism | ☐ Clang Association | | |
| | Describe: | | | | |

| **Cognitive Impairment:** | ☐ Yes | ☒ No | | | |
|---|---|---|---|---|---|
| | Describe: | | | | |

**Insight:** fair

**Judgment:** fair

| DEPARTMENT OF HEALTH DIVISION OF BEHAVIORAL HEALTH SERVICES ANCORA PSYCHIATRIC HOSPITAL **PSYCHIATRIC PROGRESS NOTE** | Patient Name: Sajid Raza Admission: 3/13/2024 DOB: Hospital ID: 108363 |
|---|---|

Psychiatric Diagnoses including Personality Disorders and Substance Use Disorders (Diagnoses must be written out):  ☐ **Change in Diagnoses**

Unspecified psychosis not due to a substance or known physiological condition

Other Medical/Non-Psychiatric Diagnoses (Diagnoses must be written out):

Essential (primary) hypertension, Type 2 diabetes mellitus with unspecified complications,Hyperlipidemia, unspecified

**\*\*CHANGE IN DIAGNOSIS REQUIRES A PHYSICIAN'S ORDER\*\***

| Psychotropic Medication/dosage (Including new PRN's ordered since last update) | Target symptoms If PRN, indicate frequency of use | Side Effects / ADR's | Response / Plan / Comments |
|---|---|---|---|
| ☒ New ☐ Change ☐ Con't ☐ D/C | Zoloft 50mg po daily | ☐ Yes ☒ No | ☐ Full ☐ Partial ☐ Poor |
| ☐ New ☐ Change ☐ Con't ☐ D/C | | ☐ Yes ☐ No | ☐ Full ☐ Partial ☐ Poor |
| ☐ New ☐ Change ☐ Con't ☐ D/C | | ☐ Yes ☐ No | ☐ Full ☐ Partial ☐ Poor |
| ☐ New ☐ Change ☐ Con't ☐ D/C | | ☐ Yes ☐ No | ☐ Full ☐ Partial ☐ Poor |
| ☐ New ☐ Change ☐ Con't ☐ D/C | | ☐ Yes ☐ No | ☐ Full ☐ Partial ☐ Poor |
| ☐ New ☐ Change ☐ Con't ☐ D/C | | ☐ Yes ☐ No | ☐ Full ☐ Partial ☐ Poor |
| ☐ New ☐ Change ☐ Con't ☐ D/C | | ☐ Yes ☐ No | ☐ Full ☐ Partial ☐ Poor |
| ☐ New ☐ Change ☐ Con't ☐ D/C | | ☐ Yes ☐ No | ☐ Full ☐ Partial ☐ Poor |
| ☐ New ☐ Change ☐ Con't ☐ D/C | | ☐ Yes ☐ No | ☐ Full ☐ Partial ☐ Poor |
| ☐ New ☐ Change ☐ Con't ☐ D/C | | ☐ Yes ☐ No | ☐ Full ☐ Partial ☐ Poor |
| ☐ New ☐ Change ☐ Con't ☐ D/C | | ☐ Yes ☐ No | ☐ Full ☐ Partial ☐ Poor |

CLINICAL RESPONSE TO CURRENT TREATMENT (If partial or poor, explain):
Improved mood.

Prior Authorization: ☐ Completed    ☐ Not Applicable    Consent Status: ☒ Consenting    ☐ Involuntary    ☐ Guardianship

**MONTHLY ONLY:**    **Metabolic Syndrome Tracking Form reviewed:**    ☐ Yes
If Metabolic Syndrome exists, are interventions required at this time: ☐ No, describe in **Psychiatric Based Plan section.**

## Labs/Therapeutic Blood Levels:_____

**History of Tobacco Use:**    ☒ No ☐ Yes    If Yes, Practical Counseling completed: ☒ No ☐ Yes ☐ Patient Refused
**(within 30 days of admission)**    If Yes, Nicotine Replacement Therapy order completed: ☒ No ☐ Yes ☐ Patient Refused

**Psychiatric Based Plan/Psychotropic Regimen Rationale:** Provide clinical summary of events and interventions, updates to the Treatment Plan, including but not limited to, response to medical/pharmacist consultant's recommendations, rationale for use of medications, including, details of failed monotherapy trials, risk/benefits of antipsychotics for dementia, change in Diagnoses and AIMS reviewed:

Patient has been adherent with his medications. Believes the judcial system is against him. Patient remains calm and cooperative. Attends to ADLs.

Patient Education: ☒ Medications    ☒ Mental Health    ☒ Side Effects    ☐ Nutrition/Diet    ☐ Hygiene/Grooming
☐ Outpatient Services    ☐ Use of Medical Equipment    ☒ Pain Management
☐ Other:_____

Comments:_____

## THERAPEUTIC PLAN:

Problem #1: Unspecified psychosis not due to a substance or known physiological condition
Comments, including dates patient seen:_____

DEPARTMENT OF HEALTH
DIVISION OF BEHAVIORAL HEALTH SERVICES
ANCORA PSYCHIATRIC HOSPITAL

### PSYCHIATRIC
### PROGRESS NOTE

Patient Name: Sajid Raza

Admission: 3/13/2024

DOB:

Hospital ID: 108363

Psychiatric Diagnoses including Personality Disorders and Substance Use Disorders (Diagnoses must be written out): ☐ **Change in Diagnoses**

Unspecified psychosis not due to a substance or known physiological condition

Other Medical/Non-Psychiatric Diagnoses (Diagnoses must be written out):

Essential (primary) hypertension, Type 2 diabetes mellitus with unspecified complications,Hyperlipidemia, unspecified

**\*\*CHANGE IN DIAGNOSIS REQUIRES A PHYSICIAN'S ORDER\*\***

| Psychotropic Medication/dosage (Including new PRN's ordered since last update) | Target symptoms If PRN, indicate frequency of use | Side Effects / ADR's | Response / Plan / Comments |
|---|---|---|---|
| ☒ New ☐ Change ☐ Con't ☐ D/C | Zoloft 50mg po daily | ☐ Yes ☒ No | ☐ Full ☐ Partial ☐ Poor |
| ☐ New ☐ Change ☐ Con't ☐ D/C | | ☐ Yes ☐ No | ☐ Full ☐ Partial ☐ Poor |
| ☐ New ☐ Change ☐ Con't ☐ D/C | | ☐ Yes ☐ No | ☐ Full ☐ Partial ☐ Poor |
| ☐ New ☐ Change ☐ Con't ☐ D/C | | ☐ Yes ☐ No | ☐ Full ☐ Partial ☐ Poor |
| ☐ New ☐ Change ☐ Con't ☐ D/C | | ☐ Yes ☐ No | ☐ Full ☐ Partial ☐ Poor |
| ☐ New ☐ Change ☐ Con't ☐ D/C | | ☐ Yes ☐ No | ☐ Full ☐ Partial ☐ Poor |
| ☐ New ☐ Change ☐ Con't ☐ D/C | | ☐ Yes ☐ No | ☐ Full ☐ Partial ☐ Poor |
| ☐ New ☐ Change ☐ Con't ☐ D/C | | ☐ Yes ☐ No | ☐ Full ☐ Partial ☐ Poor |
| ☐ New ☐ Change ☐ Con't ☐ D/C | | ☐ Yes ☐ No | ☐ Full ☐ Partial ☐ Poor |
| ☐ New ☐ Change ☐ Con't ☐ D/C | | ☐ Yes ☐ No | ☐ Full ☐ Partial ☐ Poor |

CLINICAL RESPONSE TO CURRENT TREATMENT (If partial or poor, explain):
Patient has been adherent with his medications, denies side effects. Patient denies any depressive mood.

Prior Authorization: ☐ Completed    ☐ Not Applicable    Consent Status: ☒ Consenting    ☐ Involuntary    ☐ Guardianship

**MONTHLY ONLY:**    Metabolic Syndrome Tracking Form reviewed:    ☐ Yes
If Metabolic Syndrome exists, are interventions required at this time: ☐ No, describe in Psychiatric Based Plan section.

## Labs/Therapeutic Blood Levels:_____

**History of Tobacco Use:**    ☒ No ☐ Yes    If Yes, Practical Counseling completed: ☒ No ☐ Yes ☐ Patient Refused
**(within 30 days of admission)**    If Yes, Nicotine Replacement Therapy order completed: ☒ No ☐ Yes ☐ Patient Refused

**Psychiatric Based Plan/Psychotropic Regimen Rationale:** Provide clinical summary of events and interventions, updates to the Treatment Plan, including but not limited to, response to medical/pharmacist consultant's recommendations, rationale for use of medications, including, details of failed monotherapy trials, risk/benefits of antipsychotics for dementia, change in Diagnoses and AIMS reviewed:

Patient does not believe that he has a mental ilness. Patient has been adherent with his medications, and denies side effects. Patient remains calm on the unit. Attends to ADLs.

Patient Education: ☒ Medications    ☒ Mental Health    ☒ Side Effects ☐ Nutrition/Diet ☐ Hygiene/Grooming
☐ Outpatient Services ☐ Use of Medical Equipment    ☒ Pain Management
☐ Other:_____

Comments:_____

## THERAPEUTIC PLAN:

| DEPARTMENT OF HEALTH<br>DIVISION OF BEHAVIORAL HEALTH SERVICES<br>ANCORA PSYCHIATRIC HOSPITAL<br><br>**PSYCHIATRIC<br>PROGRESS NOTE** | Patient Name: Sajid Raza<br>Admission: 3/13/2024<br>DOB<br>Hospital ID: 108363 |
|---|---|

☒ Week: #2       ☐ Month: _____ (Requires Therapeutic Plan to be completed)

**Patient's Subjective Report/Clinical Observations:** Team met with patient today for his weekly review, and to evaluate his mood and behaviors. He reported no concerns on the unit, stated he was doing well, denies any problems with his mood. Patient stated he was not just happy with the way the legal system was handling his detainer case. Patient was of the impression that his court hearing was purposefully scheduled by the Judge on 3/29/24, being a holiday to "sabotage" him. Patient stated he wants to be found competent to stand trial so that he could move forward with his case. Patient further stated that he did not need to be represented by a lawyer in court, he would prefer to represent himself, because his previous lawyer did not do a good job for him. Patient has been calm and cooperative on the unit, remains adherent with his medications, and denies problems or side effects from his medications. Patient is aware of his legal charges and the need to be deemed competent to stand trial. Patient was informed that he will be evaluated for his competency, and will be discharged back to the jail per the judge's order once his competency was resolved. Patient denied SI/HI/AVH.

**Legal Status:** ☐ Involuntary ☐ Voluntary ☐ CEPP ☐ NGRI/Krol   ☒ IST ☒ Detainer ☐ Megan's Registrant ☐ Other:

**Supervision Level:** ☒ I ☐ II ☐ III **Precautions (Explain if applicable):**

**Mental Status Exam (Check all that apply):**

| **Appearance:** | ☒ Healthy<br>☐ Younger than Stated Age | ☐ Sick | ☐ Childlike | ☐ Bizarre | ☐ Older than Stated Age | | ☐ Disheveled |
|---|---|---|---|---|---|---|---|
| | Describe: | | | | | | |
| **Grooming:** | ☒ Good | ☐ Fair | ☐ Poor | | | | |
| **Eye contact:** | ☒ Good | ☐ Fair | ☐ Poor | | | | |
| **Behavior:** | ☒ Appropriate<br>☐ Restlessness | ☐ Tremor<br>☐ Psychomotor Slowing | ☐ Tics | ☐ Agitation | ☐ Pacing | ☐ Hyperactive | ☐ Combative |
| | Describe: Hyperverbal | | | | | | |
| **Attitude:** | ☐ Cooperative | ☐ Friendly | ☐ Hostile | ☒ Guarded | ☐ Suspicious | | |
| | Describe: | | | | | | |
| **Speech:** | ☐ Normal<br>☐ Monotone | ☐ Rapid<br>☐ Whispered | ☒ Pressured<br>☐ Mute | ☐ Slow<br>☐ Mumbled | ☐ Paucity<br>☐ Spontaneous | ☐ Loud<br>☐ Long Latency | ☐ Soft |
| | Describe: | | | | | | |
| **Mood:** | ☐ Euthymic | ☒ Anxious | ☐ Depressed | ☐ Irritated | ☐ Angry | ☐ Elated/ Euphoric | |
| | Describe: | | | | | | |
| **Affect:** | ☐ Full-range<br>☐ Euphoric | ☐ Congruent<br>☐ Frightened | ☐ Incongruent<br>☐ Silly | ☒ Anxious<br>☐ Labile | ☐ Flat<br>☐ Blunted | ☐ Constricted<br>☐ Irritable/Angry | ☐ Sad/ Depressed |
| | Describe: | | | | | | |
| **Perception:** | Hallucinations: | ☐ Auditory | ☐ Visual | ☐ Tactile | ☐ Olfactory | ☒ None | |
| | Describe: | | | | | | |
| **Thought<br>Content:** | Suicidal Ideation/Intent/Plan:       ☒ No   ☐ Yes<br>Homicidal Ideation/ Intent/ Plan:   ☒ No   ☐ Yes<br>☐ Compulsions        ☐ Obsessions        ☐ Phobias | | | ☐ Delusions | | | |
| | Describe: | | | | | | |
| **Thought<br>Process:** | ☐ Goal Directed<br>☐ Tangential<br>☐ Perseverative | ☒ Logical<br>☐ Word Salad<br>☐ Neologism | | ☐ Poverty of Ideas<br>☐ Thought Blocking<br>☐ Clang Association | ☐ Flight of Ideas<br>☐ Loose Associations | ☐ Rambling<br>☒ Circumstantial | |
| | Describe: Describes his incarceration as "sabotage". | | | | | | |
| **Cognitive<br>Impairment:** | ☐ Yes | ☒ No | | | | | |
| | Describe: | | | | | | |

**Insight:** impaired

**Judgment:** impaired

**DEPARTMENT OF HEALTH**
**DIVISION OF BEHAVIORAL HEALTH SERVICES**
**ANCORA PSYCHIATRIC HOSPITAL**

## PSYCHIATRIC
## PROGRESS NOTE

Patient Name: Sajid Raza

Admission: 3/13/2024

DOB:

Hospital ID: 108363

Psychiatric Diagnoses including Personality Disorders and Substance Use Disorders (Diagnoses must be written out): ☐ **Change in Diagnoses**

Unspecified psychosis not due to a substance or known physiological condition

Other Medical/Non-Psychiatric Diagnoses (Diagnoses must be written out):

Essential (primary) hypertension, Type 2 diabetes mellitus with unspecified complications,Hyperlipidemia, unspecified

### **CHANGE IN DIAGNOSIS REQUIRES A PHYSICIAN'S ORDER**

| Psychotropic Medication/dosage (Including new PRN's ordered since last update) | Target symptoms If PRN, indicate frequency of use | Side Effects / ADR's | Response / Plan / Comments |
|---|---|---|---|
| ☒ New ☐ Change ☐ Con't ☐ D/C | Zoloft 50mg po daily | ☐ Yes ☒ No | ☐ Full ☐ Partial ☐ Poor |
| ☐ New ☐ Change ☐ Con't ☐ D/C | | ☐ Yes ☐ No | ☐ Full ☐ Partial ☐ Poor |
| ☐ New ☐ Change ☐ Con't ☐ D/C | | ☐ Yes ☐ No | ☐ Full ☐ Partial ☐ Poor |
| ☐ New ☐ Change ☐ Con't ☐ D/C | | ☐ Yes ☐ No | ☐ Full ☐ Partial ☐ Poor |
| ☐ New ☐ Change ☐ Con't ☐ D/C | | ☐ Yes ☐ No | ☐ Full ☐ Partial ☐ Poor |
| ☐ New ☐ Change ☐ Con't ☐ D/C | | ☐ Yes ☐ No | ☐ Full ☐ Partial ☐ Poor |
| ☐ New ☐ Change ☐ Con't ☐ D/C | | ☐ Yes ☐ No | ☐ Full ☐ Partial ☐ Poor |
| ☐ New ☐ Change ☐ Con't ☐ D/C | | ☐ Yes ☐ No | ☐ Full ☐ Partial ☐ Poor |
| ☐ New ☐ Change ☐ Con't ☐ D/C | | ☐ Yes ☐ No | ☐ Full ☐ Partial ☐ Poor |
| ☐ New ☐ Change ☐ Con't ☐ D/C | | ☐ Yes ☐ No | ☐ Full ☐ Partial ☐ Poor |
| ☐ New ☐ Change ☐ Con't ☐ D/C | | ☐ Yes ☐ No | ☐ Full ☐ Partial ☐ Poor |

CLINICAL RESPONSE TO CURRENT TREATMENT (If partial or poor, explain).

Patient maintained on medication to assist with his depressive mood. Denies any side effects from medication. Patient will be encouraged to attend IST groups to assist with his competency evaluation process.

Prior Authorization: ☐ Completed    ☐ Not Applicable    Consent Status: ☒ Consenting    ☐ Involuntary    ☐ Guardianship

| **MONTHLY ONLY:** | **Metabolic Syndrome Tracking Form reviewed:** | ☐ Yes |
|---|---|---|

If Metabolic Syndrome exists, are interventions required at this time: ☐ No, describe in **Psychiatric Based Plan section**.

## Labs/Therapeutic Blood Levels:_____

**History of Tobacco Use:** ☒ No ☐ Yes    If Yes, Practical Counseling completed: ☒ No ☐ Yes ☐ Patient Refused
**(within 30 days of admission)**    If Yes, Nicotine Replacement Therapy order completed: ☒ No ☐ Yes ☐ Patient Refused

**Psychiatric Based Plan/Psychotropic Regimen Rationale:** Provide clinical summary of events and interventions, updates to the Treatment Plan, including but not limited to, response to medical/pharmacist consultant's recommendations, rationale for use of medications, including, details of failed monotherapy trials, risk/benefits of antipsychotics for dementia, change in Diagnoses and AIMS reviewed:

Patient is adherent with his medication. Denies any side effects. Patient has no insight into his mental illness. Patient is calm and cooperative on the unit. Attends to his ADLs

Patient Education: ☒ Medications    ☒ Mental Health    ☒ Side Effects    ☐ Nutrition/Diet    ☐ Hygiene/Grooming
☐ Outpatient Services    ☐ Use of Medical Equipment    ☒ Pain Management
☐ Other:_____

Comments:_____

THERAPEUTIC PLAN:

| DEPARTMENT OF HEALTH<br>DIVISION OF BEHAVIORAL HEALTH SERVICES<br>ANCORA PSYCHIATRIC HOSPITAL<br><br>**PSYCHIATRIC<br>PROGRESS NOTE** | Patient Name: Sajid Raza<br>Admission: 3/13/2024<br>DOB:<br>Hospital ID: 108363 |
|---|---|

Describe:

**Insight:** impaired                              **Judgment:** impaired

Psychiatric Diagnoses including Personality Disorders and Substance Use Disorders (Diagnoses must be written out): ☐ **Change in Diagnoses**

Unspecified psychosis not due to a substance or known physiological condition

Other Medical/Non-Psychiatric Diagnoses (Diagnoses must be written out):

Essential (primary) hypertension, Type 2 diabetes mellitus with unspecified complications,Hyperlipidemia, unspecified

## **CHANGE IN DIAGNOSIS REQUIRES A PHYSICIAN'S ORDER**

| Psychotropic Medication/dosage<br>(Including new PRN's ordered since last update) | Target symptoms If PRN, indicate frequency of use | Side Effects /<br>ADR's | Response / Plan /<br>Comments |
|---|---|---|---|
| ☒ New ☐ Change ☐ Con't ☐ D/C | Zoloft 50mg po daily | ☐ Yes ☒ No | ☐ Full ☐ Partial ☐ Poor |
| ☐ New ☐ Change ☐ Con't ☐ D/C | | ☐ Yes ☐ No | ☐ Full ☐ Partial ☐ Poor |
| ☐ New ☐ Change ☐ Con't ☐ D/C | | ☐ Yes ☐ No | ☐ Full ☐ Partial ☐ Poor |
| ☐ New ☐ Change ☐ Con't ☐ D/C | | ☐ Yes ☐ No | ☐ Full ☐ Partial ☐ Poor |
| ☐ New ☐ Change ☐ Con't ☐ D/C | | ☐ Yes ☐ No | ☐ Full ☐ Partial ☐ Poor |
| ☐ New ☐ Change ☐ Con't ☐ D/C | | ☐ Yes ☐ No | ☐ Full ☐ Partial ☐ Poor |
| ☐ New ☐ Change ☐ Con't ☐ D/C | | ☐ Yes ☐ No | ☐ Full ☐ Partial ☐ Poor |
| ☐ New ☐ Change ☐ Con't ☐ D/C | | ☐ Yes ☐ No | ☐ Full ☐ Partial ☐ Poor |
| ☐ New ☐ Change ☐ Con't ☐ D/C | | ☐ Yes ☐ No | ☐ Full ☐ Partial ☐ Poor |
| ☐ New ☐ Change ☐ Con't ☐ D/C | | ☐ Yes ☐ No | ☐ Full ☐ Partial ☐ Poor |
| ☐ New ☐ Change ☐ Con't ☐ D/C | | ☐ Yes ☐ No | ☐ Full ☐ Partial ☐ Poor |

CLINICAL RESPONSE TO CURRENT TREATMENT (If partial or poor, explain):

Patient will be started on a low dose of antidepressant (Zoloft 50mg ) po daily and his mood will be monitored over the next 3-4 weeks. Patient will be encouraged t
attend IST groups to assist with his competency evaluation process.

Prior Authorization: ☐ Completed          ☐ Not Applicable        Consent Status: ☒ Consenting          ☐ Involuntary          ☐ Guardianship

| **MONTHLY ONLY:**          Metabolic Syndrome Tracking Form reviewed:          ☐ Yes<br>If Metabolic Syndrome exists, are interventions required at this time: ☐ No, describe in Psychiatric Based Plan section. |
|---|

## **Labs/Therapeutic Blood Levels:**_____

**History of Tobacco Use:**     ☒ No ☐ Yes     If Yes, Practical Counseling completed: ☒ No ☐ Yes ☐ Patient Refused
**(within 30 days of admission)**                    If Yes, Nicotine Replacement Therapy order completed: ☒ No ☐ Yes ☐ Patient Refused

**Psychiatric Based Plan/Psychotropic Regimen Rationale:** Provide clinical summary of events and interventions, updates to the Treatment Plan, including but not limited to, response to medical/pharmacist consultant's recommendations, rationale for use of medications, including, details of failed monotherapy trials, risk/benefits of antipsychotics for dementia, change in Diagnoses and AIMS reviewed:

Patient does not believe that he has a mental illness. Patient reported he has mild depression caused by the problems he faced with the Camden County jail system. Patient consented for medications. Patient agreed to take Zoloft 50mg po daily. Patient is calm and cooperative, appears well groomed.

Patient Education: ☒ Medications     ☒ Mental Health          ☒ Side Effects     ☐ Nutrition/Diet     ☐ Hygiene/Grooming
☐ Outpatient Services     ☐ Use of Medical Equipment          ☒ Pain Management

DEPARTMENT OF HEALTH
DIVISION OF BEHAVIORAL HEALTH SERVICES
ANCORA PSYCHIATRIC HOSPITAL

INITIAL
PSYCHIATRIC ASSESSMENT AND
TREATMENT/STABILIZATION PLAN

Patient: Raza Sajid
Hosp ID#: 108363
Date of Birth:
Date of Admission: 03 13 2024

---

**20. Initial Justification for Hospitalization/Problems/Plan of Care: (Check all that apply):**

Problem(s):

☑ Psychosis, as evidenced by:  ☐ Hallucinations, specify:

☐ Delusions, specify:

☑ Other: _Paranoid,_

☑ Mood Disturbance, as evidenced by: _Mood Lability_

☑ Substance Use, as evidenced by: _H/O Alcohol,_

☑ Other: _N/A_ , as evidenced by:

Long Term Goal:

☑ Patient will demonstrate a reduction of psychiatric symptomology, _Guarded, Paranoid, Mood Lability_ (Specify) prior to discharge.

☑ Patient will remain free of injury to self, others, property during hospitalization.

☐ Allow for placement in a less restrictive environment.

☐ Patient will utilize resources and supports to maintain their own safety and psychiatric stabilization prior to discharge.

☑ Other: _Patient will utilize Coping Skills and Maintain Safety_

Short Term Objective:

☑ Patient will remain free of injury to self, others, property for the next 7 days.

☑ Patient will successfully transition to therapeutic milieu/active treatment as demonstrated by appropriate social interactions, self-care medication adherence, participation in discipline specific assessments and review of recommended treatment mall programming within 7 days.

☑ Patient will identify target symptoms contributing to hospitalization within 7 days.

☑ Patient will provide at least one benefit of medication/treatment within 7 days.

☑ Other: _Patient will utilize Coping Skills and Maintain Safety_

Intervention:

☑ Patient observation via:   ☐ 1:1 observation   ☑ Every 15 minute safety check   ☐ Fall Risk Evaluation

☑ Medication Management

☑ Staff will provide the patient unit-specific orientation to the therapeutic milieu.

☑ Treatment Team will collaborate with patient to identify initial Treatment Mall Programs with a focus towards engagement.

☐ Refer for Individual Therapy

☐ Social Service, Rehabilitation and other referred disciplines will complete assessment prior to day 7.

☑ Refer for drug use brief intervention _N/A_  ☑ Refer for alcohol use brief intervention

DEPARTMENT OF HEALTH
DIVISION OF BEHAVIORAL HEALTH SERVICES
ANCORA PSYCHIATRIC HOSPITAL

Patient: Raza, Sajid
Hosp ID#: 108363
Date of Birth:
Date of Admission: 03.13.2024

## INITIAL
## PSYCHIATRIC ASSESSMENT AND
## TREATMENT/STABILIZATION PLAN

15.    Tobacco Use Screening:
A.    Patient was not screened for Tobacco Use due to: ☐ Patient refused screening /\ / ☐ Cognitive Impairment /\/ /\
B.    Have you ever used tobacco products: ☐ Yes  ☒ No [If No, proceed to #16]
C.    Have you used tobacco products in the past 30 days: ☐ Yes  ☒ No [If NO, proceed to #16, if Yes, complete bullet below.]
    ➢ Frequency of use: (Check One)
    ☐ Daily (Provide **practical counseling AND medication** and add to Treatment Plan.)
    OR
    ☐ Sporadically/not every day (Provide **practical counseling AND medication** and add to Treatment Plan.)
D.    Tobacco Products used:

☐ Cigarettes              ☐ Dry Snuff       ☐ Moist Snuff   ☐ Chewing/Plug/Twist Tobacco

☐ Smokeless Tobacco       ☐ Snus(moist powder tobacco)   ☐ Other:_____

E.    Face-to-face, practical, tobacco use counseling provided:  ☐ Yes  ☐ No   ☐ Refused

F.    Patient consented to treatment and FDA-approved tobacco cessation medication ordered:          ☐ Yes  ☐ No
    If No, why not:        ☐ Refused      ☐ Allergy to Nicotine Replacement Therapies      ☐ Pregnant
    ☐ Patient only uses smokeless tobacco ☐ Drug Interaction          ☐ Other:_____

G.    Does the patient meet the diagnostic criteria for Tobacco Use Disorder?          ☐ Yes  ☐ No
                                                              If Yes, please add a Diagnosis Order in POES.

16.    Alcohol Screening (Circle answer & score).  Each answer has 5 choices and points are allotted as follows:

        a - 0 points (pts.)        b = 1 pts.              c = 2 pts.              d = 3 pts.              e - 4 pts.

•    How often have you had a drink containing alcohol in the past year? (If a. is circled, proceed to score and enter 0)

| a. Never (0 pts.) | b. Monthly or less (1 pts.) | c. 2-4 per month (2 pts.) | d. 2-3 per week (3 pts.) | e. 4 or more per week (4 pts.) |
|---|---|---|---|---|

•    How many standard drinks containing alcohol do you have on a typical day in the past year?

| a. 1 or 2 (0 pts.) | b. 3 or 4 (1 pts.) | c. 5 or 6 (2 pts.) | d. 7 to 9 (3 pts.) | e. 10 or more (4 pts.) |
|---|---|---|---|---|

•    How often do you have six or more drinks on one occasion in the past year?

| a. Never (0 pts.) | b. Less than monthly (1 pts.) | c. Monthly (2 pts.) | d. Weekly (3 pts.) | e. Daily or almost daily (4 pts.) |
|---|---|---|---|---|

Scoring:

Men:  A score of **4 OR MORE** is considered positive, optimal for identify hazardous drinking or active alcohol use disorders.

Women:  A score of **3 OR MORE** is considered positive, optimal for identify hazardous drinking or active alcohol use disorders.

SCORE:_____

17.    Substance Use (Alcohol, illegal or prescription drugs or tobacco) and Treatment:

Has patient used in the past 12 months: ☒ No ☐ Yes        Describe._____

_____

_____

DEPARTMENT OF HEALTH
DIVISION OF BEHAVIORAL HEALTH SERVICES
**ANCORA PSYCHIATRIC HOSPITAL**

Patient: Raza, Sajid
Hosp ID#: 10???
Date of Birth
Date of Admission: 03 13/2024

**INITIAL
PSYCHIATRIC ASSESSMENT AND
TREATMENT/STABILIZATION PLAN**

---

**Step 4: Estimated Risk Status (with patient's clinical presentation and history considered)**

| Current Risk Level: | Lifetime Risk Level: |
|---|---|
| ☐ High Risk    ☐ Moderate Risk    ☑ Low Risk | ☐ Moderate Risk    ☑ Low Risk |

**Step 5: Guidelines to Determine Level of Risk and Develop Interventions to LOWER Risk Level**

"The estimation of suicide risk, at the culmination of the suicide assessment, is the quintessential <u>clinical judgment</u>, since no study has identified one specific risk factor or set of risk factors as specifically predictive of suicide or other suicidal behavior."

| **Risk Stratification – Recent** | **Triage**<br>Please select from possible interventions below according to needs |
|---|---|
| **High Suicide Risk**<br><br>☐ Suicidal Ideation with intent or intent with plan <u>in past month</u> (C-SSRS Suicidal Ideation #4 or #5)<br><br>**OR**<br><br>☐ Suicidal Behavior <u>within past 3 month</u> (C-SSRS Suicidal Behavior)<br><br>NOTE: THE INTERVENTIONS ON THE RIGHT ARE NOT ORDERS. THEY ARE DOCUMENTATION OF WHICH INTERVENTIONS YOU ARE IMPLEMENTING. THEY REQUIRE FOLLOW THROUGH AND MAY REQUIRE A DOCTOR'S ORDER. | ☐ Special Observation (e.g., 1:1, c 15m. checks)<br>☐ Level of Supervision (LOS) 1<br>☐ Extra contraband searches of person and belongings (requires doctor order)<br>☐ Pharmacological treatment of underlying disorder<br>☐ Reassess for suicide risk via screening tool daily until acute risk has decreased (requires documented shift-to-shift communication to on-call psychiatrist)<br>☐ Add to Treatment Plan<br>☐ Special instructions to nursing staff on engagement with the patient (requires specific doctor's order)<br>☐ Place suicidal patient in a room that is away from exits but close to staff for easier observation (requires doctor's order)<br>☐ Special instructions to nursing staff to assess the physical environment, focusing on limiting access to methods (requires doctor's order) Note: The most common methods of suicide in hospitals are hanging, suffocation and jumping)<br>**All high suicide risk patients are referred to Psychology for treatment recommendations.** |
| **Moderate Suicide Risk**<br><br>☐ Suicidal Ideation with method, **WITHOUT plan, intent or behavior in past month** (C-SSRS Suicidal Ideation #3)<br><br>**OR**<br><br>☐ Suicidal Behavior more than <u>3 months ago</u>(C-SSRS Suicidal Behavior Lifetime)<br><br>**OR**<br><br>☐ Multiple risk factors and few protective factors<br><br>**SEE <u>NOTE</u> ABOVE** | ☐ Special Observation (e.g., 1:1, q 15m. checks)<br>☐ Level of Supervision (LOS) 1<br>☐ Extra contraband searches of person and belongings (requires doctor order)<br>☐ Pharmacological treatment of underlying disorder<br>☐ Reassess for suicide risk via screening tool daily until acute risk has decreased (requires documented shift to shift communication to on-call psychiatrist)<br>☐ Add to Treatment Plan Problem List, including interventions, if active<br>☐ Special instructions to nursing staff on engagement with the patient (requires specific doctor's order)<br>☐ All patients with suicidal behavior **within the past month** are referred to Psychology for treatment recommendations |
| **Low Suicide Risk**<br><br>☐ Wish to die or Suicidal ideation, **WITHOUT method, intent, plan or behavior** (C-SSRS Suicidal Ideation #1 or #2)<br><br>**OR**<br><br>☐ Modifiable risk factors and strong protective factors<br><br>**OR**<br><br>☑ No reported history of Suicidal Ideation or Behavior | ☐ Provide information about warning signs<br>☑ Screen and/or assess and document the presence/absence of suicidal ideation in weekly/monthly notes<br>☐ Screen and/or assess using the screening/assessment tools when clinical condition changed and routinely at the times mandated by DBHS policy. |

DEPARTMENT OF HEALTH
DIVISION OF BEHAVIORAL HEALTH SERVICES
**ANCORA PSYCHIATRIC HOSPITAL**

**INITIAL
PSYCHIATRIC ASSESSMENT AND
TREATMENT/STABILIZATION PLAN**

Patient: Raza, Sajid
Hosp ID#: 108363
Date of Birth:
Date of Admission: 03 13 2024

12. Suicide/Self Injurious Risk Factors: (SAFE-T Protocol with Columbia-Suicide Severity Rating Scale (C-SSRS))
Source of Information:  ☑ Patient    ☐ Family    ☑ Records    ☐ Direct Observation    ☐ Other

| Step 1: Identify Risk Factors – C-SSRS Suicidal Ideation Severity | | |
|---|---|---|
| Ask questions 1 and 2. If both are "no," proceed to "C-SSRS Suicidal Behavior," complete the remainder of the assessment and mark the N/A for Step 3. If the answer to question 2 is "yes," ask questions 3, 4, 5, and complete the remainder of the assessment including Step 3. | **Past Month** | **Lifetime** |
| **1. Wish to be Dead**<br>Have you wished you were dead or wished you could go to sleep and not wake up? | ☐ Yes<br>☑ No | ☐ Yes<br>☑ No |
| **2. Current suicidal thoughts**<br>Have you actually had any thoughts of killing yourself? | ☐ Yes<br>☑ No | ☐ Yes<br>☑ No |
| **3. Suicidal thoughts w/ Method (w/no specific Plan or Intent or act)**<br>Have you been thinking about how you might do this? | ☐ Yes<br>☑ No | ☐ Yes<br>☑ No |
| **4. Suicidal Intent without Specific Plan**<br>Have you had these thoughts and had some intention of acting on them? | ☐ Yes<br>☑ No | ☐ Yes<br>☑ No |
| **5. Intent with Plan**<br>Have you started to work out or worked out the details of how to kill yourself? Do you intend to carry out this plan? | ☐ Yes<br>☑ No | ☐ Yes<br>☑ No |
| **C-SSRS Suicidal Behavior:** "Have you ever done anything, started to do anything, or prepared to do anything to end your life?"<br>Examples: Collected pills, obtained a gun, gave away valuable, wrote a will or suicide note, took out pills but didn't swallow any, held a gun but changed your mind or it was grabbed from your hand, went to the roof but didn't jump; or actually took pills, tried to shoot yourself, cut yourself, tried to hang yourself, etc. | **Lifetime**<br>☐ Yes  ☑ No | |
| | **Past 3 Month** | |
| If "Yes" was it within the past 3 months? Any "YES" response requires documentation of details below: | ☐ Yes  ☑ No | |

Patient ☐ Unable or ☐ Unwilling to respond. Please explain:

| Current and Past Psychiatric Diagnosis: | Precipitants/Stressors: |
|---|---|
| ☑ Mood Disorder | ☐ Triggering events leading to humiliation, shame, and/or despair (e.g., Loss of relationship financial or health status) (real or anticipated) |
| ☑ Psychotic Disorder | |
| ☐ Alcohol/Substance Abuse Disorders | |
| ☐ PTSD | ☐ Chronic physical pain or other acute medical problem (e.g., CNS disorders) |
| ☐ ADHD | |
| ☐ Traumatic Brain Injury | ☐ Sexual/physical abuse |
| ☐ Cluster B Personality Disorders or Traits (i.e., Borderline, Antisocial, Histrionic & Narcissistic) | ☐ Substance intoxication or withdrawal |
| | ☐ Pending incarceration or homelessness |
| ☐ Conduct Problems (Antisocial Behavior, Aggression, Impulsivity) | ☑ Legal problems |
| | ☐ Inadequate social supports |
| ☐ Recent onset | ☐ Social isolation |
| **Presenting Symptoms:** | ☐ Perceived burden on others |
| ☐ Anhedonia | **Change in Treatment:** |
| ☐ Impulsivity | ☐ Recent inpatient discharge |
| ☐ Hopelessness or despair | ☐ Change in provider or treatment (i.e., Medications, Psychotherapy, Milieu) |
| ☐ Anxiety and/or Panic | |
| ☐ Insomnia | ☐ Hopeless or dissatisfied with provider or treatment |
| ☐ Command hallucinations | ☑ Non-compliant or not receiving treatment |
| ☑ Psychosis | |
| **Family History:** | |
| ☐ Suicide | |
| ☐ Suicidal Behavior      N/A | |
| ☐ Psychiatric diagnoses requiring hospitalization | |

DEPARTMENT OF HEALTH
DIVISION OF BEHAVIORAL HEALTH SERVICES
**ANCORA PSYCHIATRIC HOSPITAL**

**INITIAL**
**PSYCHIATRIC ASSESSMENT AND**
**TREATMENT/STABILIZATION PLAN**

Patient: Raza, Sajid
Hosp ID#: 108363
Date of Birth:
Date of Admission: 03 13 2024

---

Cognitive:    Alert: ☑ Yes    ☐ No

1. Orientation:    Time: ☑ Yes    ☐ No    Place: ☑ Yes    ☐ No    Person: ☑ Yes    ☐ No

2. Registration:    Ask the patient to repeat 3 words    3 /3

3. Attention and Calculation:    Serial 7's, test up to 5 subtractions **OR** if patient refuses serial 7's, then spell WORLD,
TULIP, BROWN backwards    0 5
(Score numbers of letters in correct position, e.g., DRLOW = 3/5)

4. Recall after test of attention    3 /3

5. Recent Memory:    ☑ Intact    ☐ Impaired  As evidenced by:
Patient is able to recall 3 items word

6. Remote Memory:    ☐ Intact    ☑ Impaired  As evidenced by:
Patient is unable to recall the reason he was incarcerated
He reports that he was kidnapped.

7. Estimation of Intellectual Function:    ☐ Average    ☐ Below Average    ☐ Above Average

Basis of estimation:    ☑ Language skills    ☐ Fund of knowledge    ☑ Executive functioning    ☐ Education achievement
Other:    Oriented X 3

8. Insight into illness:    Impaired    As evidenced by: Does not believe
that he has a f illness

9. Judgment:    Impaired    As evidenced by: legal difficulties

DEPARTMENT OF HEALTH
DIVISION OF BEHAVIORAL HEALTH SERVICES
**ANCORA PSYCHIATRIC HOSPITAL**

**INITIAL
PSYCHIATRIC ASSESSMENT AND
TREATMENT/STABILIZATION PLAN**

Patient: Raza, Sajid
Hosp ID#: 108363
Date of Birth
Date of Admission: 03 13 2024

---

Source of Information:  ☑ Patient   ☐ Family   ☐ Significant Other   ☑ Records

Language Line or Language Interpreter utilized to complete the Screening:   ☐ (Check if applicable)

If checked, Name of Language Line or Language Interpreter:_____

1.  Admission Status (Legal Category):

☐ Involuntary   ☐ Voluntary   ☐ CEPP   ☐ CEPP/CR   ☑ IST Evaluation   ☑ Detainer

☑ IST   ☐ Krol   ☐ Megan's Law

☐ Other:_____

2.  Is the patient interested in creating a Mental Health Advance Directive?:   ☐ Yes   ☑ No   ☐ Unable to answer
    • If No, ☐ Patient has existing Mental Health Advance Directive, filed in chart   ☐ Yes   ☑ No

3.  Chief Complaint/Reason for Admission:___ " The Jail, they drop me here "

4.  History of Present Illness (precipitating factors and/or reaction to hospitalization, recorded in patient's own words where possible): Patient is a 54 years old Indian-American admitted to Unit from Camden County Jail where he was incarcerated on 6/14/22 for Charges of False Public Alarms. It was reported that Patient was evaluated on 8/25/23, where he presented with a great distrust of legal system and had a belief that his arrest was false. It was reported that Patient was guarded with Pressured Speech during the evaluation. Hence, he was found to lack fitness to proceed to trial, so he's Ordered to undergo examination and treatment. Patient has previous admission at APH from 2/22/23 to 3/28/23 for IST. Upon review of the screening record, it was reported that Patient was agitated, frustrated and Paranoid while incarcerated. However, upon admission he presents guarded, Paranoid, irritable at times. He denies suicidal and homicidal Ideations. He denies auditory and Visual hallucinations. He denies Mental illness. He denies need for Medication. LOS↓

| DEPARTMENT OF HEALTH<br>DIVISION OF BEHAVIORAL HEALTH SERVICES<br>ANCORA PSYCHIATRIC HOSPITAL<br><br>**DISCHARGE SUMMARY** | Patient Name: Sajid Raza<br>Admission: 3/13/2024<br>DOB:<br>Hospital ID: 108363<br>Discharge Date: 4/26/2024 |
|---|---|

IDENTIFICATION DATA AND CHIEF COMPLAINT: Mr. Raza is a 54-year-old, married Indian American male who was involuntarily committed to Ancora Psychiatric Hospital on 3/13/2024 on a detainer from Camden County Jail. His admitting diagnosis is Schizophrenia Unspecified. He stands at 5'10 feet tall, has brown eyes, salt/peeper hair, has a slim built and weighs approximately 146 pounds.

HISTORY OF PRESENT ILLNESS: This is Mr. Raza's second APH admission. According to previous admission records, he refused all mental health treatment at the jail and wrote a letter to the judge accusing her of 'trying to kill him', by not releasing him from the jail. He was noncompliant with treatment at the jail and does not endorse the need for psychotropic medication because he does not have an insight into his mental illness. Mr. Raza had no prior history of mental illness, and the family had no need to seek assistance. He continues to be paranoid about the legal system and displays strong resentment towards it. His paranoia about the legal system does not appear to impact his thought process on other aspects of his life. He has a history of using alcohol but trivializes it. Records indicate a history of alcohol using but he denies using substances. No pertinent cultural information was noted.

PAST MENTAL/PHYSICAL HEALTH HISTORY: Mr. Raza was court transferred to APH for a competency evaluation (IST90) on the order of a Judge of the Camden County Superior Court. This is his second admission to APH, and his last admission was precipitated by Mr. Raza's failure to attend competency evaluation meeting with a Clinical Psychologist of AKFC on 10/18/2022 and 1/5/2023. This admission was triggered by continuous paranoid delusions about the legal system. According to records, he characterized his charges as false and was displaying agitation and frustration at the jail. Mr. Raza had no prior history of psychiatric hospitalization in state and in community facilities prior to his first APH admission from 2/22/2023 through 3/28/2023. Since this admission on 3/13/24, Mr. Raza has been receiving both medical and psychotropic medications. He does not currently have any critical medical or physical conditions which could affect his functioning in the community or discharge planning. His high blood pressure, elevated cholesterol, type 2 diabetes, and mild depression does not currently impact his discharge. He is being managed with medications for the conditions mentioned above. Mr. Raza has been compliant with his medications as ordered.

PERSONAL AND FAMILY HISTORY: There are no changes to Mr. Raza's family situation. Mr. Raza is married but separated from the wife due to being incarcerated. Mr. Raza reported that he was born and raised in Patna in India by his parents who were married. His mother is living but his father died in 2011. He reported that he was one of five siblings: two sisters and two brothers. He reported that all his siblings were in the US. He reported that he immigrated to the US in 1999 on an immigrant visa and his wife later joined him with their then two years old son. He initially settled in Detroit, Michigan before relocating to New Jersey in 2019. Consistent with Mr. Raza's account, his son, Altaf Raza reported no family history of mental illness or substance abuse. Mr. Raza's family expects him to be evaluated and cleared to be discharged home to go deal with his legal problem. There are no childcare or protection issues, no births or deaths and no family losses. He continues to see his incarceration and lack of progress with securing a speedy trial as a stressor.

CONDITION ON ADMISSION: Mr. Raza was sent to APH for a competency evaluation for charges of false alarm public after exhibiting psychiatric symptoms. He presented with great distrust for the legal system and had the belief that his arrest was false. He was guarded and presented with pressured speech.

**PHILIP D. MURPHY**
*Governor*

**SHEILA Y. OLIVER**
*Lt. Governor*

05/03/24

*State of New Jersey*
**Department of Health**
**DIVISION OF BEHAVIOR HEALTH SERVICES**
*Ancora Psychiatric Hospital*
**Health Information Management Department**
*301 Spring Garden Road*
*Hammonton, NJ 08037-9699*
*(609) 561-1700 Ext 7427*

**JUDITH M. PERSICHILI**
*Acting Commissioner*

**DEBORAH HARTEL**
*Deputy Commissioner*

**ANN MARIE FLORY**
*Assistant Commisioner*

**CHRISTOPHER J. MORRISON**
*Chief Excutive Officer*

**Sajid Raza**
**Patient Name**

**108131**
**Hospital No.**

**Birth Date**

**SSN #**

To Whom It May Concern,

Enclosed is the information and/or copies of parts of Medical Records requested for the purposes

This information has been disclosed to you from Medical Records of patients whose confidentiality is protected by the HIPAA Privacy Rule and laws of the State of New Jersey. The information released is for the sole use of the intended recipient and is confidential, privileged and protected health information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. Violators of the HIPAA Privacy Rule, and any other confidentiality law, may be subject to civil and criminal penalties, and will be subject to disciplinary actions. You are hereby prohibited from making further disclosure of said information without the express written consent of the person whom the information pertains, his/her guardian or power-of-attorney, or in case of a deceased person, the administrator (trix) or executor (trix), or if neither exist, the next of kin. (DM

This information has been disclosed to you from records protected by Federal Confidentiality Rules. The Federal rules prohibit you from making further disclosure of this information unless further disclosure of said information is expressly permitted by the written consent of the person to whom it pertains or his/her legal guardian or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is not sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient (42 CFR Part 2).

# of Pages:                     Total Cost:

Sincerely

Ancora Psychiatric Hospital

- Discharge Summary
- Medical Assessment
- Social Service Assessment
- Addiction Services Assessment
- Lab Results
- Psychiatric Progress Notes

- Discharge Aftercare Plan
- Psychiatric Assessment
- Psychology Assessment
- Rehab Services Assessment
- Consultations
- Medial Progress Notes

- Other: _____

DEPARTMENT OF HEALTH
DIVISION OF BEHAVIORAL HEALTH SERVICES
ANCORA PSYCHIATRIC HOSPITAL

Patient Name: Sajid Raza
Admission: 2/22/2023
DOI
Hospital ID: 108131
Discharge Date: 3/28/2023

# DISCHARGE SUMMARY

### IDENTIFICATION DATA AND CHIEF COMPLAINT:
Mr. Sajid Raza is a 53 year old, married Indian-American male involuntarily committed to Ancora Psychiatric hospital on 2/22/2023 from Camden County Jail

### HISTORY OF PRESENT ILLNESS:
Mr. Raza was court transferred to APH for a competency evaluation (IST60) on the order of Honorable Judge Yolanda Rodriguez J.S.C of Camden County Superior Court. This was precipitated by his failure to attend competency evaluation meeting with clinical psychologist Dr. Dena Young of AKFC on 10/18/2022 and 1/5/2023. Mr. Raza has no prior history of psychiatric hospitalization in state and in community facilities. Records indicate that he has refused all mental health treatment at the jail and wrote a letter to the judge accusing her of 'trying to kill him' by not releasing him from jail.

### PAST MENTAL/PHYSICAL HEALTH HISTORY:
Mr. Raza has not previous history of psychiatric treatment or admission. He has a number of chronic medical problems but no acute medical concerns.

Mr. Raza reported he does not have any history of substance use but records indicate that he was intoxicated during one of the incidents where police intervened and had to be driven home by a family member. His son denied any family history of substance use.

### PERSONAL AND FAMILY HISTORY:
Mr. Raza reported that he was born and raised in Patna in India by his parents who were married. His mother is living but his father died in 2011. He reported that he was one of five siblings: two sisters and two brothers. He reported that all his siblings were in the US. Sajid reported that he immigrated to the US in 1999 on an immigrant visa and was later joined by his wife and their then two years old son. He initially settled in Detroit, Michigan before relocating to New Jersey in 2019. Consistent with Mr. Raza's account, his son, Altaf Raza reported no family history of mental illness or substance abuse. Mr. Raza's family expects him to be evaluated and cleared to go and deal with his legal problem.

Mr. Raza was at Camden County Jail where he has been since 10/31/2019. He was residing at his home (mortgage) in Blackwood, NJ with his wife and children prior to his incarceration. Sajid reported he has a home to go to if his legal situation is resolved.

### CONDITION ON ADMISSION:
Mr. Raza was calm, cooperative and appropriate on admission. He was fully alert and oriented. His mood and affect were euthymic. His speech was normal other than being somewhat dysarthric due to speech impediment since childhood. He has an Indian accent. No SI HI or AVH present. No clear delusions expressed. Insight and judgement were fair.

### PROVISIONAL DIAGNOSES:

Psychiatric:    Unspecified psychotic disorder

Medical:    HTN, HLD, DM2

**DISCHARGE SUMMARY**
**Revised 12/19/19**
**Page 1 of 2**

| **DEPARTMENT OF HEALTH**<br>**DIVISION OF BEHAVIORAL HEALTH SERVICES**<br>**ANCORA PSYCHIATRIC HOSPITAL**<br><br>**INITIAL**<br><br>**SOCIAL WORK ASSESSMENT** | Patient Name: Sajid Raza<br>Admission: 2/22/2023<br>DOB:<br>Hospital ID: 108131 |
|---|---|

Source of Information: ☐ Patient ☐ Family ☐ Significant Other ☐ Records

Language Line utilized to complete the Assessment: ☐ (Check if applicable)

If checked, Name of Language Line Interpreter: N/A.

Date of Assessment: 2/24/2023.

**1.    Source of Information:** The following are <u>required</u> informants as applicable: ICMS/PACT/DDD case manager, residential provider with consent (GH, SH, NH, RIST, BH, RHCF), Primary Contact with consent. State name, relationship, address, and telephone number of informants; comment on reliability of each source. If contacts listed above are not used, provide reason.

X ☐ Patient: Information from Mr. Raza was treated as unreliable.

X ☐ Information from Mr. Raza's chart was treated as reliable.

X ☐ Mr. Raza's medical records were reviewed and treated as reliable.

X ☐ Information from Mr. Raza's son, Altaf Raza (856-383-7490) was treated as reliable.

X ☐ Information from Camden County ICMS (856-482-8747) was treated as reliable.

X ☐ Information from Camden County PACT (856-428-7632) was treated as reliable.

**2.    Multicultural/Language Issues/Concerns:**

Primary Language: English    Secondary Language: N/A.

Speech/Language/Hearing/Visual Impairment(s): N/A.

Religion: None identified.

Dietary Preferences: None identified.

Pertinent cultural information: Mr. Raza is of Indian descent.

**3.    Description of Patient:** (General Appearance, distinguishing characteristics, behaviors)

Mr. Sajid Raza is a 53 year old, married Indian-American male involuntarily committed to Ancora Psychiatric hospital on 2/22/2023 from Camden County Jail. His admitting diagnosis is schizophrenia unspecified. He stands 5'10 feet tall, has brown eyes, salt/peeper hair, is slim build and weighs approximately 161 pounds. Per records, his history of incarceration was characterized by verbal aggression, delusional and paranoid thoughts, and hostile behaviors. Sajid is very paranoid about the legal system. He criticizes and perseverates on the legal system as being corrupt and deliberately slow to hurt him. He believes his attorney was conspiring (by way of unethical tactics) with the judge and prosecutor to get him to plead guilty.

**4.    Reasons for Hospitalizations:**
- List precipitating events and stressors
- Note injurious or dangerous behavior to self, others or property
- Identify patient and/or family's efforts to seek assistance

| DEPARTMENT OF HEALTH<br>DIVISION OF BEHAVIORAL HEALTH SERVICES<br>ANCORA PSYCHIATRIC HOSPITAL<br><br>**INITIAL**<br><br>**SOCIAL WORK ASSESSMENT** | Patient Name: Sajid Raza<br>Admission: 2/22/2023<br>DOB<br>Hospital ID: 108131 |
| --- | --- |

- Provide information regarding education including highest grade completed, academic success and problems, reading/writing deficits, special training

As reported earlier, Mr. Raza was born and raised in Patna in India by his biological parents who were married. Sajid denied any unusual behaviors, events, or developmental problems in childhood. He reported no losses but sees his incarceration as a stressor especially the fact that he has been incarcerated for over three years without trial. Sajid characterized his incarceration as unconstitutional and a flagrant violation of his right to a fair trial. Mr. Raza has skills in driving and small business operation. Mr. Raza reported that he attended and graduated high school in India before immigrating to the US. He has problems with reading and writing.

### 8.    Marital Relationships:
- List marriage(s) and/or long-term relationships, spouse's name, comment on quality and duration of relationship
- Note reasons for termination of marriage/relationship, patient's age at time and his/her adjustment

Mr. Raza is married and was residing at his home with his wife of many years and two children in Blackwood, NJ prior to his incarceration.

### 9.    Children:
- List each by name, age, present location
- Include the quality of current relationship as well as during children's upbringing
- Include involvement of children's father(s)

Mr. Raza reported that he has two children; a son and a daughter aged 21 and 17 respectively. Per Sajid, his son came to the US at the age of two and the daughter was born in the US.

### 10.    History of Abuse:
- Include physical and sexual abuse, domestic violence
- Include history of neglect, trauma
- Include suicidality, self-injurious behaviors

Mr. Raza has been the perpetrator of physical abuse and domestic violence on others as evidenced by current legal charges of stalking, endangering the welfare of a child and terroristic threats including threats to kill. He has a history of verbal abuse as well as using racial slurs and expletives. Sajid denied any history of neglect or trauma and suicidality and self-injurious behaviors.

### 11.    Substance Abuse History:
- State patient's drug(s) of choice, patterns of use/abuse, previous treatment received
- Include effectiveness and any problems encountered during treatment

Mr. Raza reported he does not have any history of substance use but records indicate that he was intoxicated during one of the incidents where police intervened and had to be driven home by a family member. His son denied any family history of substance use.

### 12.    Medical Status:

| DEPARTMENT OF HEALTH<br>DIVISION OF BEHAVIORAL HEALTH SERVICES<br>ANCORA PSYCHIATRIC HOSPITAL | Patient Name: Sajid Raza<br>Admission: 2/22/2023 |
|---|---|
| **INITIAL** | DOB: |
| **SOCIAL WORK ASSESSMENT** | Hospital ID: 108131 |

Mr. Raza reported a lengthy work history. He reported that he was working as a driver with Uber prior to his incarceration and had been on the job for three years. He reported that he has worked with Seven Eleven (five years), Madeplast (two years) and worked with a small business at the mall in Deptford and in Detroit Michigan. Mr. Raza has skills in driving and small business and has interest in small businesses. Sajid has discharge documents at his home. Sajid does not have any military experience.

### 15. Significant Findings:

- Patient Strengths:

➤ Mr. Raza has a very supportive family system.
➤ Mr. Raza has a home he can be discharged to if his legal situation is resolved.
➤ Sajid is a high school graduate.
➤ Mr. Raza has legal representation-Andrew M. Duclair.
➤ Mr. Raza has relevant work history and has a source of income in the form of rent from properties.
➤ Sajid can articulate his needs without any problems or difficulties.

- Patient Problems/Needs:

➤ Mr. Raza is on a detainer out of Camden County and would need court approval to be discharged.
➤ Sajid lacks insight into his legal charges and trivializes them.
➤ Mr. Raza has a history of paranoia and paranoid delusions.

- High risk psychosocial issues requiring early treatment planning and intervention, if applicable:

None currently.

### 16. Conclusions and Recommendation:

- Indicate the steps the Social Worker will take to address and resolve any high risk psychological issues(s) from #15 above. If there are no high risk issues indicate "None at this time" below.

None currently.

- Indicate the anticipated Social Work role(s) in treatment and discharge planning, which shall include the steps the Social Worker will take to address and resolve any identified problems(s)/needs from #15 above.

The anticipated social work roles in treatment and discharge planning shall include the following:
➤ Assist Mr. Raza with gaining insight into his detainer to aid competency and eventual discharge.
➤ Meet with Mr. Raza biweekly to provide supportive counseling on appropriate ways of solving problems.
➤ Assist Sajid with developing appropriate coping skills to deal with his anger and frustration to manage aggressive behaviors and promote discharge.
➤ Social worker's role in discharge planning for Mr. Raza will be to proactively assess the level of care he would need in anticipation of his detainer being dropped.

DEPARTMENT OF HEALTH
DIVISION OF BEHAVIORAL HEALTH SERVICES
**ANCORA PSYCHIATRIC HOSPITAL**

**INITIAL
PSYCHIATRIC ASSESSMENT AND
TREATMENT/STABILIZATION PLAN**

Source of Information:   ☑ Patient   ☐ Family   ☐ Significant Other   ☑ Records

Language Line or Language Interpreter utilized to complete the Screening:   ☐ (Check if applicable)
If checked, Name of Language Line or Language Interpreter:_____

1.    Admission Status (Legal Category):

☐ Involuntary   ☐ Voluntary   ☐ CEPP   ☐ CEPP/CR   ☑ IST Evaluation   ☑ Detainer

☐ IST      ☐ Krol      ☐ Megan's Law

☐ Other:_____

2.    Is the patient interested in creating a Mental Health Advance Directive?:   ☐ Yes  ☑ No   ☐ Unable to answer
   •   If No, ☐ Patient has existing Mental Health Advance Directive, filed in chart   ☐ Yes  ☑ No

3.    Chief Complaint/Reason for Admission:_____ "I don't know "

4.    History of Present Illness (precipitating factors and/or reaction to hospitalization, recorded in patient's own words where possible): Patient is a 53 yrs old Indian-American admitted to unit from Camden County Jail where he has been incarcerated since 10/31/201 for charges of Endangering the welfare of a child, Terroristic Threats, Stalking and false public alarm. According to report, while in jail during attempts for mental evaluation, Patient presented hostile, agitated, paranoid, delusional cursing and yelling. It was reported that patient refused Mental health treatment. Patient denies history of Psychiatric admission. He denies Mental illness and need for Psychotropics. Upon admission to Unit, he present guarded, he's fixated on going through trial and trial process. He denies Suicidal and homicidal ideations. He denies auditory and visual hallucinations. Patient is ordered to APH for Competency evaluation. He's placed on LOS 4.

DEPARTMENTOP HEALTH
DIVISION OF BEHAVIORAL HEALTH SERVICES
**ANCORA PSYCHIATRIC HOSPITAL**

**INITIAL
PSYCHIATRIC ASSESSMENT AND
TREATMENT/STABILIZATION PLAN**

11.    Mental Status (Check all that apply):

**Appearance**
☑ Healthy          ☐ Sickly          ☐ Well groomed          ☐ Relaxed Posture
☐ Unkempt          ☐ Comfortable     ☐ Other_____

**Attitude**
☐ Cooperative      ☐ Uncooperative   ☐ Playful       ☐ Ingratiating   ☐ Interested
☐ Combative        ☐ Ill at ease     ☐ Hostile       ☑ Guarded        ☐ Paranoid
☐ Sarcastic        ☐ Apathetic       ☐ Seductive     ☐ Evasive        ☐ Contemptuous
☐ Angry            ☐ Other_____

**Motor Behavior**
☐ Psychomotor      ☐ Hyperactive     ☐ Psychomotor   ☑ No Motor       ☐ Abnormal
Agitation          ☐ Tics            Retardation     Abnormality      Movement
☐ Mannerism        ☐ Other_____

**Speech**
☑ Spontaneous      ☐ Slurred         ☐ Rambling      ☐ Monotonous     ☐ Pressured
☐ Soft             ☐ Dysarthric      ☐ Long Latency  ☐ Incoherent     ☐ Rapid
☐ Hyperverbal      ☐ Stutter         ☐ Mumbled       ☐ Loud           ☐ Poverty of Speech
☐ Mute             ☐ Selectively Mute ☐ Other:_____

**Mood**
☑ Calm             ☐ Anxious         ☐ Angry         ☐ Irritable      ☐ Sad
☐ Happy            ☐ Depressed       ☐ Euphoric      ☐ Other:_____

**Affect**
☐ Appropriate      ☑ Mood congruent  ☐ Mood incongruent  ☐ Inappropriate  ☐ Constricted
☐ Silly            ☐ Blunted         ☐ Flat          ☐ Labile         ☐ Expansive
☐ Other_____

**Perceptional**
Hallucinations:    ☐ Yes ☑ No    If Yes,    ☐ Auditory    ☐ Visual    ☐ Olfactory    ☐ Tactile
Illusions:         ☐ Yes ☑ No
☐ Other:_____
Describe:_____
_____

**Thought Process**
☐ Goal directed    ☑ Circumstantial  ☐ Perseverative  ☐ Blocking       ☐ Loose association
☐ Incoherent       ☐ Tangential      ☐ Confabulation  ☐ Distractibility ☐ Flight of ideas
☐ Other:_____
Describe:_____Patient fixated on trial and process of trial.

**Thought Content**
Homicidal          ☐ Yes ☑ No    Suicidal Ideation    ☐ Yes ☑ No    Delusions    ☐ Yes ☑ No
Ideation
Obsessions         ☐ Yes ☑ No    Command to harm      ☐ Yes ☑ No
                                  self

Other:_____
Describe:_____



**DEPARTMENT OF HEALTH**
**DIVISION OF BEHAVIORAL HEALTH SERVICES**
**ANCORA PSYCHIATRIC HOSPITAL**

**INITIAL**
**PSYCHIATRIC ASSESSMENT AND**
**TREATMENT/STABILIZATION PLAN**

12.    Suicide/Self Injurious Risk Factors: (SAFE-T Protocol with Columbia-Suicide Severity Rating Scale (C-SSRS))
Source of Information:    ☑Patient    ☐ Family    ☑Records    ☐ Direct Observation    ☐ Other

| Step 1: Identify Risk Factors – C-SSRS Suicidal Ideation Severity | Past Month | Lifetime |
|---|---|---|
| Ask questions 1 and 2. If both are "no," proceed to "C-SSRS Suicidal Behavior," complete the remainder of the assessment and mark the N/A for Step 3. If the answer to question 2 is "yes," ask questions 3, 4, 5, and complete the remainder of the assessment including Step 3. | | |
| **1. Wish to be Dead** Have you wished you were dead or wished you could go to sleep and not wake up? | ☐ Yes ☑No | ☐ Yes ☑No |
| **2. Current suicidal thoughts** Have you actually had any thoughts of killing yourself? | ☐ Yes ☑No | ☐ Yes ☑No |
| **3. Suicidal thoughts w/ Method (w/no specific Plan or Intent or act)** Have you been thinking about how you might do this? | ☐ Yes ☑No | ☐ Yes ☑No |
| **4. Suicidal Intent without Specific Plan** Have you had these thoughts and had some intention of acting on them? | ☐ Yes ☑No | ☐ Yes ☑No |
| **5. Intent with Plan** Have you started to work out or worked out the details of how to kill yourself? Do you intend to carry out this plan? | ☐ Yes ☑No | ☐ Yes ☑No |

| C-SSRS Suicidal Behavior: "Have you ever done anything, started to do anything, or prepared to do anything to end your life?" | Lifetime |
|---|---|
| Examples: Collected pills, obtained a gun, gave away valuable, wrote a will or suicide note, took out pills but didn't swallow any, held a gun but changed your mind or it was grabbed from your hand, went to the roof but didn't jump; or actually took pills, tried to shoot yourself, cut yourself, tried to hang yourself, etc. | ☐ Yes ☑No |
| | Past 3 Month |
| If "Yes" was it within the past 3 months? Any "YES" response requires documentation of details below: | ☐ Yes ☑No |

Patient ☐ Unable or ☐ Unwilling to respond. Please explain:

**Current and Past psychiatric Diagnosis**
☑ Mood Disorder
☑ Psychotic Disorder
☐ Alcohol/Substance Abuse Disorders
☐ PTSD
☐ ADHD
☐ Traumatic Brain Injury
☐ Cluster B Personality Disorders or Traits (i.e., Borderline, Antisocial, Histrionic & Narcissistic)
☐ Conduct Problems (Antisocial Behavior, Aggression, Impulsivity)
☐ Recent onset
**Presenting Symptoms:**
☐ Anhedonia
☐ Impulsivity
☐ Hopelessness or despair
☐ Anxiety and/or Panic
☐ Insomnia
☐ Command hallucinations
☑ Psychosis
**Family History:**
☐ Suicide
☐ Suicidal Behavior
☐ Psychiatric diagnoses requiring hospitalization

**Precipitants/Stressors:**
☐ Triggering events leading to humiliation, shame, and/or despair (e.g., Loss of relationship, financial or health status) (real or anticipated).
☐ Chronic physical pain or other acute medical problem (e.g., CNS disorders)
☐ Sexual/physical abuse
☐ Substance intoxication or withdrawal
☐ Pending incarceration or homelessness
☑ Legal problems
☐ Inadequate social supports
☐ Social isolation
☐ Perceived burden on others
**Change in Treatment:**
☐ Recent inpatient discharge
☐ Change in provider or treatment (i.e., Medications, Psychotherapy, Milieu)
☐ Hopeless or dissatisfied with provider or treatment
☑ Non-compliant or not receiving treatment

**DEPARTMENT OF HEALTH**
**DIVISION OF BEHAVIORAL HEALTH SERVICES**
**ANCORA PSYCHIATRIC HOSPITAL**

**INITIAL**
**PSYCHIATRIC ASSESSMENT AND**
**TREATMENT/STABILIZATION PLAN**



---

**Step 4: Estimated Risk Status (with patient's clinical presentation and history considered)**

| Current Risk Level: | Lifetime Risk Level: |
|---|---|
| ☐ High Risk   ☐ Moderate Risk   ☑ Low Risk | ☐ High Risk   ☐ Moderate Risk   ☑ Low Risk |

**Step 5: Guidelines to Determine Level of Risk and Develop Interventions to LOWER Risk Level**

"The estimation of suicide risk, at the culmination of the suicide assessment, is the quintessential clinical judgment, since no study has identified one specific risk factor or set of risk factors as specifically predictive of suicide or other suicidal behavior."

| Risk Stratification – Recent | Triage |
|---|---|
| | Please select from possible interventions below according to needs |
| **High Suicide Risk**<br><br>☐ Suicidal Ideation with intent or intent with plan in past month (C-SSRS Suicidal Ideation #4 or #5)<br><br>**OR**<br><br>☐ Suicidal Behavior within past 3 month (C-SSRS Suicidal Behavior)<br><br>NOTE: THE INTERVENTIONS ON THE RIGHT ARE NOT ORDERS. THEY ARE DOCUMENTATION OF WHICH INTERVENTIONS YOU ARE IMPLEMENTING. THEY REQUIRE FOLLOW THROUGH AND MAY REQUIRE A DOCTOR'S ORDER. | ☐ Special Observation (e.g., 1:1, q 15m. checks)<br>☐ Level of Supervision (LOS) 1<br>☐ Extra contraband searches of person and belongings (requires doctor order)<br>☐ Pharmacological treatment of underlying disorder<br>☐ Reassess for suicide risk via screening tool daily until acute risk has decreased (requires documented shift-to-shift communication to on-call psychiatrist)<br>☐ Add to Treatment Plan<br>☐ Special instructions to nursing staff on engagement with the patient (requires specific doctor's order)<br>☐ Place suicidal patient in a room that is away from exits but close to staff for easier observation (requires doctor's order)<br>☐ Special instructions to nursing staff to assess the physical environment, focusing on limiting access to methods (requires doctor's order) Note: The most common methods of suicide in hospitals are hanging, suffocation and jumping)<br>**All high suicide risk patients are referred to Psychology for treatment recommendations.** |
| **Moderate Suicide Risk**<br><br>☐ Suicidal Ideation with method, WITHOUT plan, intent or behavior in past month (C-SSRS Suicidal Ideation #3)<br><br>**OR**<br><br>☐ Suicidal Behavior more than 3 months ago (C-SSRS Suicidal Behavior Lifetime)<br><br>**OR**<br><br>☐ Multiple risk factors and few protective factors<br><br>**SEE NOTE ABOVE** | ☐ Special Observation (e.g., 1:1, q 15m. checks)<br>☐ Level of Supervision (LOS) 1<br>☐ Extra contraband searches of person and belongings (requires doctor order)<br>☐ Pharmacological treatment of underlying disorder<br>☐ Reassess for suicide risk via screening tool daily until acute risk has decreased (requires documented shift to shift communication to on-call psychiatrist)<br>☐ Add to Treatment Plan<br>☐ Special instructions to nursing staff on engagement with the patient (requires specific doctor's order)<br>**All moderate suicide risk patients are referred to Psychology for treatment recommendations.** |
| **Low Suicide Risk**<br><br>☐ Wish to die or Suicidal ideation, WITHOUT method, intent, plan or behavior (C-SSRS Suicidal Ideation #1 or #2)<br><br>**OR**<br><br>☐ Modifiable risk factors and strong protective factors<br><br>**OR**<br><br>☑ No reported history of Suicidal Ideation or Behavior | ☐ Provide information about warning signs<br>☑ Screen and/or assess and document the presence/absence of suicidal ideation in weekly/monthly notes<br>☐ Screen and/or assess using the screening/assessment tools when clinical condition changed and routinely at the times mandated by AB 3:41 |

DEPARTMENT OF HEALTH
DIVISION OF BEHAVIORAL HEALTH SERVICES
ANCORA PSYCHIATRIC HOSPITAL

**INITIAL
PSYCHIATRIC ASSESSMENT AND
TREATMENT/STABILIZATION PLAN**

RAZA, SAJID
108131
62-22-25    M A M

15.    Tobacco Use Screening:
A. Patient was not screened for Tobacco Use due to:☐ Patient refused screening N/A  ☐ Cognitive Impairment N/A
B. Have you ever used tobacco products: ☐ Yes  ☑ No [If No, proceed to #16]
C. Have you used tobacco products in the past 30 days: ☐ Yes    ☑ No [If NO, proceed to #16, if Yes, complete bullet below.]
   ➤ Frequency of use: (Check One)
   ☐ Daily (Provide **practical counseling AND medication** and add to Treatment Plan.)
   **OR**
   ☐ Sporadically/not every day (Provide **practical counseling AND medication** and add to Treatment Plan.)
D. Tobacco Products used:

   ☐ Cigarettes        ☐ Dry Snuff      ☐ Moist Snuff   ☐ Chewing/Plug/Twist Tobacco

   ☐ Smokeless Tobacco ☐ Snus(moist powder tobacco)   ☐ Other:_____

E. Face-to-face, practical, tobacco use counseling provided:   ☐ Yes ☐ No  ☐ Refused

F. Patient consented to treatment and FDA-approved tobacco cessation medication ordered:      ☐ Yes ☐ No
   If No, why not:       ☐ Refused      ☐ Allergy to Nicotine Replacement Therapies      ☐ Pregnant
   ☐ Patient only uses smokeless tobacco  ☐ Drug Interaction      ☐ Other:_____

G. Does the patient meet the diagnostic criteria for Tobacco Use Disorder?      ☐ Yes ☐ No
   If Yes, please add to the Admission Physician's Order.

16.    Alcohol Screening (Circle answer & score):  Each answer has 5 choices and points are allotted as follows:

   a = 0 points (pts.)     b = 1 pts.          c = 2 pts.          d = 3 pts.          e = 4 pts.

• How often have you had a drink containing alcohol in the past year? (If a. is circled, proceed to score and enter 0)

| a. Never (0 pts.) | b. Monthly or less (1 pts.) | c. 2-4 per month (2 pts.) | d. 2-3 per week (3 pts.) | e. 4 or more per week (4 pts.) |
|---|---|---|---|---|

• How many standard drinks containing alcohol do you have on a typical day in the past year?

| a. 1 or 2 (0 pts.) | b. 3 or 4 (1 pts.) | c. 5 or 6 (2 pts.) | d. 7 to 9 (3 pts.) | e. 10 or more (4 pts.) |
|---|---|---|---|---|

• How often do you have six or more drinks on one occasion in the past year?

| a. Never (0 pts.) | b. Less than monthly (1 pts.) | c. Monthly (2 pts.) | d. Weekly (3 pts.) | e. Daily or almost daily (4 pts.) |
|---|---|---|---|---|

Scoring:

Men:  A score of **4 OR MORE** is considered positive, optimal for identify hazardous drinking or active alcohol use disorders.

Women: A score of **3 OR MORE** is considered positive, optimal for identify hazardous drinking or active alcohol use disorders.

SCORE:____0____

17.    Substance Abuse (Alcohol, illegal or prescription drugs or tobacco) and Treatment:

Has patient used in the past 12 months: ☑ No ☐ Yes    Describe:_____

_____Patient denies_____

DEPARTMENT OF HEALTH
DIVISION OF BEHAVIORAL HEALTH SERVICES
**ANCORA PSYCHIATRIC HOSPITAL**

**INITIAL
PSYCHIATRIC ASSESSMENT AND
TREATMENT/STABILIZATION PLAN**

RAZA, SAJID
108131
02-22 2?      N A H

---

**20. Initial Justification for Hospitalization/Problems/Plan of Care: (Check all that apply):**

Problem(s):

☒ Psychosis, as evidenced by: ☐ Hallucinations, specify:_____

☐ Delusions, specify:_____

☒ Other:_____ Guarded, Paranoid.

☒ Mood Disturbance, as evidenced by:___ N/A    Mood lability.

☒ Substance Abuse, as evidenced by: N/A

☒ Other: N/A _____, as evidenced by:_____

Long Term Goal:

☒ Patient will demonstrate a reduction of psychiatric symptomology, Mood lability, Guarded, Paranoia (specify) prior to discharge.

☒ Patient will remain free of injury to self, others, property during hospitalization.

☒ Allow for placement in a less restrictive environment.

☒ Patient will utilize resources and supports to maintain their own safety and psychiatric stabilization prior to discharge.

☒ Other: Patient will utilize coping skills and maintain safety

Short Term Objective:

☒ Patient will remain free of injury to self, others, property for the next 7 days.

☒ Patient will successfully transition to therapeutic milieu/active treatment as demonstrated by appropriate social interactions, self-care medication adherence, participation in discipline specific assessments and review of recommended treatment mall programming within 7 days.

☒ Patient will identify target symptoms contributing to hospitalization within 7 days.

☒ Patient will provide at least one benefit of medication/treatment within 7 days.

☒ Other: Patient will utilize coping skills and maintain safety

Intervention:

☒ Patient observation via:        ☐ 1:1 observation        ☒ Every 15 minute safety check        ☐ Fall Risk Evaluation

☒ Medication Management

☒ Staff will provide the patient unit-specific orientation to the therapeutic milieu.

☐ Treatment Team will collaborate with patient to identify initial Treatment Mall Programs with a focus towards engagement.

☒ Refer for Individual Therapy

☒ Social Service, Rehabilitation and other referred disciplines will complete assessment prior to day 7.

☐ Refer for drug use brief intervention N/A ☒ Refer for alcohol use brief intervention N/A

**DEPARTMENT OF HEALTH**
**DIVISION OF BEHAVIORAL HEALTH SERVICES**
**ANCORA PSYCHIATRIC HOSPITAL**

**INITIAL MHPEHA AND
TREATMENT/STABILIZATION PLAN**

RAZA, SAJID
108131
02-22-23        M A M

## REFUSAL DOCUMENTATION

| ATTEMPTS | HISTORY & REASON FOR REFUSAL | PHYSICAL EXAM & REASON FOR REFUSAL | MEDICAL PHYSICIAN/MOD NAME, SIGNATURE DATE & TIME |
|---|---|---|---|
| • 8 hours (Intake) | | | |
| • 72 hours | | | |
| • 2 weeks | | | |
| • 4 weeks | | | |

## ADDITIONAL REFUSAL DOCUMENTATION MUST BE NOTED ON THE COMPREHENSIVE MEDICAL PROGRESS NOTE

DEPARTMENT OF HEALTH
DIVISION OF BEHAVIORAL HEALTH SERVICES
ANCORA PSYCHIATRIC HOSPITAL

**INITIAL MHPEHA AND
TREATMENT/STABILIZATION PLAN**

**F.    Pertinent Past Medical History:**    (Check all that apply)

| | | | |
|---|---|---|---|
| ☒ Hypertension | ☐ MI | ☐ Rheumatic fever | ☐ Thyroid Disease |
| ☒ Hyperlipidemia | ☐ Gout | ☐ Allergies/Hay fever | ☐ Pneumonia |
| ☐ Palpitation | ☐ Endocrine disease | ☐ Stroke/TIAs | ☐ CAD |
| ☐ COPD | ☐ Ulcer | ☐ GI disorder | ☐ Valvular Heart Disease |
| ☐ Shortness of breath | ☐ Liver disease | ☐ Venereal disease | ☐ Congenital Heart Disease |
| ☐ Claudication | ☐ Osteoporosis | ☐ Chest pain/Angina | ☐ HIV, Hepatitis A, B & C |
| ☐ Anemia | ☐ Asthma | ☒ Diabetes | ☐ STD |
| ☐ Head trauma | ☐ Arthritis | ☐ Obesity | ☐ Metabolic Syndrome |
| ☐ Epilepsy | ☐ Arrhythmia | ☐ Menstrual Dysfunction | ☐ Congestive heart failure |
| ☐ PICA | ☐ MDRO | | |

☐ Exposure to toxins or infectious disease    ☒ Other _Allergic  Rhinitis,  DM-II,
Chronic neck & Back pain._

If any checked above, explain: _____

☐ No Pertinent Past Medical History

**G.    Hospitalizations or Surgeries (Multiple abdominal surgeries/procedures, follow-up with an abdominal x-ray to screen for PICA/Foreign Body Ingestion if clinically indicated):**

| Reason | Date | Reason | Date |
|---|---|---|---|
| Pt. had Hydrocele surgery in India | E 1999 | India | knei |
| | | | |
| | | | |
| | | | |

**H.** Previous PPD or Chest X-Ray:  ☐ Yes  ☐ No  ☐ Unknown  Result: _Neg_  Date: _2/2/23_

**I.    Family Medical History: (Check if positive)**

☐ Hypertension  ☒ Diabetes Mellitus    ☐ Cardiovascular     ☐ Cancer     ☐ Others      ☐ NONE

_____

| **GENDER IDENTITY** ☐ Trans-Female | ☐ Trans-Male | ☒ Not applicable |
|---|---|---|
| **FEMALE**    ☒ Not applicable | | |
| First Day of Last Menstrual Period: ___/___/___ | | |
| Is there any chance, the patient might be pregnant?   ☐ Yes  ☐ No | | |
| Results of urine pregnancy test: _____    ☐ Unable to give | | |
| Is Patient using birth control?   ☐ Yes  ☐ No      If Yes what type: _____ | | |

| **MALE** ☐ Not applicable | |
|---|---|
| Last Prostate Exam: _N/A_ | Results: _____ |
| PSA Test: _1.26 ng/ml_ | Results: _on 2/2/23. With in normal (sic)_ |

**DEPARTMENT OF HEALTH**
**DIVISION OF BEHAVIORAL HEALTH SERVICES**
**ANCORA PSYCHIATRIC HOSPITAL**

**INITIAL MHPEHA AND**
**TREATMENT/STABILIZATION PLAN**

L. **Pain Identification Screening**

Does the patient have the cognitive/verbal ability to express their pain?   ☒ Yes   ☐ No
If Yes, complete section **A. or B.** to assess patient's current pain level.

If No, complete section **C.** to assess patient's current pain level.

A. ☒   Graphic Rating Scale (Mark number patient verbalizes.)

|---------|--------|--------|--------|--------|--------|--------|--------|--------|---------|
0    1    2    ③    4    5    6    7    8    9    10

No                Moderate              Worst
Pain              Pain            Possible Pain

B. ☐   Wong-Baker FACES Pain Rating   (Mark number corresponding to the facial expression that best describes how patient is feeling.)

NO HURT    HURTS LITTLE BIT    HURTS LITTLE MORE    HURTS EVEN MORE    HURTS WHOLE LOT    HURTS WORST
0         2         4         6         8         10

Wong D L, Hockenberry-Eaton M, Wilson D, Winkelstein M L, Schwartz P. (2001). Wong's Essentials of Pediatric Nursing. (6th ed.). St. Louis. Mosby. 1301.

C. ☐   Critical-Care Pain Observation Tool (Mark score that best describes observation of patient.)

| Indicator | Description | Score | |
|---|---|---|---|
| Facial expression | No muscular tension observed | Relaxed, neutral | 0 |
| | Presence of frowning, brow lowering, orbit tightening, and levator contraction | Tense | 1 |
| | All of the above facial movements plus eyelid tightly closed | Grimacing | 2 |
| Body movements | Does not move at all (does not necessarily mean absence of pain) | Absence of movements | 0 |
| | Slow, cautious movements, touching or rubbing the pain site, seeking attention through movements | Protection | 1 |
| | Pulling tube, attempting to sit up, moving limbs/thrashing, not following commands, striking at staff, trying to climb out of bed | Restlessness | 2 |
| Muscle tension Evaluation by passive flexion and extension of upper extremities | No resistance to passive movements | Relaxed | 0 |
| | Resistance to passive movements | Tense, rigid | 1 |
| | Strong resistance to passive movements, inability to complete them | Very tense or rigid | 2 |
| Vocalization | Talking in normal tone or no sound | Talking in normal tone or no sound | 0 |
| | Sighing, moaning | Sighing, moaning | 1 |
| | Crying out, sobbing | Crying out, sobbing | 2 |

**TOTAL SCORE:** _____

**NO PAIN = 0     WORST PAIN = 8**

Gelinas, 3A, (2011). Observation pain scales in critically ill adults. Critical Care Nurse. 33, 68-78.

Location: ___Neck & lower back_____

Pain Character: ___Chronic dull ache._____

Frequency: ___Continuous_____

Duration: ___Chronic since 2019_____

Pain Modifiers: ___No relief with pain meds._____

If Yes, explain: ___Pt. mentioned that he was seeing a chiropractic x 8 months prior to arrest. Therapy was D/c'd. Now is worst._____

**INITIAL MHPEHA AND**
**TREATMENT/STABILIZATION PLAN**
**Page 5 of 10**

**DEPARTMENT OF HEALTH**
**DIVISION OF BEHAVIORAL HEALTH SERVICES**
**ANCORA PSYCHIATRIC HOSPITAL**

**INITIAL MHPEHA AND**
**TREATMENT/STABILIZATION PLAN**

RAZA, SAJID
108131
~~~~~~    M A N

# PHYSICAL EXAMINATION

Vital Signs:    Blood Pressure: 143/82    (Check one) ☒ Sitting or ☐ Standing    ☐ Supine
Pulse 83    Respiratory Rate: 18    Temperature: 97.3
General Appearance: Well built & nourished with stable mo_

### (Check Yes or No for A. through L.)

**A.    SKIN:**

| | | | | | | |
|---|---|---|---|---|---|---|
| warm | ☒ Yes ☐ No | elastic | ☒ Yes ☐ No | dryness | ☐ Yes ☒ No |
| normal | ☒ Yes ☐ No | scars | ☐ Yes ☒ No | rashes | ☐ Yes ☒ No |
| tattoos | ☐ Yes ☒ No | decubitus ulcer | ☐ Yes ☒ No | | |

Describe Abnormal Findings: Pt has Vitiligo skin condition.

_____

**B.    HEAD & NECK:**

| | | | | | | |
|---|---|---|---|---|---|---|
| normocephalic | ☒ Yes ☐ No | neck stiffness | ☐ Yes ☒ No | supple | ☒ Yes ☐ No |
| carotid bruit | ☐ Yes ☒ No | trachea in midline | ☒ Yes ☐ No | enlarged | ☐ Yes ☒ No |
| jugular venous distension | ☐ Yes ☒ No | | | | |

Describe Abnormal Findings: N/A

_____

**C.    EYES:**

| | | | | | | |
|---|---|---|---|---|---|---|
| exophthalmos | ☐ Yes ☒ No | ptosis | ☐ Yes ☒ No | sclera white | ☒ Yes ☐ No |
| Pupils: regular shape | ☒ Yes ☐ No | equal | ☒ Yes ☐ No | reactive to light | ☒ Yes ☐ No |

Describe Abnormal Findings: N/A

_____

**D.    ENT:**

| | | | | | | |
|---|---|---|---|---|---|---|
| ear canals open | ☒ Yes ☐ No | nose congested | ☐ Yes ☒ No | Tongue: swelling | ☐ Yes ☒ No |
| Mouth, throat, mucosa: | lesions | ☐ Yes ☒ No | | | |
| Teeth: evident caries | ☒ Yes ☐ No | dentures | ☐ Yes ☒ No | | |

Describe Abnormal Findings: Note pt. could not protrude tong_
tip out, possible tongue tie spontaneously. No defect
in speech.

**E.    CHEST:**

| | | | | | | |
|---|---|---|---|---|---|---|
| symmetrical | ☒ Yes ☐ No | equal expansion | ☒ Yes ☐ No | lungs clear to auscultation | ☒ Yes ☐ No |

Describe Abnormal Findings: N/A

_____

**F.    BREAST:**

| | | | | | | |
|---|---|---|---|---|---|---|
| symmetrical | ☒ Yes ☐ No | equal size | ☒ Yes ☐ No | flat | ☒ Yes ☐ No |
| pendulous | ☐ Yes ☒ No | masses | ☐ Yes ☒ No | nipple discharge | ☐ Yes ☒ No |
| refused | ☐ Yes ☒ No | | | | |

Describe Abnormal Findings: N/A

_____

**DEPARTMENT OF HEALTH**
**DIVISION OF BEHAVIORAL HEALTH SERVICES**
**ANCORA PSYCHIATRIC HOSPITAL**

**INITIAL MHPEHA AND**
**TREATMENT/STABILIZATION PLAN**

RAZA, SAJID
108131
02-22-23        ■ A H

## M.    NEUROLOGICAL EXAMINATION: Cranial Nerves Assessment

| | | |
|---|---|---|
| (CN-1) – Smell: Able to smell alcohol pad | ☒Yes | ☐ No |
| (CN-2) – Vision adequate to read print | ☐ Yes | ☒No |
| (CN-3) – Pupils equal and reactive to light and accommodation | ☒Yes | ☐ No |
| (CN-3, 4 & 6) – Extra ocular movements intact | ☒Yes | ☐ No |
| (CN-5) – Sensory: Light touch tested on face | ☒Yes | ☐ No |
| Motor: Chewing symmetrical | ☒ Yes | ☐ No |
| (CN-7) – Forward frowning | ☒Yes | ☐ No |
| (CN-8) – Hearing adequate | ☒ Yes | ☐ No |
| (CN-9 & 10) – Gag reflex present | ☒Yes | ☐ No |
| Patient can say "La" | ☒Yes | ☐ No |
| (CN-11) – Shoulder shrugs: Brisk | ☒Yes | ☐ No |
| (CN-12) – Tongue protruding in midline | ☒Yes | ☐ No |
| Tremor/fasciculations of tongue | ☐ Yes | ☒No |
| Atrophy | ☐ Yes | ☒No |

Abnormal Findings: _Pt. uses reading glasses._

## N.    SENSORY EXAMINATION

Light touch tested on the trunk & extremities:  present: ☒Yes  ☐ No        symmetrical: ☒Yes  ☐ No

## O.    MOTOR FUNCTION EXAMINATION

Muscle tone:    Spasticity:  ☐ Yes  ☒No        Rigidity:  ☐ Yes  ☒No

Evidence of drifting of arms when stretched out:  ☐ Yes  ☒ No

Coordination adequate to undo and do up:    buttons: ☒ Yes ☐ No    zip: ☒Yes ☐ No  laces: ☒ Yes ☐ No

Stance normal:    ☒Yes  ☐ No

Romberg sign:    ☐ Positive  ☒Negative

Gait: Evidence of abnormality such as: diminishing of arms swing    ☐ Yes  ☒ No

Ataxia:  ☐ Yes  ☒No    Waddling:  ☐ Yes  ☒No
Reflexes:  Babinski sign:  ☐ Positive  ☒Negative
Abnormal        N / A
Findings:

Medical Physician/MOD Print Name: _LAVANYA KODAVALI, MD_

Medical Physician/MOD Signature: _____

Date: _2/22/23_ Time _11:35 a.m./p.m._

**DEPARTMENT OF HEALTH .**
**DIVISION OF BEHAVIORAL HEALTH SERVICES**
**ANCORA PSYCHIATRIC HOSPITAL**

**INITIAL MHPEHA AND**
**TREATMENT/STABILIZATION PLAN**

```
RAZA, SAJID
108131
05-22-23    M A N
```

## INITIAL MEDICAL TREATMENT/STABILIZATION PLAN

Is the patient at risk for FALLS:  ☐ YES     ☒ NO
    If Yes, a referral was generated and sent to Physical Therapy:  ☐ YES     ☒ NO
Is the patient age 65 years old or older:  ☐ YES     ☒ NO
    If Yes, a referral was generated and sent to Physical Therapy for gait assessment:  ☐ YES  ☒ NO

| Diagnosis | Interventions |
|---|---|
| ① Hypertension | → Mildly elevated at admission. Continue Lisinopril 5mg PO 1st Monitor. |
| ② Diabetes Mellitus Type - 2 | → 1bt A1C was 6.3% on 1/22. Continue Metformin 1000 mg PO Bid. Monitor. |
| ③ Allergic Rhinitis | → clinically asymptomatic. Continue with Cetirizine 10/Kg/1 well Prn l EAr coll. |
| ④ Chronic Neck ⇄ Back pain due to MCA 2019. | Initiate Tylenol 650 SE 1 8 hrs PRN for pain. Keep to Physical therapy for cleaning on exercising. relieve chronic pain. |
| ⑤ Vitaligo | → No intervention needed. |

edical Physician/MOD Print Name: __LTC ANYIA , KEDMON , MD__

edical Physician/MOD Signature: _____

ate: 2 /22/ 23  Time 11 : 40 a.m./p.m.

INITIAL MHPEHA AND
TREATMENT/STABILIZATION PLAN

**DEPARTMENT OF HEALTH**
**DIVISION OF BEHAVIORAL HEALTH SERVICES**
**ANCORA PSYCHIATRIC HOSPITAL**

**INITIAL MHPEHA AND**
**TREATMENT/STABILIZATION PLAN**

ᛚᛚᛚ ᛁᚨᛉᛁ, ᛋᚨᛃᛁᛃ
ᛁ 108131
ᛟᚱᚨᛋᛁᚨᛋ    ᚾ ᚨ ᚾ

---

**G.  HEART:**
S1 S2 heard    ☒ Yes   ☐ No
regular rhythm   ☒ Yes   ☐ No    murmurs   ☐ Yes   ☒ No    gallop   ☐ Yes   ☒ No
Describe Abnormal Findings: ___N / A___

**H.  SPINE:**
alignment without deviation   ☒ Yes   ☐ No    tenderness   ☒ Yes   ☐ No
Describe Abnormal Findings: _Pt C/o mild tenderness on lumbosspine on palpation. No visible redness or swelling wrd_

**I.  ABDOMEN:**
tenderness   ☐ Yes   ☒ No         organomegaly   ☐ Yes   ☒ No    masses   ☐ Yes   ☒ No
hernia    ☐ Yes   ☒ No         normal bowel sounds   ☒ Yes   ☐ No

Describe Abnormal Findings: ___N /A___

**J.  EXTERNAL GENITALIA:**   Refused Exam: ☐ Yes   ☐ No
normal male   ☐ Yes   ☐ No    normal female   ☐ Yes   ☐ No    discharge   ☐ Yes   ☒ No
lesions    ☐ Yes   ☐ No    refused   ☐ Yes   ☐ No
Describe Abnormal Findings: _____N /A_____

**K.  EXTREMITIES:**
Pulse palpable on:    upper extremities   ☒ Yes   ☐ No    lower extremities   ☒ Yes   ☐ No
joint swelling    ☐ Yes   ☒ No    edema   ☐ Yes   ☒ No
ROM inact:  arms   ☒ Yes   ☐ No   legs   ☒ Yes   ☐ No
Describe Abnormal Findings: ___N /A___

**L.  LYMPH NODES: (Any Palpable)**
Cervical adenopathy   ☐ Yes   ☒ No   Axillary adenopathy   ☐ Yes   ☒ No   Inguinal adenopathy   ☐ Yes   ☒ No
Describe Abnormal Findings: ___N /A___

**DEPARTMENT OF HEALTH**
**DIVISION OF BEHAVIORAL HEALTH SERVICES**
**ANCORA PSYCHIATRIC HOSPITAL**

**INITIAL MHPEHA AND**
**TREATMENT/STABILIZATION PLAN**

REZA. SAJID
108131
[illegible]      N A M

## M.    REVIEW OF SYSTEMS

| Yes | No | HEENT | Yes | No | GU |
|-----|-----|-------|-----|-----|-----|
| ☐ | ☒ | Double Vision | ☐ | ☒ | Frequent/Painful Urination |
| ☒ | ☐ | Vision Impairment | ☐ | ☒ | Incontinence |
| ☐ | ☒ | Hearing Impairment | ☐ | ☒ | Blood in Urine |
| ☐ | ☒ | Ringing in the ears | ☐ | ☒ | Sexual Dysfunction |
| ☐ | ☒ | Dental Problems | | | **GYN** |
| ☐ | ☒ | Sore Throat | ☐ | ☒ | Menstrual irregularity |
| ☐ | ☒ | Bleeding Gums | ☐ | ☒ | Breast lump/pain/discharge |
| ☐ | ☒ | Bleeding Nose | ☐ | ☒ | Pregnancy |
| | | **CARDIOVASCULAR** | | | **NEUROLOGY** |
| ☐ | ☒ | Chest Pain | ☐ | ☒ | Headaches |
| ☐ | ☒ | Palpitation | ☐ | ☒ | Seizures |
| ☐ | ☒ | Murmur or Arrhythmia | ☐ | ☒ | Tremor |
| | | **PULMONARY** | ☐ | ☒ | Loss of Strength |
| ☐ | ☒ | Shortness of Breath/Orthopnea | ☐ | ☒ | Loss of Sensation |
| ☐ | ☒ | Coughing/Wheezing | ☐ | ☒ | Gait Difficulties |
| | | **GI** | | | **SKIN** |
| ☐ | ☒ | Loss of Appetite | ☐ | ☒ | Rashes |
| ☐ | ☒ | Weight Change | ☐ | ☒ | Itching |
| ☐ | ☒ | Abdominal Discomfort | ☐ | ☒ | Hair/Warts |
| ☐ | ☒ | Change-Bowel Habits | | | **MUSCULO-SKELETAL** |
| ☐ | ☒ | Constipation | ☐ | ☒ | Joint pain/Swelling |
| ☐ | ☒ | Diarrhea | ☒ | ☐ | Backache |
| ☐ | ☒ | Fatigue/dizziness | ☒ | ☐ | Others |

Vital Signs:    Blood Pressure: 143/82    (Check one) ☒ Sitting or ☐ Standing    ☐ Supine
Pulse ___8̅3̅___    Respiratory Rate: ___18___    Temperature: ___97.3___ Po₂ 9?/
RA

Initial impression/Pertinent observation findings: _____

Comments (abnormal findings): _____

Medical Physician/MOD Print Name: _____ EDWARD, MD

Medical Physician/MOD Signature: _____

Date: 2/22/2023 Time  11 : 28 a.m./p.m.

INITIAL MHPEHA AND
TREATMENT/STABILIZATION PLAN
Page 6 of 10

**DEPARTMENT OF HEALTH**
**DIVISION OF BEHAVIORAL HEALTH SERVICES**
**ANCORA PSYCHIATRIC HOSPITAL**

**INITIAL MHPEHA AND**
**TREATMENT/STABILIZATION PLAN**

FAZI, SAJID
108131
62/11/28    N A K

**J.    Review of Laboratory Data, Consultations and X-Rays from Sending Facility:**

_Lab ( 2/2/23 )          7.6 > 14-2  217k    TSH = 6.67_
_4-3.5_
_138  97  10  41         9.9/  Alt  4.9_
_6.3  24  1.2_
_report   EKG   NSR  RTc 405 mSec_
_TB 54 (PPD) → Read on 2/4/23 → Negative_
_Covid 19 → Fully Immunized including Bivalent_
_1 Azea vaccine (10/27/22)_

Hepatitis/HIV Risk Factors:  (Check all that apply below)

Blood transfusion prior to 1992    ☐ Yes  ☒ No      History IV drug use  ☐ Yes  ☒ No

Contact with blood/bloody fluid    ☐ Yes  ☒ No      H/O Hepatitis      ☐ Yes  ☒ No

HIV    ☐ Yes  ☒ No

**☐ No Hepatitis/HIV Risk Factors**

**K.    Choking Risk Screening**

Choking Risk Factors

1. Major loss of teeth or edentulous  ☐ Yes  ☒ No

2. Abnormal tongue movement      ☐ Yes  ☒ No

3. Severe cognitive impairment     ☐ Yes  ☒ No

4. Impaired gag reflex          ☐ Yes  ☒ No

Is patient at risk for choking:      ☐ Yes  ☒ No

Current Diet

☒ Regular      ☐ Chopped      ☐ Ground      ☐ Pureed

Comments/Clarification:_____ N/A _____

**DEPARTMENT OF HEALTH**
**DIVISION OF BEHAVIORAL HEALTH SERVICES**
**ANCORA PSYCHIATRIC HOSPITAL**

**INITIAL MHPEHA AND**
**TREATMENT/STABILIZATION PLAN**

RAZA, SAJID
108131
C. - 2.-23      M A H

Source of Information      ☒ Patient    ☐ Family    ☐ Significant Other    ☒ Records

Language Line utilized to complete the Screening:  ☐ (Check if applicable)    N/A

If checked, Name of Language Line Interpreter_____ N/A _____

**Please complete the following Initial Medical History and Physical Examination**
**after the verbal consent is obtained from the patient.**

## INITIAL MEDICAL HISTORY

A.  **Chief Complaint/Present Illness:** _57 y olcl m--cl  transport_
_from Camden County jail for 1ST eval._
_Pt. c/o chronic back & back pain due_
_to MVA in 2019. Pain is 3/10._
_He currently declining fracture_

B.  **Allergies, Food & Medication (Describe):** _NK DA  i. offered Fin.../r_
_Allergy to PCRR_

C.  **Adverse Drug Reactions (Describe):** _____

D.  **Medical Health Care Advance Directive**

Is the patient interested in creating a Medical Advance Directive?: ☐ Yes ☒ No ☐ Unable to answer

• If No, ☐ Patient has existing Medical Advance Directive, filed in chart    ☐ Yes ☒ No

E.  **Personal History:** ☐ None  (Check all that apply)

| | Quantity | Last Used |
|---|---|---|
| ☒ Smoking/Tobacco | None | |

If checked above, Specify: ☐ Cigarettes, ☐ Cigars, ☐ Pipe, ☐ Chewing Tobacco ☐ Other:_____

| | | |
|---|---|---|
| ☒ Alcohol | Social | |
| ☒ Drugs | None | |

DEPARTMENT OF HEALTH
DIVISION OF BEHAVIORAL HEALTH SERVICES
**ANCORA PSYCHIATRIC HOSPITAL**

RAZA, SAJID
108131
02-22-23    M A M

**INITIAL
PSYCHIATRIC ASSESSMENT AND
TREATMENT/STABILIZATION PLAN**

---

**CONTINUED** 20. Initial Justification for Hospitalization/Problems/Plan of Care: (Check all that apply):

**Assets/Patient Strengths (Check all that apply):**

☐ Motivation and readiness to change:_____

☐ Setting and pursing goals:_____

☐ Managing surrounding demands and opportunities:_____

☐ Exercising self-direction:_____

☐ Financial stability:_____

☑ Vocational interests/hobbies: Watch TV, react

☐ Cultural/spiritual/religious/community involvement:_____

☑ Supportive Family/Friends: Patient reports he was residing at home prior to inpatient.

☐ Access to housing/residential stability:_____

☐ Steady employment:_____

☐ Awareness of substance abuse:_____

☐ Knowledge of medications:_____

☐ Interpersonal relationships and supports:_____

☐ Other:_____

---

**Anticipated Discharge Plan (Check all that apply):**

**SERVICES**

☑ Outpatient Mental Health Treatment

☑ PACT/ICMS

☐ Substance Abuse Treatment

☐ Other:_____

**PLACEMENT**

☐ Home/Family        ☐ Supportive housing

☐ Group home         ☐ Boarding home/RHCF

☐ Nursing home

☑ Other: Patient admitted from Camden County Jail

---

Psychiatrist/APN Print Name:___MD JI ODUNUGA___  Psychiatrist's/APN's Signature:___MD JI Odunuga APN___

Date: 2/22/2023   Time: 11:0_ a.m./p.m.

Pt seen & assessed

Sohail A. Rana
02/22/2023   11:05 AM

Initial N-1   Sohail A. Rana, MD
SR:mo   Revised 4/01/2022   Clinical Psychologist
MedRec/Initial Chart Documents/initial psychiatric assessment

**DEPARTMENT OF HEALTH**
DIVISION OF BEHAVIORAL HEALTH SERVICES
**ANCORA PSYCHIATRIC HOSPITAL**

**INITIAL**
**PSYCHIATRIC ASSESSMENT AND**
**TREATMENT/STABILIZATION PLAN**

18.   Admitting Diagnoses:

Psychiatric: _Unspecified Schizophrenia Spectrum & Other Psychotic Disorder_

_____

_____

Medical: _Diabetes Mellitus, Seasonal Allergic Rhinitis_
_Hyperlipidemia- Hypertension,_
_Chronic Back & neck pain secondary to MVA in 2019_

19.   Summary or Assessment: _Patient is a 53 y/s Old Indian_
_American male admitted to unit from Camden_
_County jail. It was reported that Patient was_
_uncooperative with initial Psychiatric evaluation /_
_the dil. It was reported that Patient exhibited_
_agitation, hostility, paranoia, delusional (wishy & yelling._
_Patient is ordered a Judge to APH for Competency_
_evaluation, Upon admission to unit, he Present_
_guarded. he's hyperteal or completing the trial. He_
_denies suicidal and homicidal ideations. He denies_
_auditory and visual hallucinations. Placed on LOS I_

Recommended Assessments (Include assessment type and reason for referral): _____

_____
_____
_____
_____
_____
_____
_____
_____

**DEPARTMENT OF HEALTH**
DIVISION OF BEHAVIORAL HEALTH SERVICES
**ANCORA PSYCHIATRIC HOSPITAL**

**INITIAL**
**PSYCHIATRIC ASSESSMENT AND**
**TREATMENT/STABILIZATION PLAN**



---

**Step 6: Non-Suicidal Self-Directed Violence/Self Injurious Behavior (e.g., foreign body ingestion, cutting, burning, etc.)**

☐ Past Month    ☐ Lifetime    ☑ None Reported
Describe:_____

**Step 7: Summarize Short and Long Term Risk and Lethality (state clinical rationale for risk level including description of current or past suicidal behavior and any interventions in addition to those identified in Step 5.)**

Patient denies suicidal ideation.

Patient denies history of suicidal attempt

Patient denies family history of suicidal attempt

Patient is low suicidal risk

---

13.    Violence Risk Assessment.

| • History of violence towards others/violent legal offenses | ☐ No | ☑ Yes | • Any violence/homicide potential assessed at present | ☑ No | ☐ Yes |
|---|---|---|---|---|---|
| • Current Violence towards others/violent legal offenses (past 6 months) | ☑ No | ☐ Yes | • History of sex offenses or other high risk behaviors | ☑ No | ☐ Yes |
| • Violent intent/threats to harm others or property | ☑ No | ☐ Yes | • History of damage to property | ☑ No | ☐ Yes |
| • Command hallucinations to harm others or property | ☑ No | ☐ Yes | • History of fire setting | ☑ No | ☐ Yes |

Comments/Clarification (If any boxes check yes, explain): Patient incarcerated on 10/31/19

---

14.    Trauma Screening:

History of Trauma/Physical of Emotion Abuse:    ☐ Yes    ☑ No

If Yes, check all that apply:    Physical Abuse: ☐ Yes    Sexual Abuse: ☐ Yes    Emotional Abuse: ☐ Yes

Is there a history of abuse, neglect as a child or adult that places this patient at increased risk if placed in restraint:    ☐ Yes  ☑ No
Comments:_____

DEPARTMENT OF HEALTH
DIVISION OF BEHAVIORAL HEALTH SERVICES
**ANCORA PSYCHIATRIC HOSPITAL**

**INITIAL
PSYCHIATRIC ASSESSMENT AND
TREATMENT/STABILIZATION PLAN**

RAJA, SAJID
108151
02-22-21    H A N

---

**Access to lethal methods:**  ☐ Yes  ☒ No

Ask **specifically** about presence or absence of a firearm in the home or ease of accessing. A "Yes" response should be commented below:

*Patient denies access to gun*

---

**Step 2: Identify Protective Factors (Protective factors may not counteract significant acute suicide risk factors)**

| Internal: | External: |
|---|---|
| ☐ Ability to cope with stress | ☑ Cultural, spiritual and/or moral attitudes against suicide |
| ☐ Frustration tolerance | ☑ Responsibility to children |
| ☐ Religious beliefs | ☐ Beloved pets |
| ☐ Fear of death or the actual act of killing self | ☐ Supportive social network of family or friends |
| ☑ Identifies reasons for living | ☐ Positive therapeutic relationships |
| | ☐ Engaged in work or school |

**Step 3: Specific Questioning about Thoughts, Plans, and Suicidal Intent**

☑  N/A, if "No" to question 2 in Step 1    Patient ☐ Unable or ☐ Unwilling to respond. Please explain:

| C-SSRS Suicidal Ideation Intensity (with respect to the most severe ideation identified in Step 1, 1) – 5) above) | Past Month |
|---|---|
| **Frequency**<br>How many times have you had these thoughts?<br>(1) Less than once a week    (2) Once a week    (3) 2-5 times in week    (4) Daily or almost daily<br>(5) Many times each day | N/A |
| **Duration**<br>When you have the thoughts how long do they last?<br>(1) Fleeting - few seconds or minutes    (4) 4-8 hours/most of day<br>(2) Less than 1 hour/some of the time    (5) More than 8 hours/persistent or continuous<br>(3) 1-4 hours/a lot of time | N/A |
| **Controllability**<br>Could/can you stop thinking about killing yourself or wanting to die if you want to?<br>(1) Easily able to control thoughts    (4) Can control thoughts with a lot of difficulty<br>(2) Can control thoughts with little difficulty    (5) Unable to control thoughts<br>(3) Can control thoughts with some difficulty    (0) Does not attempt to control thoughts | N/A |
| **Deterrents**<br>Are there things - anyone or anything (e.g., family, religion, pain of death) - that stopped you from wanting to die or acting on thoughts of suicide?<br>(1) Deterrents definitely stopped you from attempting suicide    (4) Deterrents most likely did not stop you<br>(2) Deterrents probably stopped you    (5) Deterrents definitely did not stop you<br>(3) Uncertain that deterrents stopped you    (0) Does not apply | N/A |
| **Reasons for Ideation**<br>What sort of reasons did you have for thinking about wanting to die or killing yourself? Was it to end the pain or stop the way you were feeling (in other words you couldn't go on living with this pain or how you were feeling) or was it to get attention, revenge or a reaction from others? Or both?<br>(1) Completely to get attention, revenge or a reaction from others<br>(2) Mostly to get attention, revenge or a reaction from others<br>(3) Equally to get attention, revenge or a reaction from others and to end/stop the pain<br>(4) Mostly to end or stop the pain (you couldn't go on living with the pain or how you were feeling)<br>(5) Completely to end or stop the pain (you couldn't go on living with the pain or how you were feeling)<br>(0) Does not apply | N/A |
| **Total Score** | 0 |

DEPARTMENT OF HEALTH
DIVISION OF BEHAVIORAL HEALTH SERVICES
**ANCORA PSYCHIATRIC HOSPITAL**

**INITIAL
PSYCHIATRIC ASSESSMENT AND
TREATMENT/STABILIZATION PLAN**

RAZA, SAJID
108131
02-22-23    N A H

---

**Cognitive:**    Alert: ☑ Yes    ☐ No

1. Orientation:    Time: ☑ Yes    ☐ No    Place: ☑ Yes    ☐ No    Person ☑ Yes    ☐ No

2. Registration:  Ask the patient to repeat 3 words    _3_/3

3. Attention and Calculation:    Serial 7's, test up to 5 subtractions  **OR**  if patient refuses serial 7's, then spell WORLD,
                                  TULIP, BROWN backwards    _0_/5
                                  (Score numbers of letters in correct position, e.g., DRLOW = 3/5)

4. Recall after test of attention    _3_/3

5. Recent Memory: _____    ☑ Intact    ☐ Impaired  As evidenced by: _____
    Patient 16 able to recall 3 items out of 3

6. Remote Memory: _____    ☑ Intact    ☐ Impaired  As evidenced by: Patient is
    able to recall that he was arrested and taken to jail

7. Estimation of Intellectual Function.    ☑ Average    ☐ Below Average    ☐ Above Average

Basis of estimation:    ☑ Language skills    ☑ Fund of knowledge    ☐ Executive functioning  ☐ Education achievement

Other: _____

8. Insight into illness: _Limited_    As evidenced by: _Does not think_
    _that has any mental health issues_

9. Judgment: _Poor_    As evidenced by: _Not cooperating_
    _with the legal system_

**DEPARTMENT OF HEALTH
DIVISION OF BEHAVIORAL HEALTH SERVICES
ANCORA PSYCHIATRIC HOSPITAL**

**INITIAL
PSYCHIATRIC ASSESSMENT AND
TREATMENT/STABILIZATION PLAN**

RAZA, SAJID
108131
02-22-23    N A M

5.  Past Psychiatric History (Past history of any psychiatric problems and treatment, including prior precipitating factors, diagnoses, course and treatment. What medications or supports helped him/her improve in the past?):

Patient was incarcerated at Camden County Jail. He denies history of psychiatric admissions. He denies use of substance.

6.  Medical History/Surgical History: Hypertension.
Hyperlypidemia
Allergic Rhinitis
DM Type - 2.
Chronic Back + Neck pain secondary to MVA 1329

7A.  Allergies (Include Food and Drug Allergies): NKDA
NKFA

7B.  Adverse Drug Reactions: None Reported

8.  Gender Identity: ☐ Trans-Female    ☐ Trans-Male    ☒ N/A

9.  Social and Family History (Past family, education, vocational, occupational and social history): Patient reports that prior to incarceration, they he was residing in a house with his family. He reports that he's married with 2 children. 2 Hrs old son and 17 yrs old daughter. He reports that he was born in India, attended school in India and completed 12th grade. He reports that he was an uber driver prior to incarceration.

10. Legal History (Include dates of incarceration, if any, and implications for treatment, as applicable): Patient was incarcerated on 10/31/2019 for charges of endangering the welfare of a child, Terroristic threats, Stalking and False Public Alarm

| DEPARTMENT OF HEALTH<br>DIVISION OF BEHAVIORAL HEALTH SERVICES<br>ANCORA PSYCHIATRIC HOSPITAL<br><br>**INITIAL**<br><br>**SOCIAL WORK ASSESSMENT** | Patient Name: Sajid Raza<br>Admission: 2/22/2023<br>DOB:<br>Hospital ID: 108131 |
| --- | --- |

- Indicate the community resources and support systems to be utilized in discharge planning, which shall include the Social Work tasks which will need to be completed in order for discharge to occur.

The community resources and support systems that the social worker will be utilized in discharge planning will be as follows:

➢ Social worker will coordinate discharge back to the jail once Mr. Raza is found fit to stand trial.
➢ Social worker will provide clinical updates to the jail or other court identified placements.
➢ Social worker will explore community support options for Sajid such as ICMS and PACT should his detainer be dropped.
➢ Social worker will schedule a family meeting to discuss discharge should his detainer be dropped.

mo
MedRec/Chart Forms/Social Service/Initial SW assessment

**SIGNATURE: This Document was Electronically Signed By UKA, JOHN on Friday, February 24, 2023 at 11:30:08 AM**

| DEPARTMENT OF HEALTH<br>DIVISION OF BEHAVIORAL HEALTH SERVICES<br>ANCORA PSYCHIATRIC HOSPITAL<br><br>**INITIAL**<br><br>**SOCIAL WORK ASSESSMENT** | Patient Name: Sajid Raza<br>Admission: 2/22/2023<br>DOB:<br>Hospital ID: 108131 |
|---|---|

- Any medical or physical conditions which could affect functioning in the community or discharge planning

Mr. Raza does not currently have any medical or physical conditions which could affect his functioning in the community or discharge planning. He was receiving treatment in the community for Diabetes Miletus, but this is not currently a barrier to discharge.

## 13.   Legal Status:

- State patient's current legal status, including Krol or detainer charges and authority involved, probation/parole, restraining order, etc., as well as legal guardianship or power of attorney (include guardianship type, i.e., general, limited (person or estate), medical).
- Describe influence of legal status on hospitalization and impact on discharge planning.

Mr. Raza is on a detainer out of Camden County. This stems from an incident on 10/30/2019 in Gloucester Township wherein he is accused of stalking (two counts), Endangering the Welfare of a Child (six counts) by engaging in a course of conduct and a series of behaviors that put the welfare of his tenant's child at risk; Terroristic Threats (two counts) by threatening to blow up the victim's home and False Public Alarm by going to the school of the victim's child and making fraudulent reports thereby triggering the school to call the Division of Child Protection and Permanency for an investigation as well as calling the police to report that there was a man in the victim's home who brandished a handgun at him. It is important to note that the list of behaviors occurred between August 14, 2019, and October 30, 2019. The victim in questions is one of his tenants and her child. Mr. Raza has a private attorney named Andrew M. Duclair. Andrew's telephone number is 856-428-4020. Sajid reported that he was given a public defender whom he fired for not having his own interest at heart and then hired his current attorney whom he accuses of 'working for the judge and the prosecutor instead of working for him'. Sajid is very critical of the legal system as corrupt. He reported that even though he hired a private attorney (for five thousand dollars), he has come to realize that the attorney was on the side of the prosecutor instead of being on his side. Mr. Raza buttressed his argument with the fact that his attorney advised him to take a plea agreement which he refused. Sajid reported that he has filed a lawsuit with the Federal Court for undue incarceration which has violated his rights notably his First, Fifth, Eighth and 14th amendments. Besides current charges, Mr. Raza reported that he does not have any outstanding legal charges or warrants besides current detainer, has no restraining order and no legal guardian or power of attorney and is not on parole or probation and has never been on parole or probation. Mr. Raza's detainer status means that discharge would need to be approved by the court.

## 14.   Financial Status, Employment / Military History, Identification Status:

- Income source, location and payee contact information if applicable
- How funds are received (check, direct deposit, Direct Express card)
- Information about checking or savings account
- Employment – types, dates, duration, problems
- Vocational skills, training, interests
- Military history including type of discharge, if service-connected
- List the forms of identification the patient possesses (social security card, birth certificate, photo ID card) and where they are currently located.

| DEPARTMENT OF HEALTH<br>DIVISION OF BEHAVIORAL HEALTH SERVICES<br>ANCORA PSYCHIATRIC HOSPITAL<br><br>**INITIAL**<br><br>**SOCIAL WORK ASSESSMENT** | Patient Name: Sajid Raza<br>Admission: 2/22/2023<br>DOB:<br>Hospital ID: 108131 |
|---|---|

- List involved agencies, approximate dates of treatment, interventions utilized and whether they were successful
- Previous Hospital admission(s)

Mr. Raza was court transferred to APH for a competency evaluation (IST60) on the order of Honorable Judge Yolanda Rodriguez J.S.C of Camden County Superior Court. This was precipitated by his failure to attend competency evaluation meeting with clinical psychologist Dr. Dena Young of AKFC on 10/18/2022 and 1/5/2023. Mr. Raza has no prior history of psychiatric hospitalization in state and in community facilities. Records indicate that he has refused all mental health treatment at the jail and wrote a letter to the judge accusing her of 'trying to kill him' by not releasing him from jail.

## 5. Living Arrangements Prior to Admission:

- Describe type of housing, level of supervision, supports if any, agency affiliation
- Name of Facility, whether patient can return
- If private residence include relationship to home/lease owner if not patient, number in household, whether patient can return

Mr. Raza was at Camden County Jail where he has been since 10/31/2019. He was residing at his home (mortgage) in Blackwood, NJ with his wife and children prior to his incarceration. Sajid reported he has a home to go to if his legal situation is resolved.

## 6. Family of Origin:

- Include names of parents including mother's maiden name, # of siblings, names of siblings who are actively involved with the patient
- Note any special relationships with extended family members
- Comment on type and quality of relationship(s) with family members
- Note any significant emotional and/or physical health problems including substance abuse and psychiatric issues of family members and/or significant others
- Include cross-cultural influences and conflicts
- Family expectations toward hospitalization, treatment and discharge

Mr. Raza reported that he was born and raised in Patna in India by his parents who were married. His mother is living but his father died in 2011. He reported that he was one of five siblings: two sisters and two brothers. He reported that all his siblings were in the US. Sajid reported that he immigrated to the US in 1999 on an immigrant visa and was later joined by his wife and their then two years old son. He initially settled in Detroit, Michigan before relocating to New Jersey in 2019. Consistent with Mr. Raza's account, his son, Altaf Raza reported no family history of mental illness or substance abuse. Mr. Raza's family expects him to be evaluated and cleared to go and deal with his legal problem.

## 7. Childhood and Adolescence:

- Note city, state, country where patient was born
- Provide information on who raised patient
- Describe any unusual behaviors, events, development problems
- Include any stressors/losses
- Include social development, peer relations and psychosexual development issues

DEPARTMENT OF HEALTH
DIVISION OF BEHAVIORAL HEALTH SERVICES
ANCORA PSYCHIATRIC HOSPITAL

**DISCHARGE SUMMARY**

Patient Name: Sajid Raza
Admission: 2/22/2023
DOB
Hospital ID: 108131
Discharge Date: 3/28/2023

CLINICAL COURSE OF TREATMENT:
Pt was not on any medications from jail. He presented as distrustful of legal symptoms with some possible symptoms of paranoia but no clear delusions or any other potential symptoms of mental illness. Pt declined trials of medications during admission and presented no problems with unit routine. He had no aggressive behaviors during admission. He appearted to understand the legal system well and was found fit to proceed. Patient received appropriate medical care from ward internist. Patient did not have any SI/HI, AVH or other concerning symptoms.

CONDITION AND FINAL ASSESSMENT ON DISCHARGE INCLUDING FUNCTIONAL STATUS:

Appearance- Well groomed
Behavior- Calm, cooperative
Speech- Indian accent, somewhat dysarthric
Mood- "good"
Affect- Euthymic, congruent
TP- Linear, goal directed
TC- No AVH, Denies SI/HI
Insight- Fair
Judgement- Fair
Cognition- Average fund of knowledge, oriented x3, memory intact

FINAL DIAGNOSES:

Psychiatric:    Unspecified psychotic disorder

Medical:    HTN, HLD, DM2

AFTERCARE PLAN: Patient was discharged back to jail where he will receive aftercare

Medications: Not on psychotrophic medications, on some meds for medical problems

***SIGNATURE: This Document was Electronically Signed By PAPA, CHRISTOPHER on Tuesday, April 04, 2023 at 8:39:31 AM***



**Criminal and Court History**

**Complaint Number:  W 2019 001410 0415**                    **PSA Run Date:  10/31/2019 09:25 AM**

## Supplemental Information (Not Included in PSA Calculation)

Parole information reflects latest status entered into OBCIS.


# New Jersey Courts
Independence · Integrity · Fairness · Quality Service

**Public Safety Assessment (PSA)**

| Complaint Number: W 2019 001410 0415 | PSA Run Date: 10/31/2019 09:25 AM |
|---|---|

<div align="center">

*** **RECOMMENDATION TO COURT** ***
**RELEASE ON OWN RECOGNIZANCE**

</div>

**Risk Scale: Failure to Appear**

Low  High    *New Violent Criminal Activity Flag: No*

**Risk Scale: New Criminal Activity**

Low ① ② ③ ④ ⑤ ⑥ High

Out of State Criminal History:    **Unknown at This Time**

---

1. Age at Current Arrest: **50**

2. Current Violent Offense: **Yes**

  **2a.** Current Violent Offense and 20 Years Old or Younger: **No**

3. Pending Charge at the Time of Offense: **No**

4. Prior Disorderly Persons (DP) Conviction: **No**

5. Prior Indictable Conviction: **No**

  **5a.** Prior Conviction: **No**

6. Prior Violent Conviction: **0**

7. Prior Failure to Appear Pretrial in Past 2 Years: **0**

8. Prior Failure to Appear Pretrial Older Than 2 Years: **No**

9. Prior Sentence to Incarceration (14 Days or More): **No**

| Case ID | Offense Date | Arrest Date | Charge | Aux Charge | Degree | Violent Charge | MERA Charge | Specific Weapons Charge | DV Related | Source |
|---|---|---|---|---|---|---|---|---|---|---|
| W 2019 001410 0415 | 10/30/2019 | 10/31/2019 | 2C:12-10B STALKING-ENGAGE CONDUCT REASONABLE PERSON PUT IN FEAR | | 4 | YES | NO | NO | NO | ACS |
| W 2019 001405 0415 | 09/27/2019 | 10/31/2019 | 2C:12-3B TERRORISTIC THREATS-THREATEN IMMINENT DEATH-PURP FEAR | | 3 | NO | NO | NO | NO | ACS |
| W 2019 001406 0415 | 09/27/2019 | 10/31/2019 | 2C:12-3B TERRORISTIC THREATS-THREATEN IMMINENT DEATH-PURP FEAR | | 3 | NO | NO | NO | NO | ACS |
| W 2019 001407 0415 | 10/24/2019 | 10/31/2019 | 2C:12-10B STALKING-ENGAGE CONDUCT REASONABLE PERSON PUT IN FEAR | | 4 | YES | NO | NO | NO | ACS |
| W 2019 001408 0415 | 10/24/2019 | 10/31/2019 | 2C:12-10B STALKING-ENGAGE CONDUCT REASONABLE PERSON PUT IN FEAR | | 4 | YES | NO | NO | NO | ACS |
| W 2019 001409 0415 | 10/30/2019 | 10/31/2019 | 2C:12-10B STALKING-ENGAGE CONDUCT REASONABLE PERSON PUT IN FEAR | | 4 | YES | NO | NO | NO | ACS |

**NOTE:**   A claim for damages or injury against            1.  Twp. File No.
the Township of Gloucester under the          2.
New Jersey Tort Claims Act must be            3.
filed in writing, not later than the 90th         4.
day after accrual of the cause of action
or claim
_____
For Official Use

CLAIM AGAINST THE TOWNSHIP OF GLOUCESTER
PURSUANT TO NEW JERSEY TORT CLAIMS ACT
(N.J.S.A. 59:1-1 ET SEQ)

**FORWARD TO:**   Township of Gloucester
c/o Township Clerk
Chews Landing-Clementon Road
P.O. Box 8
Blackwood, New Jersey 08021

I.   **CLAIMANT:**

RAZA , SAJID
Last Name,     First     Middle            Date of Birth

51 CLEMENS LN
Street Address                             Mailing address, if different

BLACKWOOD   NJ  08012
City     State     Zip Code

(609) 560-0583
Telephone Number                           Social Security Number

If Notice of Correspondence in connection with this claim is to be sent to a person other than
Claimant, complete No. II below:

II.   _____            State Relationship to Claimant:
Last Name,   First     Middle

_____
Street Address

_____            (____)_____
City     State     Zip Code            Telephone Number

III.   Detail of accident, occurrence or transaction which give rise to claim:

a. 10-30-2019                             b. MID NIGHT
Date and Day of Week                          Time

c. ARRESTE IN MY HOME
Describe and give location of place of accident or transaction

_____

d. State the name and address of the Township, officer, employee, agent or agency that you
claim caused your damages, or injuries. CAMDEN COUNTY, CAMDEN COUNTY BOARD
OF HEALTH, TWP OF GLOUCESTER, GLOUCESTER TWP POLICE DEPT.
CAMDEN COUNTY PROSECUTOR OFFICE, STATE ON NEW JERSEY

OFFICE OF PUBLIC DEFENDER, DEPART MENT OF CHILD PROTETION
AND PERMANANCY

e. State the negligence or wrongful acts of the Township which caused your damages or injuries. BUNCH OF STATE EMPLOYEE AND CRIMINALS CONSPIRED HI-JACKED MY HOME, SENT ME JAIL ON 100% FALSE CHARGES

f. State the name and address of all witnesses to the accident or occurrence.

ALTAF RAZA, SAJIA RAZA

g. State the name of all police officers and police departments who investigated the accident.

DAVID J. VANNONI, GERARD A. ROBERICK, JOHN W. HARLAND ANTHONY P. MASSI, TODD V. BARTON, OFFICER GARNEY ET-C FROM GLOUCESTER TWP POLICE DEPT.

IV. Claim for Damages:

a. Check appropriate box indicating what the claim includes:
   (✓) Personal Injury
   (✓) Property Damage
   (✓) Other - Explain in detail: FINCIAL LOSS

b. If you claim personal injury:

   1. Describe your injuries resulting from the accident or occurrence:

   COUNTLESS ATTACK AND ASSUALT IN JAIL BY STATE SPONCERED CRIMINAL TO PLED GUILTY, 2-1-20 ATTACK RECORDEN IN CAMERA X-RAY DONE IN JAIL

   2. Do you claim permanent disability resulting from this injury:
      (✓) Yes                    ( ) No

   If yes, describe the injuries believed to be permanent:

   ATTACK IN JAIL DATED 2-1-21, NECK PAIN BACK PAIN PIROR TO MY ARREST DUE TO ROAD ACCEDENT, TREATMENT DENIED IN JAIL

   3. For each hospital, doctor or other practitioner rendering treatment, examination or diagnostic service, state:

   Name of Hospital, Doctor or other Facility ANCORA, CAMDEN COUNTY JAIL, PERFORMANCE CHIROPRATIC AND WELLNESS CENTER
   856-401-9550

   Address BENSALEM CHIROPRATIC CENTER, 215-639-8099

   Dates of Treatment PIRIOR TO MY ARREST

Amount of charges or service to date _____

Amount paid or Payable by other sources such as insurance **FARMERS INSURANCE**

4. If you claim loss of wages or income as a result of the injury, state:

**UBER**
Name of Employer

**1455, MARKET ST. SUITE-400**
Address of Employer
**SAN FRANCISCO, CA - 94103**

**DRIVER**
Your Occupation

Date you became employed
**2016**

**$90000.⁰⁰ PER YEAR**
Rate of Pay

**10-31-19 TO CONTINUE**
Date of absence from work

**$405000.⁰⁰**
Total loss of wages to date

**UNKNOWN DUE TO INJURY**
If still out, expected date of return

NOTE:   If you claim loss of income, aside from self-employment or other than wages, attach a calculation showing the basis of your calculation of lost income.

5. Set forth any and all other losses or damages claimed by you.

**STOCK MARKET LOSS**

_____

c.  If you claim property damage, complete the following:
   1. Describe the property damaged:

**ENTIRE HOME DAMAGED BY CRIMINALS ON ADVICE OF POLICE**

   2. The present location and time when the pro-property damaged may be inspected:

**HOME SOLD OUT ON A VERY LOWER PRICE**

   3. Date property acquired: **9-1-2011**

   4. Cost of Property: $ **90000.⁰⁰**

   5. Cost of Property at time of accident: $ **245000.⁰⁶**

   6. Description of Damage: **EVERY WHERE INSIDE OF HOME I HAVE PHOTO**

   7. Has the damage been repaired? **NO**   , If so, by whom, when and cost of repairs.

**SOLD OUT**

_____

   8. Attach each estimate of repair costs to this form.

   9. Set forth in detail the loss claimed by you for property damage:

_____

_____

d. Set forth in detail all other items of loss or damages claimed by you and the method by which you made the calculation:

_54 MONTHS IN JAIL (2 MONTHS HOUSE ARREST)_

V.    The Amount of Claim: $200000.⁰⁰

VI.   Have you made a claim against anyone else for any of the losses or expenses claimed in this Notice?_NONE_____

If yes, set forth the name and address of all persons and insurance companies against whom you have made such claim:

VII.  Are any of the losses or expenses claimed herein covered by any policy of insurance?_____
For each such policy, state the name and address of the insurance company, policy number and benefits paid or payable:

_NO_____

VIII. Have you received or agreed to receive any money from anyone for the damages claimed herein?_NO_____. If so, set forth the details of such agreement:

IX.   The following items must be submitted with this Notice:

a.    Copies of itemized bills for each medical expense and other loss expense claimed.

b.    Full copies of all appraisals and estimates of property damage claimed by you.

c.    Copies of all written reports of all expert witnesses and treating physicians containing nature and extent of injury, treatment, delay of temporary or permanent disability, prognosis, period of hospitalization and any diminished earning capacity.

d.    A letter from your employer verifying your lost wages. If self-employed, a statement showing the calculation of your claimed lost income.

e.    List of claimant's expert witnesses and their reports or statements relating to claim.

I hereby certify that the foregoing statements made by me are true, that the attached statements, bills reports and documents are the only ones known to me to be in existence at this time.  I am aware that if any statement made herein is willfully false or fraudulent, that I am subject to punishment provided by law.

Date: 07-03-2024 _____    SAJID RAZA _____
                                       Claimant or person filing claim on behalf of Claimant


TO WHOM IT MAY CONCERN:

        I hereby authorize any and all doctors, hospitals or other medical service facilities to release to the Township of Gloucester any and all records, reports and other information concerning the treatment of the Claimant named herein.

Dated: 07-03-2024 _____    Sajid Raza _____
                                       Signature

(This must be signed by the Claimant or the parent of Claimants who are minors.)